IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| AMERICAN FAMILY MUTUAL<br>INSURANCE COMPANY, ET AL., | Case No. 3:11-CV-00678(SLC) |
| Plaintiffs, | |
| vs. | |
| ELECTROLUX HOME PRODUCTS, INC., | |
| Defendant. | |

**DEFENDANT ELECTROLUX HOME PRODUCTS, INC.'S MOTION TO PRECLUDE TESTIMONY OF W. JOSEPH FALLOWS, MICHAEL R. STODDARD, JR. AND ERIC J. BOELHOUWER, Ph.D.**

Defendant, Electrolux Home Products, Inc. ("Electrolux"), hereby moves to preclude the testimony of Plaintiffs' expert witnesses W. Joseph Fallows, Michael R. Stoddard, Jr., and Eric J. Boelhouwer, Ph.D., on the grounds that none of these experts offers testimony that meets the requirements of Fed. R. Evid. 702 and *Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579 (1993). Defendants further move to preclude the testimony of W. Joseph Fallows regarding "engineering ethics" pursuant to Fed. R. Evid. 403.

This motion is supported by the Brief in Support of Defendant Electrolux Home Products, Inc.'s Motion to Preclude Testimony of W. Joseph Fallows, Michael R. Stoddard, Jr., and Eric J. Boelhouwer, Ph.D., and the exhibits filed therewith.

013742.000049/1973237.2

This 7th day of April, 2014.

                              TUCKER ELLIS LLP

                        By:      */s/ Joseph J. Morford*

| | |
|---|---|
| Joseph M. Fasi II, SBN 1006655 | Joseph J. Morford (*pro hac vice* pending) |
| Joseph_Fasi@gshllp.com | joseph.morford@tuckerellis.com |
| Gonzalez Saggio & Harlan, LLP | John Patterson (*pro hac vice*) |
| 111 E. Wisconsin Avenue, Suite 1000 | john.patterson@tuckerellis.com |
| Milwaukee, WI 53202 | 950 Main Avenue, Suite 1100 |
| Telephone: (414) 277-8500 | Cleveland, OH 44113 |
| Facsimile: (414) 277-8521 | Telephone: (216) 592-5000 |
| | Facsimile: (216) 592-5009 |
| Robert H. Shulman (*pro hac vice*) | Rebecca M. Biernat (*pro hac vice*) |
| rshulman@manatt.com | rebecca.biernat@tuckerellis.com |
| David B. Killalea (*pro hac vice*) | Traci L. Shafroth (*pro hac vice* pending) |
| dkillalea@manatt.com | traci.shafroth@tuckerellis.com |
| Manatt, Phelps & Phillips, LLP | Tucker Ellis LLP |
| 700 12th Street N.W., Suite 1100 | One Market Plaza |
| Washington, D.C. 20005 | Steuart Tower, Suite 700 |
| Telephone: (202) 585-6500 | San Francisco, CA 94105 |
| Facsimile: (202) 585-6600 | Telephone: (415) 617-2400 |
| | Facsimile: (415) 617-2409 |
| | *Attorneys for Electrolux Home Products, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2014, a copy of the foregoing DEFENDANT ELECTROLUX HOME PRODUCTS, INC.'S MOTION TO PRECLUDE TESTIMONY OF W. JOSEPH FALLOWS, MICHAEL R. STODDARD, JR., AND ERIC J. BOELHOUWER, Ph.D. was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Rebecca M. Biernat*
Rebecca M. Biernat – Admitted *Pro Hac Vice*
Tucker Ellis LLP
One Market Plaza
Steuart Tower, Suite 700
San Francisco, CA 94105
Telephone: 415.617.2223
Facsimile: 415.617.2409
E-mail: rebecca.biernat@tuckerellis.com

*Attorney[s] for Electrolux Home Products, Inc.*