# EXHIBIT 9



# ConsumerReports.org
Expert • Independent • Nonprofit

x Close

 This article appeared in
July 2010 Consumer Reports Magazine.
Latest on Clothes dryers
Overview
Ratings & Reliability
Recommended
Buying Advice
Price & Shop

**Hidden Problem**
In our tests, this LG dryer didn't always sense and indicate a blocked vent, as the manufacturer claims it does.
Photograph by Robert Mescavage

For years dryers got no respect—and few new features—compared with washers. Most dryers in this report, including two CR Best Buys and seven other recommended models, are conventional dryers. But we also saw something new: a vent-blockage indicator that could help prevent fires and save lives, if only it worked.

Lint-filled dryer ducts increase drying time and energy costs, problems manufacturers say the new feature addresses. But more important, lint-filled ducts cause about 4,500 home fires per year. In our current tests, six dryers from Kenmore and LG have a duct-blockage indicator. But when we blocked each dryer's duct to test how well the indicator performed, the results were too inconsistent to count on.

There was no signal when the vent was completely blocked on the Kenmore Elite 8219, and the dryer kept running for more than an hour. But when we repeated the test, its indicator lit up, meaning the blockage needed to be immediately removed. The indicators on the Kenmore 8002 and Kenmore 8027 also gave conflicting results.

All the LG dryers have display bars; the more bars—from one to four—the greater the blockage. When we ran their duct diagnostic test, each model's indicator quickly lit, indicating a blockage. But during our normal drying tests, the LG DLE2050 displayed all four bars in one test and only two in another, indicating half-blockage even though the vent was 100 percent blocked. The LG DLEX2501's indicator lit up in a half-hour, but the LG DLE2701 ran for more than an hour without indicating that the vent was blocked.

Technology that can reliably sense and protect against obstructed dryer vents and thus reduce the risk of dryer fires is something that all manufacturers should try to improve. Because current indicators are too inconsistent to trust, our advice hasn't changed. Use only a flexible- or solid-metal duct, and seal joints and seams. Remove the duct and clean it regularly to prevent clogs and fires. And clean the lint filter after each load. Here's what else our tests found:

## Saving energy is expensive

Most dryers use similar amounts of energy, according to the Department of Energy. But five of the models we tested offer "Eco" options, which saved around 10 cents per load in our tests, or about $40 per year, based on average electrical rates and the roughly 400 loads an average family does. Over the 13 years, on average, most people keep a dryer, that can add up to hundreds of dollars. Unfortunately, the Whirlpool Duet Steam and Bosch Vision 800 cost a whopping $1,200. The other two Whirlpool Duets cost $850 and $1,100, and the Bosch Vision 500 costs $930. All did a fine job of getting laundry dry, but the Bosch's Eco option almost doubles drying time.

## Steam or hot air?

Our past tests supported manufacturers' claims that steam relaxed wrinkles and removed odors. But as more dryers have steam cycles, we decided to toughen our tests by adding 100 percent cotton shirts to our test load of cotton blends. Conventional dryers performed about the same as those with steam, leaving visible wrinkles on the shirts, but steam removed more odors.

Copyright © 2006-2014 Consumer Reports. No reproduction, in whole or in part, without written permission.