EXHIBIT 8

| | |
|---|---|
| DONEGAL MUTUAL INSURANCE | : |
| COMPANY, A/S/O VANESSA SCHANTZ, | : IN THE UNITED |
| Plaintiffs | : STATES DISTRICT COURT |
| | : FOR THE EASTERN |
| | : DISTRICT OF |
| V. | : PENNSYLVANIA |
| | : DOCKET NO. |
| | : 1:08-CV-2171 |
| ELECTROLUX NORTH AMERICA, | : |
| Defendant | : |

The DEPOSITION of MICHAEL STODDARD, JR., called by the Defendant for examination, taken pursuant to the Federal Rules of Civil Procedure, taken before PATRICIA M. McLAUGHLIN, a Notary Public within and for the Commonwealth of Massachusetts, and a Certified Shorthand Reporter, at the offices of The Wright Group, 125 Stanphyl Road Rear, Uxbridge, Massachusetts, On the 14th day of May, 2010, commencing at 9:22 a.m.

MAGNA LEGAL SERVICES
SEVEN PENN CENTER
1635 MARKET STREET - 8TH FLOOR
PHILADELPHIA, PENNSYLVANIA  19103
Www.MagnaLS.com

```
 1    APPEARANCES:
            LAW OFFICES OF ROBERT A. STUTMAN, PC
 2          BY:  MICHAEL J. HOPKINS, ESQUIRE
            501 Office Center Drive, Suite 300
 3          Fort Washington, Pennsylvania  19034
            888.579.1144
 4          hopkinsm@stutmanlaw.com
                On behalf of the Plaintiff;

 5
            NICOLSON ASSOCIATES LLC
 6          BY:  CHERYL M. NICOLSON, ESQUIRE
            Rose Tree Corporate Center II
 7          14000 N. Providence Road, Suite 6050
            Media, Pennsylvania  19063
 8          610.891.0300
            nicolson@nicolsonassoc.com
 9              On behalf of the Defendant.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Magna Legal Services

```
1                    I N D E X

2    WITNESS           DIRECT    CROSS   REDIRECT RECROSS

3    MICHAEL STODDARD, JR.

4    BY MS. NICOLSON      4

5

6

7

8

9       NO.                 EXHIBIT              PAGE

10       1        Curriculum Vitae                6

11       2        Report                         32

12       3        Contents of CD                 32

13       4        Contents of Hard Drive         32

14       5        Dryer Fire Investigation

15                Guidelines                     45

16       6        Affidavit                      68

17       7        Hard Drive                    125

18

19    (All exhibits retained by the Court Reporter,

20      with the exception of Exhibit No. 7, which

21          was retained by Attorney Nicolson.)

22

23

24

25
```

Magna Legal Services

```
 2                    P R O C E E D I N G S

 3               MS. NICOLSON:  Usual stipulations?

 4               MR. HOPKINS:  Sure.

 5               MS. NICOLSON:  Do you want Mike to read

 6          and sign.

 7               MR. HOPKINS:  Yes, that would be a good

 8          idea.

 9                    MICHAEL STODDARD, JR.,

10          being first duly sworn, was examined and

11          testified as follows:

12                    DIRECT EXAMINATION

13               BY MS. NICOLSON:

14     Q    Mr. Stoddard, my name is Cheryl Nicolson and

15          I introduced myself to you and we've been

16          speaking prior to the dep.  May I call you

17          Mike during the dep?

18     A    Yes, you may.

19     Q    We're here today with regard to the Schantz

20          matter for your testimony in conjunction with

21          that case, and the expert opinions that

22          you've given in that case.  Do you understand

23          that to be so?

24     A    Yes.

25     Q    Have you had your deposition taken before?
```

```
2        A      Yes.

3        Q      How many times?

4        A      Three times.

5        Q      I'm going to run through just a couple of

6               instructions.  I'm sure you know what they

7               are, but just hear me out.  If at any point I

8               ask you a question and you don't understand

9               the question I ask, because it's unclear or

10              you just don't understand the way I've worded

11              it stop me, and let me have an opportunity to

12              rephrase it.  Okay?

13       A      I understand.

14       Q      If you don't stop me, I'm going to assume

15              that you have got the question, you've

16              understood it, and I'm going to keep moving

17              on.  All right?

18       A      Okay.

19       Q      And you're already keeping your responses

20              verbal.  If you can make sure you do that for

21              all of us, that would be great.

22       A      Absolutely.

23       Q      Mike, the three prior deps, were they since

24              you've been with The Wright Group or before

25              that?
```

| | | |
|---|---|---|
| 2 | A | They were done while I was working at The |
| 3 | | Wright Group.  Some of them are prior cases |
| 4 | | that I worked on prior to The Wright Group. |
| 5 | Q | That you brought with you to The Wright |
| 6 | | Group? |
| 7 | A | Correct. |
| 8 | Q | Can you give me the names of those |
| 9 | | depositions? |
| 10 | A | Is it all right if I refer to my CV? |
| 11 | Q | Yes.  You're going to refer to your testimony |
| 12 | | list, correct? |
| 13 | A | Yes. |
| 14 | Q | They're all on there? |
| 15 | A | Yes. |
| 16 | | (Document marked Exhibit No. 1.) |
| 17 | Q | Let's go ahead.  I'm going to show you a |
| 18 | | document we've marked Stoddard 1.  Is that a |
| 19 | | copy of your CV, Mike? |
| 20 | A | Yes. |
| 21 | Q | And the deposition and trial log at the back, |
| 22 | | is that what you're looking at for reference |
| 23 | | to the three cases that you gave deposition |
| 24 | | testimony in? |
| 25 | A | Correct.  That's accurate.  That's accurate |

```
2              to date.

3      Q       There are four cases listed on your

4              deposition log?

5      A       Yeah, that's correct.

6      Q       So that would be four prior depositions?

7      A       Yes.

8      Q       The Commonwealth of Massachusetts, Quincy

9              Mutual Fire Insurance Company case, what was

10             that about?

11     A       That was a microwave oven case.  I was the

12             origin and cause investigator, and we

13             represented the plaintiff on that.

14     Q       And you worked for -- Quincy Mutual retained

15             you, or did a lawyer retain you in that case?

16     A       I believe it was Quincy Mutual directly.

17     Q       And what opinion did you give with regard to

18             that microwave?

19     A       It was my opinion that the fire originated at

20             the microwave as a result of a malfunction of

21             the microwave and there was a subsequent

22             testimony by an electrical engineer also

23             working on our behalf.

24     Q       Did you provide opinion in that matter with

25             regard to the malfunction or just the origin?
```

```
 2      A    Just the origin.

 3      Q    The Merrimack Superior Court case, No. 2 on

 4           your list, Martin Bender?

 5      A    Yes.

 6      Q    What was that case about?

 7      A    That was an arson fire.

 8      Q    How was the fire set?

 9      A    There was multiple points of origin in a

10           single-family residential home.

11      Q    Accelerants used?

12      A    That was not officially determined.  At least

13           I can't remember the details of that, but

14           there was definitely two points of origin.

15      Q    Did you give your opinions of any type of

16           electrical product?

17      A    No.

18      Q    Number 3, the New Hampshire Insurance

19           Company?

20      A    Yes.

21      Q    What did that case involve?

22      A    That was a boat fire, ship fire, that

23           occurred in a storage building off season,

24           and the fire originated on the boat.  And we

25           represented New Hampshire Insurance Company
```

```
 2              which had the policy for the boat owner.

 3         Q    You were the plaintiff?

 4         A    Yes.

 5         Q    And what was the cause of that fire?

 6         A    Sorry.  On that one, I take it back.  We were

 7              actually a defendant on that one.  The cause

 8              of that fire was undetermined.

 9         Q    Did you give any opinion where regard to

10              cause on that case?

11         A    No, no specific opinions of causes.  My

12              ultimate conclusion was it was undetermined.

13         Q    No. 4, the Phoenix Insurance Company versus

14              Deere?

15         A    Yes.

16         Q    What was that case about?

17         A    That was a lawnmower fire, lawn tractor.

18         Q    Did you work for plaintiff or defendant?

19         A    For the plaintiff.

20         Q    And what determined the cause?  What did you

21              determine the cause of that fire to be?

22         A    Host surface emission by the muffler.

23         Q    What did it ignite?

24         A    If I recall the details of the case, I

25              believe it was a moving blanket.
```

2     Q    Now, which of those cases came to you while

3           you were employed at The Wright Group or

4           since you've been employed at The Wright

5           Group, I guess I should say?

6     A    You mean from start to finish?

7     Q    Yes.

8     A    The New Hampshire Insurance Company one, the

9           boat fire, and the lawnmower fire, the last

10          one, Phoenix Insurance Company.

11    Q    Feel free to keep your CV in front of you and

12         refer to it as you need it throughout, okay?

13    A    Okay.

14    Q    I understand from your CV and also from what

15         I know of The Wright Group, Mike, that you're

16         a fire analyst here; is that correct?

17    A    That's correct.

18    Q    And you've been a fire analyst at The Wright

19         Group since 2006?

20    A    Yes.

21    Q    What does that mean, to be a fire analyst at

22         The Wright Group?

23    A    A fire analyst is actually the same as other

24         positions.  It's just the term for an origin

25         cause expert.

```
 2       Q    And what's the nature of your work here?

 3       A    Can you be more specific, please?

 4       Q    What do you do as a fire analyst here at The

 5            Wright Group?

 6       A    Generally, my task is to -- whether it's in

 7            some cases, it may be origin and cause in

 8            some cases it may be origin -- it may be

 9            cause related, but it's do a fair and

10            accurate investigation as to the facts of the

11            matter and makes some opinions, form some

12            opinions as to the ultimate determination.

13       Q    When you came to The Wright Group in 2006,

14            were you fully trained and qualified as a

15            fire analyst when you first arrived here?

16                 MR. HOPKINS:  Objection.  Objection to

17            form.

18       A    Yes, I guess you need to be more specific as

19            to what your qualifications are of a fire

20            analyst?  I mean I'm always ongoing training.

21       Q    When you came to The Wright Group in 2006,

22            did you operate or did you work in the same

23            capacity that you're working in now?

24       A    Yes.

25       Q    So when you came here, you were a fire
```

```
 2              analyst?

 3    A    Yes, the positions stayed the same.

 4    Q    Have your responsibilities stayed the same

 5         from 2006 to the present?

 6    A    Ultimately, my responsibilities are basically

 7         the same, although my knowledge, training,

 8         education and experience has increased since

 9         then.

10    Q    Do you feel as though you have had on-the-job

11         training since you have been at The Wright

12         Group?

13    A    Yes.

14    Q    What would that be?

15    A    Just more exposure to various test methods

16         and different methodologies that I previously

17         had not been exposed to.  Every fire we go to

18         is a learning experience in and of itself.

19    Q    When you refer to tests methods, what are you

20         referring to?

21    A    More work in the laboratory.  My last

22         position, the prior employer of mine, I did

23         the same basic task, but I was not as active

24         in the causation work as I am now.

25    Q    When you say the causation work, what are you
```

```
 2              talking about?

 3        A     Specifically determining the failures behind

 4              what caused the fire, more so in my previous

 5              employment, it was more so focused on

 6              developing the origin of the fire and basic

 7              causation work as far as generally what it

 8              was.  Here, there's more of an interaction

 9              and a specific workload associated with

10              taking these a little bit further than it was

11              previously.

12        Q     More interaction with who?

13        A     With a team environment working in the

14              laboratory with my other associates.

15        Q     I want to come back to what you do in the

16              laboratory, but just focusing on your

17              responsibilities since you've been here.

18              When you started in 2006, did you have

19              independent investigative responsibility?

20        A     Can you clarify that?

21        Q     Were you an independent fire investigator for

22              when you first arrived here or did you work

23              with others?

24        A     Oh, I was independent.

25        Q     From the day you started?
```

```
 2       A    Let me go back.  I do work with others here

 3            in this position.  Prior to this job, I

 4            pretty much worked out of the house on my own

 5            in retrospect, but it's always been for the

 6            company as part of the team.

 7       Q    For some other company?

 8       A    Yeah, right.

 9       Q    When you came here, were you immediately

10            given sole responsibilities to investigate

11            the cause and origin of fires or was there a

12            period of time that you worked with others in

13            more of a supervised role?

14       A    No, we worked together in a review process

15            constantly even to this date.  Everyone here

16            works together in a team concept, but

17            ultimately, the responsibility of making a

18            determination, forming my own opinions was

19            mine.

20       Q    Let's take some generic assignment that comes

21            in or case that comes into Wright Group.

22            Describe for me how it gets to you and then

23            what you would do with that case, a fire

24            case.

25       A    Any case that's assigned -- I'll even speak
```

```
 2              generally, not just for me, but this goes for
 3              everyone here.  When a case comes in, it's
 4              assigned to us by a client.  Depending on the
 5              nature of the case, it's assigned to an
 6              investigator or an expert, and it's given out
 7              where they oversee the determinations as to
 8              if its origin and cause, all the way to the
 9              end.  And we do rely on the assistance of
10              other employees that work with us and other
11              outside experts to see that through, but
12              ultimately the opinions -- whoever writes
13              their name on the report, it's their opinion
14              and they're the one that sees it through.
15      Q       If a file comes in from a particular insurer,
16              does it always go to the same investigator,
17              or is it moved around depending on who has
18              time and availability?
19      A       It's based upon factors such as availability
20              but also expertise as well.  I mean, there's
21              definitely certain fires that are given to
22              certain people because of their particular
23              expertise in those areas.
24      Q       So obviously, you're aware from my
25              conversations with Ron Parsons before we
```

```
 2            started that I've seen him before?

 3    A      Yes.

 4    Q      And I see him particularly with one insurer.

 5    A      Yes.

 6    Q      Is that -- does that insurer request a

 7            particular investigator like Ron or yourself

 8            because of the nature of the business

 9            relationship between the insurer and

10            investigator, or is it anything that comes

11            into The Wright Group is spread around

12            depending on availability and expertise as

13            you were just describing?

14    A      It's definitely more focused on the

15            expertise, and the availability does have

16            something to do with it as well.

17    Q      Do you have an area of expertise here at The

18            Wright Group?

19    A      Yes.

20    Q      What is that?

21    A      I do origin and cause field work as far as

22            just general just fire investigation anywhere

23            but one of my other focuses is dryers, dryer

24            fires.

25    Q      I want to come back to your focus area, but
```

2          before I leave that, let me go back to my

3          question as to what happens when a case comes

4          in.  Typically, what kind of information are

5          you presented with when the file is just

6          opened and you just start working on a new

7          matter?

8     A    It depends on the case.  Some cases we're

9          given more information than others, but

10         generally speaking, we are provided with some

11         policy information if we are working for a

12         plaintiff or some information about the

13         product if we are working for the defendant

14         and the address of the loss, date of the

15         loss, any pertinent facts that may be

16         involved in the loss.

17              Again, in some cases, it's relatively

18         limited.  In other cases, we may have a whole

19         file to review as opposed to doing a basic

20         fire scene.

21    Q    Do you, yourself, have a checklist of

22         information that you like to gather at the

23         beginning of any investigation?  I say

24         checklist, checklist, procedure, manual.

25    A    I don't follow any written procedures or

```
 2              anything as far as a checklist, but I mean,

 3              there's any and all information that is

 4              associated with it.  I like to try to get as

 5              much information as possible throughout the

 6              case.

 7         Q    Does that include a visit to the scene?

 8         A    At times.  I mean, it's always better to be

 9              able to view the scene firsthand, but

10              sometimes that's impossible to do.

11         Q    Do you request for clients handing a matter

12              to you and hasn't requested that you make a

13              scene evaluation, do you request it with the

14              client?

15         A    Sometimes I discuss with the client.  It

16              would have to be on a case-by-case basis.

17         Q    When would you want to see the scene?

18         A    If the scene is still available and it's

19              either I may have questions about the scene,

20              either who has seen the scene, seen

21              photographs or the scene itself.

22         Q    Back to my question.  If the scene is

23              available, are you requesting examination of

24              it?

25         A    Not in every case, no.
```

```
 2        Q     In every dryer case, if the scene was

 3              available, would you request an examination

 4              of the scene?

 5        A     Not specifically, no.

 6        Q     When would you request a scene examination?

 7              When would that be important to you in your

 8              work?

 9        A     Well, it's always preferred.  I personally --

10              I feel that the dryer fires that I have

11              investigated that I have been believe able to

12              view the scene personally, I know in my own

13              methods and principles what I look for maybe

14              different than another investigator.  So it's

15              always preferred, but it doesn't always

16              happen.

17        Q     So scene examination is always preferred, but

18              it doesn't always happen.  And that is in

19              dryer cases?

20        A     Not just dryer cases, in all cases.

21        Q     Okay.  And your file may or may not reflect a

22              request of the client to see the scene;

23              that's fact specific as I just understood

24              you; is that correct?

25        A     Let me ask you to repeat the question a
```

| | | |
|---|---|---|
| 2 | | little bit clearer. |
| 3 | Q | You may or may not ask for inspection of the |
| 4 | | scene if it's not provided to you, and that's |
| 5 | | dependent upon the facts of the case? |
| 6 | A | Not just the facts of the case.  It's also |
| 7 | | based upon the client's perspective and |
| 8 | | whatever factors they have, whether it be |
| 9 | | financial, logistical. |
| 10 | | Again, if the scene is destroyed or it's |
| 11 | | already been repaired, then there may not be |
| 12 | | anywhere of a need to do that. |
| 13 | Q | In dryer cases, let me go back.  With regard |
| 14 | | to that checklist or procedure manual that I |
| 15 | | spoke about, things that you do when a new |
| 16 | | file comes in, does The Wright Group maintain |
| 17 | | something like that? |
| 18 | A | We don't have a checklist or anything, no. |
| 19 | Q | A procedure, form? |
| 20 | A | Yeah, there is a form. |
| 21 | Q | What's on that form? |
| 22 | A | It's generally the loss information, who the |
| 23 | | client is and their contact information, who |
| 24 | | the insured or the focused party is, the |
| 25 | | claimant, whatever you want to refer to the |

2          term as, the date of loss, any specifics

3          regarding some identifying component for the

4          client, whether it be the claim number or

5          file number or something like that and then

6          any specific details that we may find out

7          about that that they choose to give us.

8              It could be as simple as no information

9          regarding whatever the incident may be, or it

10         could be something detailed where we get a

11         whole file that someone else has looked to

12         organize photographs or other details.

13     Q   Going back to where we were with regard to

14         your dryer inspections, I gathered from your

15         answer that there are dryer cases where you

16         do get to see the scene, correct?

17     A   That's correct.

18     Q   And if I understood you correctly, it

19         preferable for you to see the scene?

20     A   That's my preference.

21     Q   What information is important to your

22         analysis that you find at the scene with

23         regard to dryer cases?

24     A   Generally, the whole scene as a whole.  It's

25         different in every fire.  Every fire is

```
 2              particular at in its own right.

 3        Q     What do you do when you get to the scene

 4              generally?  What's your procedure?

 5        A     It's just a pretty systematic procedure

 6              that's followed by most people, to do an

 7              initial scene survey, kind of see what you're

 8              looking at, and then you begin crossing the

 9              scene using documentation, photographs and

10              such, working your way around the scene to

11              least damaged areas, the greatest area

12              damaged and focusing on the area or origin

13              and then determining potential causes in

14              those areas.

15        Q     When you say processing the scene, what does

16              that mean?

17        A     Just gathering information, gathering data.

18        Q     And how do you collect it?

19        A     Well, I mean, as far as identifying the data,

20              you're looking at things.  You're listening

21              to people.  You're conducting interviews.

22              You're arc mapping, whatever it may be

23              specific that maybe specific to that case or

24              not, but it's generally applied principles.

25        Q     Do you take notes at the scene?
```

```
 2      A      In most cases, yes.

 3      Q      If you interview, do you take notes of the

 4             interview?

 5      A      It depends on the situation, either notes of

 6             the interview or a recorded statement.

 7      Q      Do you photograph?

 8      A      Yes.

 9      Q      Do you ever video?

10      A      Not generally, no.

11      Q      Did you collect evidence?

12      A      If the situation warrants it, yes.

13      Q      In a dryer case, what evidence might you

14             collect from the scene?

15      A      Again, the specifics may require more

16             evidence be taken, but in general, I prefer

17             to take the dryer itself, anything that's

18             related to the power cord if it's detached,

19             the dryer receptacle, the dryer circuit

20             breaker; in most cases if it's reasonable, to

21             take exhaust components and any load samples

22             and any other related evidence.

23      Q      What do you mean by exhaust components?  Tell

24             me specifically what components you're

25             speaking about.
```

2    A    The external exhaust that connects the dryer

3         to the external of the structure.

4    Q    So those components end at the interior wall,

5         or do you collect components that may be at

6         the exterior of the house as well?

7    A    Whenever possible, the exterior of the house

8         as well.

9    Q    Just so we're clear, what components of the

10        exhaust system would be at the exterior of

11        the house?

12   A    The hood, the exhaust hood.

13   Q    With regard to the exhaust components that we

14        were just speaking about, how would you

15        collects them from the scene?

16   A    The first thing I would do would be to

17        document it thoroughly in its current

18        position, take measurements, draw diagrams,

19        use photographs, whatever type of visual

20        components that may be necessary to be useful

21        in reconstructing it at a later date.

22   Q    After you document, what comes next?

23   A    It would be a removal of the exhaust system

24        using whatever methods that are reasonably

25        available to remove it without altering and

2          disturbing it as best as possible.

3     Q    And then how would you preserve that

4          evidence?

5     A    We'd package it, package and protect it from

6          further damage, transport it to our evidence

7          storage facility try to limit the amount of

8          movement and any other damage further to it

9          from one collection.

10    Q    Are you concerned about what's inside the

11         components?

12    A    Yes.

13    Q    Specifically lint?

14    A    Lint and any other debris that may be

15         accumulated.

16    Q    With regard to documentation of its condition

17         as you described it, does that include

18         exterior, interior?  Tell me what that means?

19    A    Documentation would be all facets, exterior

20         and interior.  Once the exhaust is beginning

21         to be taken apart or if the dryer has been

22         removed by the fire department and the

23         interior of the exhaust duct is visible, it's

24         very difficult to photograph the full length

2          it and cameras and all that.  But yeah, to

3          document to the best of our ability to

4          document the interior of the duct as well as

5          the external.

6     Q    Do you diagram or measure the ducting before

7          it's removed?

8     A    Whenever possible, yes.

9     Q    Was that a yes as to both measuring and

10         diagraming?

11    A    That is when it is possible to do so,

12         depending how the arrangement is, yes.

13    Q    I'm not sure I'm following you.  I want to

14         make sure I understand you.  If it's in its

15         position in the house, are you able to

16         diagram and measure?

17    A    In certain conditions, it's more difficult to

18         have to have accurate measurements of an

19         exhaust system depending on the access to

20         that.

21    Q    Like if it went through a wall or up through

22         a ceiling or something like that?

23    A    If we are going to remove the whole thing,

24         sometimes it's easier to measure it after

25         it's been removed than it is through an

```
 2              attic, through a crawl space where there is

 3              no access to it.  It may have to be manually

 4              removed first before we can measure it.

 5      Q       Why is the ducting, its position, condition,

 6              length, why is that important to you?

 7      A       Because it's one of the requirements of the

 8              manufacturer to -- it's one of the key pieces

 9              of evidence that the manufacturer always

10              wants to examine.

11      Q       Apart from the manufacturer wanting to

12              examine it, is it important to you in your

13              analysis?

14      A       Yes, to a degree.

15      Q       And why is that?

16      A       Specifically in regards to the condition of

17              it, any installation errors could provide

18              other people to be placed on notice, if it

19              was installed by someone else.  So that may

20              bring other parties into the equation as

21              well.  The condition of it also gives us some

22              idea as to how the examination of the dryer

23              that occurs later; it may have some link to

24              that.

25      Q       And what could the possible link be?
```

| | | |
|---|---|---|
| 2 | A | Well, just in regards to the condition in |
| 3 | | which the dryer is running and how it's |
| 4 | | exhausted. |
| 5 | Q | Describe what the impact of the venting is on |
| 6 | | the condition of the dryer and how it's |
| 7 | | running? |
| 8 | A | If it may have had an effects on the airflow. |
| 9 | Q | How would the venting have an effect on the |
| 10 | | airflow? |
| 11 | A | It depends on the situation, but there's |
| 12 | | various different things.  Excessive lengths |
| 13 | | can add to a change in airflow.  If it's |
| 14 | | kinked or crushed or otherwise blocked, it |
| 15 | | can have a change in the airflow. |
| 16 | Q | What's the effect of a change in airflow on |
| 17 | | the operation of the dryer? |
| 18 | A | Any change in airflow may affect the |
| 19 | | accumulation of lint inside the dryer. |
| 20 | Q | So in a condition where, using your two |
| 21 | | examples, where the venting is kinked or |
| 22 | | blocked in some way what's the effect of that |
| 23 | | on lint in the dryer? |
| 24 | A | It would have to be specific in the case and |
| 25 | | the type of the dryer, who manufactured it, |

```
2              its design and layout.

3      Q       You're telling me it's important for you to

4              know these things and that kinks or blocked

5              vents could be impact.  I'm asking you to

6              tell me what the impact could be on

7              accumulation of lint in the dryer.  I'm

8              asking for your opinion.

9      A       My opinion is it may affect the amount and

10             where the accumulation of the lint is in the

11             dryer.

12     Q       Coming back to your example with regard to a

13             vent being blocked, what possible affect

14             could that have on the accumulation of lint

15             in the dryer that you would be interested in?

16     A       It may change the normal accumulation of

17             lint.

18     Q       Would it more lint accumulating or less lint

19             or something other?

20     A       Generally, again any airflow change could

21             generate more lint.  Typically, an

22             efficiently vented dryer is going to collect

23             less lint than what that one that is not

24             efficient, doesn't a sufficient airflow.

25     Q       With regard to the blocked scenario, when you
```

```
 2              were just speaking about a change in airflow,

 3              the change in airflow, I think that you're

 4              referring to is decreased airflow; is that

 5              right?

 6        A     Not necessarily decreased.  In most cases, I

 7              mean a decrease in airflow has greater

 8              affects as to lint accumulation, but changes

 9              in airflow in general can cause different

10              effects inside of a dryer.

11        Q     And what would those different effects be?

12        A     The way the lint accumulates; not necessarily

13              quantity but specific locations.

14        Q     Does it go the same -- what you just

15              testified to, does that hold the same for a

16              blocked crushed vent?

17        A     There's many different factors it can affect

18              if you're talking about lint accumulation,

19              yes.

20        Q     You just gave me a series of things that

21              could happen with a blocked vent.  Do those

22              same series of things apply if the vent was

23              crushed?

24        A     Yes, in certain situations, it could.

25        Q     Are you aware of an affidavit that was
```

```
 2              executed by Ron Parsons who is also here at

 3              The Wright Group, correct?

 4       A      Yes.

 5       Q      In a Lowe's class action case regarding

 6              venting?

 7       A      Yes, I am.

 8       Q      Have you read that affidavit?

 9       A      Not recently, but yes.

10       Q      You know its content?

11       A      Generally, yes.

12       Q      Do you agree with the opinions expressed by

13              Mr. Parsons in that affidavit?

14       A      If you can point me out to which specific

15              opinions, I can tell you which ones I agree

16              with or I do not agree.

17       Q      Generally, I'm asking you.  You've read it.

18              You know what it says.  It's quite long.  I'm

19              not going to take you through every

20              paragraph, but are there any opinions that

21              Mr. Parsons has with regard to venting as

22              expressed in that affidavit in that

23              litigation that are not yours?

24                  MR. HOPKINS:  I'm going to object.  If

25              you are going to ask specific questions about
```

2       the affidavit, you show it to him.

3              MS. NICOLSON:  Let's go off the record.

4              (Discussion held off the record.)

5              (Documents marked Exhibit Nos. 2 through

6       4.)

7              BY MS. NICOLSON:

8    Q   Let's table the discussion about the

9        affidavit and come back to it.  In instances

10       where the venting is not available at the

11       scene, how much of an impact does that have

12       on your investigation?

13   A   Not a huge impact.  I mean, it's always

14       better to see how exactly it was vented and

15       to see the conditions that it was operating

16       under.  It's not a huge factor.  It depends

17       on the case.  A lot of times there is a

18       enough physical evidence for us to draw or

19       make a determination.

20   Q   Did you attempt to reconstruct the path of

21       the venting and the composition of the

22       venting if it's not available for you at the

23       scene?

24   A   My question would be do you mean if we get

25       the venting and we didn't get a chance to

2          look at the scene?

3     Q    First, if you're at the scene and the venting

4          is not available, do you attempt to

5          reconstruct its paths and its composition?

6     A    Well, we don't try to reconstruct anything

7          specifically using new materials.

8     Q    No, no.

9     A    Generally looking at how the vents, where it

10         went to, where it exited the building, what

11         material remains may be there to see how it

12         was constructed, yes..

13    Q    And how do you go about doing that?

14    A    Again, just documenting the scene with

15        measurements, photographs, and searching for

16        any remains of any materials that may have

17        been there, that may have been either

18        displaced by fire fighters or may have been

19        consumed or melted in the fire.

20    Q    Do you also interview homeowners or tenants,

21        witnesses, about their recollection of the

22        venting?

23    A    Yes.

24    Q    In instances where it's not available to you

25        at all, it wasn't preserved at the scene, how

2          do you deal with that lack of information in

3          those cases?

4     A    Again as you just said, our only clue as to

5          how the venting may have been run or what the

6          material it was constructed of would only be

7          through interviews.

8     Q    Interviews of?

9     A    Anyone that's familiar with it, whether it be

10         the user or the installer or whoever.

11    Q    Okay.  If you or The Wright Group is at a

12         scene, is there a specific protocol for how

13         you collect the evidence and preserve it and

14         get it back to your facility?

15    A    Yeah, generally we follow the NPA guidelines

16         for collection and preservation of evidence.

17    Q    What does that mean?

18    A    Documenting the evidence as it is,

19         documenting the removal or disassembly

20         process.  If it's something that needs to be

21         disassembled, if it's an exhaust system --

22    Q    When you say document, you mean

23         photographically?

24    A    Yes, it depending on the situation.

25         Packaging the evidence to preserve it against

```
 2              any further damage.

 3        Q     Is there a special way that you package?

 4        A     It depends on a case-per-case basis.

 5              Generally, we here at The Wright Group are

 6              fairly overprotective on packaging of

 7              evidence, shrink wrap tape, bagging ends of

 8              exhaust ducts using that is specific example

 9              and try our best to preserve it as near as it

10              was to the original condition at the scene.

11        Q     How would it be transported back to The

12              Wright Group for storage?

13        A     When we collect evidence ourselves, we

14              generally either transport it in our own

15              vehicles or we oversee the transport of it

16              through a carrier, the loading and the off

17              loading of it.

18        Q     Okay.  With regard to your note taking at the

19              scene or interviewing -- I should I say note

20              taking.  With regards to your interviews at

21              the scene, how did you memorialize

22              interviews?

23        A     Generally speaking, unless it's requested by

24              a client, generally we take handwritten notes

25              of interviews.
```

```
2    Q    Are they ever recorded?

3    A    In some cases, yes.

4    Q    When would you record?

5    A    Primarily when a client would requests it to

6         be recorded.  Our general practice is not to

7         record all interviews.

8    Q    When you take notes, are you asking the

9         interviewee to review the notes that you have

10        taken and signoff on them in some way or it's

11        just solely in your handwriting for your

12        benefits?

13   A    For the most part, it's in our own

14        handwriting.  In some cases, we do use

15        standard forms where they may fill out

16        themselves.

17   Q    And sign?

18   A    Typically, we don't ask them to sign, but

19        it's something to look into, I'm sure.

20   Q    What cases would you do that?

21   A    In mostly appliance cases, where we have kind

22        of like a standard long questionnaire.

23        Pretty much it happens where we have less

24        access to the individual, if they're

25        non-cooperative or something.  We e-mail them
```

```
 2              a questionnaire or fax them a questionnaire

 3              or mail them a questionnaire that they can

 4              fill out on their own time.

 5        Q     You said in appliance cases.  Do you use a

 6              questionnaire in appliance cases?

 7        A     In some of them.

 8        Q     In some appliances cases?

 9        A     In some of them, yes.

10        Q     What does the questionnaire say?

11        A     It says a lot.

12        Q     Do you have a copy of it that you could

13              provide to me?

14        A     I'm sure we could produce it at some point,

15              yes.

16        Q     When Jen comes in with the fax, if you could

17              ask her for a copy of that, I'll come back to

18              that question as well.

19        A     Sure.

20        Q     In 2006, were you doing fire scene

21              inspections alone, yourself?

22        A     Yes.

23        Q     From 2006 to the present, could you break up

24              the type of work you do in percentages,

25              appliance fires, boat fires, car fires?
```

```
 2              Could you break your workload up?

 3        A     My expertise is not generally in automobile

 4              fires or rain fires.  It's pretty much

 5              structural fires whether it be residential or

 6              commercial.  Therefore, I'd say probably 90

 7              percent of my work is structural related, and

 8              that may also apply to any appliances that

 9              would be potentially be involved in the fire.

10        Q     Structural fire includes appliances?

11        A     Yes.

12        Q     What's the other 10 percent?

13        A     It could be a boat fire or a car fire.

14        Q     I just picked those because there was a boat

15              fire in your deposition log.  Anything else

16              that could go in that 10 percent?

17        A     It could be anything.  Generally structural

18              fires is my field of focus.

19        Q     And out of that 90 percent, how much of that

20              90 percent of your work involves appliances?

21        A     I don't know if I'd be able to really

22              quantify that.  I mean, every fire we do, we

23              have to look at appliances as a rule to rule

24              them in or rule them out as a potential

25              cause.  So if you could may be clarify your
```

2          question, I'd be better off with that.

3     Q    Out of that 90 percent, how many of those

4          cases involved appliances that weren't ruled

5          out?  How about that?

6     A    I don't know if I can quantify that to be

7          honest with you.  Again, I mean looking at

8          appliances happens at every fire, and I mean

9          if you're asking ones that can't be ruled

10         out, you're talking about a bunch of

11         undetermined fires, which could be a great

12         percentage.  If you are looking at specifics

13         that I focused on appliance, I may be able to

14         guess.  It's hard to quantify it.

15    Q    Out of that 90 percent, what percentage of

16         the time do you find that it was an appliance

17         that was the cause and origin of the fire?

18    A    In that it's potentially an appliance that

19         was involved, I would have to say maybe 30 to

20         50 percent.  I have to give a wide range on

21         this one.

22              MS. NICOLSON:  Read back the last

23         question and answer please.

24              (Reporter read question and answer as

25         recorded.)

```
 2                  BY MS. NICOLSON:

 3        Q    My question didn't ask for what potentially

 4             could have been the cause of the fire.  I'm

 5             asking you out of that 90 percent in how many

 6             cases did you opine that it was an appliance?

 7        A    To give you a realistic answer, I'd have to

 8             go back and review probably all the files

 9             that I have ever done.

10        Q    Is it the greater majority of the 90 percent

11             involving cases where you opined that it was

12             an appliance that it was the cause of origin?

13        A    Again, I'm not always the person who

14             determines it was the appliance that cased

15             it.  In some cases, I'm strictly origin

16             investigator.  I may bring it down to a level

17             where it may be a potential cause, and it

18             goes to another expert to finalize the

19             conclusion.  That's why it's difficult for me

20             to answer.

21        Q    Out of that 90 percent of structural work,

22             can you give me a percentage or a number of

23             cases where you gave opinions that the origin

24             of the fire was to at or near an appliance?

25        A    Again I would have to go with that 30 to 50
```

```
 2                percent.

 3         Q      What about -- if I ask the question a

 4                different way, out of the 90 percent, what

 5                percentage or number of cases did you

 6                determine an appliance to be the origin and

 7                cause of a fire?  What would your answer be

 8                in that instance?

 9         A      I would say significantly less.  Maybe 20

10                percent.

11         Q      And then the remaining percentage, are they

12                cases involving origins or causes where it

13                wasn't an appliance, an electrical failure,

14                arson, I don't know?

15         A      Yeah, that's a fair and accurate statement.

16         Q      With regard to the opinions that you've

17                offered -- and I'm taking this, Mike, 2006 to

18                the present, but if I need to narrow the

19                scope and take it year by year, tell me and I

20                will.

21                    In the cases where you've offered

22                opinions that an appliance was the origin of

23                the fire, how many of those cases involved

24                dryers?

25         A      Again, I would have to go through statistics
```

```
 2              to look at our files to look at the

 3              statistics on it.  I'm assuming you want me

 4              to estimate.

 5      Q       Yes.

 6      A       Again, this is just a rough estimation.  I'd

 7              have to review it, but maybe 10 percent.

 8      Q       10 percent are appliances?

 9      A       Sorry.  Maybe I misunderstood your question.

10              MS. NICOLSON:  Can you read the original

11              question?

12              (Reporter read question as recorded.)

13      A       I would still hold that's probably true.

14              Maybe 10 to 20 percent that I've determined

15              are appliance fires are probably dryer fires

16              in specific field investigation.

17      Q       How many out -- in that 10 to 20 percent, how

18              many of those cases involve Electrolux

19              dryers?

20      A       Probably 80, 80 percent.

21      Q       What other manufacturers, other than

22              Electrolux, are included in that 10 to 20

23              percent dryer cases?

24      A       All manufacturers specifically would be open

25              to that, but specifically, I recall General
```

2          Electric, MayTag, Whirlpool, LG, and there

3          may be other manufacturers too.

4     Q    How many MayTag dryers have you concluded

5          were the cause of fires?

6     A    Again, I'd have to look back through the

7          records to look at the numbers.

8          Percentagewise, I mean, I guess

9          clarification, are we talking about fires

10         that I've investigated out in the field?

11         We're still talking about that?

12    Q    Yes, I'm still in your 10 to 20 percent of

13         the appliances where you've offered an

14         opinion as to cause and origin are dryers,

15         and then you took me to 80 percent of those

16         being Electrolux.  And now, I'm referring to

17         the remainder, GE, MayTag and Whirlpool, and

18         I'm going to ask you to go through and give

19         me percentages and numbers, if you can.

20    A    Again, this is strictly an estimate.  I would

21         say maybe five percent are MayTag.

22    Q    Whirlpool?

23    A    Probably like the same, five percent.

24    Q    LG?

25    A    Probably like one percent.

```
 2      Q      Would you have a list that you could go to to

 3             find the exact cases that you're referring to

 4             when you direct me to the five percent that

 5             are Whirlpool, five percent that are MayTag?

 6      A      No, again those are just estimates based off

 7             the top of my head.  We don't keep any

 8             specific reference as to the cause of the

 9             fire and break it down into statistical

10             things.

11      Q      Do you keep records with regard to reports

12             that you issue in cases?

13      A      In regards to statistics, no.

14      Q      If you offered a record in Schantz, do you

15             keep a copy of the Schantz report?  Do you

16             know what opinions you have offered in

17             Schantz after a file closes?

18      A      The office does.

19      Q      If I were to ask you a question to give me an

20             exact count, tell me the cases where you

21             opined that a GE, MayTag, Whirlpool or LG

22             dryer was the cause of a fire, how would you

23             go about answering that question by way of

24             collection of information here in the office?

25      A      I would have to go through every file that
```

2          I've done since my time, every file that was

3          originated and go through each file to see

4          who was the investigator on it, and then I

5          would have to go through my files selected

6          out of there and read my reports and how far

7          I got to determine things.

8     Q    So it's possible?

9     A    It's possible.

10    Q    Time-consuming?

11    A    Very much so.

12         (Whereupon, a brief recess was held.)

13         BY MS. NICOLSON:

14    Q    Before the break, Mike, your assistant

15         brought in a form that you have handed to me

16         marked "Dryer Fire Investigation Guidelines,"

17         correct?

18    A    Correct.

19         MS. NICOLSON:  Could we mark this as

20         Stoddard 5.

21         (Document marked Exhibit No. 5.)

22         BY MS. NICOLSON:

23    Q    And we've marked this exhibit Stoddard 5, and

24         this is the form that you were speaking to me

25         about earlier, the questionnaire or the

 2              guidelines and questionnaire that's used for

 3              interviewing; is that correct?

 4       A      Well, it's correct to a degree.  This is

 5              actually a guideline generally to the

 6              investigation of dryer fires in general,

 7              including the questionnaire.

 8       Q      So a portion of it is entitled "interview"?

 9       A      That's correct.

10       Q      And that would be the interview of the

11              homeowner or the user of the dryer?

12       A      Yes, that would be some of the questions, the

13              main questions we may ask or hope that

14              someone else would ask when they do a dryer

15              fire investigation.

16       Q      Okay.  It's many pages long.  We've got six

17              of six in these guidelines; is that right?

18       A      The entire guidelines is six pages, yes.

19       Q      Who created the guidelines?

20       A      I'm not sure exactly.  I believe it may have

21              been Ron Parsons.

22       Q      Was this in existence when you came here in

23              2006, or was it created later than that?

24       A      No, the original version was in place

25              already.

| | | |
|---|---|---|
| 2 | Q | In 2006? |
| 3 | A | Yes. |
| 4 | Q | And I take it by your comment "original |
| 5 | | version" that there have been multiple |
| 6 | | revisions to the document? |
| 7 | A | That's right. |
| 8 | Q | The one I'm looking at, Stoddard 5, this is |
| 9 | | the most recent version of it? |
| 10 | A | Yes. |
| 11 | Q | Do you know how long this has been in |
| 12 | | existence? |
| 13 | A | Since March of 2010. |
| 14 | Q | And you're looking for a date on -- |
| 15 | A | The last page. |
| 16 | Q | Prior to March of 2010, what version existed |
| 17 | | at that point? |
| 18 | A | I'm really not sure.  We don't keep the |
| 19 | | original versions.  It would be a shorter |
| 20 | | version.  Maybe less questions. |
| 21 | Q | Do you recall it being much different than |
| 22 | | the one we're looking at? |
| 23 | A | Generally, the outline and formats of this |
| 24 | | document has been primarily the same.  I |
| 25 | | believe the only main difference has been the |

```
2              addition of the questions.

3         Q    Would you have a copy of the version anywhere

4              that was in existence prior to March, 2010?

5         A    I wouldn't know where to begin to find one.

6              Even the older revisions may not have had a

7              date on it, so you would have to look at the

8              individual document.

9         Q    How is this document supposed to be used in

10             dryer fire investigations?

11        A    This guideline isn't just for our use.  We

12             try to give this to our clients as well,

13             because we realize that we don't have a

14             chance to do every scene investigation, and

15             we try to get as much information as

16             possible.

17        Q    When you say to your clients, would that

18             include an insurance company for instance?

19        A    Yes.

20        Q    Was it your intention that adjusters or

21             claims people would use the document?

22        A    That was more geared towards an origin and

23             cause investigator.

24        Q    Or so --

25        A    In some cases, yes, adjusters -- I mean, any
```

```
 2              information possible produced that could be

 3              filled out, no matter who fills it out,

 4              whether it be the user, an adjuster, the more

 5              information we can get that helps us with

 6              some of these different items on this

 7              document is beneficial to us, yes, but

 8              specifically, I mean it follows the

 9              principles and concepts of doing an actual

10              origin investigation.

11      Q       When you supply to it a client, are you

12              anticipating that the client is going to

13              retain and give it to another origin and

14              cause investigator?

15      A       It's our hopes, but it doesn't always happen.

16      Q       Do you use this form in your dryer

17              investigations?

18      A       I generally follow the concepts.  I don't

19              fill out the form though.

20      Q       When you're interviewing a homeowner, would

21              you ask all of the questions that I see under

22              the interview section?

23      A       Generally, if it follows and applies, yes.

24              There are some questions that may follow up

25              on another question.  If you answer no to
```

```
 2            one, you won't answer yes to another.  There

 3            are additional questions that I would

 4            probably ask in detail.

 5     Q      So you think the form should have additional

 6            questions, or at least for your

 7            investigations, you go above and beyond the

 8            questions that are this Stoddard 5?

 9                MR. HOPKINS:  Objection to form.

10     A      I ask additional questions because of my

11            expertise in dryers.  I expect that these

12            would be hopefully be the minimum answers

13            that we would get in every case.  That would

14            be the best-case scenario.

15     Q      Have you discussed with Mr. Parsons that you

16            have other questions that you ask of insureds

17            that he should consider to be added to the

18            guidelines?

19     A      Between both Mr. Parsons and myself, this

20            guideline has been updated since its original

21            version which we have added additional

22            questions.  Again, specific required

23            questions, I am more familiar with the dryers

24            than other people may, so we try to keep as

25            brief and simple as possible, so that the
```

```
 2              person answering the questionnaire, even if

 3              it's the homeowner himself filling it out,

 4              will have a basic understanding.  We don't

 5              inundate them too much with specifics in the

 6              basic questionnaire, as well as make it

 7              convenient for someone to answer this amount

 8              of questions in this initial parts of the

 9              investigation.

10     Q        What questions do you ask that go above and

11              beyond the form?

12     A        It would depend on a case-by-case basis.

13     Q        In the dryer fire case?

14     A        Again, these are the general questions.  I

15              may have specific questions that follow up

16              off of these general questions.  Specific

17              descriptions of events or specific -- even

18              more indepth questions regarding the use of

19              the dryer or what have you.

20     Q        But nothing that you can tell me now would be

21              in addition to the questions on this form?

22     A        Well, it's a conversational interview.  It's

23              a conversational basis.  Conversations, you

24              have to go with the interview and evaluate it

25              as best as possible to go along with it.  So
```

| | | |
|---|---|---|
| 2 | | there may be additional questions that might |
| 3 | | be asked, yes. |
| 4 | Q | If you didn't ask one of the questions that I |
| 5 | | see on this form, would that be an oversight |
| 6 | | on your part? |
| 7 | A | Not necessarily. |
| 8 | Q | It would be intentional? |
| 9 | A | It may have no relevance, or it may not be as |
| 10 | | important. |
| 11 | Q | Why is the age of the dryer important? |
| 12 | A | We're just trying to get a general sense of |
| 13 | | how long the dryer has been there.  The age |
| 14 | | of the dryer is important to know some of its |
| 15 | | operational history and how it was installed |
| 16 | | and different things.  They all kind of |
| 17 | | correlate. |
| 18 | Q | Operational history, what do you mean by |
| 19 | | that? |
| 20 | A | The overall use of the dryer. |
| 21 | Q | Why is that important to your analysis? |
| 22 | A | Many different reasons.  Again, I'll try to |
| 23 | | generalize.  It's a case-by-case basis, but |
| 24 | | the age of the dryer may relate to who |
| 25 | | installed it, how it was installed, was it |

```
 2              used or new, how much does the user actually

 3              know about the dryer itself as far as the

 4              history of the dryer, different things such

 5              as that.  There is a plethora of questions.

 6      Q       When you speak of use, are you interested in

 7              how the user or owner maintained the dryer?

 8      A       Yes.

 9      Q       Does that include cleaning the lint screen,

10              for instance?

11      A       Yes.

12      Q       Does it include maintenance of the dryer?

13      A       Yes.

14      Q       Forgive me if this is on here.  I'm scanning

15              questions, and I'm trying to keep your

16              questions going.  So bear with me.

17                  Does that include -- yes, it does.  I

18              see a question on Page 2 of 6 that says,

19              "When was the last time the dryer vent and

20              duck work were cleaned?"  So you inquire

21              about cleaning?

22      A       Yes, the dryer and any related components.

23      Q       You inquire about how the duct work ran

24              through the house?

25      A       Yes.
```

```
2        Q    There is another question here on 2 of 6,

3             Mike, "What type of dryer vent was it?"   Then

4             in parenthesis, "Flexible vinyl, flexible

5             foil, semirigid, corrugated aluminum duct or

6             rigid sheet metal duct."   Are those, as far

7             as you're aware, the only type of ducting

8             that can be used with dryers?

9        A    Those are the main types of ducts that are

10            designed for use with dryers, but I have seen

11            other materials used to vent dryers.

12       Q    Like what?

13       A    PVC pipe, for example,

14       Q    Which is inappropriate, right?

15       A    It's not a typical material.

16                 MR. HOPKINS:   Objection.

17       A    It's not a typical material that's generally

18            sold in the marketplace to be used to vent

19            dryers.

20       Q    Why is the material of the ducting important

21            to you?

22       A    Again understanding how the exhaust was run

23            is important to us, but it's also important

24            to anyone else who may be involved in the

25            investigation of the case.
```

| | | |
|---|---|---|
| 2 | Q | And does the material composition also impact |
| 3 | | your analysis of airflow? |
| 4 | A | On a case-per-case basis it can, yes. |
| 5 | Q | There is a question on Page 2 of 6 that asks, |
| 6 | | "Was there any screen or guard attached to |
| 7 | | the exterior vent?"  What type of screen or |
| 8 | | guard are you referring in that question? |
| 9 | A | Some exhaust hoods that are sold in the |
| 10 | | marketplace or as an accessory to those |
| 11 | | exhaust hoods, a guard could prevent birds or |
| 12 | | other animals from entering the exhaust. |
| 13 | Q | Why is that important to your analysis? |
| 14 | A | It's an overall component that may or may not |
| 15 | | be used as part of the exhaust ducting, and |
| 16 | | different manufacturers may have different |
| 17 | | requirements regarding the use of one of |
| 18 | | those screens. |
| 19 | Q | All right.  In addition to following |
| 20 | | manufacturer's instructions, are you also |
| 21 | | interested in whether or not there could have |
| 22 | | been any blockage creates by something coming |
| 23 | | into the vent? |
| 24 | A | Yes. |
| 25 | Q | On Page 3 of 6, you asked if there were any |

```
 2              noises or odors prior to the fire.  Why did

 3              you ask that question?

 4      A       It gives us an idea if there was potentially

 5              a problem with the dryer.

 6      Q       What kind of noises or odors are you

 7              interested in?

 8      A       Any noises or odors.

 9      Q       Are there particular noises associated with

10              particular problems?

11      A       Clunking, squealing, those are all noises

12              that may be associated with the dryer.

13      Q       What's clunking associated with?

14      A       Something, an off-balance load maybe or some

15              type of problem with the rotation of the

16              drum.

17      Q       Squealing?

18      A       It could be a number of reasons, bearing

19              assemblies, belts, metal-on-metal contact,

20              jammed, items jammed that are rubbing,

21              rubbing noises.

22      Q       With regard to the bearing assembly, what

23              type of a squealing noise would you expect to

24              hear if there was a problem with the bearing

25              assembly?
```

```
 2      A     It depends on which bearing you're talking

 3            about.

 4      Q     The rear bearing at the drum.

 5      A     It's situational.  I've interviewed people

 6            that have described some type of squealing

 7            noise.  We later find there is evidence of a

 8            failed bearing, and it may be something that

 9            is a momentary squealing.  When they start

10            the dryer, there is an intermittent sound.

11            If it's loud or soft, again it's a

12            situational case.

13      Q     Have you ever heard a squealing noise

14            associated with a bearing problem?

15      A     Specifically during an investigation or in a

16            dryer that I have investigated.

17      Q     In your professional experience?

18      A     I've heard some noises produced by Electrolux

19            during some of the testing as far as that

20            goes.  I can't specifically recall any other

21            ones, but I may have.  There's one weird

22            noise that comes to mind when it comes to

23            work related to this.  I have heard other

24            squealing noises with regards to dryers, but

25            I can't say where they're coming from
```

| | | |
|---|---|---|
| 2 | | operation in my own personal use of dryers |
| 3 | | and history. |
| 4 | Q | Speaking personally, when you heard that |
| 5 | | squealing noise, what did you do? |
| 6 | A | I didn't do anything specifically. |
| 7 | Q | You didn't own the dryer? |
| 8 | A | No, I didn't own the dryer.  There was years |
| 9 | | ago growing up.  My mother had a dryer that |
| 10 | | squealed all the time. |
| 11 | Q | What did your mother do? |
| 12 | A | She kept on using the dryer. |
| 13 | Q | With regard to other than the Electrolux |
| 14 | | testing that you just referred to, you said |
| 15 | | there was another instance or you had another |
| 16 | | thought that came to mind with regard to |
| 17 | | squealing.  What were you referring to there? |
| 18 | A | I'm not sure if it was an Electrolux dryer, |
| 19 | | but there was another squealing that may have |
| 20 | | been potentially involving like either a |
| 21 | | motor bearing or like an idler wheel making |
| 22 | | noise along that same lines. |
| 23 | Q | Okay.  Why is drying time and drying time |
| 24 | | taking longer than usual important to you? |
| 25 | A | It shows if there is any performance issues |

```
 2              for the dryer, related to the dryer,

 3              specifically with regards to airflow.

 4        Q     Tell me what that performance issue would be.

 5        A     If you have a change in airflow, you can

 6              increase the drying time, which is a sign and

 7              symptom of change in the dryer and its

 8              operation.

 9        Q     When you say change in airflow, are you

10              referring to what we were talking about

11              before, not necessarily a decrease in

12              airflow, but a change that would cause lint

13              to deposit in different places?

14        A     Potentially, yes.

15        Q     Could it also be a decrease in airflow?

16        A     It could be.

17        Q     Is there anything else it could be?

18        A     Generally, no.  An increase in airflow

19              doesn't really hurt because it's got one fan,

20              but generally a decrease in airflow could be

21              some reason related to the dryer.

22        Q     The question on Page 4 of 6, "Did the

23              eyewitness hear anything, like an explosion

24              or deflagration?"  What is deflagration?

25        A     It's like a rapid expansion of gases.  It's
```

```
 2              kind of similar to an explosion.  It's rapid

 3              fire.

 4      Q       Why do you ask that question?

 5      A       It's actually more of a standard question in

 6              regards to any noises on fire scenes,

 7              especially involving potentially with the

 8              dryers.  If it's a gas appliance, it could

 9              potentially be related to it.

10      Q       Okay.  So you're thinking about a gas

11              explosion?

12      A       Yes, potentially.

13      Q       There's a series of questions that start on

14              Page 4 of 6 for fire department personnel.

15      A       Yes.

16      Q       And you ask, "Did anyone turn the dial on the

17              dryer?"  Why is that important to you?

18      A       Well, one of the things we look at is the

19              setting of the timer.  If the timer is still

20              in its original position, where it was at the

21              time the fire occurred, it could tell what

22              portion of the cycle it was in.  If it's been

23              manipulated after the fact, it's helpful to

24              know that.

25      Q       You also ask "did they disassemble the
```

```
 2              dryer"?

 3       A      Yes.

 4       Q      Why do you want to know that?

 5       A      We want to know if has been any changes to

 6              any of the artifacts, you know, if it's

 7              changed from the condition it was at the time

 8              of the fire.

 9       Q      And why is that important to you?

10       A      Just to know if all the components are there,

11              if anything has been altered in any way.

12       Q      If the condition of the product had been

13              altered in some way would that impact your

14              ability to rely upon what you see in your

15              inspection of the dryer?

16       A      On a case-per-case basis, it would depend.

17              In some cases, if they remove screws, it may

18              not.  In other cases, if the dryer has been

19              thrown out a window as part of fire fighting

20              operations it could potentially damage the

21              evidence.

22       Q      What if the dryer has been disassembled by

23              others before you get to it?

24       A      It's a case-by-case basis.  If it's been

25              disassembled properly and everything is in
```

2           the same condition in which it was assembled,

3           it may not have a great effect if things have

4           been removed and discarded.

5     Q     Does disassembly have an effect in the way

6           lint appears inside a dryer?

7     A     Not necessarily.

8     Q     Could it?

9     A     It could in certain cases, yes.

10    Q     So if the dryer was taken apart and lint was

11          disturbed or moved, cleaned, something along

12          those lines, it would be an issue?

13    A     But that could potentially happen not only in

14          disassembly but also in fire fighting

15          operations, in transport.  There's a whole

16          bunch of reason.  It's not a solid piece of

17          the dryer so it's subject to movement.

18    Q     Page 5 of 6, photographic documentation, now,

19          I know from working -- having Ron on cases

20          and also from your photographs in this case,

21          this certainly the end all and be all list of

22          the documentation you do of the dryer; is

23          that correct?

24    A     Absolutely not.

25    Q     All right.  I take it this is the starting

```
 2              point, but your documentation goes far

 3              beyond?

 4        A     Again, this document it's even entitled

 5              guideline.  It's a guide.

 6        Q     Yes.  Last page, "Evidence, Proper Evidence

 7              Collection and Preservation", the first

 8              bullet, "The dryer should never," in caps,

 9              bolded and underlined, "be disassembled on

10              scene."  Why is that?

11        A     Because we want to see the dryer.  If we are

12              doing an inspection of the evidence, we want

13              to see it in its original post fire

14              condition.  We don't want to see any evidence

15              lost or damage.

16        Q     Are there instances where you see dryers for

17              inspection and they have been disassembled at

18              the scene?

19        A     Yes, they have, whether -- who disassembled

20              it is undetermined sometimes.  Maybe a fire

21              department or maybe another expert that

22              doesn't work for us.

23        Q     Are you involved in cases where destructive

24              examination has occurred before you're

25              retained and get to it?
```

2    A    Yes.

3    Q    How does that affect your work and your

4         analysis of that particular dryer fire?

5    A    Again, it's on a case-by-case basis.  In some

6         cases, it may not affect anything.  It may be

7         in the original.  Again, we'll still look at

8         it in the same light as it was previously or

9         at least be able to draw conclusions with

10        enough evidence that it's remaining in its

11        current condition.  In other cases, it can

12        affect our examination.

13   Q    How do you go about, in those instances where

14        it's been previously destructively examined,

15        how do you go about ensuring that the

16        condition that you've got it in is in an

17        original post-fire condition and not

18        disturbed by someone opening up the dryer and

19        examining it?

20        THE WITNESS:  Can you read back that

21        question, please?

22        (Reporter read question as recorded.)

23   A    Well, as far as a prior examination of the

24        dryer, if a dryer has been disassembled for

25        any reason, it's not in its post-fire

2        condition.  That's my answer, I guess.

3    Q   I'm not being clear with the question.  You

4        get a dryer and it's been examined by other

5        experts before it comes to Wright.  Through

6        no fault of your own, it's been opened and

7        examined.

8            How do you ensure that the evidence that

9        you're seeing that you're using to base your

10       opinions on is actually post-fire evidence

11       and not evidence altered or created by

12       others?

13   A   Again, parts of it is our experience in

14       looking at not just dryer fires but all of

15       our investigations and the laboratory

16       analysis.  You can tell if something has been

17       alter or disturbed, if it's been mechanically

18       cut or in some cases something has been

19       removed.

20           Specifically looking for components that

21       should be there, if they're missing,

22       obviously there's a problem there, also in

23       regards to prior evidence exams, looking at

24       the photographs or any other documentation,

25       review, notes, whatever may have been

```
 2              provided by the previous examiner to help

 3              support that that is the steps they used to

 4              get the artifact in the condition that we're

 5              looking at it.

 6      Q       Through those means that you just described,

 7              do you believe your conclusively able to then

 8              determine what its original post-fire

 9              condition was?

10      A       It depends on a case-by-case basis.  In some

11              cases, yes.  In other cases, it may have been

12              altered enough to not be able to form our

13              opinions as we'd like it.  In those cases, we

14              inform our clients that there's an issue.

15      Q       Five bullets down, "Secure the entire

16              ventilation duct work, if possible.  At a

17              minimum, the section vent ducts connected

18              directly to the dryer should be collected."

19                   Why is that section of vent duct

20              connected directly to the dryer, at a

21              minimum, an important piece, I take it?

22      A       Because in general, when you're talking about

23              an exhaust system, in some installations the

24              exhaust system especially in a property that

25              may not have been severely fire damaged, it's
```

```
 2              not economically feasible to remove the whole

 3              vents system and secure that, but because of

 4              the transient nature of a transition duct, a

 5              duct that's used to connect the exhaust to a

 6              previously installed duct work, that's alway

 7              easy and is usually something that's going to

 8              be replaced and something that can be given

 9              up.

10    Q         I think that's it for this.  It's a good

11              point to come to this affidavit that we were

12              speaking about earlier.  I know there were a

13              number of questions, but I'm going to give

14              you that affidavit of Ron Parsons in the

15              Lowe's Home Center litigation.  My question

16              is general, and as I said to Michael, I

17              wasn't intending to take you paragraph by

18              paragraph.

19                   I'd like you to look at it paragraph by

20              paragraph and tell me if there are any

21              opinions offered by Mr. Parsons of The Wright

22              group that you don't share or you have other

23              opinions about.

24    A         Okay.

25                   MS. NICOLSON:  And off the record.
```

```
 2                    (Discussion held off the record.)

 3                    BY MS. NICOLSON:

 4      Q    So I think there's a question on the table.

 5      A    What's the question?  Can you read that back

 6           for me, please?

 7                    (Reporter read question as recorded.)

 8                    Okay.  I've read over the document.  I

 9           did not author the document.  There are some

10           things that I do disagree with in his

11           opinions.

12                    MS. NICOLSON:  Let's mark this as

13           Stoddard 6, please.

14                    (Document marked Exhibit No. 6.)

15      Q    Mike, can you direct me to what those

16           opinions might be and what your opinions are?

17      A    Again, specifically, for me to go through

18           this, I'd have to read this over in careful

19           detail and make some comments on it.

20      Q    And I want you to do whatever you need to do

21           to answer the question, so if you need more

22           time, please take it.

23      A    It may take a little while.

24                    Okay.  I would say under Paragraph 9, I

25           would disagree with some of the statements in
```

2           that, because it's dependent on how flexible

3           foil transition ducts are installed.

4     Q    I don't have it in front of me, because you

5           have my only copy.  So read me what

6           Paragraph 9 says or the portion that you're

7           taking issue with.

8     A    "I believe that the reason why these vents

9           are mandated by most manufacturers," and then

10         in parenthesis, "and strongly recommended by

11         the others," end parenthesis, "is because

12         heavy metal vents provided the best available

13         protection in the marketplace against

14         crushing, kinking and changes that can occur

15         over time when a dryer is installed, moved,

16         or when objects are dropped behind the

17         dryer."

18    Q    And what's your issue or difference of

19         opinion with that statement?

20    A    I guess it actually goes on to pretty much

21         the whole paragraph.  Do you want me to read

22         the whole paragraph?

23    Q    Have you read the piece that you're taking

24         issue with, or is it the whole paragraph?

25    A    The whole paragraph is the issue.

2      Q      Go ahead.

3      A      In generally speaking regarding this

4             paragraph, my disagreement would be that

5             flexible foil vents are not commonly

6             installed properly.  That's an issue.  If

7             it's installed properly, I believe that they

8             don't have any difference between airflow

9             between a properly installed rigidly or

10            semirigid exhaust.  It may be covered later

11            in this report.

12     Q      Let me ask you a question about that, Mike.

13            I understand what your point is with regard

14            to airflow.  If they're properly installed

15            they can have proper airflow, correct?

16     A      Yes.

17     Q      What about the opinion that Mr. Parsons

18            offers that -- off the record.

19                 (Discussion held off the record.)

20                 BY MS. NICOLSON:

21     Q      This is helpful now.  Back on.  All right,

22            Mike, you were talking about Paragraph 9 of

23            the affidavit, and we've marked the affidavit

24            as Stoddard 6.  And I think you were

25            explaining to me that when foil vents are

2          installed properly, they can have just as

3          good airflow as a semirigid or rigid venting;

4          is that correct?

5     A    That's correct.  In the latter section of

6          that same Section 9 does kind of cover that.

7          I would say the opening of that paragraph has

8          to be caveated that when it is installed

9          properly, there is no difference in the

10         airflow if it's installed to the same degree.

11    Q    Is that your only difference with that

12         paragraph because it does go on to talk about

13         protection against crushing and kinking and

14         how the flexibility of foil does allow for

15         increasing of sharp bends.  Do you see that?

16    A    Yes.

17    Q    Do you have any differences of opinion with

18         regards to that testimony?

19    A    No, I mean, definitely a flexible foil duct

20         is easier to manipulate and can be kinked

21         easier than a rigid or semirigid duct.

22    Q    Okay.  Continue on.

23    A    On Page 5, which is item No. 14, Section B,

24         Subsection I -- just again, I'm not rewriting

25         Mr. Parsons' document here, but generally,

```
 2              it's not just a restricted airflow that

 3              causes the accumulation of liquid in the

 4              dryer cabinet.  That's not the sole cause.

 5              It's basically changes in airflow, of which a

 6              restricted exhaust is one factor.

 7    Q    And when you say a restricted exhaust is one

 8              factor, it's one factor that could cause

 9              accumulation of lint?  Is that what you mean?

10    A    Yes, it's one of the factors that causes

11              changes in the airflow that causes the

12              accumulation.

13    Q    What are the other factors?

14    A    Well, besides a restricted exhaust?

15    Q    Yes.

16    A    A restricted air intake, leakages in the --

17    Q    Stop for a second.  When you talk about the

18              restricted intake, are you talking about the

19              vents on the back of the dryer that draws air

20              or allows for air to be drawn into the

21              cabinet?

22    A    In Electrolux, that could be one potential

23              area.  I mean, airflow through anywhere,

24              through the cracks or from anywhere could

25              restrict the air coming into the dryer that
```

```
 2              affects airflow.

 3      Q       What else?

 4      A       Changes in airflow is what we're still on,

 5              right?

 6      Q       You said a restricted exhaust is just one

 7              factor that could affect lint accumulation in

 8              the dryer, and then I think you're giving me

 9              other factors.  I asked what other factories.

10      A       Other factors that I consider changes in

11              airflow would include any type of leakage

12              within any of the airflow components of the

13              dryer itself, seals, gaps, different things

14              that would change the airflow.  Lint that

15              collects on the lint screen can change the

16              airflow.  The clothing load itself can change

17              the airflow.  Those are the major factors.

18      Q       With regards to the seals, how do seals --

19              when you say seals, tell me what you mean.

20              Do they do impact the accumulation of lint in

21              the dryer?

22      A       The seals in the dryer itself -- and again

23              this is not specific to Electrolux, but any

24              dryer that has any type of seal.  If the seal

25              is deficient, it can reduce the velocity of
```

```
 2              the airflow and also allow airflow to enter

 3              cabinets where it's not designed to enter the

 4              main path of the airflow through the heating

 5              element, through the drum, through the lint

 6              screen and out the back of the dryer.

 7      Q       When you talk about deficient, what do you

 8              mean?

 9      A       A change that is not originally designed.

10      Q       It could be anything?

11      A       Yes.

12      Q       What particular seals in the dryer are you

13              referring to?

14      A       Drum seals, any type of seals around blower

15              housings, any type of seal that is

16              essentially is part of the airflow path.

17      Q       Are there others?

18      A       Are you asking this in regards to Electrolux?

19      Q       Yes.

20      A       In Electrolux, the main seals are the front

21              drum seal, the foam gasket between the blower

22              housing and the transition duct and the seal

23              between the blower housing and the internal

24              exhaust tube.  Those are the three main

25              seals.
```

```
 2      Q    The last one was seal between --

 3      A    The blower housing and the exhaust tube.

 4      Q    Before I asked you the specific with regard

 5           to seals and Electrolux dryers, the factors

 6           that you had given me restricted exhaust

 7           seals, lint on the lint screen and clothing,

 8           they apply to all dryers?

 9      A    Yes.

10      Q    Lint on the lint screen, how does that affect

11           accumulation of lint?

12      A    It changes the airflow from the beginning of

13           the cycle to the end of the cycle.

14      Q    Clothing?

15      A    Yes, also does the same thing.

16      Q    Same thing?

17      A    Yes.

18      Q    I think what you mean -- I shouldn't assume,

19           but if you've got an overpacked drum, is that

20           an instance where clothing might affect the

21           airflow?

22      A    That is one instance, yes.

23      Q    Comforters that are too big for the capacity

24           of the dryer, something along those lines?

25      A    Not even specifically if it's too big for the
```

Magna Legal Services

```
 2              dryer, but a difference in a clothing load

 3              compared to the next may have an effect on

 4              position and size, material.

 5      Q       Even if the drum was appropriately loaded?

 6      A       Yes.

 7      Q       Not overloaded?

 8      A       No, it can change and affect the airflow.

 9      Q       And that would affect the accumulation of

10              lint in the dryer?

11      A       In general, yes.

12      Q       And are we assuming with regard to this

13              concept of the clothing affecting the

14              accumulation of lint that we don't need

15              restricted airflow?

16      A       When you say restricted airflow, what type of

17              restricted airflow are you talking about?

18      Q       When you are giving me clothing as a factor

19              that could affect the accumulation of lint in

20              a dryer, are you as a prerequisite to

21              clothing affecting the accumulation of lint,

22              are you assuming that the clothing is

23              restricting airflow or no?

24      A       Clothing in a drum may restrict airflow, but

25              the way the clothing in the drum is reacting,
```

```
 2              what type of materials it's made out of, how

 3              it's positioned in the tumbling cycle and the

 4              amount of clothing are all things that can

 5              change the airflow on a cycle-by-cycle basis.

 6      Q       If I'm following you correctly, it could

 7              affect the accumulation of lint in the

 8              cabinet?

 9      A       As well as generation at this point.

10      Q       The generation of lint without having

11              restricted airflow?

12      A       Yes.

13      Q       I want you to continue on.  I didn't mean to

14              make you digress there so far off Sub I.

15      A       Section C, "The dryer manufacturers do not

16              anticipate accumulations of lint to come in

17              contact with the heat source and ignite."  I

18              don't know what Mr. Parsons meant with the

19              wording of that sentence.  I personally do

20              not know what dryer manufacturer anticipate

21              or don't.  It would depend on the dryer

22              manufacturer and whatever their test

23              programs, whatever their findings are.  So I

24              disagree with that.

25                  Section D says that, "Airflow
```

2        restrictions increase the probability of

3        dryer fires."  Again, I would change airflow

4        restrictions to changes in airflow increase

5        the probability of lint ignition fires in

6        dryers.  That's probably how I would say that

7        should be worded in my own estimation.

8        Again, I'm not rewriting his report, but

9        that's my opinion.

10              In Section F, Subsection I, again, I

11       wouldn't make any assumption as to how well

12       manufacturers are aware of their dryers are

13       installed and used in the marketplace.  I

14       personally again do not know the testing

15       procedures or evaluations, surveys or

16       whatever other means they may do to establish

17       how the dryers are installed, used and

18       maintained.

19   Q   Okay.

20   A   I guess No. 21, I would disagree so far to

21       say that the statements made by Mr. Parsons

22       in his affidavit are generalized and

23       simplified.  It's my opinion that while

24       flexible foils may be more easily manipulated

25       or cause an increase in lint accumulations in

2           certain situations, ultimately, I find fault

3           in the fact that the end user or the

4           installer of those foil vents does not know

5           the specifics of the fire hazards related to

6           dryers and specifically which dryers are more

7           prone to lint ignition fires than others, or

8           should I say --

9               Let me clarify that by saying that

10          having a greater risk by design in relation

11          to the way lint accumulates in relation to

12          the heat source.

13     Q    I'm sorry, Mike.  I had trouble understanding

14          what you meant there.  So I'm going to take

15          it back with you.  Is it all of Paragraph 21

16          that you disagree with?

17     A    I'm going to label it as 21, but I think

18          generally -- again, you'd have to ask

19          Mr. Parsons what he meant when he wrote this

20          document and he was trying to get where he

21          got, but I believe his whole document is

22          summarized under 21.

23              I think the scope of the entire document

24          which is best summarized in 21 is that

25          flexible foil ducts are a safety hazard in

```
 2              every home because of the lint ignition

 3              scenario.

 4      Q       Okay.  So you started to tell me earlier -- I

 5              was taking notes about your testimony while

 6              flexible foil may cause an increase in lint

 7              accumulation in certain instances, and then

 8              you went on to explain I think what your

 9              opinion was and I lost you.  I wasn't

10              following you?

11      A       My opinion is that it's -- I agree with

12              Mr. Parsons in that flexible foil is easier

13              to be manipulated or improperly installed,

14              whatever.  It creates an increase of lint

15              ignition in fires in certain dryers as

16              opposed to other dryers.  Therefore, it's

17              inappropriately to be sold generally in the

18              marketplace for installation on all dryers

19              because of that specific factor.

20                  It's not up to the installer of the

21              vent, whether it be a professional installer

22              or the home user.  They don't understand fire

23              hazards associated with dryers and different

24              design type of dryers in relation to where

25              lint accumulates in the dryers, how lint
```

| | | |
|---|---|---|
| 2 | | accumulates in the heat source and the risk |
| 3 | | of that. |
| 4 | Q | What dryers shouldn't flexible foil vents be |
| 5 | | used with? |
| 6 | A | Again, this is affidavit is a general |
| 7 | | statement for all people. |
| 8 | Q | No, I understand.  I meant in your opinion. |
| 9 | | I'm following up on your statement of your |
| 10 | | own opinion.  What dryers shouldn't flexible |
| 11 | | foil vents be used with? |
| 12 | A | Flexible foil vents shouldn't be used in all |
| 13 | | situations to some degree, because it's easy |
| 14 | | if the flexible foil vent is in place and |
| 15 | | it's used in a different dryer there is a |
| 16 | | hazard associated with that. |
| 17 | Q | What's that hazard? |
| 18 | A | Lint generation potentially. |
| 19 | Q | When you reuse a foil vent? |
| 20 | A | If the foil vent was not properly installed, |
| 21 | | it potentially can change the airflow in |
| 22 | | certain situations. |
| 23 | Q | For all dryers? |
| 24 | A | For any dryer. |
| 25 | Q | Okay.  Go ahead. |

```
 2        A    But specifically there's, you know, in

 3             --certain dryer manufacturers have an

 4             increased risk of fires that relate to the

 5             lint accumulation and certain areas of the

 6             dryer itself, and it's not the homeowner or

 7             the service person that may understand that

 8             they may be increased risk with brands X

 9             versus brands Y.

10        Q    Who are those manufacturers?

11        A    I would say the lint ignition scenario is

12             more prevalent in Electrolux dryers and

13             General Electric dryers and Camco Mabe

14             dryers.

15        Q    How do foil vents in application to those

16             manufacturers, Electrolux, GE and Camco,

17             allow for lint to accumulate in certain

18             areas?

19        A    Flexible foil vents under very specific

20             conditions, especially if improperly

21             installed, can lead to a change in airflow.

22             It can increase the amount of lint that

23             remains inside the cabinet.  That's the same

24             with any dryer depending on its installation

25             as it relates to exhaust specifically.
```

```
 2      Q    But there's something about Electrolux, GE

 3           and Camco dryers that make foil vents

 4           particularly -- you give me the word, bad,

 5           inappropriate, to use?

 6      A    Not specifically foil vents in relation to

 7           this document.  We're discussing foil vents,

 8           yes.  But any ventilation system that is

 9           deficient can be one of the factors that

10           leads to a lint fire in those particular

11           dryers more so than the other main designed

12           dryers out there, MayTag, Whirlpool, LG.

13      Q    Forget the affidavit for a minute, because I

14           think this opinion you're offering stands on

15           its own.  That's what I'm asking you, is your

16           own opinion.  I want to make sure I

17           understand what you're saying, and I'm not

18           sure I understand what you're saying.

19                With regard to Electrolux, GE -- let me

20           back up.  I do understand you in your

21           testimony where you're saying if you to use a

22           foil vents incorrectly, if you install it

23           incorrectly, it's a problem for all

24           manufacturers' dryers, correct?

25      A    It can increase the lint that accumulates
```

```
 2              inside a cabinet in all manufacturers'

 3              dryers, yes.

 4        Q     But then there is a specific opinion that you

 5              have with regard to Electrolux, GE and Camco

 6              dryers and the use of foil vents, correct?

 7        A     Not just foil vents.  That's where the

 8              discrepancy comes up.

 9        Q     I'm sorry.  I'm not following you.  Did you

10              say that foil vents are an issue with regards

11              to these manufacturers particularly?

12        A     Venting in general, problems with venting in

13              general is more of an issue in those dryers

14              than the other manufacturers.

15        Q     So any bad installation of venting is more of

16              an issue with Electrolux, GE and Camco than

17              other manufacturers.  Do I have that right?

18        A     I have to take it a step back further.  Any

19              factors that affect the accumulation of lint

20              in those particular manufacturers' dryers are

21              more problematic than the other

22              manufacturers.

23        Q     When you say more problematic, what do you

24              mean?

25        A     More of a hazard.
```

```
 2        Q     Why is that?

 3        A     Because in those particular design of dryers

 4              the lint that does accumulate inside the

 5              dryer cabinet accumulates in greater

 6              quantities and/or in greater proximity to the

 7              heat source.

 8        Q     How do you know that?

 9        A     Through experience, education, looking at

10              exemplars, doing testing, doing actual fire

11              scenes and doing investigations, basically

12              the whole summary of my knowledge of dryer

13              fires.

14        Q     With regard to that opinion, you base that

15              opinion on your experience in the field?

16        A     Yes.

17        Q     Your training?

18        A     Yes.

19        Q     Testing?

20        A     Yes.

21        Q     What else did you say?

22        A     Education, all of the additional research

23              that has been done.

24        Q     By whom?

25        A     By myself and also here at The Wright Group
```

2          and by others as well.

3     Q    And who are the others?

4     A    I mean I'd generalize and say other

5          professionals in our field.  I mean

6          specifically, if I have read reports from

7          other experts that talk about lint

8          accumulation or show photographs of them, it

9          would be any other expert that I may have

10         read a report which we interacted with

11         specifically with regards to dryer fires.

12    Q    Can you give me names?

13    A    I couldn't give you all the names.

14    Q    Any that come to mind as you sit here?

15    A    Jack Sanderson, Dave Beauregard, Andy

16         Williams.  I'm trying to think of specific

17         report names.  I don't know.  I'd have to go

18         back through files and look at reports.  I'm

19         not very good with names.

20    Q    But that's what comes to you as you sit here?

21    A    Yes, those are people off the top of my head.

22    Q    In those conditions that we were just talking

23         about bat venting with these particular

24         manufacturers, Electrolux, GE and Camco, what

25         happens when you have bad venting, plus the

```
2              design of those dryers, those manufacturers'

3              dryers, what happens with regards to the

4              accumulation of lint?

5     A        Well, it's not just bad venting.  That's not

6              the only factor.

7     Q        I know, but you were just talking about bad

8              venting?

9     A        I don't think I said bad venting myself.  Can

10             you define bad venting for me?

11    Q        We were talking about foil vents, and you

12             said it's not just foil vents; it's all

13             venting that is installed improperly.  I

14             thought that's what you were saying.

15    A        Improper installation of venting is a factor.

16             Other changes to venting, if it's crushed or

17             kinked or damaged, can be a factor.  It's all

18             situational.  You have to look at it in a

19             case-by-case basis.

20    Q        When you have that scenario in place, what's

21             your opinion with regard to the accumulation

22             of lint in the cabinet?

23    A        I have to step back, because it's a

24             case-by-case basis, but generally, when we

25             look at the collection of lint in the cabinet
```

```
 2              of Electrolux dryers, using that as one of

 3              the examples of that design type, the lint is

 4              allowed by its design to collect in proximity

 5              to the heat source.  But venting is not the

 6              only reason for that.

 7        Q     The other reason would be change in airflow

 8              for the other reasons that you've described,

 9              seal issues, lint screen not being cleaned,

10              clothing?

11        A     Those are airflow factors, but primarily the

12              reason for the lint accumulating in proximity

13              to the heat source is the design of the dryer

14              itself.

15        Q     What is it about the GE and Electrolux design

16              that allows for lint to accumulate in

17              proximity to the heat source?  Let's take

18              electric dryers first.

19        A     An electric dryer primarily is the position

20              of the heat source.  Where the heat source is

21              located in an Electrolux electric dryer is

22              directly behind the drum, and through the use

23              of and examining dryers, doing

24              investigations, we see lint collects in the

25              back of the drum and in the heater housing,
```

```
 2            around the heat source.  That's irregardless

 3            of deficiencies or changes in the airflow

 4            doesn't necessarily do that.  Even a normally

 5            operating dryer properly vented according to

 6            manufacturer's instructions, lint still

 7            collects at the rear drum in proximity of the

 8            hear source.

 9      Q     If I understand you correctly, with a proper

10            installed and maintained dryer, it's your

11            opinion that lint in an electric Electrolux

12            dryer still collects in the heater pan in

13            proximity to the electric coil to the heating

14            element?

15      A     Yes.

16      Q     And what about for gas?

17      A     Same thing.  The lint that collects behind

18            the drum collects in proximity to the burner

19            flame and heat produced by the burner flame.

20      Q     So the gas lint accumulates -- let me back

21            up.  Normally installed, properly installed

22            gas Electrolux dryer with proper maintenance,

23            same question as I asked you for the

24            electric, permits the accumulation of lint or

25            creates the accumulation of lint behind the
```

```
 2              drum on the heater pan?

 3      A       On the rear of the drum and within the -- I

 4              don't know specifically what term we want to

 5              say to.  I think heater assembly would be

 6              Electrolux's part name for it, I believe.

 7      Q       I just want to make sure I understand you.

 8              The drum itself, the cylindrical drum piece,

 9              do you mean literally on the back of it or do

10              you mean on the heater pan that's attached to

11              the back of the cabinet?

12      A       Both.

13      Q       Both.  Okay.  Now, I'm trying to marry that

14              back into the opinions that you were giving

15              me with regard to Paragraph 21 of Ron's

16              affidavit.  Now that I understand what your

17              opinion is, if you have a bad venting

18              installation with an Electrolux, GE or Camco

19              dryer, the situations that you just described

20              with regard to the accumulation of lint in a

21              normally maintained and operated dryer,

22              properly maintained and operated dryer, does

23              it exacerbate?  Is it more, greater?

24      A       It would depend on the situation.  That's why

25              I disagree with the wording of that
```

```
 2            paragraph, is because ultimately the person

 3            who installs the vent, whatever vent material

 4            it is -- it doesn't who installs the vent --

 5            they may not realize the dangers or fire

 6            hazards associated with the type of material

 7            they choose or how the vent is installed

 8            based on the difference of the design types

 9            of dryers.  It's a factor.

10    Q       We're going to come back to your opinions

11            with regards to the Electrolux dryers and

12            testing and so forth, but we'll just hold

13            that and come back to it in a little bit.

14                 How many dryer fires have you

15            investigated, regardless of where you worked

16            whether it was here at Wright Group or at the

17            other firm where you did forensic work?

18    A       Specifically, I've probably been involved

19            with dryers that were involved in fire that I

20            have either assisted with an examination or

21            been part of an examination, I would say

22            maybe broad range three to 500, 300 to 500.

23    Q       Just so I'm clear, that would be during your

24            time here at The Wright Group and also at the

25            New England Fire Cause & Origin Company?
```

```
 2        A     As well as Fire Science Technologies prior to

 3              and also to some extent as well my experience

 4              in the fire department.

 5        Q     Fair enough.  Out of those 3 to 500 -- and I

 6              realize that's a significant range, Mike --

 7              how many have been Electrolux dryers?

 8        A     I wouldn't be able to give you exact figures.

 9              I can tell you as far as examinations I've

10              done here at The Wright Group anyway maybe

11              approximately 80 percent.

12        Q     Had you inspected or been involved in a

13              matter with an Electrolux dryer prior to

14              coming to The Wright Group?

15        A     I believe I have, yes.

16        Q     And at what firm would that have been, or was

17              it on the fire department?

18        A     More than likely if it happened, it probably

19              was at New England Fire Cause & Origin.  I

20              spent a considerable amount of years working

21              for them.

22        Q     Okay.  One of the -- I'm back to The Wright

23              Group now.  One of the duties that you list

24              as yours in your employment here at The

25              Wright Group is to prepare comprehensive
```

2         written reports regarding findings.  Is that

3         only for cases that you're the investigator

4         on or do you prepare reports for others?

5    A    No, I never prepare reports for others.  I

6         may assist them in the preparation of

7         reports.

8    Q    How would you assist someone else in the

9         preparation of a report?

10   A    Providing input, helping them type or insert

11        photographs or whatever help they may need.

12   Q    Do you ever type for others?  Do you ever

13        type a draft report and then hand it to them

14        for wordsmithing or revisions,

15        supplementation?

16   A    Not unless I'm co-authoring a report.

17   Q    So for instance, using Ron Parsons because

18        he's the person here I'm familiar with, if

19        Ron inspected a dryer in a case that wasn't

20        yours, would he ever ask you to write a draft

21        report for him to finalize?

22   A    I can't think of any situations where that's

23        happened.

24   Q    Has anyone ever done that for you?

25   A    No.

| | | |
|---|---|---|
| 2 | Q | Another description of duty is to peer review |
| 3 | | cases with fellow analysts and engineers. |
| 4 | A | Yes. |
| 5 | Q | What do you mean by peer review? |
| 6 | A | Well, there's some different probably |
| 7 | | definitions in the industry as far as peer |
| 8 | | review.  We generally say peer review here in |
| 9 | | a couple of different senses. |
| 10 | | First is our own internal peer review, |
| 11 | | which we discuss cases with other employees |
| 12 | | here at The Wright Group to talk about the |
| 13 | | case, make sure we've covered all the basis, |
| 14 | | to see maybe some differences in opinions or |
| 15 | | at least differences in theories that may |
| 16 | | have been brought up that may have been |
| 17 | | overlooked, and also to do proofreading, does |
| 18 | | the report make sense; is it factual and |
| 19 | | consistent. |
| 20 | | The other peer review would be peer |
| 21 | | reviewing with other experts in the field |
| 22 | | kind of in the same light, more so discussing |
| 23 | | your investigation, your data, your |
| 24 | | hypothesis, your conclusions, not so much in |
| 25 | | that aspect as far as reviewing the actual |

2           reports for verbiage and such.

3      Q    Sticking with the internal peer review, does

4           your discussion with your peers here at The

5           Wright Group take on a specific format like

6           you tell them the facts and you tell them

7           information from the homeowner?  Does it

8           follow any particular form, or is it specific

9           to the case?

10     A    Well, I mean, generally every investigation

11          we do is primarily the same using the

12          scientific method and NFPA guidelines, so we

13          kind of work through the same systematic

14          approach to cover all things so we will

15          discuss all that of that information in that

16          context.

17     Q    As soon as I finished asking the question, I

18          realized how I could have asked it better.

19          Do you have set information that you share

20          with your peers here at The Wright Group in

21          this peer review process?

22     A    Can you give me an example, what you're

23          talking about?  I don't understand it.

24     Q    Is there a set process that you follow with

25          your peers here at The Wright Group when they

2            peer review your opinions in a case, whether

3            it be a dissemination of information,

4            photographs, documentation of the fire scene,

5            whatever it may be?  I don't know.  That's

6            what I'm asking you.

7       A    There is no standardized process, meaning we

8            don't follow a specific written rule or

9            anything, but we generally talk about all the

10           information that's gathered and discuss the

11           case, whether that be interviews,

12           photographs -- we may review photographs

13           together.  We may discuss it verbally,

14           anything that may be involved to get

15           essentially another set of eyes and ears and

16           brain looking at things to verify our

17           conclusion.

18      Q    Does this internal peer review happen at a

19           particular time during your retention in a

20           matter?

21      A    Not specifically, no.  It's a case-by-case

22           basis.  It may happen very early on, or it

23           may happen continuously where it's peer

24           reviewed on numerous occasions.

25      Q    Does it happen in a room where you're sitting

```
 2            around a table discussing all the facts or is

 3            it happen in the kitchen or at a desk?

 4       A    It could be anywhere.  It could be in the

 5            conference room.  It could be in the office.

 6            It could be in the lab.  It could be in the

 7            field.

 8       Q    Could it involve just a question about a

 9            particular case, or does it always involve

10            presentation of a host of information?

11       A    It's usually more than just a simple

12            question.  Our in-house review process is

13            usually we want to look at all the

14            information that's available.

15       Q    Do you record or memorialize anywhere when

16            you peer review a particular case and what

17            the discussion was about?

18       A    In some cases, we may.  In certain

19            situations, we may.  It may be recorded

20            sometimes in a report or in an invoice or

21            something along that lines, but we don't have

22            any set procedure to do so.  It's part of

23            your normal standard protocol.  We don't

24            specifically keep track of all, because it's

25            so standardized for us to do it.
```

2    Q    Do you charge the client for the time you

3         spend together peer reviewing?

4    A    In most cases, yes.

5    Q    It would be your time as well whoever you're

6         discussing or peer reviewing with?

7    A    It depends on the circumstances.  Usually at

8         least whoever is in charge of the case will

9         charge time for the peer review process.

10        They may not charge for individual hours for

11        each person that was responsible that took

12        part in the peer review.

13   Q    Is there anywhere in the file documentation

14        as to when that and what you talked about or

15        how many times you met?

16   A    Not generally, no.

17   Q    Is there any document that's generated

18        memorializing what the peer review comments

19        were?

20   A    No.

21   Q    So in essence, the peer review happens, but

22        you can't tell me when it happens or what the

23        content of the discussion is or who was

24        involved?

25   A    That's correct, especially because most of

| | | |
|---|---|---|
| 2 | | the time it's an ongoing process that just |
| 3 | | kind of it happens when it happens. |
| 4 | Q | How does that ongoing process differ?  What |
| 5 | | you're describing sounds to me like office |
| 6 | | communication and collaboration as opposed to |
| 7 | | a peer review process.  How do you |
| 8 | | distinguish between the two? |
| 9 | A | Again, it depends how you define the term, |
| 10 | | peer review.  I know there is multiple |
| 11 | | definitions out there.  It depends on what |
| 12 | | specific definition you're looking at. |
| 13 | | Again, our internal peer review process |
| 14 | | is just a review of facts and information, |
| 15 | | and generally it culminates in the production |
| 16 | | of a report that's been read by someone to |
| 17 | | make sure it makes sense and is written |
| 18 | | correctly, has the right facts in it and is |
| 19 | | accurate. |
| 20 | Q | Is there a requirement here at Wright Group |
| 21 | | that for instance your cases -- I don't mean |
| 22 | | to single out yours or anyone else's -- are |
| 23 | | peer reviewed in your definition a certain |
| 24 | | number of times throughout the life of a |
| 25 | | case? |

```
 2     A     It's not necessarily the life of the case

 3           thing.  Our general practice here, it occurs

 4           most of the time is to have a peer review of

 5           every file that -- every fire that we do or

 6           every conclusion that we come up with or

 7           every fire that we come upon.

 8     Q     At some point?

 9     A     At some point, yes.

10     Q     And moving to your second definition of peer

11           review, discussion with experts in the field,

12           is that something that happens in every case?

13     A     No.

14     Q     Is it case specific?

15     A     In regards that it may happen on one case and

16           not the other, it's case specific.  We don't

17           have a specific type of fire or any specific

18           circumstances that call for an external peer

19           review, no.

20     Q     Okay.  So when you tell me there's this

21           internal and external peer review, how do you

22           define the external peer review?

23     A     Just that we spoke with someone that is

24           another expert that doesn't work for The

25           Wright Group to talk about the case, have you
```

| | | |
|---|---|---|
| 2 | | had any similar circumstances; do you think |
| 3 | | this happened; have you done any testing to |
| 4 | | this effect where we discuss it and formulate |
| 5 | | opinions and see if we differ on n opinions. |
| 6 | Q | So there is no set procedure for having an |
| 7 | | external expert peer review of a particular |
| 8 | | piece? |
| 9 | A | That's correct. |
| 10 | Q | And in fact, are external experts external to |
| 11 | | Wright Group ever peer reviewing a particular |
| 12 | | case of yours or opinions that are offered in |
| 13 | | a particular case? |
| 14 | A | In certain cases, yes, they are. |
| 15 | Q | In what cases would that be? |
| 16 | A | Well, it's a basis case-by-case basis.  If I |
| 17 | | have something that I know someone else has |
| 18 | | done some work on, I have a discussion with |
| 19 | | them.  That's essentially a peer review. |
| 20 | Q | A general discussion about your opinions or a |
| 21 | | fact-specific case discussion? |
| 22 | A | Not specific on a full case discussion, but |
| 23 | | it may be a trend or tendency or a specific |
| 24 | | product, not for an actual case.  The it -- |
| 25 | | using Electrolux, for example, if I know |

2          someone else has had a number of Electrolux

3          dryers and they have had experience in

4          investigating it, I am willing to offer my

5          own opinions and provide information as far

6          as what I found to see if it's in line with

7          what they found.

8     Q    Correct me if I'm wrong.  You wouldn't go to

9          an outside expert and say here's my opinion

10         and my report in the Smith file, peer review

11         me?

12    A    In certain situations, we have done that,

13         yes.

14    Q    What situations would they be?

15    A    We worked on a dryer case against GE that we

16         used an outside expert to review some of our

17         designs, to talk about our testing, and

18         that's the most recent example that I can

19         think of.

20    Q    Who was that outside expert?

21    A    That is -- let's see.  Who did we use for

22         that?  Scott Jones.

23    Q    Is that the only time you had Scott Jones

24         peer review for you?

25    A    I was involved in that case.  That's actually

```
2              not my case.  That's Mr. Parsons' case.  I

3              personally have not had any of my work peer

4              reviewed by Scott Jones that I've done solely

5              on my own.  We have done other work with

6              Mr. Jones, yes.

7       Q      Have you ever had with an other expert

8              outside The Wright Group where they peer

9              reviewed your cases, as opposed to a general

10             discussion about opinions?

11      A      Not a specific case, no, not that I can

12             recall anyway.  It may have happened but not

13             recently.

14      Q      New England Fire Cause & Origin, I'm reading

15             the description on your CV that we've marked

16             as Stoddard 1, and it looks like you did many

17             of the same things there that you do for The

18             Wright Group; is that a fair statement?

19      A      That's correct, yes.

20      Q      How did your employment differ, if at all, in

21             any way or your job responsibilities differ,

22             if at all, between New England Fire Cause and

23             Origin and The Wright Group?

24      A      Well, the responsibility of my job at The

25             Wright Group is more related to testing and
```

```
 2            analysis of artifacts after they've collected

 3            at the scene.  It's a conglomeration of both.

 4            Whereas, working at NEFCO, New England Fire

 5            Cause & Origin, it was more so related to

 6            origin analysis.

 7       Q    And that ties into what I think you were

 8            trying to explain to me early on in the

 9            morning where you talked about your lab

10            responsibilities and so forth growing here at

11            Wright Group, right?

12       A    Yes.

13       Q    I understand now.  With regard to The Wright

14            Group, what engineers do you have on staff?

15       A    Jan Kannally, K-a-n-n-a-l-l-y

16       Q    And what type of an engineer is he or she?

17       A    He is an electrical engineer.

18       Q    What other engineers?

19       A    John Downey.

20       Q    Type?

21       A    He is a mechanical engineer, and we just

22            hired a new person in our other laboratory.

23            I'm not sure if he has finished his degree,

24            but he's darn near close to an engineer as

25            far as to getting his degree if he hasn't
```

2          gotten it already.

3      Q   Do you know his name?

4      A   Yes, it's Jessie -- I'm blanking out on his

5          last name.  Do you want me to find out?

6      Q   We can come back to it.  Do you know what

7          kind of engineer he's studying to be?

8      A   It's related to mechanical engineering.  I'm

9          not sure of the exact title.  Like I said, I

10         don't know if he's graduated or he's a couple

11         of months shy from it.

12     Q   Have you ever consulted with any of your

13         engineers on staff with regard to opinions

14         that you've offered in dryer cases?

15     A   Yeah, Mr. Kannally on occasion, I have.

16     Q   And what types of questions would you consult

17         with Mr. Kannally involving dryer cases?

18     A   Dryer fires that are electrically related.

19     Q   When do you decide that you need to speak

20         with him or you want to speak with him about

21         a particular case?

22     A   If I have a question that's above my

23         electrical knowledge.

24     Q   Any other cases?

25     A   In regard to dryer fires?

```
2      Q    Yes.

3      A    No.

4      Q    What electrical knowledge do you have?

5      A    I have a pretty basic understanding of

6           general electrical knowledge.  Specifically,

7           if you want to ask me, I can tell you.

8      Q    That would require me to know.  How did you

9           come by that electrical knowledge?

10     A    I'll give the general answer of training,

11          education and experience.

12     Q    Point me to a particular place where you

13          gained this knowledge or a particular period

14          in your work life?

15     A    Throughout training courses, seminars

16          relating to fire investigation, educational

17          experiences through high school, college, and

18          other outside courses regarding electrical

19          systems and electrical components, general

20          work experience in various aspects, whether

21          here in the forensic world of The Wright

22          Group or NEFCO.

23               I worked in the fire alarm industry, so

24          I have experience in electronics and wiring

25          through there and just general knowledge I've
```

2          picked up through real world exposure.

3     Q    Is there anything -- where in your

4          educational background did you pick up

5          knowledge or education with regard to

6          electrical?

7     A    I think I just summarized it pretty well.

8     Q    You're telling me everywhere?

9     A    Specific educational courses or college

10         courses.

11    Q    What were those courses?

12    A    Well, right now, I'm attending a local

13         community college getting a degree in

14         electrical mechanical technology.  You can

15         use that as an example.

16    Q    Is that college on your CV?

17    A    No, it's not on there.

18    Q    Tell me what college it is.

19    A    Quinsigamond Community College or QCC.

20    Q    And where are you in that course of study?

21    A    How far am I through the program?

22    Q    Yes.

23    A    I would say probably three-quarters through.

24    Q    When you graduate, is it a two-year degree or

25         a four-year degree?

| | | |
|---|---|---|
| 2 | A | That's an associate's in science. |
| 3 | Q | Is that an engineering degree, or is it |
| 4 | | something other? |
| 5 | A | No, it's a technology degree. |
| 6 | Q | What does that mean? |
| 7 | A | It's not as advanced as an engineering |
| 8 | | degree. |
| 9 | Q | What types of courses do you take? |
| 10 | A | Electronics courses, electrical courses, |
| 11 | | mechanical courses, robotics courses, as well |
| 12 | | as general courses as well. |
| 13 | Q | I know I asked you.  I'm sorry if I spaced on |
| 14 | | this, Mike.  Did you say how far complete you |
| 15 | | are? |
| 16 | A | About three-quarters. |
| 17 | Q | I'm sorry.  Apart from this degree program at |
| 18 | | the community college whose name I can't |
| 19 | | pronounce, what other formal education have |
| 20 | | you had with regard to electrical? |
| 21 | A | High school shop classes.  With regards to |
| 22 | | electrical and fire, part of my degree |
| 23 | | program through the University of New Haven |
| 24 | | had some education relative to the electrical |
| 25 | | field. |

2   Q   Like what?

3   A   As part as the fire investigation course and

4       different things, electrical fires, how

5       electrical wiring behaves in fires, arc

6       mapping, things like that.  That's the same

7       through all my continuing education since

8       I've obtained my degree in various seminars

9       related to fire investigation, along that

10      lines.

11  Q   You're not an electrician?

12  A   No.

13  Q   At the fire alarm company, did you have --

14      let me ask it this way.  There was no origin

15      or cause work by you done at Monadnock

16      Security System?

17  A   Monadnock.

18  Q   Any fire cause and origin experience there?

19  A   No.

20  Q   How about forensic testing?

21  A   No.  I guess I'll take that back.  In regards

22      to forensic testing, it depends on how you

23      want to define it.  There was trouble

24      shooting of all the electrical circuits, fire

25      alarm control panels, fire alarm devices; if

2          it's broke, how did it break and why did it

3          break, and how do we fix it.  So, yes,

4          generally there was.

5     Q    Fire Science Technologies in Palmer, I see

6          that you did origin and cause work there.  No

7          forensic testing?

8     A    General forensic testing not to the degree

9          here, but, yeah, we did fire testing of all

10         the electronic circuits when you're testing

11         electrical devices, appliances.

12    Q    Is it devices in which circuit that failed?

13    A    Well, no, not necessarily.  Usually related

14         to that in doing of exemplar testing and

15         different.  That's pretty much been the same

16         thing throughout my entire career of origin

17         and cause is electrical related to fire.

18    Q    The forensic testing that you do here at The

19         Wright Group, you mentioned earlier that you

20         do forensic testing here and it's to a much

21         greater degree than in prior employment; is

22         that correct?

23    A    That's correct.

24    Q    What is the nature of the forensic testing

25         work you do here?

2    A    Well, the general testing is causation work,

3         related to a fire or an explosion or some

4         other type that caused damage, how is a

5         product or a scenario; how did that happen.

6    Q    What type of products does it involve?

7    A    It could be any product.

8    Q    Give me an example.

9    A    It could be a toaster oven.  It could be a

10        coffee maker.  It could be a dryer.  It could

11        be a washing machine.  It could have been a

12        furnace.  It could be a vehicle.  It could be

13        anything.

14   Q    That helps me.  So when you're talking about

15        forensic testing, I think -- I don't think,

16        you're talking about a particular product in

17        a case that you're involved in that's failed

18        and your testing of it?

19   A    Or even just testing potential ignition

20        sources as products, yes.

21   Q    What type of testing do you do on these

22        products?

23   A    That's a pretty difficult question to answer

24        generally, but I will give it a shot.  It

25        could be the testing of to see how the

```
 2              product operates normally, baseline testing.

 3              It could be fire testing to see in what

 4              failure modes a fire is to occur in them.  It

 5              could be testing to see if this particular

 6              item is even a potential cause of a fire.

 7              There is a whole wide range of different

 8              testing we may or may not do.

 9      Q       How would you test a product to see if it's a

10              potential cause of a fire?

11      A       If we come up with a potential hypothesis as

12              part of our investigation that this or this

13              may have caused a fire, we will set of

14              different scenarios that may prove or

15              disprove our hypothesis.

16      Q       You're trying to create it or make it happen

17              again?

18      A       Yes, to see if it's a feasible potential

19              scenario.

20                  MS. NICOLSON:  Let's take a break.

21                  (Whereupon, a brief recess was held.)

22                  BY MS. NICOLSON:

23      Q       When we stopped you were telling me about the

24              forensic testing that you have done here at

25              The Wright Group, Mike, and I understand
```

| | | |
|---|---|---|
| 2 | | there to be three types.  Normal operation of |
| 3 | | a product for baseline testing, right, is |
| 4 | | one? |
| 5 | A | Yes, I wouldn't limit myself to say there's |
| 6 | | three types.  It's kind of situational.  We |
| 7 | | do what testing has to be done. |
| 8 | Q | You gave me three. |
| 9 | A | Those are the three main ones, the general |
| 10 | | ones. |
| 11 | Q | The second one would be failure modes? |
| 12 | A | Yes. |
| 13 | Q | And the third would be testing to determine |
| 14 | | the potential cause of the fires, and I said |
| 15 | | recreation of failures.  And I think you |
| 16 | | acknowledged that that would be correct? |
| 17 | A | I mean that's accurate.  Again, in general, |
| 18 | | that's probably the main types of testing |
| 19 | | that can be done. |
| 20 | Q | With regard to Electrolux dryers -- let me |
| 21 | | back up.  With regard to your NEFCO |
| 22 | | employment, did you do any forensic testing |
| 23 | | of dryers there? |
| 24 | A | No. |
| 25 | Q | So all your forensic testing experience has |

2        happened here at Wright Group?

3    A   In regarding dryers, yes.

4    Q   With regard to normal operation or this

5        baseline testing, I understand that is one

6        type.  What is other type is there in the

7        normal operation category?

8    A   Well, I wouldn't even say it's normal

9        operation, but just general testing of

10       non-fire products would probably be better.

11       I say baseline, I mean undamaged products,

12       see how they operate, see what factors may

13       influence how they operate, what conditions.

14   Q   Have you ever done that type of testing with

15       an Electrolux dryer?

16   A   Yes.

17   Q   So you've engaged in forensic testing with an

18       Electrolux dryer that has not been involved

19       in a fire?

20   A   Yes.

21   Q   Can you tell me what that testing was?

22   A   We've done a bunch of testing.  We've done

23       temperature testing.

24   Q   Hang on.  Let me take a list here.  I call it

25       normal operation testing; is that fair?  Give

2          me some lingo that I can continue to use

3          without confusing you.

4     A    I wouldn't say it's normal operation.  It's

5          just operational testing.  Let's just say

6          operational testing generally.

7     Q    We're going to confine this to Electrolux

8          dryers?

9     A    If that's where you want to confine it to.

10    Q    Go ahead, tell me what you've done.

11    A    Temperature testing, airflow testing, flame

12         height testing on gas dryers, component

13         testing.

14    Q    What kind of component?

15    A    Like testing flammability of components,

16         testing limit switches.

17    Q    High limit.

18    A    Yes.  Those are probably the main categories

19         off the top of my head.

20    Q    Have you done testing on other dryers,

21         operational testing on other dryers?

22    A    Yes.

23    Q    And what is that?

24    A    Well, we haven't done as much testing on all

25         types of dryers, but we've done the same

2          types of testing depending on situations that

3          may require it.

4      Q   I don't understand what you just said.

5          Sorry.

6      A   We have done a lot of that testing on other

7          dryers made by other manufacturers.

8      Q   When you answered my first question, you were

9          specifically referring to you, testing that

10         you had been involved in, correct?

11     A   Yes, but I'll generalize it and say The

12         Wright Group.

13     Q   I think I want to know what testing you've

14         done or you have been involved in, with

15         regard to the first question I asked,

16         operational testing with Electrolux dryers.

17     A   You're really trying my memory here as far as

18         specifics go.  I mean, I've been involved in

19         all of the Electrolux testing, whether I've

20         done a specific test or am somewhat involved

21         in the test, whether I'm the person who

22         actually did the test or assisted with the

23         test, there would be a variance.  But I would

24         say that I am familiar with all the testing

25         that we have done here and taken part in

| | | |
|---|---|---|
| 2 | | probably 99 percent of it. |
| 3 | Q | I'm going to come back to the categories that |
| 4 | | you gave me and we'll discuss what your |
| 5 | | involvement was.  Let me just ask the same |
| 6 | | question.  Operational testing on other |
| 7 | | manufacturers' dryers that you have been |
| 8 | | involved? |
| 9 | A | Yeah, generally the same categories of |
| 10 | | airflow, temperature, some component testing. |
| 11 | Q | What components? |
| 12 | A | Again, flammability.  Generally, the high |
| 13 | | limit would equate to all dryers, because |
| 14 | | they all primarily use the same high limit |
| 15 | | switches.  No flame testing.  I shouldn't put |
| 16 | | it that way.  There was flame testing done. I |
| 17 | | personally wasn't involved in doing the |
| 18 | | testing, but I know of the testing. |
| 19 | Q | But you weren't involved in it? |
| 20 | A | I didn't do the test.  It was prior to my |
| 21 | | employment here. |
| 22 | Q | Going back to the operational testing, you |
| 23 | | have been involved with involving Electrolux |
| 24 | | dryers, tell me about the temperature |
| 25 | | testings. |

| | | |
|---|---|---|
| 2 | A | We've done numerous tests of various model, |
| 3 | | electric and gas, to see what operating |
| 4 | | temperatures are, to see where specifically |
| 5 | | temperatures are in the cabinet and on |
| 6 | | different components within the dryer. |
| 7 | Q | Okay.  Focusing on the electric -- |
| 8 | A | Yes. |
| 9 | Q | -- tell me what tests you've done.  You said |
| 10 | | numerous. |
| 11 | A | We've done them on multiple dryers, but |
| 12 | | essentially, it's the same general category |
| 13 | | of dryers.  We're looking for the different |
| 14 | | temperatures in the dryer. |
| 15 | Q | Is there a protocol for this test? |
| 16 | A | It depends on the particular test.  Yes, we |
| 17 | | do a protocol before the testing. |
| 18 | Q | Numerous tests involving both temperatures in |
| 19 | | both electric and gas, how many times have |
| 20 | | you done temperature testing? |
| 21 | A | Without going through all the testing files, |
| 22 | | I would have to estimate probably like six to |
| 23 | | eight different tests. |
| 24 | Q | And each time you did the temperature |
| 25 | | testing, did you do it the same way? |

```
2       A       No, not always.

3       Q       Did it involve the same model?

4       A       No, not always.

5       Q       Starting with the first test that you

6               remember whether you were testing temperature

7               data tell me what you did.

8       A       Placed thermocouples throughout the dryer.

9               Are we talking about electric or gas?

10      Q       Electric.  Where did you place them?

11      A       I'd have to look back through the notes to

12              see, but generally, it's in areas where

13              airflow happens either in the cabinet, in and

14              around the heating element, in the trap duct

15              or in the area of the blower housing.

16      Q       When you say trap duct, are you referring to

17              the front duct?

18      A       The front duct that connects the lint trap to

19              the blower housing.  It's part of the front

20              panel or attached to the front panel.

21      Q       So the one test that you're remembering --

22              is it one text or lots of tests where you did

23              this?

24      A       Generally, they all about the same.  There

25              may be some minute differences in placement
```

```
2              of thermocouples or what the test protocol

3              may have laid out, but generally our

4              temperature testing is involving looking at

5              temperatures in those particular areas.

6     Q        Can I talk generally then with you about the

7              six to eight temperature testing?

8     A        Yes, I would think so.

9     Q        Or are there features particular to one test

10             that aren't shared in another that would make

11             me need to ask questions about specific

12             testing, one through eight?

13    A        No, I'd say you can talk about them

14             generally.  If you have a particular question

15             of something or if I start to bring up

16             something if I think it's pertinent, I'll try

17             to mention it.

18    Q        As I understand it, there are six to eight

19             temperature tests that you have been involved

20             in electric Electrolux electric dryers?

21    A        Electric and gas.

22    Q        I thought we were just talking about the

23             electric.

24    A        Sorry.  I misunderstood you.

25    Q        So the six to eight are both electric and
```

2          gas?

3     A    Yes.

4     Q    For each of those tests, generally the same

5          procedure was followed?

6     A    For the most part, yes.

7     Q    And that involved placing thermocouples in

8          the cabinet?

9     A    Yes.

10    Q    Do you know at what location in the cabinet?

11    A    It would be different for electric versus

12         gas, but generally around the heating

13         element, at the heating source behind the gas

14         burner, behind the drum, trap duct area,

15         blower housing area.

16    Q    Why did you place the thermocouples in those

17         locations?

18    A    Because we want to see what temperatures are

19         produced in different areas of the dryer.

20    Q    Why was that temperature data important to

21         you?

22    A    Because it relates to competent ignition

23         scenarios and also to just the operating

24         characteristics of the dryer itself.

25    Q    And how long did you run the dryers during

Magna Legal Services

```
 2              these tests?

 3      A       It depends on the actual testing.  It could

 4              be anywhere through one cycle, or it could

 5              have been multiple drying cycles for extended

 6              periods of time.

 7      Q       I'm sorry.  I think I missed this.  Did you

 8              create a protocol for these tests?

 9      A       Yes.

10      Q       And that protocol, does it still exist?

11      A       Yes, and generally anything that we would

12              have a written protocol would still be on

13              them.  In some very simple tests, we may not

14              have had a written protocol.

15      Q       Can you produce the protocol that you are

16              referring to?

17      A       Yes.

18      Q       Maybe we can tackle that during lunch.  Where

19              were the tests done?

20      A       For varying reasons.  One particular -- one

21              group of testing would have been like

22              baseline testing to see how a dryer directly

23              taken from a shipping box without any

24              alterations whatsoever, how that operates,

25              how they operate under usage with loads, with
```

```
2              vents restrictions on them, and then we've

3              also done testing on some of our design

4              alternatives as well that are modified

5              dryers.

6    Q         Was this testing done in relation to a

7              specific case or for The Wright Group's

8              general knowledge?

9    A         I would say general knowledge on just

10             probably every specific ones.  I mean, it may

11             have been produced for different cases as

12             it's developed, but the entire bulk of our

13             testing is done to advance our own knowledge

14             and prove our own opinions.

15   Q         Is the data that was generated -- let me back

16             up.  Did the thermocouples generate

17             temperature data?

18   A         Yes.

19   Q         Was that data recorded?

20   A         Yes.

21   Q         How was it recorded?

22   A         Through a data logger, which essentially

23             records digital data, digital format

24             temperature data.

25   Q         At what intervals was the data collected?
```

```
 2      A     Generally, when we're doing our testing --

 3            and again  I'll just speak generally here

 4            because there may be some circumstances that

 5            are different.  But generally, we run the

 6            temperature data throughout the entire test,

 7            and it's usually recorded on a

 8            second-per-second basis.

 9      Q     Of the data?

10      A     Yes.

11      Q     And you already told me the tests run

12            anywhere between a load, 90-minutes load?

13      A     Yeah, whatever maximum you can get out of a

14            load depending on the dryer model.

15      Q     To how long?

16      A     To long-term testing where we'd run multiple

17            loads.  I couldn't even to estimate it.  I'd

18            have to look through the data to tell you the

19            exact details.

20      Q     So anywhere between one load and --

21      A     It's hard for me to estimate.  You know,

22            hours and hours and hours of testing.

23      Q     More than a hundred?

24      A     In some cases, yeah, potentially more than a

25            hundred.
```

| | | |
|---|---|---|
| 2 | Q | More than 200? |
| 3 | A | Potentially.  Again, I'd have to look back to |
| 4 | | the records.  I honestly don't recall. |
| 5 | Q | Where would you look to determine what the |
| 6 | | longest test temperature data was? |
| 7 | A | I'd have to look at each test at specific |
| 8 | | data points, through all the thermocouple |
| 9 | | data or any type of hard data that we have |
| 10 | | that we recorded during that. |
| 11 | Q | Is this temperature data that was generated |
| 12 | | in this testing that we're talking about |
| 13 | | contained on the hard drive that you produced |
| 14 | | to us in this case? |
| 15 | A | Yes, all of our data should be on the hard |
| 16 | | drive. |
| 17 | Q | All data for all testing? |
| 18 | A | Yes. |
| 19 | Q | So if -- I'd like to mark this hard drive as |
| 20 | | the next exhibit. |
| 21 | | (Document marked Exhibit No. 7.) |
| 22 | | So we've marked your hard drive that |
| 23 | | you've produced to us, and you can see it |
| 24 | | here.  This is your hard drive, correct? |
| 25 | A | Yes, the one that's labeled Schantz, correct. |

2    Q    We've marked it as Stoddard 7, and I'm going

3         to hopefully flash this up on the screen

4         four.  Watch it won't work now that Ron is

5         out of the room.

6              So I've plugged in the hard drive, Mike,

7         and I've opened up to the first level of

8         folders.  If you'll confirm for me, I've got

9         four folders that are active and two that

10        appear to be system folders or backup file

11        folders that are not highlighted, correct?

12   A    That's correct.

13   Q    The first one is Electrolux gas dryer testing

14        September, 2008?

15   A    That's correct.

16   Q    The second one is Electrolux setup and burn

17        test 9/14/07 -- sorry.  Electrolux setup and

18        burn 9/14/07?

19   A    Yes.

20   Q    Next one is Electrolux design alternative,

21        Ronco 3 and 4?

22   A    Yeah, I think those are subfolders that

23        you're reading, but the main folder is

24        Electrolux design alternative.

25   Q    The next one, Electrolux dryer testing

| | | |
|---|---|---|
| 2 | | November and December, '08, photos and |
| 3 | | videos? |
| 4 | A | Yes. |
| 5 | Q | Tell me where I would go to find the data |
| 6 | | that we're talking about now with regard to |
| 7 | | the temperature testing? |
| 8 | A | They're in a couple of different folders. |
| 9 | | Start with the first one, Electrolux gas |
| 10 | | dryer testing, and if you go into test info |
| 11 | | for test setup -- this is some data, but it's |
| 12 | | not specific to temperature. |
| 13 | Q | We'll back out.  Still stay in this folder? |
| 14 | A | No, you can back all the way out of that |
| 15 | | folder.  I don't know if there is anything in |
| 16 | | that folder that you're pointing in right |
| 17 | | now. |
| 18 | | MS. NICOLSON:  Off the record. |
| 19 | | (Discussion held off the record.) |
| 20 | | BY MS. NICOLSON: |
| 21 | Q | Back on the record.  All right.  Mike, my |
| 22 | | question to you before we went off the record |
| 23 | | and found the folders was where in the hard |
| 24 | | drive that you provided, Stoddard 7, is the |
| 25 | | thermocouple temperature testing data that we |

```
 2                 were speaking about, and we have gone on to

 3                 the hard drive.  And we have gone into the

 4                 fourth folder entitled Electrolux dryer

 5                 testing, November and December, 2008 photos

 6                 and video, and inside that folder we have

 7                 gone to Electrolux dryer Test 11/20/08

 8                 thermocouple data?

 9      A    That's correct.

10      Q    Inside that folder when we open it up, there

11                 are ten folders marked Tests 18 through 27?

12      A    That's correct.

13      Q    And they all carry a date of 11/20/08?

14      A    That's correct.

15      Q    And inside these folders are spreadsheets and

16                 raw data reflecting the temperature data that

17                 was collected during this temperature

18                 testing?

19      A    That's correct.

20      Q    Now, I'm noting that this is testing that was

21                 done on 11/20/08 if I'm reading your files

22                 correctly, correct?

23      A    That's correct.

24      Q    Is this all of the temperature testing -- is

25                 this the data from all of the temperature
```

```
 2              testing that you've done or you've been a

 3              part of while here at The Wright Group?

 4        A     There's been other temperature testing for

 5              alternative design testing as well, but

 6              this -- in regard to this group of

 7              temperature testing, this is all the data for

 8              this particular thing, for thermocouple data.

 9        Q     So when you spoke earlier about six to eight

10              temperature testing tests, only one test

11              dealt with an Electrolux dryer and the other

12              tests dealt with alternative design dryers;

13              is that fair?

14        A     Well, there is ten tests here that are

15              individually thermocouple test procedures and

16              whatever happened.  So that essentially ten,

17              that are Electrolux dryers in this folder.

18              We have done other testing that we don't

19              really rely on the data as far as we've

20              obviously done testing way back from years

21              that may or may not have been recorded.  We

22              don't particularly rely on it, but, yes, this

23              is the bulk of the data we are going to be

24              referring to in our test lab.

25        Q     When you're talking about temperature
```

```
 2              testing, six to eight tests, I understood you

 3              meant six to eight different tests different

 4              days maybe.

 5                   Is there other testing that you have

 6              been involved in on a non-alternative design

 7              dryer that deals with temperature data?

 8      A       I would have to just double-check our

 9              library.  I believe this is all the data

10              though.

11      Q       All of the testing data that I'm looking at

12              here on 11/20/08, what type of dryer was this

13              done on?

14      A       I'd have to refer to the test notes on that.

15      Q       Is there anything that I have that I can open

16              for you on this hard drive that would tell me

17              what type of dryer the data was?

18      A       Sure.  Can we go off the record?

19                   MS. NICOLSON:  Yes.

20                   (Discussion held off the record.)

21                   BY MS. NICOLSON:

22      Q       Back on.  So, Mike, while we were off the

23              record, you helped me locate on this terabyte

24              hard drive the type of dryer that was tested

25              to generate the data that are in these
```

Page 131

```
 2            folders that we were just looking at, and I'm

 3            in the file now airflow, temperature and fire

 4            test summary that is inside the --

 5      A     November to December testing.

 6      Q     And I see that there were three different

 7            Electrolux dryers tested on 11/20/08 to

 8            derive this temperature data, correct?

 9      A     Well, not the entire data set, all the tests,

10            but regarding the temperature testing three

11            different dryers were used.

12      Q     And two were electric and one was gas?

13      A     That's correct.

14      Q     And this dryer test summary that we're

15            looking at in this folder tells us actually

16            what the modification was to the dryer; is

17            that correct?

18      A     That's correct.  Two of the dryers were

19            modified with viewing windows so that we

20            could see different things going on inside

21            the dryer.

22      Q     Now, the other data regarding the other tests

23            that you have been involved with is all

24            relative to either the Ronco 3 design or

25            Ronco 4; is that right?
```

```
 2      A    No, I wouldn't say so.  I mean, the other

 3           data includes --

 4      Q    I'm just talking about temperature data.

 5      A    Oh, temperature data?

 6      Q    Yes.

 7      A    To the best of my knowledge, yes.  I believe

 8           all the information that we have, all the

 9           test data that we have would be included in

10           the hard drive.  However, there is a

11           possibility, only because we tried to

12           rearrange it to make it easier to navigate

13           that something got overlooked, but I

14           anticipates that that's everything.

15      Q    The airflow testing --

16      A    Can I go back a little bit more?  I wouldn't

17           even begin to know where to look for it.  We

18           did do originally -- I can't recall if it was

19           GE dryers or Electrolux dryers.  There is

20           some temperature data that's associated with

21           that stuff that may be documented

22           photographically before the days we had our

23           data loggers and our data acquisition system.

24      Q    Would those photographs be on the hard drive?

25      A    Yes, they would be on the hard drive.  I
```

Magna Legal Services

2            don't know how we'd identify them.  If we

3            generate a report, we'd reference those

4            photographs or something specifically or that

5            data set.

6        Q   The thermocouple that was mounted at the

7            element, where exactly was that thermocouple

8            mounted there?

9        A   There were different thermocouples mounted in

10           different positions near the heating element.

11           I think there were four thermocouples mounted

12           in the area of the elements like at the 12

13           o'clock position, 3 o'clock position, 6

14           o'clock position and 9 o'clock position.

15       Q   Around the perimeter of the element?

16       A   I believe they were basically directly behind

17           the element on the heater, somehow attached

18           to the heater housing.

19       Q   And why did you choose those locations for

20           the data?

21       A   To show the temperatures that the heating

22           element can reach during operation.

23       Q   Were any thermocouples placed at or near the

24           bearing assembly?

25       A   I don't specifically recall.  I would have to

2          refer to my photographs to verify that, or

3          actually, I can -- I may be able to have you

4          pull up one document that might give me a

5          shortcut to that.

6             (Discussion held off the record.)

7             BY MS. NICOLSON:

8   Q   Back on.  I think --

9   A   Was there a question?

10   Q   I'll ask it again.  Before we went off, Mike,

11         and we searched your test data, my question

12         was:  Were there any thermocouples in testing

13         placed in the area of the bearing assembly?

14         Do you know the answer to that now?

15   A   Based upon documentation, no, there was not a

16         thermocouple on the bearing assembly.

17   Q   To answer that question, we looked at a

18         folder called Test DAQA.xls, correct?

19   A   That's actually Test18 DAQA.xls.

20   Q   And you directed me to the chart on the

21         right-hand side of the graph that gives me

22         the locations, TC1 through TC8, of where the

23         thermocouples were placed?

24   A   That's correct.

25   Q   Then I take those locations and I would or I

```
 2              could go to the data folder and a look at the

 3              data for each location?

 4      A      That's correct.

 5      Q      With regard to -- off the record.

 6                   I'm done with temperature.  Do you want

 7              to go to airflow?

 8      A      It's up to you.

 9                   MS. NICOLSON:  Let's break now.

10                   (Whereupon, the luncheon recess was

11              held.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

2                    A F T E R N O O N   S E S S I O N

3        Q     Tell me about the airflow testing that you

4              did.

5        A     What would you like to know about the airflow

6              testing?

7        Q     Everything that you would like to tell me

8              about it.

9        A     We have done airflow testing to we see what

10             the normal operating conditions were, the

11             exhaust restrictions, difference size loads,

12             et cetera, similar to our thermocouple data.

13             Actually, the majority of the data was

14             recorded at the same time.

15       Q     Majority of the data that we looked at for

16             temperature data?

17       A     That's correct.

18       Q     Was the airflow testing just one test or

19             multiple tests?

20       A     Multiples test.

21       Q     On one day?

22       A     Regarding our data, yes, all of it was

23             recorded on one day using three different

24             dryers if I remember correctly, two electric

25             and one gas.

| 2 | Q | When you say you tested to determine the |
|---|---|---|
| 3 | | normal operating conditions, what are you |
| 4 | | referring to? |
| 5 | A | Again, baseline airflow data of a dryer with |
| 6 | | zero restriction in the exhaust with multiple |
| 7 | | restrictions using different size loads. |
| 8 | Q | How did you monitor the airflow? |
| 9 | A | We used a volumeter. |
| 10 | Q | Where was it placed? |
| 11 | A | It was placed in the exhaust duct, and all |
| 12 | | three were ducted.  And the placement of the |
| 13 | | instrument was the same on all the testing. |
| 14 | | We had to manually record that because there |
| 15 | | was no data acquisition, so those were |
| 16 | | documented using photographs, and then we |
| 17 | | were converted into a spreadsheet note based |
| 18 | | on the notation.  And that's for that group |
| 19 | | of testing we were describing before. |
| 20 | | Actually, let me go back a step and talk |
| 21 | | about the temperature of testing.  The |
| 22 | | alternative design testing, we also did test |
| 23 | | on an Electrolux gas model, a GE electric, |
| 24 | | and a GE gas model.  Evidently, we have not |
| 25 | | completed the Electrolux electric model, but |

2          all of those also have some baseline data as

3          well.

4     Q    In the same folders we were in earlier?

5     A    Regarding the Electrolux one, it would be in

6          the Ronco 3 folder, and what that entails is,

7          as part of our design change our proposed

8          design change in regard to designing guards

9          for safety, what we did was we had to

10         establish that the performance

11         characteristics of an unaltered dryer, which

12         were similar to that of our dryer that had a

13         difference in design, so there is some data

14         in there too.

15    Q    I'm not sure I understood that.  Let me just

16         get to where you're talking about.  I'm into

17         the alternative design folder in your hard

18         drive.

19    A    Open up the Ronco 3 folder and go to Ronco 3

20         test data.  That has some test data regarding

21         airflow.  For instance, if you look at the

22         lowest item on the screen it says gas

23         baseline 12/8/09.  That also would be some

24         baseline data for some tests that we did.

25    Q    In this folder I see Electrolux gas Tests 1

```
 2                through 18?

 3      A         Yes.

 4      Q         It's all done on a gas Electrolux dryer?

 5      A         Yes.

 6      Q         And this is done on 1/27/09?

 7      A         12/16/09 and various other dates.

 8      Q         All through December of '09, correct?

 9      A         Yes.

10      Q         Is this the same testing that you described

11                when we were talking about the temperature

12                testing that was on 11/20/08?  Is it a

13                continuation of that testing?

14      A         In regards to the baseline testing on an

15                unmodified dryer, it would be substantially

16                similar.

17      Q         But it's not part of the first testing; it's

18                separate?

19      A         Correct.

20      Q         And it's similar in that you placed the

21                thermocouples in the same locations?

22      A         No, the airflow would be similar.  For this

23                particular testing we used a different

24                instrument that had a built in -- we were

25                specifically looking at the specific test on
```

```
 2              the tests as we were about efficiency in

 3              drying time and airflow characteristics.

 4              Airflow is the same.  The temperature is not.

 5      Q       So I got it now.  So in this test folder that

 6              we're in now, there is some temperature data?

 7      A       Yes.

 8      Q       But it's not the same type of temperature

 9              testing as the 12/28/08 DES?

10      A       Correct.  It's not as extensive.

11      Q       One thermocouple?

12      A       It's a temperature reading that's taken as

13              part of a meter.

14      Q       One measurement?

15      A       We go through various tests.  This one,

16              again, without looking at the set of notes

17              in-depth, I believe we did apply a standard

18              restriction of maybe 25 percent off the top

19              of my head.

20      Q       Why did you choose that?

21      A       Because 25 percent is a number that we picked

22              that said most dryers by the time you add an

23              exhaust to it has a reasonable potential for

24              it to be about a 25 percent restriction or

25              reduction in airflow based on its exhaust
```

2          characteristics.

3     Q    Segwaying out of the temperature piece of

4          this and going back to the airflow

5          discussion?

6     A    Yes.

7               MS. NICOLSON:  Off the record.

8               (Discussion held off the record.)

9     Q    Mike, with regards to the airflow test that

10         we're talking about, can you direct me to the

11         folder in the hard drive where all of that

12         airflow data is?

13    A    In regards to baseline airflow testing?

14    Q    Let's start with that.

15    A    Baseline airflow testing would be in multiple

16         locations of the hard drive.  Some of the

17         baseline testing we'd use for gas would be in

18         the Ronco 3 test data section, and the

19         majority of the airflow data for multiple

20         platform, electric and gas, would be in the

21         November/December, 2008 testing.

22    Q    In a separate folder?

23    A    Yes.

24    Q    And I'm in that November/December folder now.

25         Where would I find that test?

2     A     That would be the last folder, which is test

3           notes and setup and data.

4     Q     Got it.  Okay.  All right.  Now, what was the

5           purpose -- why did you want to know what the

6           normal operating tendencies as to airflow

7           was?

8     A     Well, I mean it's really the test procedure,

9           I mean, there are so many different tests, I

10          don't want to generalize them.  If you look

11          at our setup notes, it basically contains the

12          protocol through which we follow, which

13          includes the way the thing was set up, how we

14          ran it and kind of the reason why I ran it

15          and what the basic summary of results were.

16    Q     Okay.  I'm in the dryer test summary.  Is it

17          in this document?

18    A     Yes, it would be in that.

19    Q     Can you tell me where to go for it?

20    A     Again, each test -- and some of them are

21          grouped grounds in batches, but just stop

22          right there.  Looking at the outline of our

23          test form here, where we talk about

24          everything at once, each section would be the

25          title of the test, what test numbers they

```
 2              were.  For instance, on the screen right now

 3              is 8 to 12, what type of it testing were.

 4                   This was airflow testing.  The

 5              photographs from that group that pertained to

 6              that testing data, the purpose of the test

 7              and the procedure of the test, and if you

 8              scan down, there may be some results, I

 9              believe, in a summary of results.

10      Q      And I'm going to ask you generically, and I

11              understand that you took baseline

12              measurements and airflow measurements with

13              regards to other types of modifications to

14              the dryers operationally, correct?

15      A      Yes.

16      Q      As a general statement, why were you

17              interested in airflow, these airflow

18              measurements?

19      A      We wanted to see what effects different

20              factors in the operation of dryers would have

21              affects on airflow characteristics.

22      Q      Okay.  When you were modifying the

23              restriction or the amount of restriction, how

24              did you do it?

25      A      We used an external exhaust consisting of a
```

```
2              90-degree elbow and a section of 4-inch rigid

3              duct.  We used different pipe caps with a

4              percentage of the material removed from the

5              end of the cap, similar, 25, 50 percent, 75

6              percent, 100 percent restrictions on the

7              ducts.

8                   Does that answer your question?

9      Q      What did you learn with regard to airflow

10             that affects your opinions, if at all, with

11             regard to lint accumulation?

12     A      Well, the airflow testing is a portion of the

13             lint accumulation.  There is other factors

14             involved in this.  However, we learned that a

15             large load -- this is just an example.  I

16             mean, there's lots of stuff we probably

17             learned.

18                  An example is a large load is equivalent

19             to approximately the same physical

20             restriction of the exhaust of like for

21             approximately 30 percent.

22     Q      Okay.

23     A      That's just an example.

24     Q      Did you learn anything in the airflow test

25             that would impact or support your opinions
```

2              with regard to lint accumulation in the

3              dryer?

4        A     Yes.

5        Q     And what was that?

6        A     That there's numerous factors involved that

7              may change airflow that was allowed for the

8              accumulation of lint to vary between

9              different circumstances.

10       Q     How did you learn that from this testing?

11       A     By comparing different factors that we

12             applied to a dryer under certain conditions,

13             whether it be a combination of conditions or

14             individual conditions.

15       Q     How from that -- and I'm not trying to be

16             dense with you, Mike, but how from that

17             airflow data, the one measurement from the

18             exhaust, did you learn about lint

19             accumulation in the dryer?

20       A     It's not solely based on our airflow testing.

21             The difference in airflow, the changes in

22             airflow in the testing that we performed are

23             something that we utilized when we examined

24             the dryers for the end product of our

25             conclusions.  It's a factor.  Airflow is

2          factor, and that's essentially what we're

3          testing.

4     Q    Tell me what it is about that factor that

5          relates or impacts lint accumulation.

6     A    That exhaust restrictions change airflow;

7          that loads change airflow; that a combination

8          of other factors of the use of the product

9          have different outcomes in regards to changes

10         in airflow.

11    Q    And what are those other factors in use?

12    A    The lint screen, the loads, again the

13         exhaust, pretty much everything we talked

14         about.

15    Q    Have you ever done a test to -- have you ever

16         tested lint accumulation in an Electrolux

17         dryer?

18    A    Well, throughout our testing, we've seen and

19         documented accumulation of lint to some

20         degree during our testing, and we have also,

21         I guess, you'd include it in data that we

22         have.

23    Q    Taking aside the exemplar analysis, you mean

24         dryers related --

25    A    Other instances where you're talking about

```
 2            fires?

 3     Q      Fire.

 4     A      No, we're talking about real-life dryers as

 5            far as used dryers, my own personal dryer,

 6            damaged and undamaged dryers.

 7     Q      Burned and unburned?

 8     A      Yes.

 9     Q      Setting those aside, what testing have you

10            done wherein you documented lint

11            accumulation?

12     A      Specifically, the airflow testing is the only

13            testing that has any correlation to the best

14            of my recollection with lint collection.

15     Q      Where would I go in this test folder or in

16            any test folder that tells the airflow

17            testing to see documentation about lint

18            accumulation?

19     A      In the photographs that relate to this

20            testing.

21     Q      Tell me where to go, where I'm going to find

22            what you're talking about.

23     A      Well, it's all listed in the test summary

24            document.  If you actually go back into the

25            main Electrolux November/December testing,
```

2          all of the individual tests that were done in

3          November and December is 43 total, even one,

4          depending on the test, again the airflow

5          ones, you know, throughout that we generated

6          some lint that was collected there.  That

7          would be part of it.

8              And then also some of our baseline

9          testing for our design alternative would

10         probably have some photos for lint

11         accumulation.

12    Q    Point me directly to the photos in this file

13         that show me the lint accumulation test that

14         was a biproduct of the airflow testing or I

15         should say lint accumulation data that was a

16         biproduct of the airflow testing?

17    A    We have photographs of the dryer.  I can't

18         specifically point out ones without going

19         through each individual folder, which is a

20         pretty big effort.  Like I said, each group

21         of tests has a group of photographs set aside

22         that relate to that testing.

23             If we want to through each individual

24         airflow testing, we can look at all the

25         photographs, and I might be able to pick one

2        or more out of those photographs.  It would

3        be pretty time-consuming.  We're not using

4        those specific photographs as actual test

5        data where we're doing a lint test.

6    Q   No, but when I asked you about lint, if

7        you've ever tested for lint accumulation,

8        you've directed me to the airflow testing,

9        correct?

10   A   That's part of it.  That's a result of our

11       airflow testing.  Maybe I misunderstood your

12       question.  Try it one more time on that.

13   Q   Sure.  Have you or The Wright Group, not

14       involving you, ever tested for lint

15       accumulation in Electrolux dryers?

16   A   No.

17   Q   Now, earlier, I think if I understood you

18       correctly -- and you correct me please if I'm

19       wrong -- you did say that you obtained data

20       with regards to lint accumulation in the

21       airflow testing that we spoke about earlier?

22   A   That's correct in the fact that anything that

23       we -- that comes across during our setup,

24       disassembly, resets up or follows's different

25       tests, if we find something that we see as a

```
 2                  condition in the dryer, we are going to

 3                  document it as a photograph, and it's a

 4                  condition that we're looking at as part of

 5                  the data that we realize we need.

 6        Q         In conjunction with that airflow testing, did

 7                  you find data or conditions that you

 8                  documented showing or establishing your

 9                  theory that in Electrolux dryers lint

10                  accumulates near the heat source?

11        A         I would say there probably is some

12                  photographic documentation of lint directing

13                  on the back of the drum and such, but the

14                  majority of our opinions are based on the

15                  examination of exemplar dryers in regards to

16                  lint accumulation.  No specific testing has

17                  ever been done here on that.

18        Q         In this folder, in any folder, test folder

19                  that you have, do you have photographs of

20                  your airflow testing showing the lint that

21                  you say is accumulating in the Electrolux

22                  dryers at or near the heat source?

23        A         There may be.

24        Q         I'm not trying to put you through hell, but

25                  I'm going to need you to tell me where they
```

2        are.

3    A   We'd have to look through each individual

4        folder again in the airflow testing if we go

5        back to the notes.

6            MS. NICOLSON:  Off the record.

7            (Discussion held off the record.)

8            Back on.

9            THE WITNESS:  In going through the

10        photos, I don't see any specific photographs

11        that we could rely on in this group of test

12        data that would show any lint that had

13        accumulated on there.  To reiterate, the

14        purpose of the testing was not for lint

15        accumulation testing.  It was just for

16        airflow and some other testing for fire

17        testing and airflow testing.

18    Q   Just to be clear, there are no other tests

19        that you did or that The Wright Group did

20        that test for accumulation of lint?

21    A   Not specific tests.

22    Q   I should say no tests.  We wouldn't find

23        that -- stop.  Do over.  There are no

24        tests -- if we don't find what we're looking

25        for with regards to lint accumulation in the

```
 2              airflow testing that you did, there's no

 3              other testing that you or The Wright Group

 4              did that would evidence accumulation of lint

 5              in Electrolux dryers?

 6      A       That's correct.  We've not done any specific

 7              lint accumulation testing.  Any other data

 8              that we would rely on would be to other

 9              items, such as exemplar analysis.

10      Q       Now, we talked about earlier that you did do

11              this operational-type testing on other

12              dryers.

13      A       Yes.

14      Q       And specifically, you told us that you did

15              airflow testing, temperature testing and

16              components flammability and high limit

17              testing with regard to other dryers as well,

18              correct?

19      A       That's correct, depending on the type of

20              dryers.

21      Q       What other dryer manufacturers did you test?

22      A       In general or do you want --

23      Q       Specifically.

24      A       Well, I mean in regards for each type of

25              testing that we have done, each category?
```

2       Q       Yes.

3       A       The majority of other similar testing as far

4               as temperature and airflow has been conducted

5               on General Electric.  Flammability testing

6               would be on General Electric, Whirlpool,

7               MayTag, and then the high-limit testing would

8               be general high limit testing for devices in

9               use for all dryers in the marketplace.

10      Q       Is the high-limit testing the same that you

11              referenced with regards to the Electrolux

12              dryers also?

13      A       Yes, it's a standard-type unit that would be

14              common to all dryers.

15      Q       With regards to the Electrolux dryers and the

16              components flammability testing, how do you

17              test the components?

18      A       Very simple test.  Just applying flame to

19              plastic components and components that may or

20              may not be combustible.

21      Q       Which components did you test with the flame?

22      A       The blower housing, the fanning impear, and I

23              can't think of any others off the top my

24              head.  Maybe the trap duct or blower housing.

25              All the plastic components basically.

2      Q      When you say the trap duct, are you talking

3             about the lint screen, the grate that goes

4             across the top of the lint screen?

5      A      Essentially both.

6      Q      And what do you call that?

7      A      Well, the lint screen, the lint trap, the

8             trap duct, the blower housing and the fan.

9      Q      And what do you find?

10     A      That they're flammable when flame is applied,

11            and it's consistent with our known data that

12            it's HB rating on plastics.

13     Q      Do you know which HB rating it is?

14     A      I do not know the details of exactly the

15            plastic, not off the top of my head.  I know

16            I've read it in documents.

17     Q      Is it your opinion that all the plastics are

18            the same?

19     A      Well, the plastic composition maybe

20            different, but as far as the fire inhibitors

21            in them, I believe all those components have

22            generally the same characteristics.

23     Q      So you believe the flammability for all these

24            components is the same, the flammability

25            rating, I should say?

```
2        A     To the best of my recollection, yes.

3        Q     With regards to the high-limit testing, tell

4              me how that test -- back up for the

5              flammability testing.  All the photographs

6              for that testing are contained on this hard

7              drive?

8        A     There may be some in there.  I wouldn't even

9              know where to look.  I know that some of it

10             has been tests that we've done that probably

11             wasn't specifically documented but could

12             easily be produced.

13                   MS. NICOLSON:  Off the record.

14                   (Discussion held off the record.)

15                   BY MS. NICOLSON:

16       Q     Mike, just to recap our discussion off the

17             record, there may very well be this

18             flammability data and photographs on this

19             hard drive, but I didn't see it in my review,

20             granted there's tons and tons of information

21             here and maybe I missed it.  But if you could

22             make sure you produce to us the photographs

23             and test data?

24       A     Again, I'm not sure how much of this is

25             physically documented.  I know we've done the
```

Magna Legal Services

```
2            testing.  To what degree, it's not an easily

3            thing done.  Some of it may have been done.

4      Q     I'm only interested in what you've done up

5            until this point so there is no request or

6            attention for you to be --

7      A     The test has been done.  I just don't know if

8            the documentation is available, whether it

9            was misplaced or not properly documented in

10           the first place.

11                 MR. HOPKINS:  If the testing exists --

12                 MS. NICOLSON:  Mike will give that to

13           you, and you'll give me an explanation as to

14           what Mike find or doesn't find.  Fair enough?

15                 MR. HOPKINS:  To the extent he can give

16           me an explanation.

17                 MS. NICOLSON:  Off the record.

18                 (Discussion held off the record.)

19                 BY MS. NICOLSON:

20     Q     Going to the high-limit testing --

21     A     Yes.

22     Q     -- tell me when that was done.

23     A     I don't recall the time period when that was

24           done.  It was relatively recently within the

25           past year.
```

```
 2    Q    And who did the testing?
 3    A    That was conducted under the direction of
 4         myself and Ron Parsons, but John Downey, one
 5         of the other employees here, actually
 6         conducted the bulk of the testing.
 7    Q    You mentioned his name earlier.  He's one of
 8         the mechanical engineers?
 9    A    Yes, he is.
10    Q    And what manufacturer's high-limit switch was
11         tested?
12    A    Todd.
13    Q    Only one manufacturer?
14    A    Yes, they were actually the same parts from
15         an Electrolux dryer.  We actually ordered an
16         Electrolux part.  It was for an Electrolux
17         electric automatic resettable high-limit
18         safety device.
19    Q    And it was done here in this facility?
20    A    Yes.
21    Q    Photographs memorialized the testing?
22    A    Yes.
23    Q    Is there a protocol for the test?
24    A    I believe there is a written protocol.  I
25         know there was a discussed protocol.  I
```

2        believe we had a test and protocol written

3        up.  If not, it may be memorialized in a hard

4        drive somewhere.

5    Q   Do I have that protocol and these test notes

6        on this hard drive?

7    A   I did not see them.

8    Q   If we don't find them, I'm going to make the

9        request now that you provide that, written

10       test notes and any photographs to us.

11            MR. HOPKINS:  Mike, for the high-limit

12       data, did you rely on that in forming your

13       opinions in this case?

14            THE WITNESS:  In this particular case,

15       no.

16            BY MS. NICOLSON:

17   Q   Tell me where I go to look for that, Mike.

18   A   If you go back to the main folder, I believe

19       it's all in there.  It's not in there.  I

20       think, as Mike described it, we have it on

21       our internal system.  We definitely have

22       photographs of it.  Whether or not it's

23       written up in a Word document, I'm not sure.

24       We didn't produce it in this case, because it

25       wasn't part of our data to form the opinions

2           on this one.

3     Q    Okay.   Why isn't it part of this case?

4     A    We did not do an examination on the

5           high-limit switch in this particular case as

6           the dryer had already been previously

7           examined jointly by another expert and

8           Electrolux, and for us to do that without the

9           presence of Electrolux may have raised

10          spoilation issues.

11    Q    Why do you look at the high-limit

12          thermostats, assuming -- is that something of

13          every inspection if all parties are present?

14    A    If all parties are present and it is agreed

15          upon.

16    Q    How does the high-limit thermostat work?

17    A    The high-limit thermostat essentially, it's a

18          mechanical device that opens a pair of

19          contacts when a temperature is exceeded in

20          the location of the high-limit device.

21    Q    And did that show changes in airflow?

22    A    When the temperature is abnormal in that

23          particular area, then the switch activates

24          and opens up the contacts, and as the

25          contacts open, there is a parting arc which

2        degrades the contacts and repeated over time

3        can show varying conditions of that.

4    Q   And when you say the airflow or the

5        temperature changes, you mean it increases?

6    A   Yes.

7    Q   So give me the theory.  How does the theory

8        work, the higher the temperature, the what?

9    A   The theory in the dryer -- I'll use an

10       Electrolux dryer as an example, and I'll even

11       use an Electrolux electric as an example.

12       There is three thermal devices in there.  One

13       is the operational thermostat on the blower

14       housing.  The second is the automatic

15       resettable high-limit safety device, which is

16       mounted at approximately the 1 to 2 o'clock

17       position of the heater housing, and the third

18       is a what we refer to as one-shot temperature

19       safety device, which is attached to the rear

20       cabinet in the upper rear wall.

21           The regular temperature of the drum

22       contents are normally controlled by the

23       operational thermostat.  If there is a change

24       in airflow that results in an increase in

25       temperature in the heater housing, which is

2           what the automatic resettable safety

3           monitors, then the automatic resettable

4           high-limit safety switch will open up and

5           de-energize the heating element.  Contacts

6           will close, and heating elements will kick

7           back off.

8      Q    When you have restricted airflow, what's the

9           ramification of restricted airflow on?

10     A    It's not necessarily just restricted airflow.

11          It generally is restricted airflow that does

12          it, but it could be on the intake or output

13          side.  And what that does is creates higher

14          than usual temperatures in the heater

15          housing.

16     Q    Do you know at how many cycles the test was

17          run?

18     A    We did it at multiple cycles.

19     Q    Like was it at 1,000, 10,000, 5,000?

20     A    We haven't got that far in the testing yet.

21          We have not had the resources to do that.  We

22          need to build a repeatable machine.

23     Q    Why haven't you tested for lint accumulation?

24          You've done these other tests, but not for

25          lint accumulation strikes me that you have a

```
 2              lint accumulation theory.  Why haven't you?

 3      A       Again, feasibility of testing that is

 4              extremely difficult, because there is a lot

 5              of variables involved.  There is enough

 6              physical evidence and data that can be

 7              acquired from a dryer in the field.

 8      Q       Is it your opinion that you don't need to do

 9              the testing or that you would do it if you

10              had the resources and the money?

11      A       If money and time were no object, I would

12              like to do that testing, but it's not

13              feasible.

14      Q       Are you aware of the testing that Electrolux

15              has done with regard to lint accumulation?

16      A       Yes.

17      Q       And have you reviewed that data?

18      A       Yes, to the extent that it has been produced

19              up to today's point and up to certain cases.

20      Q       Have you reviewed the protocol?

21      A       Yes, I have.

22      Q       And do you believe the protocol is an

23              acceptable protocol to test for lint

24              accumulation?

25      A       Do you have the protocol to take a look at by
```

2          any chance?  If you don't, I'm sure I could

3          go and find it.

4     Q    I don't have it, Mike.  Do you have it?

5               MR. HOPKINS:  Was it part of a report?

6               MS. NICOLSON:  There's something like it

7          in the report.  Do you have it in your file?

8               THE WITNESS:  I know I've seen it in one

9          file.

10              MS. NICOLSON:  It's the Schantz file.

11         Off the record.

12              (Discussion held off the record.)

13              BY MS. NICOLSON:

14    Q    The question, Mike, is:  Is the Electrolux

15         for a freestanding electric dryer lint

16         accumulation test protocol an acceptable

17         protocol to test for the accumulation of lint

18         in a freestanding electric dryer?

19    A    Right off the bat without even reviewing the

20         protocol, I mean I can see where Mr. Bajzek

21         and Mr. King or whoever else may be involved

22         in this protocol, that they used some

23         scientific methods and some repeatability in

24         the protocol, but as far as my evaluation,

25         there is other changes that could be made in

2          this protocol.

3               Yes, it's not set in stone.  It's not a

4          standardized protocol.  It uses some elements

5          from AHAM and ASTM in it.  It's a protocol

6          they developed.  If we were to do the same

7          testing, we may do a slightly different

8          protocol.

9     Q    I'm asking you if you have any criticisms of

10         this testing as it was completed by

11         Electrolux and Mr. Bajzek?

12    A    Specifically, in regards to their

13         determination as to the appropriate blockage,

14         I understand the usage of the standard AHAM

15         cone that was used to simulate, I believe,

16         two 90-degree elbows and a certain length of

17         exhaust as being a standard exhaust

18         restriction.  In this report they refer to it

19         as minimum proper airflow in their properly

20         installed dryer.

21              AHAM standards are or the AHAM document

22         anyway that came up with this is based upon

23         manufacturer's input and such.  I agree with

24         that part in the fact that it's a

25         standardized thing for industry dryers, but

2           the 85 percent blockage, the other

3           modification they used, I don't know what

4           numbers were used so I would need further

5           information to really evaluate that and see

6           if I find that that's appropriate.

7    Q    Okay.  Any other criticisms?

8    A    Again, the same thing as far as the selection

9           of the load is standard.  I agree that the

10          load should be consistent.  I don't

11          necessarily agree that it's a fair and

12          accurate representation of how a normal

13          clothes or real-life clothes load, subject to

14          different types of materials, different wear

15          and tear.

16                 Another point is -- I believe it's in

17          here somewhere -- they say that all loads

18          will be replaced periodically as they aware

19          to simulate typical household use of the

20          loads.  I don't know what or where they get

21          that information from.  Specifically there's

22          many, many variables in the production of

23          lint.  I don't know if you even can cover all

24          these in the protocols, but different factors

25          that affect a collection of lint are not

2        specifically addressed in this protocol that

3        may or may not have a result on the testing.

4     Q  What would those factors be?

5     A  How the clothes themselves are subjected to

6        wear and tear; the fact of different clothes

7        that are used in there; the amount duration

8        of the wear; the types of laundry detergents

9        that are used used, specifically one type of

10       laundry detergent.  Different water qualities

11       may have different effects on them.  There is

12       multiple variables that are aren't acted for

13       in this protocol.

14    Q  And those variables are concerning the water?

15    A  Water quality, hardness, chemicals in the

16       water; is it well water; is it city water; do

17       they use dryer fabric sheets.

18          There are so many different variables

19       involved in doing this that one of the

20       reasons why we have not formulated a protocol

21       to do it, because it's a monumental task to

22       do so in many different degrees.

23    Q  When you look at these burned and unburned

24       dryers, the exemplar evidence that you have

25       relied upon in large part in formulating your

2          opinions, when you look at them, do you

3          investigate those factors as to each dryer's

4          usage during its life?

5     A    No, we can ask certain questions, but to

6          actually simulate or to find out exactly what

7          was washed when, what type of clothes was in

8          there, we'd have to have the exact history of

9          every load and every condition subject to

10         recreate.

11    Q    You're criticizing the Electrolux test for

12         not defining these variables, but in your own

13         evidence upon which you base your opinions,

14         the Electrolux design is bad and it

15         accumulates lint near a heat source?  You

16         don't ask for these variables to any of the

17         users?

18    A    To us, the stress and importance of our

19         variations is that, in fact, the physical

20         evidence does accumulate here.  There may be

21         variables of how much lint accumulates there,

22         but in dryers of usage taken out of

23         real-world situations with multiple different

24         factors that the clothing loads are dried in,

25         these dryers that are subjected to that, we

```
2              are seeing a huge preponderance of lint

3              collection in this particular design of

4              dryers Electrolux, GE, Camco Mabe, that the

5              lint accumulates in the heat source.  There

6              is still lint that collects.

7        Q     In the exemplar dryers that you rely upon,

8              you don't use anything about their

9              detergents, correct?

10       A     I have recently started asking users about

11             their detergents.

12       Q     It's not on the questionnaire form?

13       A     Again, the difference between a dryer expert,

14             such as myself that may have more knowledge

15             about this -- and we have an updated form --

16             is to do more definitive work.  Our point

17             behind the questionnaire is a guideline, more

18             so for the use of other investigators to get

19             the basic information that we would like up

20             front, and at this point in time or when the

21             time occurs to follow up with additional

22             questions, if we have the opportunity to do

23             so, we would like to get it.

24       Q     You don't ask about well water?

25       A     No.
```

```
 2    Q    You don't ask about hardness?

 3    A    No.

 4    Q    You don't ask about fabric softener?

 5    A    No, we don't.

 6    Q    But yet it's your opinion, as you sit here

 7         today, that all of those facts are criticisms

 8         of the Electrolux accumulation testing

 9         because Electrolux didn't account for those

10         variables?

11    A    That's incorrect.  You asked me about

12         problems I have with the protocol.

13         Ultimately, our determination based upon our

14         exemplar analysis is the real-world

15         conditions, the aftereffects of the usage.

16              There's physical evidence of lint in the

17         dryers that we look at that is in proximity

18         to the heat source, which is based upon the

19         design of this particular style of dryer, and

20         it's common to all of these dryers.  Again,

21         we can't track all the various -- what's the

22         word I'm looking for?  All the various

23         factors that may lead to the whole, because

24         there are a lot of different variables

25         involved such as the things I suggested.
```

2           The ultimate determination by me and by

3      Mr. Parsons, who I work with all the time, is

4      that ultimately there is enough physical

5      evidence in all these dryers that we have

6      examined that lint does collect near the heat

7      source.  What the varying factors are that

8      makes it so, we look at the design as a

9      whole, but generally, we're looking at the

10     way the dryer is laid out.  And the airflow

11     that goes through it allows that lint to

12     collect at the back of the drum in proximity

13     of the heating element, the gas burner.

14          When that lint remains after a fire or

15     in a used dryer we have taken from the field,

16     that's clear physical evidence that lint

17     accumulates near the heat source.

18  Q   Do you have any other criticisms of the

19     Electrolux testing?

20  A   Upon my brief review, nothing that stands

21     out.  I mean, they do show -- their testing

22     shows the difference in lint accumulation.  I

23     think it actually supports our theory that

24     lint accumulates behind the drum in proximity

25     behind the heat source.  It's more in the

2            dryers in their protocol they have had

3            greater accumulation as far as the

4            restriction goes, but that factors in the

5            lifetime of the use of the dryer.

6       Q    When you say there's photographs that support

7            your theory, are you speaking about

8            photographs of the restricted dryer or the

9            acceptable airflow dryer?

10      A    In the restricted dryer, there's charred

11           lint.  I would have to just look at the

12           photographs to refresh my memory.

13      Q    Could you go ahead and take a moment to do

14           that?

15      A    This photograph here, which is provided under

16           Electrolux's test data of a normally

17           restricted dryer, shows the rear of the drum,

18           and it shows lint that is collected on the

19           rear of the drum around the bearing assembly

20           and in the baffle.

21      Q    Can you give me a photograph number and the

22           cycle?

23      A    The date of the photograph 12/7, 2010, No. 14

24           FS E N BODD.  That's an example of lint

25           collected on the back of the drum which is a

| | | |
|---|---|---|
| 2 | | proximity to heat source, and also this |
| 3 | | photograph, which I'll list in a second and |
| 4 | | give you the file name in a second shows lint |
| 5 | | accumulating in and around the bearing at the |
| 6 | | center of the heater housing.  And that |
| 7 | | photograph is 12-07-09 No. 17 FS  EN PHD 2. |
| 8 | Q | Any other photographs that you believe |
| 9 | | support your theory? |
| 10 | A | In regards to the only restricted electric |
| 11 | | dryer photographs, no, there is nothing in |
| 12 | | this batch. |
| 13 | Q | Any other criticisms of the testing? |
| 14 | A | I think I've covered it. |
| 15 | Q | Are you -- I appreciate that neither you nor |
| 16 | | The Wright Group has done lint accumulation |
| 17 | | testing and for all the reasons you |
| 18 | | explained.  I'm with you on that. |
| 19 | | Are you aware of any other expert or |
| 20 | | group, entity that has done lint accumulation |
| 21 | | testing that shows lint accumulating near the |
| 22 | | heat source in support of your theory? |
| 23 | A | I'm not aware.  The only other groups that |
| 24 | | may have potentially done it may be Travelers |
| 25 | | or Jack Sanderson's lab. |

| | | |
|---|---|---|
| 2 | Q | But you're not aware of any? |
| 3 | A | I have not seen any specific data that shows |
| 4 | | that. |
| 5 | Q | Have you had conversations with Jack |
| 6 | | Sanderson that shows his inability to |
| 7 | | reproduce that? |
| 8 | A | I can't specifically recall any specific |
| 9 | | discussions.  I know we discussed the lint |
| 10 | | accumulation testing.  I think Jack may have |
| 11 | | done some.  Ron may have done that, but I |
| 12 | | have not. |
| 13 | Q | With regards to your burned and unburned |
| 14 | | exemplars, can you come back to my hard |
| 15 | | drive, Stoddard 7, and take me to where I'm |
| 16 | | going to find those burned and unburned |
| 17 | | exemplars? |
| 18 | A | I believe the only information on your hard |
| 19 | | drive is our test data.  So your hard drive, |
| 20 | | I don't believe would have -- unless there's |
| 21 | | other folders on there that I can't see, |
| 22 | | there is only those four folders.  It's not |
| 23 | | on that hard drive. |
| 24 | Q | In the Schantz case, did you rely on your |
| 25 | | unburned and burned exemplar examinations in |

2      formulating your opinion?

3   A   Yes.

4   Q   And is there a reason why those photographs

5       of the burned and unburned dryers weren't

6       produced in this case?

7           MR. HOPKINS:  Objection, because some of

8       the photos are in his actual report.

9   Q   To the extent, Mike, -- and Mr. Hopkins is

10      correct there are six or seven exemplars

11      contained in your report.  I'm aware, Mike,

12      through other cases that I have had with The

13      Wright Group that you have got 140 burned and

14      unburned exemplars.  At least in the past,

15      you have relied upon those for support in

16      your opinions.  Is there any reason it wasn't

17      produced in this case?

18  A   I don't know.  It wasn't intentional.  I

19      believe they were requested from

20      Attorney Hopkins' office, and maybe it was a

21      mistake on our part or maybe the other end

22      that we produced the test data.

23  Q   Can you supplement with those photographs?

24  A   I have no problem.

25          MS. NICOLSON:  Off the record.

2                    (Discussion held off the record.)

3                    THE WITNESS:  In discussing this, I

4            don't know for what reason, but the photos of

5            our exemplar burned and unburned dryers are

6            not included on the external hard drive, and

7            we will produce all of our exemplar photos of

8            what we are going to produce up until today's

9            deposition date.

10                    BY MS. NICOLSON:

11      Q    My request isn't necessarily for photographs

12            that you are going to use at the trial of the

13            Schantz matter but for the burned and

14            unburned exposed photographs that you have

15            relied upon in forming your opinions in

16            relationship to Electrolux dryers.

17      A    It's understood.

18      Q    What information did you learn about the

19            history and usage of those dryers?

20      A    It would depend on -- I'd have to go back to

21            the case files to look at specific details of

22            the history of the dryers.  In some cases, we

23            know nothing about the dryer other than that

24            they were involved in fires.  The unburned

25            dryers we purchased as used units from

| | | |
|---|---|---|
| 2 | | appliance companies that was a trade-in |
| 3 | | programs. |
| 4 | | Therefore, we have no operational |
| 5 | | history or service history or any other |
| 6 | | history on those particular dryers.  They |
| 7 | | just present a real-world condition inside |
| 8 | | the dryer on many variations of factors. |
| 9 | Q | We talked earlier -- and I think I'm clear on |
| 10 | | your testing, Mike -- that venting can impact |
| 11 | | the accumulation of the lint in a dryer? |
| 12 | A | Venting is one of the factors. |
| 13 | Q | If you don't know how the product was vented, |
| 14 | | how can you know if it was installed properly |
| 15 | | such that it supports your theory that in |
| 16 | | Electrolux dryers lint accumulates? |
| 17 | A | In relation to the installation instructions |
| 18 | | required by Electrolux, ultimately, these |
| 19 | | dryers, when they have fires in them, this |
| 20 | | happens from a lint accumulation standpoint. |
| 21 | | I mean all dryers collect lint.  All |
| 22 | | dryers have heat sources.  They're subject to |
| 23 | | the potential of a fire.  Because of our |
| 24 | | examination of our exemplars, we can use our |
| 25 | | physical evidence to describe that there is |

```
 2            lint accumulation that occurs within

 3            proximity to the heat source which

 4            significantly improves the possibility of

 5            fire and the risks or hazards associated with

 6            that.

 7    Q      We know you've done no testing, you or The

 8            Wright Group or any other expert that you can

 9            tell me today has done any?

10    A      Maybe I misspoke before.  I believe Jack

11            Sanderson may have.  I don't have his data.

12    Q      I'll agree with you that Mr. Sanderson has

13            done lint accumulation testing.  He has not

14            done testing that has shown lint accumulation

15            at or near a heat source.

16    A      Right.

17    Q      Normally or appropriately installed and

18            maintained dryers collecting lint

19            accumulation, we don't have testing to

20            support that theory, correct?

21    A      I believe the data supports that.

22    Q      And the data is based on the burned and

23            unburned exemplars that you've examined?

24    A      That's correct.

25    Q      We also know that it's your opinion,
```

```
2              restriction of airflow, the type of venting

3              or other restriction of airflow, affects the

4              accumulation of lint in a dryer?  You've told

5              me that earlier?

6        A     Restriction of airflow is a potential factor,

7              but there are other factors.

8        Q     We know that venting is a factor, but yet,

9              you're telling me that these burned and

10             unburned exemplars that you rely upon to

11             support your theory, you don't know in terms

12             of the dryer how it was vented, how it was

13             maintained, correct?

14       A     Can you read back that question?

15       Q     I'll ask it again.  Read it back.  I'm sorry.

16                  (Reporter read question as recorded.)

17       A     The unburned and burned exemplars show that

18             lint does accumulate within the heat source,

19             which in our opinion is a fact, regardless of

20             the use.

21       Q     I'm clear on your theory.  I got that part.

22             I'm asking you something else.  You've told

23             me that venting, bad venting, restricted

24             airflow, can impact lint accumulation; it can

25             make lint accumulate more.  You've told me
```

2           that.   I got that part, right?

3     A     Bad venting causes increased drying time,

4           which causes increased lint accumulation, one

5           of the factors.

6     Q     But yet, you can't account for that factor in

7           the burned and unburned exemplars that you

8           rely upon to support your theory that lint

9           occurs in these places normally?  It's not

10          the sole factor, but it's one fact for that

11          you can't account for, correct?

12    A     That's correct.

13    Q     And you also can't account for how the user

14          maintained the dryer?  I mean, clean the lint

15          screen, you don't know that?

16    A     That's correct.

17    Q     And you don't know if the user serviced or

18          maintenanced the dryer in any way?

19    A     In most cases we don't know, that's correct.

20    Q     Yet you rely on these exemplars to support

21          your theory that in normal operation in

22          Electrolux dryers that lint accumulates at

23          the heat source?

24          MR. HOPKINS:  Objection.  You're adding

25          three things.  You're adding to his opinion.

```
 2        A     Can we break down that same comment using
 3              word for word even if she has to read it
 4              back?
 5                    When you talk about normally exhausted,
 6              normally installed dryers, properly
 7              maintained dryers, I'm in no way suggesting
 8              that these exemplars that we used in the
 9              field are, in fact, properly installed
10              according to the manufacturers' instructions.
11              What I'm saying is that they are real-life
12              dryers that are subject to normal everyday
13              usage whether it be related to proper or
14              improperly installed based on the
15              manufacturers' recommendation.
16        Q     Do you think that the manufacturers, all of
17              them, not just Electrolux, should design
18              products to be misused?
19                    MR. HOPKINS:   Objection.
20        A     It's my opinion that when they design
21              products, they should account for this use.
22              That's part of the basic safety engineering
23              design.   Human factors, you should understand
24              that people are going to ignore instructions.
25              People are going to misuse the product and,
```

|    |   |                                                  |
|----|---|--------------------------------------------------|
| 2  |   | if it's at all possible, to design a system      |
| 3  |   | to create an engineering guard or safety to      |
| 4  |   | prevent against those hazards and in the last    |
| 5  |   | case to warn against them.                       |
| 6  | Q | You're not an engineer, correct?                 |
| 7  | A | No, I'm not.                                      |
| 8  | Q | And you've never had any manufacturing           |
| 9  |   | experience, have you?                            |
| 10 | A | In relation to?                                  |
| 11 | Q | Anything.  Have you ever worked in a factory?    |
| 12 | A | Yes, I have.                                      |
| 13 | Q | What factory?                                     |
| 14 | A | I worked in for a company called Matec           |
| 15 |   | Corporation, which designed and fabricated       |
| 16 |   | and produced ultrasonic inspection equipment.    |
| 17 | Q | They're not on your CV, are they?                |
| 18 | A | No, they are not related to fire causing         |
| 19 |   | origins.                                         |
| 20 | Q | When did you work for that company?              |
| 21 | A | It would have been prior to working at           |
| 22 |   | Monadnock Security in the fire alarm             |
| 23 |   | industry.  So that would have been between       |
| 24 |   | like 2001 to 2003, somewhere in that time        |
| 25 |   | frame.                                           |

2    Q    For two years, Mike?

3    A    No, I didn't work there for two years.  I

4         think I worked there a little over a year.

5    Q    But just in this time frame?

6    A    Yes.

7    Q    Give me that company name again.

8    A    Matec, M-a-t-e-c, located in Northborough,

9         Massachusetts.

10   Q    And they manufactured --

11   A    Ultrasonic inspection equipment.

12   Q    For what industry?

13   A    For all types of industries, inspecting train

14        wheels, airplane wings, helicopter blades,

15        all kinds of different things.

16   Q    What was your experience with that company?

17   A    I was involved -- I was under direct

18        supervision of a mechanical engineer in the

19        production of specialty devices.

20   Q    So you worked for a mechanical engineer.

21        What did you do exactly?

22   A    Helping milling out parts, working to

23        assemble prototypes and different things.

24   Q    Did you ever design anything there?

25   A    No.

| 2 | Q | Were you ever involved in the writing of any |
|---|---|---|
| 3 | | warnings or instructions? |
| 4 | A | No. |
| 5 | Q | Did you ever test any of your products? |
| 6 | A | Yes, as part of the process, we had to |
| 7 | | essentially design a product for a specific |
| 8 | | application and then test to make sure it |
| 9 | | worked. |
| 10 | Q | And when you say you helped this engineer to |
| 11 | | mill parts, was that your job to mill parts? |
| 12 | A | That was part of my job, was to do |
| 13 | | fabrication and assembly and also to assist |
| 14 | | with anything around the shop, including |
| 15 | | testing as well. |
| 16 | Q | Have you ever worked in any appliance |
| 17 | | manufacturing facility? |
| 18 | A | No. |
| 19 | Q | Have you ever designed an appliance? |
| 20 | A | No. |
| 21 | Q | Tested an appliance other than your forensic |
| 22 | | testing here at Wright Group? |
| 23 | A | No. |
| 24 | Q | Did you ever apply for a patent? |
| 25 | A | No. |

```
 2      Q    For Ronco 3 and 4, did anybody apply for a

 3           patent?

 4      A    We have not.  We've discussed it.  I'm not

 5           familiar with the patent process myself.

 6           It's been brought up between other parties

 7           more so in a joking fashion, I believe.

 8      Q    Have you ever been qualified as an expert at

 9           trial in a case involving a dryer?

10      A    No, I've never been in trial for a dryer

11           fire.

12      Q    Is this your first deposition in a dryer

13           case?

14      A    Yes.

15      Q    Are you having fun?

16      A    Yes.

17      Q    You've now been very patient.

18      A    It's not so bad.

19      Q    Prior to working for Donegal, have you ever

20           been retained by Donegal or one of their

21           attorneys?

22      A    No.

23      Q    Have you ever worked with Mr. Hopkins or his

24           law office in conjunction with any legal

25           matter?
```

| | | |
|---|---|---|
| 2 | A | We are working on other dryer fires. |
| 3 | Q | With the Stutman office? |
| 4 | A | Yes. |
| 5 | Q | And what are they? |
| 6 | A | I don't know those cases off the top of my |
| 7 | | head.  I believe there's approximately half a |
| 8 | | dozen of them. |
| 9 | Q | Are they in suit? |
| 10 | A | I don't know the answer to that. |
| 11 | Q | Are they with Mr. Hopkins? |
| 12 | A | I believe so. |
| 13 | Q | Yes? |
| 14 | | MR. HOPKINS:  Yes. |
| 15 | A | To the best of my knowledge. |
| 16 | Q | And do you have a list of those names |
| 17 | | somewhere, Mike? |
| 18 | A | I don't.  I can probably produce one.  We can |
| 19 | | go through and find those. |
| 20 | Q | Yes, I'd like to add that to your list of |
| 21 | | documents to produce. |
| 22 | | Coming back to your forensic testing |
| 23 | | here at The Wright Group, there were two |
| 24 | | other types of testing that you did at least |
| 25 | | in general categories:  Failure mode testing |

2       and I'm assuming -- is that failure-mode

3       analysis-type testing?

4    A  Yes.

5    Q  And then this recreation type test where you

6       try to recreate the failure event?

7    A  That's correct, or other physical evidence to

8       prove or disprove our hypothesis as far as

9       fire grows and spreads and fire development.

10   Q  With regard to failure mode testing, tell me

11      what you've done with Electrolux dryers.

12   A  We have done lint ignition in both gas dryers

13      and electric dryers.

14   Q  And that testing, photographs and data is

15      included on this hard drive, correct?

16   A  That's correct.

17   Q  Can you direct me to the file folder where I

18      would find where that is?

19   A  They're September, 2008, I believe, is the

20      gas dryer testing, and the November and

21      December testing would be the electric

22      testing.

23   Q  And tell me how you did those tests.  Let's

24      start with electric.

25   A  The electric dryer was set up with viewing

2           windows so we could document everything with

3           video, and basically, we simulated lint with

4           accumulated areas where it's been proven with

5           our exposed analysis that lint accumulates at

6           the trap duct on the rear of the drum, on the

7           lint screen, and then through the use of a

8           copper tube inserted the back of the heater

9           housing.

10              Through the back of the dryer, we

11          inserted small bits of lint into a running

12          dryer where we video documented where the

13          lint was ignited by a heating element.  The

14          burning lint or flames from the burning lint

15          was pulled into the rear of the drum, where

16          it ignited lint that was collected at the

17          rear of the drum, where it ignited the

18          clothes load.  We used towels and also lint

19          downstream in the plastic trap duct area, and

20          that, in turn, ignited plastic components of

21          the dryer.

22    Q     So go back to the part about how you inserted

23          the lint into the proximity of the heat

24          source, the heating coil.

25    A     We had a tube inserted into the heater

2          housing so that we could manually insert a

3          piece of lint into the heater housing to

4          simulate a piece of lint.

5     Q    Did you actually drill a hole through the

6          back of the cabinet to do that?

7     A    Yes, and we inserted 3/8s diameter copper

8          tube in there.

9     Q    When you pushed it in, where did you push it

10         in relation to the heating coil?

11    A    You mean where is the tube located or where

12         did the lint --

13             MS. NICOLSON:  Off the record.

14             (Discussion held off the record.)

15             BY MS. NICOLSON:

16    Q    My question, Mike, is with regard to how you

17         inserted the lint through the back of the

18         cabinet into the proximity near the heating

19         coil, and you're going to direct me to

20         photographs that are going to show that to

21         me, right?

22    A    We'll just have to find them.  Do you want to

23         go off record to find them?

24    Q    Yes.

25             (Discussion held off the record.)

2                    Back on.

3         A    Under the November and December testing

4              folder in the setup photos for test No. 30

5              shows the interior of the dryer as it's set

6              up for these burn tests.  Photo 57 shows the

7              copper tube in its placement at approximately

8              the 9 o'clock position of the heater housing,

9              and that's the medium where we introduced

10             lint into the heater housing.

11        Q    When you say lint, was it lint or cotton

12             balls?

13        A    I believe for the majority of the test we

14             actually used lint from a lint screen.  It

15             was roughly slightly larger than a pencil

16             eraser size, and we used a pencil to push it

17             through the tube.

18        Q    How many times did you need to produce that

19             test to get the lint that you were shoving

20             through the tube to ignite?

21        A    The lint to ignite the heating element, is

22             that your question?

23        Q    Yes.

24        A    It almost always ignited the heating element.

25        Q    So almost always, it ignited the heating

```
 2              element?

 3      A       Correct.

 4      Q       But didn't propagate?

 5      A       Correct.

 6      Q       In how many tries did it push through the

 7              tube, ignite and go through the drum?

 8      A       I'd have to go back through all the data.   In

 9              some cases, we had some ignition behind the

10              drum and some smolder to the clothing load,

11              but test 43 is ultimately the test we had to

12              proceed in it, propagating all the way

13              through down and trapped up in the area and

14              then igniting the plastic.

15      Q       Test 43 is the video?

16      A       Yes, it's a nine-panel video.

17      Q       I've seen it many times.  Have you ever

18              done -- my question is:  Apart from these

19              tests where you shoved lint into the back of

20              the -- through the back of the dryer onto the

21              heating coil so it fell onto the heating

22              coil, apart from those tests, have you ever

23              been able to recreate fire in an Electrolux

24              dryer with lint naturally occurring in the

25              dryer process, drying process?
```

```
 2       A    Using a real-life dryer, is that your
 3            question?  According to our exemplar, using
 4            actual lint that's already in its original
 5            condition unaltered.
 6       Q    Let me back up.  Not using the lint that you
 7            use to carpet the back of the drum or the
 8            heating element where the lint screen is, not
 9            that, but in a normally functioning
10            real-world dryer that you have tested, have
11            you ever been able to recreate this fire
12            vent?
13       A    We have done it in a GE, which is essentially
14            the same design problem.
15       Q    And tell me exactly what you did.
16       A    The GE design is slightly different.  They
17            had the same general principles apply to it,
18            but the components are designed differently.
19            The heating element is the same.  The heating
20            element is in the same location.
21                What we did is we used a dryer that had
22            not been altered in any way.  It was just a
23            linty dryer.  The only thing we did was add
24            the tube in the back of the dryer.
25       Q    What do you mean, you put the lint in the
```

```
 2              back of the dryer?

 3        A     For the initial -- maybe I misunderstood your

 4              question, for the initial accumulation of

 5              lint as far as a piece of lint dropping on to

 6              the element in the electric dryer, no, we

 7              have never tested it where we've run the

 8              dryer and it's caught fire.  It would be

 9              unsafe to do so without proper supervision.

10              The logistics behind trying do a test like

11              that is just remarkable.  So we've always had

12              to introduce lint into the area we know it

13              collects at the heat source.

14                   As far as adding other fuels to it or

15              staging the dryer in any other way, we have

16              had lint accumulate inside the dryer, be

17              ignited by a very small piece of lint that

18              we've introduced without setting it up or

19              otherwise disturbing the dryer.

20        Q     So the fires that you have experienced have

21              all been with lint that you have introduced,

22              not with lint that's naturally occurred in

23              the life of a dryer and its drying process?

24        A     The purpose of the General Electric test

25              where we did have fuel ignition with the lint
```

2       is that the lint that accumulates either in

3       the drum or in the heater housing is that the

4       lint that is known to accumulate there in our

5       exemplar analysis, it's going to go through

6       all the examples we have described in our

7       expert report.  We have not done that while

8       running a dryer.

9              We have inserted a very small piece of

10      lint, but the rest of the fire ignition and

11      spreads in rads to the accumulation in the

12      dryer is consistent with an unmodified dryer.

13             Does that help any clarify your question

14      a little bit better?

15   Q   The only fires you've experienced in your

16      testing are the ones where you've introduced

17      lint to the heat source?

18   A   That's right or in proximity to the heat

19      source.

20   Q   Okay.  Have you ever tried to run a dryer for

21      whatever period of time would be necessary to

22      get lint to ignite without you having to

23      introduce it to the heat source?

24   A   No, we haven't tried it.  The probability of

25      it happening is definitely small.  We don't

|    |   |   |
|----|---|---|
| 2  |   | have the resources associated with running a |
| 3  |   | number of dryers for an extended period of |
| 4  |   | time in safe conditions to try to simulate |
| 5  |   | that. |
| 6  | Q | Any other failure mode testing other than the |
| 7  |   | lint ignition testing? |
| 8  | A | In regards to electric dryers? |
| 9  | Q | Yes. |
| 10 | A | We have done other failure mode testing.  We |
| 11 |   | did some testing on another theory that was |
| 12 |   | out there as far as the blower housing fires, |
| 13 |   | the mechanical friction of plastic |
| 14 |   | components.  We have done testing on that. |
| 15 | Q | Friction theory is not part of this case? |
| 16 | A | No, we didn't include it.  We eliminated |
| 17 |   | that. |
| 18 | Q | Anything else? |
| 19 | A | In regards to electric dryers? |
| 20 | Q | Yes. |
| 21 | A | No, we have done lint ignition on gas dryers. |
| 22 |   | Let me just think of anything else that we've |
| 23 |   | done.  In regard to lint ignition in electric |
| 24 |   | dryers, no. |
| 25 | Q | Do I have all of the data and the photographs |

2          and video associated with the lint ignition

3          testing associated with electric dryers on my

4          hard drive?

5     A    Yes, you do.

6               (Whereupon, a brief recess was held.)

7               MS. NICOLSON:  Back on.

8               BY MS. NICOLSON:

9     Q    Mike, other than the lint ignition test, the

10         electric lint ignition testing and the gas

11         lint ignition testing that I am not asking

12         you any questions about today, is there any

13         other failure mode testing that was done on

14         an Electrolux electric dryer?

15    A    No, I believe that covers all the dryer

16         testing.

17    Q    I think I wrapped up that --

18    A    Yes, you're correct.

19    Q    The other area was failure recreation

20         testing.

21    A    Right, and the only reason I pause on that

22         last one is because I don't know if the last

23         and final folder that is entitled Electrolux

24         burn test, depending on how you look at it

25         could be either or:  Failure reanalysis or

```
 2              failure recreation.

 3      Q       Which test have we talked about?

 4      A       The last burn test, the test 30 through 43

 5              that was specific by lint ignition by lint

 6              being ingested in.  Other tests we were

 7              talking about again, I don't know which

 8              category it fits into in your description of

 9              it, but the folder that's from testing on

10              9/14, 2007, Electrolux burn test 9/14, 2007,

11              used an electric dryer where we simulated

12              lint ignition by dropping it in behind the

13              heater housing.  That was a test that was set

14              up with present lint in proximity to the

15              heater housing where we showed the

16              propagation or spread of fire.

17      Q       I've opened up that folder.  This test

18              involved cotton balls, correct?

19      A       Yes, part of it.  We used cotton balls to

20              simulate lint.  We used an undamaged exemplar

21              dryer, and we set it up where we have similar

22              characteristics as to other testing that was

23              done in November and December of 2008, where

24              we have lint behind the drum where lint

25              normally collects.  We simulated lint with
```

```
 2              the use of cotton.

 3                   We have cotton in behind the heating

 4              element, where it can get ignited by the

 5              electric heating element, and the purpose of

 6              this testing was to demonstrate that the load

 7              can catch on fire and also to demonstrate the

 8              burnt patterns associated with the plastic

 9              components and the fire spread through the

10              dryer.

11       Q      I have some questions about this test

12              actually, and I'm going to go back to

13              pre-fire photos.  In photos 230 through

14              232 -- and I'm going to scan real quickly so

15              you can see what I'm talking about, Mike,

16              okay?

17       A      Sure.

18       Q      Let's go back to 230 and 231.  I see this

19              area of discoloration around the 12 or 1

20              o'clock position on this dryer.  What caused

21              that?

22       A      I don't think we finalized opinion as to the

23              cause of that particular heat pattern.  We

24              have seen it in multiple electric dryers.  We

25              haven't done any specific testing to locate
```

```
2                  that heat pattern.  I don't know what caused

3                  that heat pattern.

4         Q        Where did this dryer come from that was used

5                  in this test?

6         A        That was purchased used from a used appliance

7                  reconditioning store.

8         Q        And you didn't have any information on its

9                  usage prior to it getting to you?

10        A        No.

11        Q        No information on maintenance?

12        A        None whatsoever.

13        Q        Cleaning?

14        A        No.

15        Q        Did you test the dryer prior to -- for normal

16                 operation prior to conducting this test?

17        A        We did not set it up with thermocouples or do

18                 any airflow testing specifically with

19                 relation to our other dryer.  We did make

20                 sure it operated right and ran heated.

21        Q        Did you test the thermostats to make sure

22                 they were functioning properly prior to doing

23                 this test?

24        A        I don't know if it's documented.  I can't

25                 recall specifics.  Most likely, we did.  We
```

```
2                    usually make sure that all the control

3                    devices and safety devices in the dryer are

4                    as is in good working order.

5         Q          Flipping off of my screen and going over to

6                    my data, can you direct me to some document

7                    data or other, that would show that these

8                    thermostats were tested in this dryer prior

9                    to you conducting the test that is we see in

10                   this folder?

11        A          The only way we would document these tests

12                   would be photographic representation.  Also,

13                   if there is any setup notes, it may have been

14                   documented in that.  I don't know if we have

15                   specific written documentation.  If you go

16                   back one folder, I may be able to answer that

17                   question.  I don't believe they're only

18                   photos.  We actually have, I think, a written

19                   protocol on this test.

20                       Let's look through the pre-fire

21                   photographs first, and you don't have to open

22                   them up.  You can just scan through.  What

23                   I'm looking for is just a picture of it.

24                       Actually, let's go back one more folder

25                   and check on that one says setup towels.
```

2        Scan through that.  I don't see any specific

3        photo documentation that we tested that so, I

4        wouldn't be able to tell you if we tested

5        this, the operational thermostat or the

6        high-limit safety devices.

7   Q   So now, I'm going back to the pre-fire photo

8        folder, and I did give the photo numbers 230

9        and 231.  Now, I'm going to 279.  Above the

10       discoloration, Mike, I see a crack in the top

11       of the heater pan.  Do you see that?

12  A   I do.

13  Q   Do you know how that heater pan was damaged?

14  A   I do not.  That's how we received it.  This

15       dryer again was purchased used from an

16       appliance reconditioning store, but it was

17       prior to them making any repairs or

18       modifications to the dryer.

19  Q   What do you think could cause a crack in the

20       heater pan like that?

21  A   Obviously, we have evidence of localized

22       heating from the heat pattern we have there.

23       I don't know if that has something to do with

24       mechanical damage on top of that or if it's

25       part of the heating process.  It could be may

```
 2              be one or other.  I don't know the exact

 3              reason for that.

 4      Q       Were you able to rule out that the damage or

 5              this unusual heating pattern that we see did

 6              not have any impact of the dryer such that

 7              the dryer could be tested here?

 8      A       Again, it may not be documented in

 9              photographs, but in order for us do this

10              test, we needed the dryer to be operating,

11              quote-unquote, normally.  We didn't do any

12              specific recording of data to prove that,

13              other than plugging it in and turning it on,

14              make sure that it produced heat, the drum

15              rotated.  We may have put a meter on it to

16              look at the high-limit safety device or just

17              blocked it completely to make sure the dryer

18              shut down properly.

19      Q       But you don't recall what you did?

20      A       No, I can't give you an exact representation

21              of that.

22      Q       You'd agree this is a normal functioning

23              dryer?

24      A       I agree there's something unusual that caused

25              that heat pattern.  Whether the dryer was
```

2            normal and functioning at the time of the

3            test, I would disagree with that and say it

4            was operating.

5       Q    What do you base that on?

6       A    Again, plugging it in, running it, making

7            sure it produces heat, making sure it's going

8            to dry towels.  If anything, this particular

9            heat pattern may have been the result of when

10           the dryer was originally in use.  It didn't

11           seem to affect the operation in any way.

12      Q    I'm going to take you back now to setup

13           towels folder, and if we go to No. 14, do you

14           see No. 14 here?

15      A    I do.

16      Q    And then it jumps to 343?

17      A    Yes.

18      Q    What happened to the photos in between?

19      A    I cannot give you an answer to that.  We do

20           have a problem if we use memory cards from

21           one camera to another, that could be a

22           potential issue.  That's just an assumption.

23           I'm not going to make a firm statement as to

24           what happened to it.

25      Q    Can you look for those photos and see if they

| | | |
|---|---|---|
| 2 | | exist and weren't copied onto the hard drive |
| 3 | | that I was given? |
| 4 | A | I'll make a note to check on that and put |
| 5 | | that on the list.  I will look into that. |
| 6 | Q | Thank you, Mike. |
| 7 | A | I have noted it. |
| 8 | Q | Now, Mike, do you remember how old this dryer |
| 9 | | was that you used for this test? |
| 10 | A | I have to look at the manufacturer's label on |
| 11 | | it. |
| 12 | Q | Where would you find that? |
| 13 | A | It would be mixed throughout the photographs. |
| 14 | | The easiest one is probably in the setup |
| 15 | | folder -- I'm sorry.  The pre-fire photos. |
| 16 | | Right there, No. 3.  The dryer was |
| 17 | | manufactured in October of 2002. |
| 18 | Q | And did you the test when? |
| 19 | A | September, 2007. |
| 20 | Q | So it's a five-year-old dryer? |
| 21 | A | Yes. |
| 22 | Q | Going back to setup towels and to No. 347, |
| 23 | | I'm going to flip through a series of these |
| 24 | | photographs, 347 to 355, and then I'm going |
| 25 | | to come back and ask you the specific |

| | | |
|---|---|---|
| 2 | | questions.  All of these photographs -- well, |
| 3 | | the first one, Mike, 347, is the bag of |
| 4 | | cotton balls, correct? |
| 5 | A | Correct. |
| 6 | Q | And then the remainder of the photos in the |
| 7 | | series show the cotton balls stuffed between |
| 8 | | the back of the drum and what I'm going to |
| 9 | | call the baffle.  What do you call it? |
| 10 | A | I'll call it a baffle. |
| 11 | Q | So you'll agree that the photographs depict |
| 12 | | that, right? |
| 13 | A | Yes. |
| 14 | Q | And this is a five-year-old dryer? |
| 15 | A | Yes. |
| 16 | Q | If your theory is correct and lint naturally |
| 17 | | accumulates in appropriately used and |
| 18 | | installed dryers, why did you have to shove |
| 19 | | lint into this space between the baffle and |
| 20 | | the back of the drum to conduct the test? |
| 21 | | Why did you -- |
| 22 | | MR. HOPKINS:  Objection.  You keep |
| 23 | | adding the words, appropriately used.  That's |
| 24 | | my objection. |
| 25 | Q | It's a five-year-old dryer, right? |

```
2     A    Yes.

3     Q    And it's your opinion that this lint

4          naturally accumulates in the Electrolux dryer

5          in this position during usage, correct?

6     A    In certain situations.  Again, using your own

7          line of questioning before, all of our dryers

8          don't necessarily show specifically heavy

9          accumulations of lint or different things.

10             There are different factors of which we

11         don't have control over and don't know the

12         operational history and maintenance history

13         of.  This five-year dryer, if it had been

14         maintained and all the lint was cleaned out

15         shortly before use, the accumulation of lint

16         that could be visible in this dryer could be

17         may be five years of lint.  We don't know.

18    Q    Clarify it for me one more time.  Lint

19         doesn't accumulate in every Electrolux dryer?

20    A    Lint does collect -- lint is created and

21         collects in every dryer.

22    Q    But in Electrolux dryers, it's your opinion

23         that it accumulates near the heat source when

24         certain conditions are present?

25    A    And this dryer shows evidence of that.
```

Magna Legal Services

```
 2        Q    And what conditions are they that have to be

 3             present for lint to accumulate?

 4        A    Lint accumulates in every dryer no matter

 5             what.  I don't understand your question.

 6        Q    Is it your opinion that lint accumulates in

 7             every Electrolux dryer in proximity to the

 8             heat source regardless of how it's used and

 9             maintained?

10        A    Yes, depending on the degree of accumulation.

11             That's the variable, and that's subject to

12             other variables.  That's caused by other

13             variables.

14        Q    Is there a certain point at which the

15             accumulation becomes a hazard?

16        A    Yes, actually right off the bat, as long as

17             there's conditions enough that there's a

18             piece of lint that accumulates on the back of

19             the drum or in close proximity to the heat

20             source under the right conditions and under

21             very specific circumstances, all it takes is

22             one very small piece of lint to be ignited to

23             transfer it to other lint collected within

24             the dryer or to ignite the clothes.

25        Q    I'm not sure what your qualification of my
```

2          question is.  Because when you qualified it

3          and when Mike interjected his objection,

4          which I'm happy he did, the issue with the

5          question was that I said an appropriately

6          installed and normally maintained dryer, and

7          you said you qualified it.  So what's the

8          qualification?  I'm not sure what your theory

9          is after all.

10    A    Every dryer, even normally installed dryer,

11         is going to produce lint, and that lint

12         it's -- some of that lint is going to stay

13         within the cabinet.

14              In this particular instance, this

15         five-year-old dryer that you're using as an

16         example, in my opinion, there is lint that's

17         collected here in proximity to the heat

18         source, so I guess I don't understand your

19         question.

20    Q    Go back and tell me your theory again, Mike.

21         I'm six hours in, and I'm still not sure I

22         got it given Mike's objection to my question

23         and your clarification that there have to be

24         certain factors present.  Does lint always

25         accumulate near the heat source in Electrolux

| | | |
|---|---|---|
| 2 | | dryers? |
| 3 | A | Yes. |
| 4 | Q | And is it your opinion that when there is |
| 5 | | restriction in airflow or change in airflow |
| 6 | | lint accumulates more? |
| 7 | A | Yes. |
| 8 | Q | Near the heat source? |
| 9 | A | Yes. |
| 10 | Q | Okay.  I got it.  Now, we're looking in this |
| 11 | | test in photo 349 at a five-year-old dryer, |
| 12 | | and in order for you to do the test, this |
| 13 | | burn test, you had to shove cotton balls in |
| 14 | | between the baffle and the back of the drum. |
| 15 | | And my question is:  Why doesn't there |
| 16 | | enough lint there at five years out to do the |
| 17 | | test without you having to artificially |
| 18 | | insert the cotton balls? |
| 19 | A | The point of this test was not specifically |
| 20 | | to prove necessarily the lint ignition |
| 21 | | scenario.  The point of this test was to |
| 22 | | demonstrate the fire spread and growth |
| 23 | | characteristics of the dryer.  We wanted to |
| 24 | | make sure by using this amount of cotton, |
| 25 | | which obviously from the photograph shows |

2          it's a fair amount of cotton balls -- I don't

3          know if it's the entire bag.  It might be

4          misrepresented in the photographs.

5               But the baffle is well stuffed with

6          cotton balls for this testing.  The point of

7          the testing was to make sure that we had the

8          burning lint in the back of the drum and the

9          ignition of simulated lint anyway that it

10         would ignite the clothes and spread to the

11         other components.

12              This test is geared more towards fire

13         containment and fire growth from the plastic

14         components and the load itself.

15    Q    Thanks for stating it so patiently for me.

16         It's a five-year-old dryer.  If your theory

17         holds water, why did you have to shove a bag

18         of cotton balls between the drum and the

19         baffle to do your test?  Why wasn't there

20         enough lint there already to do it?

21    A    My opinion has never been that every

22         five-year-old dryer is going to be in the

23         same circumstances where it's as filled with

24         lint that it's a hazard, but there are

25         obviously, based on our physical examination

2          and our examination of exemplars and our

3          examination of dryers, along with the

4          Electrolux experts, we've documented

5          countless times.

6               We have 144 dryers here that are

7          Electrolux dryers that have caught fire, and

8          the vast majority of those display

9          accumulations of lint in those, as well as

10         under unburned dryers in our exemplars

11         analysis have substantially amounts of

12         increased lint over this particular test

13         model.

14              One of the reasons why we chose to use

15         this in the testing was that it wasn't a

16         dryer that had a substantial amount of lint

17         in it, and therefore, the evidentiary value

18         that we wanted to be preserved in case

19         Electrolux wanted to do a physical

20         examination of some of these exemplar dryers

21         would be practical.

22              Because of monetary considerations, the

23         fact that even used dryers cost money and our

24         test program here, there is only so much time

25         and money we can spend on these things.  We

```
 2              decided to use a dryer to show lint

 3              accumulation to this effect.

 4       Q      359 to 362, in these photos, I see the cotton

 5              batting stuffed between the back of the

 6              heating pan and the cabinet?

 7       A      That's correct.

 8       Q      Why did you stuff the cotton there?

 9       A      Potential testing with the localized heat

10              pattern.  One of the things we were wondering

11              is is it enough that lint may collect behind

12              this and it may have been consumed by its own

13              little fire.  That's one of the things.  The

14              other thing specifically is this test was

15              not --

16                  We wanted to use lint ignition even

17              though it was staged lint.  We wanted to use

18              that as an ignition source even though we

19              weren't directly igniting the load by hand.

20              We set it up enough and on the back of the

21              drum.  Again the demonstrative relevance to

22              this particular testing is to show that, you

23              know, the clothes, once they're ignited, can

24              spread to other forms of the dryer and showed

25              the growth and development stages of this
```

2          fire as it's viewed by someone who may be

3          witnessing this fire in the first place.

4     Q    Is this one of the locations in between the

5          heater pan and the cabinets that you see lint

6          in your burned and unburned exemplar?

7     A    No, I mean there may be some small

8          accumulation of lint in the area, and we've

9          seen it in some dryers that are exceptionally

10         linty with some probably -- what's the word

11         I'm looking for?  Dryers that may have been

12         altered from the original factory condition,

13         like changes in the duct and such like that

14         inside the cabinet that provides excess lint.

15             But generally speaking, no, it's not

16         anything we're looking at.  One of the things

17         that we were examining again was in relation

18         to two factors, which we were doing part of

19         this investigation, and we have not

20         formulated any opinions on at this point in

21         time as far as causation.  But the localized

22         heating in the back of the heater housing and

23         in some models that Electrolux has produced,

24         they have an electric model that has a heat

25         shield that's attached to the rear of the

```
 2              cabinet.  And we're trying to see if there is
 3              some correlation between fire cause or excess
 4              heating in that particular area.  And that's
 5              the reason for it.
 6                   Again, no specific opinions for fire
 7              cause for the replacement of this lint
 8              especially to this bearing case, the Schantz
 9              matter, and nothing we're using specifically
10              as that, yes, it's this particular scenario.
11      Q   363 to 367 show the cotton on the lint
12              screen, correct?  Sorry.  Maybe not.  I guess
13              you can't really show it, can you?
14      A   They show it on the lint screen and then show
15              the lint screen in place with the cotton on
16              it through the lint trap.
17      Q   Did you believe this is representative of
18              some real-life condition of lint?
19      A   Again, it wasn't a specific correlation.  We
20              didn't weigh the amount of lint on a lint
21              screen and reproduce it by weight.  We just
22              put lint there again to aid in making sure
23              that all the plastic components had enough
24              lint to catch fire.
25      Q   In this test, how did the lint ignite?
```

```
 2        A      By the heating element.

 3        Q      Which lint ignited?

 4        A      The lint applied to the -- well, the first

 5               fuel -- let me go back.  The first fuel

 6               ignited in this test was the cotton that we

 7               specifically placed at the rear, top rear of

 8               the heater housing.  We actually put it in

 9               very close proximity to the heating elements,

10               so we knew it was going to be ignited.

11        Q      Did I show you a picture of that?

12        A      Yes, you did.

13        Q      359 through 362 show the cotton that was

14               ignited in this test?

15        A      Yes.

16        Q      And how was it ignited?

17        A      Just by radiant heat energy from the heat

18               element.

19        Q      The towels that you used in this test, were

20               they wet or dry?

21        A      They were dry.

22        Q      And did you use high heat?

23        A      I believe so.  I'm sure there's probably a

24               photograph that shows it.  I think everything

25               was done at high heat to the best of my
```

Page 215

```
 2              recollection.

 3      Q       Is it in this one?

 4      A       Yes.

 5      Q       White, high heat.  Okay.

 6      A       Let me go back and explain a little bit

 7              further.  One of the reasons why we did put

 8              so much lint in this specific dryer is other

 9              testing that we had done -- I mean, we have

10              done testing that we don't have records for

11              that we are not using for this case, but in

12              the initial stages of learning this process,

13              we found that by preheating a load, it's much

14              easier for lint to occur.  So a wet load, a

15              dry load, a dry preheated load is easier to

16              dry.

17                   In lieu of spending a long time to

18              preheat this load, we used dry towels, and we

19              used extra lint behind the drum to just reach

20              ignition and pull lint.

21      Q       The alternative designs are Ronco 3 and 4?

22      A       Yes.

23      Q       Ronco 3 is gas, correct?

24      A       Yes.

25      Q       And with Ronco 3, we have a folder with lots
```

```
 2              of test data.

 3      A       That's correct.

 4      Q       And we have got test setup notes and then

 5              photos of the alternative design, correct?

 6      A       That's correct.

 7      Q       For Ronco 4 --

 8      A       Yes.

 9      Q       -- we've got the transition duct photos, but

10              no test data?

11      A       Ronco 4 is still under going testing.

12              Actually, the photographs shown here are a

13              mock-up.  It's not fully assembled.  We have

14              not had time to finish the testing.

15                   If you look closely in the photographs,

16              you'll notice -- and just for the record now,

17              the heating element is not even hooked up.

18              Those wires are staged there for photographic

19              purpose, and the wiring harness is still 120

20              volt for a gas dryer, not for an electric

21              dryer.

22                   So these photographs on this testing for

23              this alternative has not been completed.

24              That being said, we expect to find the same

25              results we did with our GE testing.  We found
```

```
 2              much of what we did with our Electrolux gas

 3              testing that we -- our design and the

 4              original design of the gas GE and the gas

 5              with the Electrolux -- the amount of time it

 6              took to dry a load of clothes or a load of

 7              towels in this particular case was

 8              essentially the same, plus or minus two

 9              minutes may be.

10     Q        So the testing on Ronco 3 was testing to see

11              how long it took to dry clothes?

12     A        Yes, it was what gas.  Again, Ronco 3 it's an

13              Electrolux gas dryer that we installed a

14              guard on to better separate the points where

15              lint is known to collect at the bottom -- I

16              call it a fuse.  They may call it a heater

17              assembly.  To better separate it from the

18              vertical heat duct the connects the burner

19              tube to the heater assembly.

20                   And we did baseline testing on the gas

21              dryer so that we can establish time it took

22              to dry a specific load of towels that weighed

23              out the a certain amount.  Kind of similar to

24              the lint accumulation basis that Electrolux

25              used for their own testing.
```

```
 2                Similar type of theory.  We weighed the

 3           towels beforehand.  We dried them to the same

 4           dry weight to simulate that they were dried

 5           completely, and we compared the amount of

 6           time it took to dry the same load to the same

 7           degree of dryness between an unmodified gas

 8           dryer and our modification of the Electrolux

 9           gas dryer.

10      Q    So the test was for the purpose of

11           determining the drying time?

12      A    I think I know where we left off.  Can you

13           just read back that last question?

14                (Reporter read question as recorded.)

15                The purpose of the testing was to prove

16           that the modification that we made to the

17           Electrolux gas design is as efficient in

18           drawing the same load as the unmodified

19           dryer, and that would be the same to go along

20           with our other testing with the GE.

21                The Electrolux testing hasn't been

22           completed yet.  We expect to find the same

23           results we have done with the GE testing down

24           to the same area.

25      Q    So this test wasn't to determine where lint
```

```
 2              accumulates in the dryer, in the Ronco 3

 3              dryer?

 4      A       That's correct.

 5      Q       Or the Ronco 4 dryer?

 6      A       That's correct.

 7      Q       And how many cycles did you run Ronco 3 for?

 8      A       It would be in the data notes.  If you can

 9              open those up, I might be able to help you

10              better.  In the same Ronco 3 folder, there is

11              a Word document that's listed Electrolux gas

12              dryer test data, which contains all the data

13              that I was recorded regarding the dry weights

14              of the towels, the weights of the towels, the

15              total amount of drying time, et cetera, and

16              it also lists what each test was in relation

17              to whether it was a baseline test or whether

18              it was conducted in the dryer with the

19              guards.

20      Q       So I'll know from that document how many

21              cycles you ran the dryer for?

22      A       It's in the time frame.  The baseline test,

23              you can generally count cycles of heating

24              elements, because we did measure the exhaust

25              output for airflow and for temperature to
```

```
 2              give us a general idea of how many heat

 3              cycles it took to show a correlation between

 4              a modified dryer and unmodified dryer.

 5      Q       Do you know how many cycles it ran for?

 6      A       I don't know.

 7      Q       Do you plan on running Ronco 4 the same way?

 8      A       Yes.

 9      Q       Has that testing already started?

10      A       Yes.   Electrolux and both General Electric

11              dryers, they all use the same protocol.

12              Again, we expect to find the same results on

13              the GE electric, which is the same basic

14              design, that by removing the heating element

15              from the rear of the dryer and putting it

16              down with the gas burner would be, and using

17              the basic components of the gas dryer, it's

18              going to give us efficient drying times.

19      Q       Have you done any testing with regard to

20              bearing failure?

21      A       No, we have not.

22      Q       How come?

23      A       Bearing failure themselves are pretty well

24              established and accepted in the industry as

25              being a competent ignition source.
```

| | | |
|---|---|---|
| 2 | Q | Why did the Schantz bearing fail? |
| 3 | A | It could be numerous factors. |
| 4 | Q | Like? |
| 5 | A | It could be maybe improper assembly.  These |
| 6 | | are all estimations.  I have no opinions as |
| 7 | | to why the bearing failed.  It could be the |
| 8 | | contamination of either the plastic bearing |
| 9 | | or the lubricants on the bearing assembly. |
| 10 | | It could be a breakdown of the lubricants |
| 11 | | over time.  I do not know the answer. |
| 12 | | Those are some potential causes. |
| 13 | | Because the bearing is destroyed, there is no |
| 14 | | way to evaluate it. |
| 15 | Q | Turning to the Schantz dryer finally, you |
| 16 | | weren't the first origin and cause |
| 17 | | investigator in the Schantz dryer; is that |
| 18 | | correct? |
| 19 | A | That's correct. |
| 20 | Q | Do you know the history before it gets to |
| 21 | | you? |
| 22 | A | As far as what aspect, joint examination of |
| 23 | | head or the entire case? |
| 24 | Q | The entire case. |
| 25 | A | I know the basics of it based on the report |

```
 2              of Brian Gray of GBFI and information he

 3              provided, as well as deposition testimony

 4              provided by Mrs. Schantz, Chief Paiano,

 5              William Lovelace and Carl Cane.

 6      Q       Can you tell me -- and, Mike, please look at

 7              whatever file material you need to look at to

 8              answer this question.  Can you tell me when

 9              you were first contacted about this loss?

10      A       Sure.  Point of clarification, me myself, or

11              is the others sufficient?  I don't know the

12              details of when I may have been personally.

13      Q       Good point.  The Wright Group then.

14      A       The Wright Group was given the assignment on

15              November 12, 2006.

16      Q       What was your first work on the file?

17      A       My first work -- I'm not sure who actually

18              logged in the evidence and received the

19              evidence.  That may have been me or may have

20              been someone else in this facility.  My first

21              notation is I had a telephone conversation

22              with Attorney Monastra, who was handling the

23              file prior to Attorney Hopkins regarding,

24              some of the background facts to the extent

25              that he wanted to examine the dryer.
```

2       Q      Can you confirm that the date of loss was

3              11/12/06?

4       A      Yes, according to our initial assignment

5              sheet, which lists the date of loss -- sorry.

6              I take that back.  I was misunderstood.

7              That's where the confusion is coming from.

8              The date of loss is November 12, 2006.

9       Q      And then your first contact?

10      A      Our date of assignment, The Wright Group was

11             first contacted on April 18, 2008, and then

12             my conversation with Attorney Monastra would

13             have been on May 4th, 2008.

14      Q      Do you agree that the fire company in the

15             Schantz matter put the dryer outside on the

16             driveway after the fire?

17      A      Let me just look real quick.

18      Q      Sure.

19      A      Yes, I agree with that according to the

20             deposition of Chief Paiano.

21      Q      Do you know that the dryer sat outside for

22             about a month in the driveway in the winter?

23      A      If that's the approximate date, that sounds

24             about right without going through all the

25             deposition notes and stuff and everything.  I

2      would say that's probably reasonable.

3   Q   At some point, Mike, did you go through and

4      learn the history of the dryer in terms of

5      what happened to it prior to it getting to

6      you?

7   A   Through conversations with probably Attorney

8      Monastra first and maybe   Attorney Hopkins.

9      I think Attorney Monastra was the one.

10  Q   So you get involved about 18 months after the

11     fire happens?   That's November 12th to

12     April 18th.

13  A   Approximately, yes.

14  Q   And during that 18 months that you weren't

15     involved, do you know how many examinations

16     of this products there were?

17  A   When you say examinations --

18  Q   Destructive exams.

19  A   You mean when the dryer was disassembled?

20  Q   Correct.

21  A   To the best of my knowledge, it was only done

22     once, but I can't exactly testify as to how

23     many times exactly it was.

24  Q   Do you know who did that examination?

25  A   I'm trying to recall the details.   It may

```
 2              have been -- I don't know who was present

 3              from Electrolux, maybe Tom Bazjek, along

 4              with -- I want to say A. Wonderlee was the

 5              original person who took it apart.

 6      Q       Did you see the scene photographs?

 7      A       Yes, at some point I have from Brian Gray.

 8      Q       And was there any information in the scene

 9              photographs that were important to your

10              analysis or your opinions?

11      A       Well, yes, I always look at the scene to see

12              how the thing was laid out and how it was

13              installed.  Specifically, as far as

14              installation, specifically, I think

15              Mrs. Schantz probably her deposition is

16              probably the most useful for me in trying to

17              establish those facts.

18      Q       Do you remember seeing the scene photographs?

19      A       At some point I have, yes.

20      Q       In those photographs, is there evidence of

21              the venting?

22      A       There are photographs of the venting in the

23              BFI report.

24      Q       And what kind of venting was used?

25      A       From the photographs, it appears it was all
```

| | | |
|---|---|---|
| 2 | | rigid metal.  I can't specifically tell from |
| 3 | | visual evidence if it was steel or aluminum. |
| 4 | | It appears to be two sections of rigid pipe, |
| 5 | | two 90 degree elbows and what appears to be a |
| 6 | | standard metal, 4-inch exterior hood. |
| 7 | Q | Did you have the opportunity to examine that |
| 8 | | venting? |
| 9 | A | No, those were not received.  Let me just |
| 10 | | double-check my photographs. |
| 11 | Q | Sure. |
| 12 | A | The external duct was not included with the |
| 13 | | evidence when we examined it, so we did not |
| 14 | | do a physical examination of it. |
| 15 | Q | Did you ever see photographs of the duct? |
| 16 | A | Only -- the only photographs I've seen of the |
| 17 | | duct would be in the BFI report and Tom |
| 18 | | Bajzek photos. |
| 19 | Q | From those photographs, were you able to make |
| 20 | | any determination as to the amount of lint |
| 21 | | contained in the duct? |
| 22 | A | Not specifically, no.  I didn't see any |
| 23 | | obvious signs of lint accumulation in there |
| 24 | | and reviewing Tom Bajzek's reports, I think |
| 25 | | these finding were similar.  Miss Schantz |

```
2              also testified that she kind of cleaned it

3              out when it popped off the dryer also.

4      Q      So you're not aware of any evidence of the

5              Schantz dryer of lint accumulating in the

6              vent?

7      A      No.

8      Q      When you get this dryer about 18 months after

9              the fire and after it sat outside for about a

10             month and it's been taken apart by other

11             experts, what did you do to conclude that the

12             evidence in its condition was, in fact,

13             representative of the post-fire condition and

14             suitable for you to rely on?

15     A      Well, I mean, as far as the actual inspection

16             went, the details of the inspection, certain

17             particular evidence items are more important

18             in this particular case even though it had

19             been previously examined.  There was no

20             obvious --

21                 Aside from being disassembled, which in

22             my opinion doesn't necessarily classify it of

23             being destructive, I didn't see any gross

24             changes besides the exhaust system, the

25             internal components of the dryer, appeared to
```

2      be all present.  They didn't appear to be

3      grossly moved or altered in any way.  The

4      specific items of interest were all intact

5      and present for any examination.

6   Q  What evidence of lint accumulation in the

7      dryer did you find upon your inspection?

8   A  Again, let me go to my --

9          The only lint post fire in our

10     inspection -- again, I'm going off of copies

11     of my photographs here, so they are not very

12     clear -- is some evidence of lint in the base

13     of the cabinet.

14  Q  Can you show me that photo?

15  A  It looks like the group of photos

16     approximately from photo 280 -- roughly 280

17     to 292.  Basically, around the vent tube and

18     the base of the cabinet.

19  Q  Mike, would you agree compared to other

20     dryers you've seen this lint accumulation is

21     light, if at all?

22  A  Yeah, I would rate it as minor accumulation.

23  Q  Was there any evidence of lint accumulation

24     at or around the heater pan?

25  A  Nothing remaining post fire at the time that

2          I saw it.

3     Q    Normally, I haven't done this with you

4          before, but normally, Ron will show me

5          photographs of witness marks of where the

6          lint was, protected areas where the metal

7          looks differently than the exposed areas.  Do

8          you see anything like that?

9     A    Again, I mean, there is other minor instances

10         of lint accumulation.  Let me just point

11         those out to you.  Again, post-fire damage,

12         the load was entirely consumed, but there was

13         enough fire damage in this and enough fire

14         damage in the dryer that some of the lint may

15         have been consumed in the fire if there was

16         any in these particular locations.

17             There is some lint, charred lint, that

18         it accumulated around the bearing opening at

19         the center of the heater housing.  No to 362;

20         photo 369, again minor amount.  There is a

21         little bit of lint that has accumulated

22         there.  Even post fire, there was lint

23         remaining.  Generally, no, I don't see any

24         specific major protected areas where there

25         was significant accumulations of lint

| | | |
|---|---|---|
| 2 | | anywhere in the heater housing. |
| 3 | Q | As a result of your examination of the dryer |
| 4 | | post fire, were you able then to rule out |
| 5 | | that lint was the first fuel ignited by this |
| 6 | | heating coil or by the arcing events? |
| 7 | A | Not entirely, no.  I was not.  Due to the |
| 8 | | fact the lint may have been consumed during |
| 9 | | the fire, the lint may have been dislodged |
| 10 | | when the fire department removed it from the |
| 11 | | scene.  It may have been dislodged from the |
| 12 | | transport from the scene to the original |
| 13 | | inspection location or to us, with the fire |
| 14 | | being probably -- the fire and fire-fighting |
| 15 | | operations probably being one of the more |
| 16 | | relevant ones.  There was no significant |
| 17 | | accumulation of lint, but I can't eliminate |
| 18 | | the fact that a small amount of lint was not |
| 19 | | the first fuel that was there. |
| 20 | Q | Let me ask it another way then.  Do you have |
| 21 | | sufficient evidence here to opine to a |
| 22 | | reasonable degree of forensic fire certainty |
| 23 | | that lint was the first fuel ignited? |
| 24 | A | The only two known fuels that could be |
| 25 | | ignited during the ignition scenario, which |

```
 2              is the electrical short circuits of the

 3              heating element to the rear of the drum,

 4              would be either lint or the cloths load

 5              itself.

 6      Q       I understand that those are the two potential

 7              sources of fuel.  In this particular case,

 8              you don't have enough information to conclude

 9              to a reasonable degree of certainty based on

10              the evidence when you got it that lint was

11              the first fuel ignited?

12      A       That's correct.

13      Q       During your inspection on May 8th of 2008 --

14              that was the right date, right?

15      A       Yes.

16      Q       Who was present?

17      A       Myself and Bruce Rabone, who is one of our

18              evidence technicians, and Ron Parsons I

19              believe also.  I don't know if he was present

20              during the whole examination, but I know he

21              was involved in this one.

22      Q       Let me guess.  He came in and out?

23      A       He was probably during the entire process.

24              That's what happens.

25      Q       Were you the only active participant in the
```

```
 2              exam in terms of taking things apart,

 3              photographing documents and looking through

 4              notes and something?

 5       A      Yeah, I mean, I'm definitely the person.

 6              Bruce happened to be assisting me that day.

 7              Actually, the photographs we took is on his

 8              camera.

 9       Q      You mentioned earlier when we were speaking

10              about the high-limit thermostat that you

11              would have liked to have taken apart the

12              high-limit to examine it, correct?

13       A      That's our standard protocol.

14       Q      And you didn't because Electrolux wasn't

15              present?

16       A      Right.  The same reason we didn't remove the

17              baffle from the drum, which is another thing

18              we like to do.

19       Q      Do you know why Electrolux wasn't present for

20              the inspection?

21       A      That's another conversation I had with

22              Attorney Monastra.  He instructed us to go an

23              ahead.

24       Q      Did you request that Electrolux be present?

25       A      It was our recommendation that if he would
```

| | | |
|---|---|---|
| 2 | | like us to do the examination that he let |
| 3 | | Electrolux know, which is why we never did |
| 4 | | it, because we never heard back from him or |
| 5 | | it wasn't scheduled. |
| 6 | Q | Did you get an explanation from him as to why |
| 7 | | Electrolux wasn't invited? |
| 8 | A | Not that I can recall. |
| 9 | Q | Do you have any knowledge as to how the dryer |
| 10 | | was maintained apart from being on the |
| 11 | | driveway outside for a month?  Do you have |
| 12 | | any knowledge as to how it was maintained |
| 13 | | between the time it was taken off of the |
| 14 | | driveway and the time you got it? |
| 15 | A | I don't. |
| 16 | Q | What evidence do you know of that was |
| 17 | | preserved after the fire? |
| 18 | A | Obviously, according to other photographs I |
| 19 | | have seen of the previous examination, the |
| 20 | | dryer itself, the exhaust components that we |
| 21 | | discussed earlier and the dryer receptacle |
| 22 | | and the portion of the supply wiring.  That's |
| 23 | | all I can think of off the top of my head. |
| 24 | Q | Had you been the OMC at the scene what |
| 25 | | evidence would you have collected? |

2   A   Again, I was not, so it's hard to speculate

3       on that.

4   Q   You know what you do at inspections.  What

5       evidence would you have collected?

6   A   Generally, I would have collected the dryer

7       itself, all of the exhaust, the dryer

8       receptacle, as well as any attached wiring

9       that may be affected or damaged.

10          Under certain scenarios, we would

11      probably -- in most situations actually, we

12      would probably take the breaker for the dryer

13      and any other pertinent evidence I would have

14      deemed responsible at that time.  If the load

15      had been removed, I probably would have

16      secured that as well if there was any other

17      items of interest from the area.

18  Q   At some point did you interview Miss Schantz?

19  A   I actually did not interview Miss Schantz.

20      All of my information is taken from her

21      deposition.

22  Q   You agree this is a ten-year-old dryer?

23  A   Yes, approximately ten years old.

24  Q   What's your explanation for why we didn't see

25      lint accumulated, something other than the

2          minor lint that you described for me earlier,

3          accumulated in a ten-year-old dryer?

4     A    Again, based on her statements in her

5          deposition and the condition I see the

6          exhaust, in either, she didn't abuse it with

7          overloaded loads.  There was no leakage of

8          the seals in this particular unit.

9               The exhaust was probably -- at least,

10         according to all the information, I have the

11         exhaust was appropriate and short.  It was a

12         very short run of exhaust, no foreign objects

13         or anything like that in there.  That's just

14         some of the reasons.

15    Q    Did she ever clean it?

16    A    No, according to her statement, no.

17    Q    How did that fit with your theory a

18         ten-year-old dryer with hardly any lint in it

19         that's hardly ever been cleaned, only the

20         lint screen cleaned?

21    A    Again, I have never proposed that this is a

22         lint fire.  This is a bearing fire.  It has

23         to do with the fact that the design is such

24         that it allows the bearing to come in back of

25         the drum once the ball hitch assembly fails,

2            and that could ignite either the lint or the

3            clothing load.

4                  It's an issue with the products that

5            it's designed in such a way that it doesn't

6            fail safely.  That's my ultimate conclusion

7            on this one.  It has nothing to do with

8            specifically my ignition failing theories.

9      Q     The reason I ask you is because the majority

10           of the 79 pages of your report deal with lint

11           theory.  Now, we have a ten-year-old dryer

12           that with just apparently normal cleaning of

13           the lint screen, and I'm asking you:  How

14           does that square with the lint theory that

15           you've set forth in detail in 79 pages of

16           your expert report and the conversations we

17           have had today?

18     A     Because lint is a potential for fuel.  Lint

19           that accumulates in the dryer is a potential

20           first fuel for the ignition scenario.  It has

21           been the lint that collects inside the dryer

22           in proximity of the heat source.  That's why

23           we author the report in regards to the

24           production of lint.  Lint, and more so in

25           this particular report, relates to the growth

2        and spread of the fire as its does to the

3        first fuel, the secondary and spread of

4        damage to the surrounding area.

5    Q   But I think just a few minutes ago we ruled

6        out or at least you told me that you ruled

7        out -- that may be too aggressive a word, but

8        you told me that you didn't have enough

9        evidence to a reasonable degree of certainty?

10   A   Based on the condition of the evidence after

11       the fact, we can't make it a full assessment

12       as to how much lint accumulates in the dryer

13       from the trap duct area that would allow for

14       additional ignition of the plastic components

15       and be that spread and growths fuel.

16   Q   Certainly, you'd agree with me though in the

17       140 unburned and burned exemplars -- let's

18       talk about the burned.  I don't know what the

19       number is that are burned, do you?

20   A   144 would be it at least at the time that was

21       produced for you in the chart or something

22       that you've seen.  I don't know exactly what

23       case you got the 144 off of, but 144

24       Electrolux dryers are the ones that actually

25       have been involved in the testing.

```
 2      Q    So in those burned exemplars, I think pretty

 3           much all of them you see evidence of lint on

 4           the cabinets, on the cabinet floor at the

 5           heater pan.  Those are the locations I

 6           remember specifically.

 7      A    In the trap ducts at the rear of the drum,

 8           blower housing, lint screen, all different

 9           areas, yes.

10      Q    And we don't see that part of the protected

11           area even when the lint is burned away; it

12           leaves this protected area that let's you

13           know it's there, right?

14      A    Where you referring to?

15      Q    On the heater pan.

16      A    On an electric dryer, there is not a

17           significant area of lint that leaves a --

18           specifically, the lint as a first

19           fuel is not my primary focus of my opinion.

20           The opinion is that this dryer did not fail

21           safely; that the electric heating came into

22           contact with the back of the drum; and the

23           only two available fuels that it potentially

24           could ignite was the clothing load itself or

25           the lint.
```

2        Q      Having understood that -- and I do -- I'm

3               coming back to my question.   79 pages

4               thereabouts of your reports talks about how

5               lint accumulates in a significant fashion in

6               the Electrolux dryer during usage, and we've

7               got a ten-year-old dryer here in the Schantz

8               case, relatively no evidence of lint

9               accumulating over the course of ten years.

10                  My question is:  How does that square

11              with your theory that the Electrolux design

12              is bad and promotes the accumulation of lint

13              near the heat source?

14                  MR. HOPKINS:  Objection to form.

15       A      Because you're singling out the Schantz

16              dryer, just as you singled out the previous

17              test dryer that we used.  I'm not saying that

18              this amount of lint accumulates in every

19              dryer.  I'm saying that of the 144 unburned

20              exemplars for lint to accumulate in the areas

21              where they can be ignited by the heat source

22              in the dryer.

23       Q      So you can't explain why the Schantz dryer

24              after ten years of use without any

25              maintenance doesn't have any lint in it?

2    A    Just the situation.  Every situation is

3         different.  Every household is different.

4         Again, we can't testify to every single dryer

5         and every single one that we use in an

6         exemplar as far as the history of the dryer,

7         but it's a known fact because of the physical

8         evidence remaining.

9    Q    In your executive summary you have a number

10        of points that deal with the design and

11        design changes, correct?

12   A    That's correct.

13   Q    What is it about your background, training or

14        experience that enables you to be qualified

15        to provide design opinions?

16   A    These designs that we cite in our executive

17        summary and our report are current designs

18        that are in place in other dryers.  We're not

19        taking them.  We're not coming to you with

20        these on our own.  They are all technologies

21        that have been used by other manufacturers

22        such as Whirlpool, MayTag, and they're even

23        used by other dryers that are manufactured by

24        Electrolux.

25             All we're doing is taking what's out

2          there and rating it, how in this particular

3          circumstance it could be used to eliminate in

4          some situations or at least significantly

5          reduce the hazards of fire associated with

6          the current design of electric dryers, in

7          particular in the bearing failure cases.

8              By relocating the heating element, you

9          completely remove this potential ignition

10         scenario from happening.  A bearing failure

11         that occurs in a dryer that doesn't have a

12         heating element in close proximity to the

13         rear of the drum will not cause this

14         particular ignition scenario.

15             This dryer in particular is poorly

16         designed in that it does not fail safe no

17         matter what the life expectancy of the dryer

18         is.  Ten years or not, when the bearing

19         fails, it should not cause a fire and have

20         properties of life safety.

21    Q    Is there anything in your background or

22         training or experience that would qualify you

23         with regards to your opinion in the design of

24         a dryer?

25    A    I think I'm more than qualified, because I

2           use existing design features that are in use

3           in other manufacturers throughout the

4           industry and to apply those to this

5           particular condition.

6                Am I proposing that I am a design

7           engineer?  Absolutely not.  Am I able through

8           my knowledge, training, education and

9           experience to identify hazards?  Absolutely.

10               I'm able to suggest the potential design

11          alternatives that would alleviate these

12          hazards, reduce the hazards or eliminate the

13          hazards, which is something in my opinion and

14          also in my counterpart's opinion, Electrolux

15          has failed to do by choosing to ignore the

16          basic tenets of safety engineering, which is

17          not necessarily the responsibility and only

18          can be used by licensed or degree'd

19          engineers.

20     Q    Ronco 3 and 4, do they employ designs that

21          have been used by other manufacturers that

22          are on the market?

23     A    Yes.

24     Q    Ronco 3, who had that design?

25     A    Ronco 3 is a variation of two different

```
 2            things.  You're talking about the gas dryer,

 3            Ronco 3.  It's a variation on a dryer that's

 4            made for Electrolux by General Electric.  All

 5            we did is take the design that's incorporated

 6            in certain models manufactured by Electrolux

 7            for GE and improve it slightly.

 8      Q     What was the improvement?

 9      A     Let me go back a step further.  In certain

10            General Electric models manufactured by

11            Electrolux, there is a half-moon shield

12            that's attached to a gas dryer, and by adding

13            the addition of some other sheet metal to

14            that basic principle, we didn't modify a

15            specific one.

16                But we made up a similar type of

17            arrangement, a similar design feature.  We've

18            essentially blocked the lint that accumulates

19            in the lower section of the heater assembly

20            from coming into contact with the edge of the

21            vertical heat duct, where it can be ignited

22            by the gas burner and have product

23            combustion.

24                (Whereupon, a brief recess was held.)

25      Q     Ronco, is that design used by other
```

2        manufacturers?

3    A   Yes.

4    Q   Who?

5    A   Well, let me go back a step.  Ronco once

6        it's -- it's demonstrated in photographs, but

7        it hasn't been tested.  It's the same thing

8        as the other GE electric test, and what we've

9        done is we've -- essentially, we've taken the

10       Electrolux gas dryer, and instead of the

11       heating gas burner, we've replaced the

12       heating element using a packaged dial heating

13       element that's used generally in that

14       specific dryer without modifying it.

15            Whatever is used in one instance by GE

16       and that whole design concept with the

17       package element in the base of the cabinet is

18       used by Electrolux in their new line of

19       dryers.  The General Electric dryer that it's

20       ultimately based on is a high-capacity

21       General Electric dryer that was manufactured

22       sometime back in the '80s, where they

23       realized that they could increase the drum

24       size by removing the heating element from the

25       back of the drum and making a packaged style

```
 2            heating element.  That is ultimately based

 3            upon the GE design, Ronco 4 is.

 4                 Ronco 4 was built using the same exact

 5            package style element.  It's actually an

 6            Electrolux part, and if I look into my

 7            research, I could probably give a part number

 8            on it.  It came from an Infinity 7.0 cubic

 9            foot dryer, and that directly interchanged

10            with the gas heater assembly as far as how it

11            fit to the duct assembly that is already in

12            place in the gas dryers that Electrolux

13            makes.

14      Q     Have you tested either Ronco 3 or Ronco 4 for

15            lint accumulation?

16      A     We have not.

17      Q     At the end of your report you mentioned

18            University of Kentucky report from 1992?

19      A     That's correct.

20      Q     That study only had to do with spontaneous

21            combustion?

22      A     It would only apply if for some reason

23            spontaneous combustion was alleged by you or

24            somebody in our defense.  That's why we put

25            it in our report.
```

Magna Legal Services

2    Q    That's Stoddard 2.  Is that a full and

3         complete copy of your report?

4    A    Yes.

5    Q    Do you want to look?

6    A    It does not contain minor runs, CVS or the

7         fee scheduled.

8    Q    We marked that as Stoddard 1, remember?

9    A    Mine is, but Ron's is not.  Ron's

10        qualification.

11   Q    Should he be in this case?

12   A    No, that is fine.  I'm just clarifying for

13        the record.  It appears Exhibit 1 is the full

14        copy of my report.

15   Q    Also, along with your file folder, we have

16        received a CD, and the CD contained a bunch

17        of things, including photographs of the

18        Schantz dryer.  And I'm showing you now a

19        document marked Stoddard 3 with a contents

20        list at the top of it.  Stoddard 3 is what

21        was on that CD, and the contents list is at

22        the front.  If you could just make sure that

23        that's accurate.

24   A    There is some spelling errors on this, but

25        other than that, it appears that all of the

```
 2              filings that were on the disk are listed in

 3              that first page.  What was your question

 4              regarding the rest the package?

 5       Q      It's all from the CD, and I'm asking you to

 6              confirm that that's the file material that

 7              you have?

 8       A      Without going through detail and looking

 9              through everything, it appears that it's

10              correct.  There is two copies.

11       Q      One is for Mike.  This is a complete copy of

12              the file material as provided on CD?

13       A      Yes, it appears to be at this point.

14       Q      And then the last document we've talked about

15              is the hard drive that you have provided

16              that's marked as Stoddard 7, but take a look

17              at this contents list and see -- and I would

18              like you to be careful about this list, Mike,

19              see if there is anything that you think I'm

20              missing that we haven't already talked about

21              and made a separate request for.

22       A      Well, in response to your question, are you

23              talking about all the materials in total that

24              we're going to rely on in forming our

25              opinion?
```

```
 2      Q     Yes.

 3      A     Such as UL standards and ANSI standards,

 4            that's pretty common to everything?

 5      Q     Yes.

 6      A     Okay.  This wouldn't include everything.

 7      Q     I realize that there are other documents

 8            listed on your report saying documents that I

 9            relied upon but in terms --

10      A     Of stuff that only we would have?

11      Q     Yes, is this everything?

12      A     We talked about other items that are going to

13            be produced, I believe, with this list, and

14            other items that are brought out during the

15            deposition, that is probably all or the vast

16            majority.  If there is anything else, I will

17            bring it to Attorney Hopkins' attention.

18      Q     In Stoddard 3, the file that was provided,

19            there are in your billings and invoices?

20      A     Yes, that's correct.

21      Q     Are these all your bills and invoices for

22            work on the Schantz file?

23      A     Up to the date that this particular package

24            was produced, yes.  I don't know if there has

25            been any subsequent bills yet.  There will be
```

```
 2              one, I'm sure, after this deposition.

 3          Q   Go back to -- are you in Stoddard 3?

 4          A   Yes, I am.

 5          Q   If you can flip maybe three-quarters of the

 6              way back, you'll see your retention letter or

 7              a retention letter, I should say to you from

 8              Donegal.

 9          A   Is this the e-mail here, 11/12/06?  Yes, I

10              have that one here.

11          Q   This letter from Donegal, second paragraph

12              states our investigation on that date reveals

13              that you have been investigating.  Did I read

14              that correctly?  {}

15          A   That's how it's stated, yes.

16          Q   What is the signature defect that you have

17              been investigating, what does that mean?

18          A   I'm not sure.  I did not write that letter.

19              I don't know what Attorney Monastra said --

20              what was meant by writing that.  He knows

21              that we're drying experts and we're doing a

22              lot of testing on Electrolux.  That was part

23              of our conversation.

24          Q   At the back of the file material, there is a

25              diary sheet for this claim?
```

| | | |
|---|---|---|
| 2 | A | Can you just give me the date -- even the |
| 3 | | first date that's on the top? |
| 4 | Q | 12/14/09.  Can I show it to you? |
| 5 | A | Mike found it.  Go ahead. |
| 6 | Q | If you look down to the 11/11 and 1/12 entry |
| 7 | | and 1/14 -- |
| 8 | A | Yes. |
| 9 | Q | -- there are entries or drafting and |
| 10 | | continuing to the draft expert report? |
| 11 | A | That's correct. |
| 12 | Q | Are these your time entries? |
| 13 | A | They would be a combination of mine and |
| 14 | | Mr. Parsons' time. |
| 15 | Q | Is there anything that tells us how much of |
| 16 | | it is yours and how much of it is Ron's? |
| 17 | A | No. |
| 18 | Q | Do you know? |
| 19 | A | Now, because this report in all actuality is |
| 20 | | not just -- and I'm sure you're well aware is |
| 21 | | not used specifically in just this file.  All |
| 22 | | these materials in this hundred-page report |
| 23 | | are used in multiple files, so there is a lot |
| 24 | | more hours and time in this report than |
| 25 | | what's listed on this form. |

```
 2     Q    How did you decide to charge to the Schantz
 3          file?
 4     A    Specifically, the actual work that was done
 5          in conjunction of typing up like the evidence
 6          examination portion, importing photographs
 7          specific to this case and reviewing, you
 8          know, all the stuff that was done in our
 9          review that is sort of specific to this case.
10          That's time billed.
11     Q    Why would Ron's time be on the specific
12          Schantz report?
13     A    Because anytime anyone works in this office,
14          they're credited the hours they work for
15          this.
16     Q    Earlier you told me you write the reports
17          yourself.
18     A    This is slightly different, because you'll
19          notice this report is authored by Ron Parsons
20          and myself.
21     Q    Any reason why this is a joint project?
22     A    Just because of the huge information and
23          testing we have done.  Dryer projects, Ron
24          has considerable more experience testing that
25          applies specifically to the failures that
```

2      we're seeing with this specific file and with

3      other ones.

4          MS. NICOLSON:  Mike, do you anticipate

5      anyone other than Mike Stoddard testifying at

6      trial?

7          MR. HOPKINS:  Not with respect to the

8      opinions outlined in the report.

9          MS. NICOLSON:  Am I going to see any

10     other experts other than Mike Stoddard at

11     trial?

12         MR. HOPKINS:  No.

13         MS. NICOLSON:  That's all I have.  Thank

14     you so much, Mike.  I hate to depose and run.

15         (Whereupon, at 5:04 p.m., the deposition

16     was concluded.)

17

18

19

20

21

22

23

24

25

```
 2                    CERTIFICATE

 3            I, MICHAEL STODDARD, JR., do hereby certify

 4      that I have read the foregoing transcript of

 5      my testimony, taken on Friday, May 14,

 6      2010, and further certify it is a true and

 7      accurate record of my testimony (with the

 8      exception of the corrections listed below):

 9      Page          Line              Correction

10      _____

11      _____

12      _____

13      _____

14      _____

15      _____

16      _____

17      _____

18            Signed under the pains and penalties of

19      perjury this _____ day of _____,

20      2010.

21                           _____

22                           MICHAEL STODDARD, JR.

23

24

25
```

```
 2                    C E R T I F I C A T E
 3                  COMMONWEALTH OF MASSACHUSETTS
 4    DEPOSITION OF:   MICHAEL STODDARD, JR.
 5                     FRIDAY, MAY 14, 2010
 6    RE:   DONEGAL, ET AL, V. ELECTROLUX
 7          DOCKET NO. 1:08-CV-2171
 8          I, PATRICIA M. McLAUGHLIN, a Certified Shorthand
      Reporter and Notary Public in and for the Commonwealth
 9    of Massachusetts, do hereby certify as follows:
             1.  That MICHAEL STODDARD, JR., the witness whose
10    testimony is hereinbefore set forth, was duly recorded
      by me on Friday, May 14, 2010;
11           2.  That such testimony was transcribed by me and
      is a true and accurate record of the testimony given by
12    the said witness, to the best of my knowledge, skill
      and ability;
13           3.  I further certify that I am neither attorney
      for, nor related to or employed by any of the parties,
14    nor financially interested in this matter; and
             4.  That a dash as used through this transcript
15    is meant to represent an interruption in thought or
      between a question and answer.
16           IN WITNESS THEREOF, I hereunto set my hand and
      Notarial seal this 24th day of May, 2010.
17
18                              _____
                                Patricia M. McLaughlin
19                              Notary Public
                                My Commission Expires:
20                              May 4, 2012
21
22
23
24
25
```

**A**

**ability** 26:3 61:14
254:12
**able** 18:9 19:11 26:15
38:21 39:13 64:9
66:7,12 92:8 134:3
148:25 190:23
191:11 199:16
200:4 201:4 219:9
226:19 230:4 242:7
242:10
**abnormal** 159:22
**Absolutely** 5:22
62:24 242:7,9
**abuse** 235:6
**Accelerants** 8:11
**acceptable** 162:23
163:16 171:9
**accepted** 220:24
**access** 26:19 27:3
36:24
**accessory** 55:10
**account** 169:9 179:6
179:11,13 180:21
**accumulate** 82:17
85:4 88:16 167:20
178:18,25 192:16
193:4 205:19 206:3
207:25 239:20
**accumulated** 25:15
151:13 187:4
229:18,21 234:25
235:3
**accumulates** 30:12
79:11 80:25 81:2
83:25 85:5 89:20
150:10 167:15,21
168:5 170:17,24
176:16 179:22
187:5 193:2 204:17
205:4,23 206:4,6,18
208:6 219:2 236:19
237:12 239:5,18
243:18
**accumulating** 29:18
88:12 150:21 172:5
172:21 227:5 239:9
**accumulation** 28:19
29:7,10,14,16 30:8
30:18 72:3,9,12
73:7,20 75:11 76:9
76:14,19,21 77:7
80:7 82:5 84:19

86:8 87:4,21 89:24
89:25 90:20 144:11
144:13 145:2,8,19
146:5,16,19 147:11
147:18 148:11,13
148:15 149:7,15,20
150:16 151:15,20
151:25 152:4,7
161:23,25 162:2,15
162:24 163:16,17
169:8 170:22 171:3
172:16,20 173:10
176:11,20 177:2,13
177:14,19 178:4,24
179:4 192:4 193:11
205:15 206:10,15
211:3 212:8 217:24
226:23 228:6,20,22
228:23 229:10
230:17 239:12
245:15
**accumulations** 77:16
78:25 205:9 210:9
229:25
**accurate** 6:25,25
11:10 26:18 41:15
99:19 113:17
165:12 246:23
253:7 254:11
**acknowledged**
113:16
**acquired** 162:7
**acquisition** 132:23
137:15
**acted** 166:12
**action** 31:5
**activates** 159:23
**active** 12:23 126:9
231:25
**actual** 49:9 85:10
94:25 101:24 122:3
149:4 174:8 191:4
227:15 251:4
**actuality** 250:19
**add** 28:13 140:22
185:20 191:23
**added** 50:17,21
**adding** 179:24,25
192:14 204:23
243:12
**addition** 48:2 51:21
55:19 243:13
**additional** 50:3,5,10
50:21 52:2 85:22

168:21 237:14
**address** 17:14
**addressed** 166:2
**adjuster** 49:4
**adjusters** 48:20,25
**advance** 123:13
**advanced** 108:7
**affect** 28:18 29:9,13
30:17 64:3,6,12
73:7 75:10,20 76:8
76:9,19 77:7 84:19
165:25 202:11
**affidavit** 3:16 30:25
31:8,13,22 32:2,9
67:11,14 70:23,23
78:22 81:6 83:13
90:16
**aftereffects** 169:15
**age** 52:11,13,24
**aggressive** 237:7
**ago** 58:9 237:5
**agree** 31:12,15,16
80:11 164:23 165:9
165:11 177:12
201:22,24 204:11
223:14,19 228:19
234:22 237:16
**agreed** 159:14
**AHAM** 164:5,14,21
164:21
**ahead** 6:17 70:2
81:25 115:10
171:13 232:23
250:5
**aid** 213:22
**air** 72:16,19,20,25
**airflow** 28:8,10,13,15
28:16,18 29:20,24
30:2,3,4,7,9 55:3
59:3,5,9,12,15,18
59:20 70:8,14,15
71:3,10 72:2,5,11
72:23 73:2,4,11,12
73:14,16,17 74:2,2
74:4,16 75:12,21
76:8,15,16,17,23,24
77:5,11,25 78:3,4
81:21 82:21 88:7,11
89:3 115:11 117:10
119:13 131:3
132:15 135:7 136:3
136:5,9,18 137:5,8
138:21 139:22
140:3,4,25 141:4,9

141:12,13,15,19
142:6 143:4,12,17
143:17,21 144:9,12
144:24 145:7,17,20
145:21,22,25 146:6
146:7,10 147:12,16
148:4,14,16,24
149:8,11,21 150:6
150:20 151:4,16,17
152:2,15 153:4
159:21 160:4,24
161:8,9,10,11
164:19 170:10
171:9 178:2,3,6,24
198:18 208:5,5
219:25
**airplane** 182:14
**AL** 254:6
**alarm** 106:23 109:13
109:25,25 181:22
**alleged** 245:23
**alleviate** 242:11
**allow** 71:14 74:2
82:17 237:13
**allowed** 88:4 145:7
**allows** 72:20 88:16
170:11 235:24
**alter** 65:17
**alterations** 122:24
**altered** 61:11,13
65:11 66:12 191:22
212:12 228:3
**altering** 24:25
**alternative** 126:20,24
129:5,12 137:22
138:17 148:9
215:21 216:5,23
**alternatives** 123:4
242:11
**aluminum** 54:5 226:3
**alway** 67:6
**AMERICA** 1:5
**amount** 25:7 29:9
51:7 77:4 82:22
92:20 143:23 166:7
208:24 209:2
210:16 213:20
217:5,23 218:5
219:15 226:20
229:20 230:18
239:18
**amounts** 210:11
**analysis** 21:22 27:13
52:21 55:3,13 64:4

65:16 104:2,6
146:23 152:9
169:14 187:5 193:5
210:11 225:10
**analysis-type** 186:3
**analyst** 10:16,18,21
10:23 11:4,15,20
12:2
**analysts** 94:3
**Andy** 86:15
**and/or** 85:6
**animals** 55:12
**ANSI** 248:3
**answer** 21:15 39:23
39:24 40:7,20 41:7
49:25 50:2 51:7
65:2 68:21 106:10
111:23 134:14,17
144:8 185:10
199:16 202:19
221:11 222:8
254:15
**answered** 116:8
**answering** 44:23 51:2
**answers** 50:12
**anticipate** 77:16,20
252:4
**anticipates** 132:14
**anticipating** 49:12
**anybody** 184:2
**anytime** 251:13
**anyway** 92:10 103:12
164:22 209:9
**apart** 25:21 27:11
62:10 108:17
190:18,22 225:5
227:10 232:2,11
233:10
**apparently** 236:12
**appear** 126:10 228:2
**APPEARANCES** 2:1
**appeared** 227:25
**appears** 62:6 225:25
226:4,5 246:13,25
247:9,13
**appliance** 36:21 37:5
37:6,25 39:13,16,18
40:6,12,14,24 41:6
41:13,22 42:15 60:8
176:2 183:16,19,21
198:6 200:16
**appliances** 37:8 38:8
38:10,20,23 39:4,8
42:8 43:13 110:11

**application** 82:15
183:8
**applied** 22:24 145:12
154:10 214:4
**applies** 49:23 251:25
**apply** 30:22 38:8
75:8 140:17 183:24
184:2 191:17 242:4
245:22
**applying** 153:18
**appreciate** 172:15
**approach** 95:14
**appropriate** 164:13
165:6 235:11
**appropriately** 76:5
177:17 204:17,23
207:5
**approximate** 223:23
**approximately** 92:11
144:19,21 160:16
185:7 189:7 224:13
228:16 234:23
**April** 223:11 224:12
**arc** 22:22 109:5
159:25
**arcing** 230:6
**area** 16:17,25 22:11
22:12 72:23 119:15
121:14,15 133:12
134:13 159:23
187:19 190:13
192:12 195:19
197:19 212:8 213:4
218:24 234:17
237:4,13 238:11,12
238:17
**areas** 15:23 22:11,14
82:5,18 119:12
120:5 121:19 187:4
229:6,7,24 238:9
239:20
**arrangement** 26:12
243:17
**arrived** 11:15 13:22
**arson** 8:7 41:14
**artifact** 66:4
**artifacts** 61:6 104:2
**artificially** 208:17
**aside** 146:23 147:9
148:21 227:21
**asked** 52:3 55:25
73:9 75:4 89:23
95:18 108:13
116:15 149:6

169:11
**asking** 29:5,8 31:17
36:8 39:9 40:5
74:18 83:15 95:17
96:6 164:9 168:10
178:22 195:11
236:13 247:5
**asks** 55:5
**aspect** 94:25 221:22
**aspects** 106:20
**assemble** 182:23
**assembled** 62:2
216:13
**assemblies** 56:19
**assembly** 56:22,25
90:5 133:24 134:13
134:16 171:19
183:13 217:17,19
221:5,9 235:25
243:19 245:10,11
**assessment** 237:11
**assigned** 14:25 15:4,5
**assignment** 14:20
222:14 223:4,10
**assist** 93:6,8 183:13
**assistance** 15:9
**assistant** 45:14
**assisted** 91:20 116:22
**assisting** 232:6
**associated** 13:9 18:4
56:9,12,13 57:14
80:23 81:16 91:6
132:20 177:5 194:2
195:2,3 197:8 241:5
**associates** 2:5 13:14
**associate's** 108:2
**assume** 5:14 75:18
**assuming** 42:3 76:12
76:22 159:12 186:2
**assumption** 78:11
202:22
**ASTM** 164:5
**attached** 55:6 90:10
119:20 133:17
160:19 212:25
234:8 243:12
**attempt** 32:20 33:4
**attending** 107:12
**attention** 156:6
248:17
**attic** 27:2
**attorney** 3:21 174:20
222:22,23 223:12
224:7,8,9 232:22

248:17 249:19
254:13
**attorneys** 184:21
**author** 68:9 236:23
**authored** 251:19
**automatic** 157:17
160:14 161:2,3
**automobile** 38:3
**availability** 15:18,19
16:12,15
**available** 18:18,23
19:3 24:25 32:10,22
33:4,24 69:12 97:14
156:8 238:23
**aware** 15:24 30:25
54:7 78:12 162:14
165:18 172:19,23
173:2 174:11 227:4
250:20
**a.m** 1:15
**A/S/O** 1:2

**B**

**B** 71:23
**back** 6:21 9:6 13:15
14:2 16:25 17:2
18:22 20:13 21:13
29:12 32:9 34:14
35:11 37:17 39:22
40:8 43:6 64:20
68:5 70:21 72:19
74:6 79:15 83:20
84:18 86:18 87:23
88:25 89:20 90:9,11
90:14 91:10,13
92:22 105:6 109:21
113:21 117:3,22
119:11 123:15
125:3 127:13,14,21
129:20 130:22
132:16 134:8
137:20 141:4
147:24 150:13
151:5,8 155:4
158:18 161:7
170:12 171:25
173:14 175:20
178:14,15 180:4
185:22 187:8,10,22
188:6,17 189:2
190:8,19,20 191:6,7
191:24 192:2 195:7
197:12,18 199:16
199:24 200:7

202:12 203:22,25
204:8,20 206:18
207:20 208:14
209:8 211:5,20
212:22 214:5 215:6
218:13 223:6 233:4
235:24 238:22
239:3 243:9 244:5
244:22,25 249:3,6
249:24
**background** 107:4
222:24 240:13
241:21
**backup** 126:10
**bad** 83:4 84:15 86:25
87:5,7,9,10 90:17
167:14 178:23
179:3 184:18
239:12
**baffle** 171:20 204:9
204:10,19 208:14
209:5,19 232:17
**bag** 204:3 209:3,17
**bagging** 35:7
**Bajzek** 163:20
164:11 226:18
**ball** 235:25
**balls** 189:12 196:18
196:19 204:4,7
208:13,18 209:2,6
209:18
**base** 65:9 85:14
167:13 202:5
228:12,18 244:17
**based** 15:19 20:7
44:6 91:8 134:15
137:17 140:25
145:20 150:14
164:22 169:13,18
177:22 180:14
209:25 221:25
231:9 235:4 237:10
244:20 245:2
**baseline** 112:2 113:3
114:5,11 122:22
137:5 138:2,23,24
139:14 141:13,15
141:17 143:11
148:8 217:20
219:17,22
**basic** 12:23 13:6
17:19 51:4,6 106:5
142:15 168:19
180:22 220:13,17

242:16 243:14
**basically** 12:6 72:5
85:11 133:16
142:11 153:25
187:3 228:17
**basics** 221:25
**basis** 18:16 35:4
51:12,23 52:23 55:4
61:16,24 64:5 66:10
77:5 87:19,24 94:13
96:22 101:16,16
124:8 217:24
**bat** 86:23 163:19
206:16
**batch** 172:12
**batches** 142:21
**batting** 211:5
**Bazjek** 225:3
**Bazjek's** 226:24
**bear** 53:16
**bearing** 56:18,22,24
57:2,4,8,14 58:21
133:24 134:13,16
171:19 172:5 213:8
220:20,23 221:2,7,8
221:9,13 229:18
235:22,24 241:7,10
241:18
**Beauregard** 86:15
**beginning** 17:23
25:20 75:12
**behalf** 2:4,9 7:23
**behaves** 109:5
**believe** 7:16 9:25
19:11 46:20 47:25
66:7 69:8 70:7
79:21 90:6 92:15
130:9 132:7 133:16
140:17 143:9
154:21,23 157:24
158:2,18 162:22
164:15 165:16
172:8 173:18,20
174:19 177:10,21
184:7 185:7,12
186:19 189:13
195:15 199:17
213:17 214:23
231:19 248:13
**belts** 56:19
**Bender** 8:4
**bends** 71:15
**beneficial** 49:7
**benefits** 36:12

**best** 25:2 26:3 35:9
  51:25 69:12 79:24
  132:7 147:13 155:2
  185:15 214:25
  224:21 254:12
**best-case** 50:14
**better** 18:8 32:14
  39:2 95:18 114:10
  193:14 217:14,17
  219:10
**beyond** 50:7 51:11
  63:3
**BFI** 225:23 226:17
**big** 75:23,25 148:20
**billed** 251:10
**billings** 248:19
**bills** 248:21,25
**biproduct** 148:14,16
**birds** 55:11
**bit** 13:10 20:2 91:13
  132:16 193:14
  215:6 229:21
**bits** 187:11
**blades** 182:14
**blanket** 9:25
**blanking** 105:4
**blockage** 55:22
  164:13 165:2
**blocked** 28:14,22
  29:4,13,25 30:16,21
  201:17 243:18
**blower** 74:14,21,23
  75:3 119:15,19
  121:15 153:22,24
  154:8 160:13
  194:12 238:8
**boat** 8:22,24 9:2 10:9
  37:25 38:13,14
**BODD** 171:24
**bolded** 63:9
**bottom** 217:15
**box** 122:23
**brain** 96:16
**brands** 82:8,9
**break** 37:23 38:2
  44:9 45:14 110:2,3
  112:20 135:9 180:2
**breakdown** 221:10
**breaker** 23:20 234:12
**Brian** 222:2 225:7
**brief** 45:12 50:25
  112:21 170:20
  195:6 243:24
**bring** 27:20 40:16

120:15 248:17
**broad** 91:22
**broke** 110:2
**brought** 6:5 45:15
  94:16 184:6 248:14
**Bruce** 231:17 232:6
**build** 161:22
**building** 8:23 33:10
**built** 139:24 245:4
**bulk** 123:12 129:23
  157:6
**bullet** 63:8
**bullets** 66:15
**bunch** 39:10 62:16
  114:22 246:16
**burn** 126:16,18 189:6
  195:24 196:4,10
  208:13
**burned** 147:7 166:23
  173:13,16,25 174:5
  174:13 175:5,13
  177:22 178:9,17
  179:7 212:6 237:17
  237:18,19 238:2,11
**burner** 89:18,19
  121:14 170:13
  217:18 220:16
  243:22 244:11
**burning** 187:14,14
  209:8
**burnt** 197:8
**business** 16:8

---

**C**

**C** 4:2 77:15 254:2,2
**cabinet** 72:4,21 77:8
  82:23 84:2 85:5
  87:22,25 90:11
  118:5 119:13 121:8
  121:10 160:20
  188:6,18 207:13
  211:6 212:14 213:2
  228:13,18 238:4
  244:17
**cabinets** 74:3 212:5
  238:4
**call** 4:16 100:18
  114:24 154:6 204:9
  204:9,10 217:16,16
**called** 1:9 134:18
  181:14
**Camco** 82:13,16 83:3
  84:5,16 86:24 90:18
  168:4

**camera** 202:21 232:8
**cameras** 26:2
**Cane** 222:5
**cap** 144:5
**capacity** 11:23 75:23
**caps** 63:8 144:3
**car** 37:25 38:13
**cards** 202:20
**career** 110:16
**careful** 68:18 247:18
**Carl** 222:5
**carpet** 191:7
**carrier** 35:16
**carry** 128:13
**case** 4:21,22 7:9,11
  7:15 8:3,6,21 9:10
  9:16,24 14:21,23,24
  14:25 15:3,5 17:3,8
  18:6,25 19:2 20:5,6
  22:23 23:13 28:24
  31:5 32:17 50:13
  51:13 54:25 57:12
  62:20 93:19 94:13
  95:9 96:2,11 97:9
  97:16 98:8 99:25
  100:2,12,14,15,16
  100:25 101:12,13
  101:21,22,24
  102:15,25 103:2,2
  103:11 105:21
  111:17 123:7
  125:14 158:13,14
  158:24 159:3,5
  173:24 174:6,17
  175:21 181:5 184:9
  184:13 194:15
  210:18 213:8
  215:11 217:7
  221:23,24 227:18
  231:7 237:23 239:8
  246:11 251:7,9
**cased** 40:14
**cases** 6:3,23 7:3 10:2
  11:7,8 17:8,17,18
  19:19,20,20 20:13
  21:15,23 23:2,20
  30:6 34:3 36:3,14
  36:20,21 37:5,6,8
  39:4 40:6,11,15,23
  41:5,12,21,23 42:18
  42:23 44:3,12,20
  48:25 61:17,18 62:9
  62:19 63:23 64:6,11
  65:18 66:11,11,13

93:3 94:3,11 97:18
  98:4 99:21 101:14
  101:15 103:9
  105:14,17,24
  123:11 124:24
  162:19 174:12
  175:22 179:19
  185:6 190:9 241:7
**case-by-case** 18:16
  51:12 52:23 61:24
  64:5 66:10 87:19,24
  96:21 101:16
**case-per-case** 35:4
  55:4 61:16
**catch** 197:7 213:24
**categories** 115:18
  117:3,9 185:25
**category** 114:7
  118:12 152:25
  196:8
**caught** 192:8 210:7
**causation** 12:24,25
  13:7 111:2 212:21
**cause** 7:12 9:5,7,10
  9:20,21 10:25 11:7
  11:9 14:11 15:8
  16:21 30:9 38:25
  39:17 40:4,12,17
  41:7 43:5,14 44:8
  44:22 48:23 49:14
  59:12 72:4,8 78:25
  80:6 91:25 92:19
  103:14,22 104:5
  109:15,18 110:6,17
  112:6,10 113:14
  197:23 200:19
  213:3,7 221:16
  241:13,19
**caused** 13:4 111:4
  112:13 197:20
  198:2 201:24
  206:12
**causes** 9:11 22:13
  41:12 72:3,10,11
  179:3,4 221:12
**causing** 181:18
**caveated** 71:8
**CD** 3:12 246:16,16
  246:21 247:5,12
**ceiling** 26:22
**center** 1:22 2:2,6
  67:15 172:6 229:19
**certain** 15:21,22
  26:17 30:24 62:9

79:2 80:7,15 81:22
  82:3,5,17 97:18
  99:23 101:14
  102:12 145:12
  162:19 164:16
  167:5 205:6,24
  206:14 207:24
  217:23 227:16
  234:10 243:6,9
**certainly** 62:21
  237:16
**certainty** 230:22
  231:9 237:9
**CERTIFICATE**
  253:2
**Certified** 1:12 254:8
**certify** 253:3,6 254:9
  254:13
**cetera** 136:12 219:15
**chance** 32:25 48:14
  163:2
**change** 28:13,15,16
  28:18 29:16,20 30:2
  30:3 59:5,7,9,12
  73:14,15,16 74:9
  76:8 77:5 78:3
  81:21 82:21 88:7
  138:7,8 145:7 146:6
  146:7 160:23 208:5
**changed** 61:7
**changes** 30:8 61:5
  69:14 72:5,11 73:4
  73:10 75:12 78:4
  87:16 89:3 145:21
  146:9 159:21 160:5
  163:25 212:13
  227:24 240:11
**characteristics**
  121:24 138:11
  140:3 141:2 143:21
  154:22 196:22
  208:23
**charge** 98:2,8,9,10
  251:2
**charred** 171:10
  229:17
**chart** 134:20 237:21
**check** 199:25 203:4
**checklist** 17:21,24,25
  18:2 20:14,18
**chemicals** 166:15
**Cheryl** 2:6 4:14
**Chief** 222:4 223:20
**choose** 21:7 91:7

133:19 140:20
choosing 242:15
chose 210:14
circuit 23:19 110:12
circuits 109:24
  110:10 231:2
circumstance 241:3
circumstances 98:7
  100:18 101:2 124:4
  145:9 206:21
  209:23
cite 240:16
city 166:16
Civil 1:10
claim 21:4 249:25
claimant 20:25
claims 48:21
clarification 43:9
  207:23 222:10
clarify 13:20 38:25
  79:9 193:13 205:18
clarifying 246:12
class 31:5
classes 108:21
classify 227:22
clean 179:14 235:15
cleaned 53:20 62:11
  88:9 205:14 227:2
  235:19,20
cleaning 53:9,21
  198:13 236:12
clear 24:9 65:3 91:23
  151:18 170:16
  176:9 178:21
  228:12
clearer 20:2
client 15:4 18:14,15
  19:22 20:23 21:4
  35:24 36:5 49:11,12
  98:2
clients 18:11 48:12
  48:17 66:14
client's 20:7
close 104:24 161:6
  206:19 214:9
  241:12
closely 216:15
closes 44:17
clothes 165:13,13
  166:5,6 167:7
  187:18 206:24
  209:10 211:23
  217:6,11
clothing 73:16 75:7

75:14,20 76:2,13,18
  76:21,22,24,25 77:4
  88:10 167:24
  190:10 236:3
  238:24
cloths 231:4
clue 34:4
clunking 56:11,13
coffee 111:10
coil 89:13 187:24
  188:10,19 190:21
  190:22 230:6
collaboration 99:6
collect 22:18 23:11
  23:14 24:5 29:22
  34:13 35:13 88:4
  170:6,12 176:21
  205:20 211:11
  217:15
collected 66:18 104:2
  123:25 128:17
  148:6 171:18,25
  187:16 206:23
  207:17 233:25
  234:5,6
collecting 177:18
collection 25:9 34:16
  44:24 63:7 87:25
  147:14 165:25
  168:3
collects 24:15 73:15
  88:24 89:7,12,17,18
  168:6 192:13
  196:25 205:21
  236:21
college 106:17 107:9
  107:13,16,18,19
  108:18
combination 145:13
  146:7 250:13
combustible 153:20
combustion 243:23
  245:21,23
come 13:15 16:25
  32:9 37:17 67:11
  77:16 86:14 91:10
  91:13 100:6,7 105:6
  106:9 112:11 117:3
  173:14 198:4
  203:25 220:22
  235:24
comes 14:20,21 15:3
  15:15 16:10 17:3
  20:16 24:22 37:16

57:22,22 65:5 84:8
  86:20 149:23
Comforters 75:23
coming 29:12 55:22
  57:25 72:25 92:14
  185:22 223:7 239:3
  240:19 243:20
commencing 1:15
comment 47:4 180:2
comments 68:19
  98:18
commercial 38:6
Commission 254:19
common 153:14
  169:20 248:4
commonly 70:5
Commonwealth 1:12
  7:8 254:3,8
communication 99:6
community 107:13
  107:19 108:18
companies 176:2
company 1:2 7:9 8:19
  8:25 9:13 10:8,10
  14:6,7 48:18 91:25
  109:13 181:14,20
  182:7,16 223:14
compared 76:3 218:5
  228:19
comparing 145:11
competent 121:22
  220:25
complete 108:14
  246:3 247:11
completed 137:25
  164:10 216:23
  218:22
completely 201:17
  218:5 241:9
component 21:3
  55:14 115:12,14
  117:10
components 23:21,23
  23:24 24:4,5,9,13
  24:20 25:11 53:22
  61:10 65:20 73:12
  106:19 115:15
  117:11 118:6
  152:16 153:16,17
  153:19,19,21,25
  154:21,24 187:20
  191:18 194:14
  197:9 209:11,14
  213:23 220:17

227:25 233:20
  237:14
composition 32:21
  33:5 55:2 154:19
comprehensive 92:25
concept 14:16 76:13
  244:16
concepts 49:9,18
concerned 25:10
concerning 166:14
conclude 227:11
  231:8
concluded 43:4
  252:16
conclusion 9:12
  40:19 96:17 100:6
  236:6
conclusions 64:9
  94:24 145:25
conclusively 66:7
condition 25:16 27:5
  27:16,21 28:2,6,20
  35:10 61:7,12 62:2
  63:14 64:11,16,17
  65:2 66:4,9 150:2,4
  167:9 176:7 191:5
  212:12 213:18
  227:12,13 235:5
  237:10 242:5
conditions 26:17
  32:15 82:20 86:22
  114:13 136:10
  137:3 145:12,13,14
  150:7 160:3 169:15
  194:4 205:24 206:2
  206:17,20
conduct 204:20
conducted 153:4
  157:3,6 219:18
conducting 22:21
  198:16 199:9
cone 164:15
conference 97:5
confine 115:7,9
confirm 126:8 223:2
  247:6
confusing 115:3
confusion 223:7
conglomeration
  104:3
conjunction 4:20
  150:6 184:24 251:5
connect 67:5
connected 66:17,20

connects 24:2 119:18
  217:18
consider 50:17 73:10
considerable 92:20
  251:24
considerations
  210:22
consistent 94:19
  154:11 165:10
  193:12
consisting 143:25
constantly 14:15
constructed 33:12
  34:6
consult 105:16
consulted 105:12
consumed 33:19
  211:12 229:12,15
  230:8
contact 20:23 56:19
  77:17 223:9 238:22
  243:20
contacted 222:9
  223:11
contacts 159:19,24
  159:25 160:2 161:5
contain 246:6
contained 125:13
  155:6 174:11
  226:21 246:16
containment 209:13
contains 142:11
  219:12
contamination 221:8
content 31:10 98:23
contents 3:12,13
  160:22 246:19,21
  247:17
context 95:16
continuation 139:13
continue 71:22 77:13
  115:2
continuing 109:7
  250:10
continuously 96:23
control 109:25 199:2
  205:11
controlled 160:22
convenient 51:7
conversation 222:21
  223:12 232:21
  249:23
conversational 51:22
  51:23

**conversations** 15:25
51:23 173:5 224:7
236:16
**converted** 137:17
**copied** 203:2
**copies** 228:10 247:10
**copper** 187:8 188:7
189:7
**copy** 6:19 37:12,17
44:15 48:3 69:5
246:3,14 247:11
**cord** 23:18
**Corporate** 2:6
**Corporation** 181:15
**correct** 6:7,12,25 7:5
10:16,17 19:24
21:16,17 31:3 45:17
45:18 46:3,4,9
62:23 70:15 71:4,5
83:24 84:6 98:25
101:9 102:8 103:19
110:22,23 113:16
116:10 125:24,25
126:11,12,15 128:9
128:12,14,19,22,23
131:8,13,17,18
134:18,24 135:4
136:17 139:8,19
140:10 143:14
149:9,18,22 152:6
152:18,19 168:9
174:10 177:20,24
178:13 179:11,12
179:16,19 181:6
186:7,15,16 190:3,5
195:18 196:18
204:4,5,16 205:5
211:7 213:12
215:23 216:3,5,6
219:4,6 221:18,19
224:20 231:12
232:12 240:11,12
245:19 247:10
248:20 250:11
**Correction** 253:9
**corrections** 253:8
**correctly** 21:18 77:6
89:9 99:18 128:22
136:24 149:18
249:14
**correlate** 52:17
**correlation** 147:13
213:3,19 220:3
**corrugated** 54:5

**cost** 210:23
**cotton** 189:11 196:18
196:19 197:2,3
204:4,7 208:13,18
208:24 209:2,6,18
211:4,8 213:11,15
214:6,13
**count** 44:20 219:23
**counterpart's** 242:14
**countless** 210:5
**couple** 5:5 94:9
105:10 127:8
**course** 107:20 109:3
239:9
**courses** 106:15,18
107:9,10,11 108:9
108:10,10,11,11,12
**Court** 1:2 3:19 8:3
**cover** 71:6 95:14
165:23
**covered** 70:10 94:13
172:14
**covers** 195:15
**co-authoring** 93:16
**crack** 200:10,19
**cracks** 72:24
**crawl** 27:2
**create** 112:16 122:8
181:3
**created** 46:19,23
65:11 205:20
**creates** 55:22 80:14
89:25 161:13
**credited** 251:14
**criticisms** 164:9
165:7 169:7 170:18
172:13
**criticizing** 167:11
**CROSS** 3:2
**crossing** 22:8
**crushed** 28:14 30:16
30:23 87:16
**crushing** 69:14 71:13
**cubic** 245:8
**culminates** 99:15
**current** 24:17 64:11
240:17 241:6
**Curriculum** 3:10
**cut** 65:18
**CV** 6:10,19 10:11,14
103:15 107:16
181:17
**CVS** 246:6
**cycle** 60:22 75:13,13

77:3 122:4 171:22
**cycles** 122:5 161:16
161:18 219:7,21,23
220:3,5
**cycle-by-cycle** 77:5
**cylindrical** 90:8

─────

## D

**D** 3:1 4:2 77:25
**damage** 25:6,8 35:2
61:20 63:15 111:4
200:24 201:4
229:11,13,14 237:4
**damaged** 22:11,12
66:25 87:17 147:6
200:13 234:9
**dangers** 91:5
**DAQA.xls** 134:18,19
**darn** 104:24
**dash** 254:14
**data** 22:17,19 94:23
119:7 121:20
123:15,17,19,22,23
123:24,25 124:6,9
124:18 125:6,8,9,9
125:11,15,17 127:5
127:11,25 128:8,16
128:16,25 129:7,8
129:19,23 130:7,9
130:11,17,25 131:8
131:9,22 132:3,4,5
132:9,20,23,23
133:5,20 134:11
135:2,3 136:12,13
136:15,16,22 137:5
137:15 138:2,13,20
138:20,24 140:6
141:12,18,19 142:3
143:6 145:17
146:21 148:15
149:5,19 150:5,7
151:12 152:7
154:11 155:18,23
158:12,25 162:6,17
171:16 173:3,19
174:22 177:11,21
177:22 186:14
190:8 194:25 199:6
199:7 201:12 216:2
216:10 219:8,12,12
**date** 7:2 14:15 17:14
21:2 24:21 47:14
48:7 128:13 171:23
175:9 223:2,5,8,10

223:23 231:14
248:23 249:12
250:2,3
**dates** 139:7
**Dave** 86:15
**day** 1:15 13:25
136:21,23 232:6
253:19 254:16
**days** 130:4 132:22
**deal** 34:2 236:10
240:10
**deals** 130:7
**dealt** 129:11,12
**debris** 25:14
**December** 127:2
128:5 131:5 139:8
148:3 186:21 189:3
196:23
**decide** 105:19 251:2
**decided** 211:2
**decrease** 30:7 59:11
59:15,20
**decreased** 30:4,6
**deemed** 234:14
**Deere** 9:14
**defect** 249:16
**defendant** 1:6,9 2:9
9:7,18 17:13
**defense** 245:24
**deficiencies** 89:3
**deficient** 73:25 74:7
83:9
**define** 87:10 99:9
100:22 109:23
**defining** 167:12
**definitely** 8:14 15:21
16:14 71:19 158:21
193:25 232:5
**definition** 99:12,23
100:10
**definitions** 94:7
99:11
**definitive** 168:16
**deflagration** 59:24
59:24
**degrades** 160:2
**degree** 27:14 46:4
71:10 81:13 104:23
104:25 107:13,24
107:25 108:3,5,8,17
108:22 109:8 110:8
110:21 146:20
156:2 206:10 218:7
226:5 230:22 231:9

237:9
**degrees** 166:22
**degree'd** 242:18
**demonstrate** 197:6,7
208:22
**demonstrated** 244:6
**demonstrative**
211:21
**dense** 145:16
**dep** 4:16,17
**department** 25:22
60:14 63:21 92:4,17
230:10
**depend** 51:12 61:16
77:21 90:24 175:20
**dependent** 20:5 69:2
**depending** 15:4,17
16:12 26:12,19
34:24 82:24 116:2
124:14 148:4
152:19 195:24
206:10
**depends** 17:8 23:5
28:11 32:16 35:4
57:2 66:10 98:7
99:9,11 109:22
118:16 122:3
**depict** 204:11
**depose** 252:14
**deposit** 59:13
**deposition** 1:8 4:25
6:21,23 7:4 38:15
175:9 184:12 222:3
223:20,25 225:15
234:21 235:5
248:15 249:2
252:15 254:4
**depositions** 6:9 7:6
**deps** 5:23
**derive** 131:8
**DES** 140:9
**describe** 14:22 28:5
176:25
**described** 25:17 57:6
66:6 88:8 90:19
139:10 158:20
193:6 235:2
**describing** 16:13
99:5 137:19
**description** 94:2
103:15 196:8
**descriptions** 51:17
**design** 29:2 79:10
80:24 85:3 87:2

88:3,4,13,15 91:8
123:3 126:20,24
129:5,12 130:6
131:24 137:22
138:7,8,13,17 148:9
167:14 168:3
169:19 170:8
180:17,20,23 181:2
182:24 183:7
191:14,16 216:5
217:3,4 218:17
220:14 235:23
239:11 240:10,11
240:15 241:6,23
242:2,6,10,24 243:5
243:17,25 244:16
245:3
**designed** 54:10 74:3
74:9 83:11 181:15
183:19 191:18
236:5 241:16
**designing** 138:8
**designs** 102:17
215:21 240:16,17
242:20
**desk** 97:3
**destroyed** 20:10
221:13
**destructive** 63:23
224:18 227:23
**destructively** 64:14
**detached** 23:18
**detail** 50:4 68:19
236:15 247:8
**detailed** 21:10
**details** 8:13 9:24 21:6
21:12 124:19
154:14 175:21
222:12 224:25
227:16
**detergent** 166:10
**detergents** 166:8
168:9,11
**determination** 11:12
14:18 32:19 164:13
169:13 170:2
226:20
**determinations** 15:7
**determine** 9:21 41:6
45:7 66:8 113:13
125:5 137:2 218:25
**determined** 8:12 9:20
42:14
**determines** 40:14

**determining** 13:3
22:13 218:11
**developed** 123:12
164:6
**developing** 13:6
**development** 186:9
211:25
**device** 157:18 159:18
159:20 160:15,19
201:16
**devices** 109:25
110:11,12 153:8
160:12 182:19
199:3,3 200:6
**de-energize** 161:5
**diagram** 26:6,16
**diagraming** 26:10
**diagrams** 24:18
**dial** 60:16 244:12
**diameter** 188:7
**diary** 249:25
**differ** 99:4 101:5
103:20,21
**difference** 47:25
69:18 70:8 71:9,11
76:2 91:8 136:11
138:13 145:21
168:13 170:22
**differences** 71:17
94:14,15 119:25
**different** 12:16 19:14
21:25 28:12 30:9,11
30:17 41:4 47:21
49:6 52:16,22 53:4
55:16,16 59:13
73:13 80:23 81:15
94:6,9 109:4 110:15
112:7,14 118:6,13
118:23 121:11,19
123:11 124:5 127:8
130:3,3 131:6,11,20
133:9,10 136:23
137:7 139:23 142:9
143:19 144:3 145:9
145:11 146:9
149:24 154:20
164:7 165:14,14,24
166:6,10,11,18,22
167:23 169:24
182:15,23 191:16
205:9,10 238:8
240:3,3 242:25
251:18
**differently** 191:18

229:7
**difficult** 25:24 26:17
40:19 111:23 162:4
**digital** 123:23,23
**digress** 77:14
**direct** 3:2 4:12 44:4
68:15 141:10
182:17 186:17
188:19 199:6
**directed** 134:20
149:8
**directing** 150:12
**direction** 157:3
**directly** 7:16 66:18
66:20 88:22 122:22
133:16 148:12
211:19 245:9
**disagree** 68:10,25
77:24 78:20 79:16
90:25 202:3
**disagreement** 70:4
**disassemble** 60:25
**disassembled** 34:21
61:22,25 63:9,17,19
64:24 224:19
227:21
**disassembly** 34:19
62:5,14 149:24
**discarded** 62:4
**discoloration** 197:19
200:10
**discrepancy** 84:8
**discuss** 18:15 94:11
95:15 96:10,13
101:4 117:4
**discussed** 50:15
157:25 173:9 184:4
233:21
**discussing** 83:7 94:22
97:2 98:6 175:3
**discussion** 32:4,8
68:2 70:19 95:4
97:17 98:23 100:11
101:18,20,21,22
103:10 127:19
130:20 134:6 141:5
141:8 151:7 155:14
155:16 156:18
163:12 175:2
188:14,25
**discussions** 173:9
**disk** 247:2
**dislodged** 230:9,11
**displaced** 33:18

**display** 210:8
**disprove** 112:15
186:8
**dissemination** 96:3
**distinguish** 99:8
**DISTRICT** 1:2,3
**disturbed** 62:11
64:18 65:17
**disturbing** 25:2
192:19
**DOCKET** 1:4 254:7
**document** 6:16,18
24:17,22 26:3,4
34:22 45:21 47:6,24
48:8,9,21 49:7 63:4
68:8,9,14 71:25
79:20,21,23 83:7
98:17 125:21 134:4
142:17 147:24
150:3 158:23
164:21 187:2 199:6
199:11 219:11,20
246:19 247:14
**documentation** 22:9
25:16,19 62:18,22
63:2 65:24 96:4
98:13 134:15
147:17 150:12
156:8 199:15 200:3
**documented** 132:21
137:16 146:19
147:10 150:8
155:11,25 156:9
187:12 198:24
199:14 201:8 210:4
**documenting** 33:14
34:18,19
**documents** 32:5
154:16 185:21
232:3 248:7,8
**doing** 17:19 33:13
37:20 49:9 63:12
85:10,10,11 88:23
110:14 117:17
124:2 149:5 166:19
198:22 212:18
240:25 249:21
**Donegal** 1:1 184:19
184:20 249:8,11
254:6
**double-check** 130:8
226:10
**Downey** 104:19
157:4

**downstream** 187:19
**dozen** 185:8
**draft** 93:13,20 250:10
**drafting** 250:9
**draw** 24:18 32:18
64:9
**drawing** 218:18
**drawn** 72:20
**draws** 72:19
**dried** 167:24 218:3,4
**drill** 188:5
**drive** 2:2 3:13,17
125:13,16,19,22,24
126:6 127:24 128:3
130:16,24 132:10
132:24,25 138:18
141:11,16 155:7,19
158:4,6 173:15,19
173:19,23 175:6
186:15 195:4 203:2
247:15
**driveway** 223:16,22
233:11,14
**dropped** 69:16
**dropping** 192:5
196:12
**drum** 56:16 57:4 74:5
74:14,21 75:19 76:5
76:24,25 88:22,25
89:7,18 90:2,3,8,8
121:14 150:13
160:21 170:12,24
171:17,19,25 187:6
187:15,17 190:7,10
191:7 193:3 196:24
201:14 204:8,20
206:19 208:14
209:8,18 211:21
215:19 231:3
232:17 235:25
238:7,22 241:13
244:23,25
**dry** 202:8 214:20,21
215:15,15,16,18
217:6,11,22 218:4,6
219:13
**dryer** 3:14 16:23 19:2
19:10,19,20 20:13
21:14,15,23 23:13
23:17,19,19 24:2
25:21 27:22 28:3,6
28:17,19,23,25 29:7
29:11,15,22 30:10
42:15,23 44:22

45:16 46:6,11,14
48:10 49:16 51:13
51:19 52:11,13,14
52:20,24 53:3,4,7
53:12,19,22 54:3
56:5,12 57:10,16
58:7,8,9,12,18 59:2
59:2,7,21 60:17
61:2,15,18,22 62:6
62:10,17,22 63:8,11
64:4,18,24,24 65:4
65:14 66:18,20
69:15,17 72:4,19,25
73:8,13,21,22,24
74:6,12 75:24 76:2
76:10,20 77:15,20
77:21 78:3 81:15,24
82:3,6,24 85:5,12
86:11 88:13,19,21
89:5,10,12,22 90:19
90:21,22 91:14
92:13 93:19 102:15
105:14,17,18,25
111:10 114:15,18
118:6,14 119:8
121:19,24 122:22
124:14 126:13,25
127:10 128:4,7
129:11 130:7,12,17
130:24 131:14,16
131:21 137:5
138:11,12 139:4,15
142:16 145:3,12,19
146:17 147:5
148:17 150:2
152:21 157:15
159:6 160:9,10
162:7 163:15,18
164:20 166:17
168:13 169:19
170:10,15 171:5,8,9
171:10,17 172:11
175:23 176:8,11
178:4,12 179:14,18
184:9,10,12 185:2
186:20,25 187:10
187:12,21 189:5
190:20,24,25 191:2
191:10,21,23,24
192:2,6,8,15,16,19
192:23 193:8,12,12
193:20 195:14,15
196:11,21 197:10
197:20 198:4,15,19

199:3,8 200:15,18
201:6,7,10,17,23,25
202:10 203:8,16,20
204:14,25 205:4,13
205:16,19,21,25
206:4,7,24 207:6,10
207:10,15 208:11
208:23 209:16,22
210:16 211:2,24
215:8 216:20,21
217:13,21 218:8,9
218:19 219:2,3,5,12
219:18,21 220:4,4
220:15,17 221:15
221:17 222:25
223:15,21 224:4,19
227:3,5,8,25 228:7
229:14 230:3 233:9
233:20,21 234:6,7
234:12,22 235:3,18
236:11,19,21
237:12 238:16,20
239:6,7,16,17,19,22
239:23 240:4,6
241:11,15,17,24
243:2,3,12 244:10
244:14,19,21 245:9
246:18 251:23
dryers 16:23 41:24
42:19 43:4,14 50:11
50:23 54:8,10,11,19
57:24 58:2 60:8
63:16 75:5,8 78:6
78:12,17 79:6,6
80:15,16,18,23,24
80:25 81:4,10,23
82:12,13,14 83:3,11
83:12,24 84:3,6,13
84:20 85:3 87:2,3
88:2,18,23 91:9,11
91:19 92:7 102:3
113:20,23 114:3
115:8,12,20,21,25
116:7,16 117:7,13
117:24 118:11,13
120:20 121:25
123:5 129:12,17
131:7,11,18 132:19
132:19 136:24
140:22 143:14,20
145:24 146:24
147:4,5,6 149:15
150:9,15,22 152:5
152:12,17,20 153:9

153:12,14,15
164:25 166:24
167:22,25 168:4,7
169:17,20 170:5
171:2 174:5 175:5
175:16,19,22,25
176:6,16,19,21,22
177:18 179:22
180:6,7,12 186:11
186:12,13 194:3,8
194:19,21,24 195:3
197:24 204:18
205:7,22 208:2
210:3,6,7,10,20,23
212:9,11 220:11
228:20 237:24
240:18,23 241:6
244:19 245:12
dryer's 167:3
drying 58:23,23 59:6
122:5 140:3 179:3
190:25 192:23
218:11 219:15
220:18 249:21
dryness 218:7
duck 53:20
duct 25:23 26:4 53:23
54:5,6 66:16,19
67:4,5,6 71:19,21
74:22 119:14,16,17
119:18 121:14
137:11 144:3
153:24 154:2,8
187:6,19 212:13
216:9 217:18
226:12,15,17,21
237:13 243:21
245:11
ducted 137:12
ducting 26:6 27:5
54:7,20 55:15
ducts 35:8 54:9 66:17
69:3 79:25 144:7
238:7
Due 230:7
duly 4:10 254:10
duration 166:7
duties 92:23
duty 94:2

─── E ───
E 3:1 4:2,2 136:2,2
171:24 254:2,2
earlier 45:25 67:12

80:4 110:19 129:9
138:4 149:17,21
152:10 157:7 176:9
178:5 232:9 233:21
235:2 251:16
early 96:22 104:8
ears 96:15
easier 26:24 71:20,21
80:12 132:12
215:14,15
easiest 203:14
easily 78:24 155:12
156:2
EASTERN 1:3
easy 67:7 81:13
economically 67:2
edge 243:20
education 12:8 85:9
85:22 106:11 107:5
108:19,24 109:7
242:8
educational 106:16
107:4,9
effect 28:9,16,22 62:3
62:5 76:3 101:4
211:3
effects 28:8 30:10,11
143:19 166:11
efficiency 140:2
efficient 29:24
218:17 220:18
efficiently 29:22
effort 148:20
eight 118:23 120:7,12
120:18,25 129:9
130:2,3
either 18:19,20 23:5
33:17 35:14 58:20
91:20 119:13
131:24 193:2
195:25 221:8 231:4
235:6 236:2 245:14
elbow 144:2
elbows 164:16 226:5
electric 43:2 82:13
88:18,19,21 89:11
89:13,24 118:3,7,19
119:9,10 120:20,20
120:21,23,25
121:11 131:12
136:24 137:23,25
141:20 153:5,6
157:17 160:11
163:15,18 172:10

186:13,21,24,25
192:6,24 194:8,19
194:23 195:3,10,14
196:11 197:5,24
212:24 216:20
220:10,13 238:16
238:21 241:6 243:4
243:10 244:8,19,21
electrical 7:22 8:16
41:13 104:17
105:23 106:4,6,9,18
106:19 107:6,14
108:10,20,22,24
109:4,5,24 110:11
110:17 231:2
electrically 105:18
electrician 109:11
Electrolux 1:5 42:18
42:22 43:16 57:18
58:13,18 72:22
73:23 74:18,20 75:5
82:12,16 83:2,19
84:5,16 86:24 88:2
88:15,21 89:11,22
90:18 91:11 92:7,13
101:25 102:2
113:20 114:15,18
115:7 116:16,19
117:23 120:20
126:13,16,17,20,24
126:25 127:9 128:4
128:7 129:11,17
131:7 132:19
137:23,25 138:5,25
139:4 146:16
147:25 149:15
150:9,21 152:5
153:11,15 157:15
157:16,16 159:8,9
160:10,11 162:14
163:14 164:11
167:11,14 168:4
169:8,9 170:19
175:16 176:16,18
179:22 180:17
186:11 190:23
195:14,23 196:10
205:4,19,22 206:7
207:25 210:4,7,19
212:23 217:2,5,13
217:24 218:8,17,21
219:11 220:10
225:3 232:14,19,24
233:3,7 237:24

239:6,11 240:24
242:14 243:4,6,11
244:10,18 245:6,12
249:22 254:6
**Electrolux's** 90:6
171:16
**electronic** 110:10
**electronics** 106:24
108:10
**element** 74:5 89:14
119:14 121:13
133:7,10,15,17,22
161:5 170:13
187:13 189:21,24
190:2 191:8,19,20
192:6 197:4,5 214:2
214:18 216:17
220:14 231:3 241:8
241:12 244:12,13
244:17,24 245:2,5
**elements** 133:12
161:6 164:4 214:9
219:24
**eliminate** 230:17
241:3 242:12
**eliminated** 194:16
**else's** 99:22
**emission** 9:22
**employ** 242:20
**employed** 10:3,4
254:13
**employees** 15:10
94:11 157:5
**employer** 12:22
**employment** 13:5
92:24 103:20
110:21 113:22
117:21
**EN** 172:7
**enables** 240:14
**ends** 35:7
**energy** 214:17
**engaged** 114:17
**engineer** 7:22 104:16
104:17,21,24 105:7
181:6 182:18,20
183:10 242:7
**engineering** 105:8
108:3,7 180:22
181:3 242:16
**engineers** 94:3
104:14,18 105:13
157:8 242:19
**England** 91:25 92:19

103:14,22 104:4
**ensure** 65:8
**ensuring** 64:15
**entails** 138:6
**enter** 74:2,3
**entering** 55:12
**entire** 46:18 66:15
79:23 110:16
123:12 124:6 131:9
209:3 221:23,24
231:23
**entirely** 229:12 230:7
**entitled** 46:8 63:4
128:4 195:23
**entity** 172:20
**entries** 250:9,12
**entry** 250:6
**environment** 13:13
**equate** 117:13
**equation** 27:20
**equipment** 181:16
182:11
**equivalent** 144:18
**eraser** 189:16
**errors** 27:17 246:24
**especially** 60:7 66:24
82:20 98:25 213:8
**ESQUIRE** 2:2,6
**essence** 98:21
**essentially** 74:16
96:15 101:19
118:12 123:22
129:16 146:2 154:5
159:17 183:7
191:13 217:8
243:18 244:9
**establish** 78:16
138:10 217:21
225:17
**established** 220:24
**establishing** 150:8
**estimate** 42:4 43:20
118:22 124:17,21
**estimates** 44:6
**estimation** 42:6 78:7
**estimations** 221:6
**et** 136:12 219:15
254:6
**evaluate** 51:24 165:5
221:14
**evaluation** 18:13
163:24
**evaluations** 78:15
**event** 186:6

**events** 51:17 230:6
**everyday** 180:12
**evidence** 23:11,13,16
23:22 25:4,6 27:9
32:18 34:13,16,18
34:25 35:7,13 57:7
61:21 63:6,6,12,14
64:10 65:8,10,11,23
152:4 162:6 166:24
167:13,20 169:16
170:5,16 176:25
186:7 200:21
205:25 222:18,19
225:20 226:3,13
227:4,12,17 228:6
228:12,23 230:21
231:10,18 233:16
233:25 234:5,13
237:9,10 238:3
239:8 240:8 251:5
**evidentiary** 210:17
**Evidently** 137:24
**exacerbate** 90:23
**exact** 44:3,20 92:8
105:9 124:19 167:8
201:2,20 245:4
**exactly** 32:14 46:20
133:7 154:14 167:6
182:21 191:15
224:22,23 237:22
**exam** 232:2
**examination** 1:9 4:12
18:23 19:3,6,17
27:22 63:24 64:12
64:23 91:20,21
150:15 159:4
176:24 209:25
210:2,3,20 221:22
224:24 226:14
228:5 230:3 231:20
233:2,19 251:6
**examinations** 92:9
173:25 224:15,17
**examine** 27:10,12
222:25 226:7
232:12
**examined** 4:10 64:14
65:4,7 145:23 159:7
170:6 177:23
226:13 227:19
**examiner** 66:2
**examining** 64:19
88:23 212:17
**example** 29:12 35:8

54:13 95:22 101:25
102:18 107:15
111:8 144:15,18,23
160:10,11 171:24
207:16
**examples** 28:21 88:3
193:6
**exams** 65:23 224:18
**exceeded** 159:19
**exception** 3:20 253:8
**exceptionally** 212:9
**excess** 212:14 213:3
**Excessive** 28:12
**executed** 31:2
**executive** 240:9,16
**exemplar** 110:14
146:23 150:15
152:9 166:24 168:7
169:14 173:25
175:5,7 191:3 193:5
196:20 210:20
212:6 240:6
**exemplars** 85:10
173:14,17 174:10
174:14 176:24
177:23 178:10,17
179:7,20 180:8
210:2,10 237:17
238:2 239:20
**exhaust** 23:21,23
24:2,10,12,13,23
25:20,23 26:19
34:21 35:8 54:22
55:9,11,12,15 66:23
66:24 67:5 70:10
72:6,7,14 73:6
74:24 75:3,6 82:25
136:11 137:6,11
140:23,25 143:25
144:20 145:18
146:6,13 164:17,17
219:24 227:24
233:20 234:7 235:6
235:9,11,12
**exhausted** 28:4 180:5
**exhibit** 3:9,20 6:16
32:5 45:21,23 68:14
125:20,21 246:13
**exhibits** 3:19
**exist** 122:10 203:2
**existed** 47:16
**existence** 46:22 47:12
48:4
**existing** 242:2

**exists** 156:11
**exited** 33:10
**expansion** 59:25
**expect** 50:11 56:23
216:24 218:22
220:12
**expectancy** 241:17
**experience** 12:8,18
57:17 65:13 85:9,15
92:3 102:3 106:11
106:20,24 109:18
113:25 181:9
182:16 240:14
241:22 242:9
251:24
**experienced** 192:20
193:15
**experiences** 106:17
**expert** 4:21 10:25
15:6 40:18 63:21
86:9 100:24 101:7
102:9,16,20 103:7
159:7 168:13
172:19 177:8 184:8
193:7 236:16
250:10
**expertise** 15:20,23
16:12,15,17 38:3
50:11
**experts** 15:11 65:5
86:7 94:21 100:11
101:10 210:4
227:11 249:21
252:10
**Expires** 254:19
**explain** 80:8 104:8
215:6 239:23
**explained** 172:18
**explaining** 70:25
**explanation** 156:13
156:16 233:6
234:24
**explosion** 59:23 60:2
60:11 111:3
**exposed** 12:17 175:14
187:5 229:7
**exposure** 12:15 107:2
**expressed** 31:12,22
**extended** 122:5 194:3
**extensive** 140:10
**extent** 92:3 156:15
162:18 174:9
222:24
**exterior** 24:6,7,10

25:18,19 55:7 226:6
external 24:2,3 26:5
   100:18,21,22 101:7
   101:10,10 143:25
   175:6 226:12
extra 215:19
extremely 162:4
eyes 96:15
eyewitness 59:23
e-mail 36:25 249:9

_____
F
F 78:10 136:2 254:2
fabric 166:17 169:4
fabricated 181:15
fabrication 183:13
facets 25:19
facility 25:7 34:14
   157:19 183:17
   222:20
fact 19:23 60:23 79:3
   101:10 149:22
   164:24 166:6
   167:19 178:19
   179:10 180:9
   210:23 227:12
   230:8,18 235:23
   237:11 240:7
factor 32:16 72:6,8,8
   73:7 76:18 80:19
   87:6,15,17 91:9
   145:25 146:2,4
   178:6,8 179:6,10
factories 73:9
factors 15:19 20:8
   30:17 72:10,13 73:9
   73:10,17 75:5 83:9
   84:19 88:11 114:12
   143:20 144:13
   145:6,11 146:8,11
   165:24 166:4 167:3
   167:24 169:23
   170:7 171:4 176:8
   176:12 178:7 179:5
   180:23 205:10
   207:24 212:18
   221:3
factory 181:11,13
   212:12
facts 11:10 17:15
   20:5,6 95:6 97:2
   99:14,18 169:7
   222:24 225:17
factual 94:18

fact-specific 101:21
fail 221:2 236:6
   238:20 241:16
failed 57:8 110:12
   111:17 221:7
   242:15
failing 236:8
fails 235:25 241:19
failure 41:13 112:4
   113:11 185:25
   186:6,10 194:6,10
   195:13,19,25 196:2
   220:20,23 241:7,10
failures 13:3 113:15
   251:25
failure-mode 186:2
fair 11:9 41:15 92:5
   103:18 114:25
   129:13 156:14
   165:11 209:2
fairly 35:6
familiar 34:9 50:23
   93:18 116:24 184:5
fan 59:19 154:8
fanning 153:22
far 13:7 16:21 18:2
   22:19 45:6 53:3
   54:6 57:19 63:2
   64:23 77:14 78:20
   92:9 94:7,25 102:5
   104:25 107:21
   108:14 116:17
   129:19 147:5 153:3
   154:20 161:20
   163:24 165:8 171:3
   186:8 192:5,14
   194:12 212:21
   221:22 225:13
   227:15 240:6
   245:10
fashion 184:7 239:5
fault 65:6 79:2
fax 37:2,16
feasibility 162:3
feasible 67:2 112:18
   162:13
feature 243:17
features 120:9 242:2
Federal 1:10
fee 246:7
feel 10:11 12:10
   19:10
fell 190:21
fellow 94:3

field 16:21 38:18
   42:16 43:10 85:15
   86:5 94:21 97:7
   100:11 108:25
   162:7 170:15 180:9
fighters 33:18
fighting 61:19 62:14
figures 92:8
file 15:15 17:5,19
   19:21 20:16 21:5,11
   44:17,25 45:2,3
   98:13 100:5 102:10
   126:10 131:3
   148:12 163:7,9,10
   172:4 186:17 222:7
   222:16,23 246:15
   247:6,12 248:18,22
   249:24 250:21
   251:3 252:2
files 40:8 42:2 45:5
   86:18 118:21
   128:21 175:21
   250:23
filings 247:2
fill 36:15 37:4 49:19
filled 49:3 209:23
filling 51:3
fills 49:3
final 195:23
finalize 40:18 93:21
finalized 197:22
finally 221:15
financial 20:9
financially 254:14
find 21:6,22 39:16
   44:3 48:5 57:7 79:2
   105:5 127:5 141:25
   147:21 149:25
   150:7 151:22,24
   154:9 156:14,14
   158:8 163:3 165:6
   167:6 173:16
   185:19 186:18
   188:22,23 203:12
   216:24 218:22
   220:12 228:7
finding 226:25
findings 77:23 93:2
fine 246:12
finish 10:6 216:14
finished 95:17 104:23
fire 3:14 7:9,19 8:7,8
   8:22,22,24 9:5,8,17
   9:21 10:9,9,16,18

10:21,23 11:4,15,19
   11:25 12:17 13:4,6
   13:21 14:23 16:22
   17:20 21:25,25
   25:22 33:18,19
   37:20 38:9,10,13,13
   38:15,22 39:8,17
   40:4,24 41:7,23
   44:9,22 45:16 46:15
   48:10 51:13 56:2
   60:3,6,14,21 61:8
   61:19 62:14 63:13
   63:20 64:4 66:25
   79:5 80:22 83:10
   85:10 91:5,19,25
   92:2,4,17,19 96:4
   100:5,7,17 103:14
   103:22 104:4
   106:16,23 108:22
   109:3,9,13,18,24,25
   110:5,9,17 111:3
   112:3,4,6,10,13
   114:19 131:3 147:3
   151:16 154:20
   170:14 176:23
   177:5 181:18,22
   184:11 186:9,9
   190:23 191:11
   192:8 193:10
   196:16 197:7,9
   208:22 209:12,13
   210:7 211:13 212:2
   212:3 213:3,6,24
   223:14,16 224:11
   227:9 228:9,25
   229:13,13,15,22
   230:4,9,10,13,14,22
   233:17 235:22,22
   237:2 241:5,19
fires 14:11 15:21
   16:24 19:10 37:25
   37:25,25 38:4,4,5
   38:18 39:11 42:15
   42:15 43:5,9 46:6
   65:14 78:3,5 79:7
   80:15 82:4 85:13
   86:11 91:14 105:18
   105:25 109:4,5
   113:14 147:2
   175:24 176:19
   185:2 192:20
   193:15 194:12
fire-fighting 230:14
firm 91:17 92:16

202:23
first 4:10 11:15 13:22
   24:16 27:4 33:3
   63:7 88:18 94:10
   116:8,15 119:15
   126:7,13 127:9
   139:17 156:10
   184:12 199:21
   204:3 212:3 214:4,5
   221:16 222:9,16,17
   222:20 223:9,11
   224:8 230:5,19,23
   231:11 236:20
   237:3 238:18 247:3
   250:3
firsthand 18:9
fit 235:17 245:11
fits 196:8
five 43:21,23 44:4,5
   66:15 205:17
   208:16
five-year 205:13
five-year-old 203:20
   204:14,25 207:15
   208:11 209:16,22
fix 110:3
flame 89:19,19
   115:11 117:15,16
   153:18,21 154:10
flames 187:14
flammability 115:15
   117:12 152:16
   153:5,16 154:23,24
   155:5,18
flammable 154:10
flash 126:3
flexibility 71:14
flexible 54:4,4 69:2
   70:5 71:19 78:24
   79:25 80:6,12 81:4
   81:10,12,14 82:19
flip 203:23 249:5
Flipping 199:5
floor 1:23 238:4
foam 74:21
focus 16:25 38:18
   238:19
focused 13:5 16:14
   20:24 39:13
focuses 16:23
focusing 13:16 22:12
   118:7
foil 54:5 69:3 70:5,25
   71:14,19 79:4,25

80:6,12 81:4,11,12
81:14,19,20 82:15
82:19 83:3,6,7,22
84:6,7,10 87:11,12
**foils** 78:24
**folder** 126:23 127:13
127:15,16 128:4,6
128:10 129:17
131:15 134:18
135:2 138:6,17,19
138:25 140:5
141:11,22,24 142:2
147:15,16 148:19
150:18,18,18 151:4
158:18 186:17
189:4 195:23 196:9
196:17 199:10,16
199:24 200:8
202:13 203:15
215:25 219:10
246:15
**folders** 126:8,9,10,11
127:8,23 128:11,15
131:2 138:4 173:21
173:22
**follow** 17:25 34:15
49:18,24 51:15 95:8
95:24 96:8 142:12
168:21
**followed** 22:6 121:5
**following** 26:13
55:19 77:6 80:10
81:9 84:9
**follows** 4:11 49:8,23
254:9
**follows's** 149:24
**foot** 245:9
**foregoing** 253:4
**foreign** 235:12
**forensic** 91:17 106:21
109:20,22 110:7,8
110:18,20,24
111:15 112:24
113:22,25 114:17
183:21 185:22
230:22
**Forget** 83:13
**Forgive** 53:14
**form** 11:11,17 20:19
20:20,21 45:15,24
49:16,19 50:5,9
51:11,21 52:5 66:12
95:8 142:23 158:25
168:12,15 239:14

250:25
**formal** 108:19
**format** 95:5 123:23
**formats** 47:23
**forming** 14:18
158:12 175:15
247:24
**forms** 36:15 211:24
**formulate** 101:4
**formulated** 166:20
212:20
**formulating** 166:25
174:2
**Fort** 2:3
**forth** 91:12 104:10
236:15 254:10
**found** 102:6,7 127:23
215:13 216:25
250:5
**four** 7:3,6 126:4,9
133:11 173:22
**fourth** 128:4
**four-year** 107:25
**frame** 181:25 182:5
219:22
**free** 10:11
**freestanding** 163:15
163:18
**friction** 194:13,15
**Friday** 253:5 254:5
254:10
**front** 10:11 69:4
74:20 119:17,18,19
119:20 168:20
246:22
**FS** 171:24 172:7
**fuel** 192:25 214:5,5
230:5,19,23 231:7
231:11 236:18,20
237:3,15 238:19
**fuels** 192:14 230:24
238:23
**full** 25:24 101:22
237:11 246:2,13
**fully** 11:14 216:13
**fun** 184:15
**functioning** 191:9
198:22 201:22
202:2
**furnace** 111:12
**further** 13:10 25:6,8
35:2 84:18 165:4
215:7 243:9 253:6
254:13

**fuse** 217:16

_____

## G

**G** 4:2
**gained** 106:13
**gaps** 73:13
**gas** 60:8,10 89:16,20
89:22 115:12 118:3
118:19 119:9
120:21 121:2,12,13
126:13 127:9
131:12 136:25
137:23,24 138:22
138:25 139:4
141:17,20 170:13
186:12,20 194:21
195:10 215:23
216:20 217:2,4,4,12
217:13,20 218:7,9
218:17 219:11
220:16,17 243:2,12
243:22 244:10,11
245:10,12
**gases** 59:25
**gasket** 74:21
**gather** 17:22
**gathered** 21:14 96:10
**gathering** 22:17,17
**GBFI** 222:2
**GE** 43:17 44:21
82:16 83:2,19 84:5
84:16 86:24 88:15
90:18 102:15
132:19 137:23,24
168:4 191:13,16
216:25 217:4
218:20,23 220:13
243:7 244:8,15
245:3
**geared** 48:22 209:12
**general** 16:22 23:16
30:9 36:6 42:25
46:6 51:14,16 52:12
66:22 67:16 76:11
81:6 82:13 84:12,13
100:3 101:20 103:9
106:6,10,19,25
108:12 110:8 111:2
113:9,17 114:9
118:12 123:8,9
143:16 152:22
153:5,6,8 185:25
191:17 192:24
220:2,10 243:4,10

244:19,21
**generalize** 52:23 86:4
116:11 142:10
**generalized** 78:22
**generally** 11:6 13:7
15:2 17:10 20:22
21:24 22:4,24 23:10
29:20 31:11,17 33:9
34:15 35:5,14,23,24
38:3,17 46:5 47:23
49:18,23 54:17
59:18,20 70:3 71:25
79:18 80:17 87:24
94:8 95:10 96:9
98:16 99:15 110:4
111:24 115:16 117:9
117:12 119:12,24
120:3,6,14 121:4,12
122:11 124:2,3,5
154:22 161:11
170:9 212:15
219:23 229:23
234:6 244:13
**generate** 29:21
123:16 130:25
133:3
**generated** 98:17
123:15 125:11
148:5
**generation** 77:9,10
81:18
**generic** 14:20
**generically** 143:10
**getting** 104:25
107:13 198:9 224:5
**give** 6:8 7:17 8:15 9:9
21:7 39:20 40:7,22
43:18 44:19 48:12
49:13 67:13 83:4
86:12,13 92:8 95:22
106:10 111:8,24
114:25 134:4
156:12,13,15 160:7
171:21 172:4 182:7
200:8 201:20
202:19 220:2,18
245:7 250:2
**given** 4:22 14:10 15:6
15:21 17:9 67:8
75:6 203:3 207:22
222:14 254:11
**gives** 27:21 56:4
134:21
**giving** 73:8 76:18

90:14
**go** 6:17 12:17 14:2
15:16 17:2 20:13
30:14 32:3 33:13
38:16 40:8,25 41:25
43:18 44:2,23,25
45:3,5 50:7 51:10
51:24,25 64:13,15
68:17 70:2 71:12
81:25 86:17 102:8
115:10 116:18
127:5,10 130:18
132:16 135:2,7
137:20 138:19
140:15 142:19
147:15,21,24 151:4
158:17,18 163:3
171:13 175:20
185:19 187:22
188:23 190:7,8
193:5 197:12,18
199:15,24 202:13
207:20 214:5 215:6
218:19 224:3 228:8
232:22 243:9 244:5
249:3 250:5
**goes** 15:2 40:18 57:20
63:2 69:20 154:3
170:11 171:4
**going** 5:5,14,16 6:11
6:17 21:13 26:23
29:22 31:19,24,25
43:18 49:12 53:16
67:7,13 79:14,17
91:10 115:7 117:3
117:22 118:21
126:2 129:23
131:20 141:4
143:10 147:21
148:18 150:2,25
151:9 156:20 158:8
173:16 175:8,12
180:24,25 188:19
188:20 193:5
197:12,14 199:5
200:7,9 202:7,12,23
203:22,23,24 204:8
207:11,12 209:22
214:10 216:11
220:18 223:24
228:10 247:8,24
248:12 252:9
**good** 4:7 67:10 71:3
86:19 199:4 222:13

gotten 105:2
graduate 107:24
graduated 105:10
granted 155:20
graph 134:21
grate 154:3
Gray 222:2 225:7
great 5:21 39:11 62:3
greater 30:7 40:10
  79:10 85:5,6 90:23
  110:21 171:3
greatest 22:11
gross 227:23
grossly 228:3
grounds 142:21
group 1:13 5:24 6:3,4
  6:6 10:3,5,15,19,22
  11:5,13,21 12:12
  14:21 16:11,18
  20:16 31:3 34:11
  35:5,12 67:22 85:25
  91:16,24 92:10,14
  92:23,25 94:12 95:5
  95:20,25 99:20
  100:25 101:11
  103:8,18,23,25
  104:11,14 106:22
  110:19 112:25
  114:2 116:12
  122:21 129:3,6
  137:18 143:5
  148:20,21 149:13
  151:11,19 152:3
  172:16,20 174:13
  177:8 183:22
  185:23 222:13,14
  223:10 228:15
grouped 142:21
groups 172:23
Group's 123:7
growing 58:9 104:10
grows 186:9
growth 208:22
  209:13 211:25
  236:25
growths 237:15
guard 55:6,8,11
  181:3 217:14
guards 138:8 219:19
guess 10:5 11:18
  39:14 43:8 65:2
  69:20 78:20 109:21
  146:21 207:18
  213:12 231:22

guide 63:5
guideline 46:5 48:11
  50:20 63:5 168:17
guidelines 3:15 34:15
  45:16 46:2,17,18,19
  50:18 95:12

————————

**H**

half 185:7
half-moon 243:11
Hampshire 8:18,25
  10:8
hand 93:13 211:19
  254:16
handed 45:15
handing 18:11
handling 222:22
handwriting 36:11
  36:14
handwritten 35:24
Hang 114:24
happen 19:16,18
  30:21 49:15 62:13
  96:18,22,23,25 97:3
  100:15 111:5
  112:16
happened 92:18
  93:23 101:3 103:12
  114:2 129:16
  202:18,24 224:5
  232:6
happening 193:25
  241:10
happens 17:3 36:23
  39:8 86:25 87:3
  98:21,22 99:3,3
  100:12 119:13
  176:20 224:11
  231:24
happy 207:4
hard 3:13,17 39:14
  124:21 125:9,13,15
  125:19,22,24 126:6
  127:23 128:3
  130:16,24 132:10
  132:24,25 138:17
  141:11,16 155:6,19
  158:3,6 173:14,18
  173:19,23 175:6
  186:15 195:4 203:2
  234:2 247:15
hardness 166:15
  169:2
harness 216:19

hate 252:14
Haven 108:23
hazard 79:25 81:16
  81:17 84:25 206:15
  209:24
hazards 79:5 80:23
  91:6 177:5 181:4
  241:5 242:9,12,12
  242:13
HB 154:12,13
head 44:7 86:21
  115:19 140:19
  153:24 154:15
  185:7 221:23
  233:23
hear 5:7 56:24 59:23
  89:8
heard 57:13,18,23
  58:4 233:4
heat 77:17 79:12 81:2
  85:7 88:5,13,17,20
  88:20 89:2,19
  150:10,22 167:15
  168:5 169:18 170:6
  170:17,25 172:2,22
  176:22 177:3,15
  178:18 179:23
  187:23 192:13
  193:17,18,23
  197:23 198:2,3
  200:22 201:14,25
  202:7,9 205:23
  206:8,19 207:17,25
  208:8 211:9 212:24
  214:17,17,22,25
  215:5 217:18 220:2
  236:22 239:13,21
  243:21
heated 198:20
heater 88:25 89:12
  90:2,5,10 133:17,18
  160:17,25 161:14
  172:6 187:8,25
  188:3 189:8,10
  193:3 196:13,15
  200:11,13,20 212:5
  212:22 214:8
  217:16,19 228:24
  229:19 230:2 238:5
  238:15 243:19
  245:10
heating 74:4 89:13
  119:14 121:12,13
  133:10,21 161:5,6

170:13 187:13,24
  188:10,18 189:21
  189:24,25 190:21
  190:21 191:8,19,19
  197:3,5 200:22,25
  201:5 211:6 212:22
  213:4 214:2,9
  216:17 219:23
  220:14 230:6 231:3
  238:21 241:8,12
  244:11,12,12,24
  245:2
heavy 69:12 205:8
height 115:12
held 32:4 45:12 68:2
  70:19 112:21
  127:19 130:20
  134:6 135:11 141:8
  151:7 155:14
  156:18 163:12
  175:2 188:14,25
  195:6 243:24
helicopter 182:14
hell 150:24
help 66:2 93:11
  193:13 219:9
helped 130:23 183:10
helpful 60:23 70:21
helping 93:10 182:22
helps 49:5 111:14
hereinbefore 254:10
hereunto 254:16
high 106:17 108:21
  115:17 117:12,14
  152:16 153:8
  214:22,25 215:5
higher 160:8 161:13
highlighted 126:11
high-capacity 244:20
high-limit 153:7,10
  155:3 156:20
  157:10,17 158:11
  159:5,11,16,17,20
  160:15 161:4 200:6
  201:16 232:10,12
hired 104:22
history 52:15,18 53:4
  58:3 167:8 175:19
  175:22 176:5,5,6
  205:12,12 221:20
  224:4 240:6
hitch 235:25
hold 30:15 42:13
  91:12

holds 209:17
hole 188:5
home 8:10 67:15 80:2
  80:22
homeowner 46:11
  49:20 51:3 82:6
  95:7
homeowners 33:20
honest 39:7
honestly 125:4
hood 24:12,12 226:6
hoods 55:9,11
hooked 216:17
hope 46:13
hopefully 50:12
  126:3
hopes 49:15
Hopkins 4:4,7 11:16
  31:24 50:9 54:16
  156:11,15 158:11
  163:5 174:7,9,20
  179:24 180:19
  184:23 185:11,14
  204:22 222:23
  224:8 239:14
  248:17 252:7,12
hopkinsm@stutma...
  2:4
host 9:22 97:10
hours 98:10 124:22
  124:22,22 207:21
  250:24 251:14
house 14:4 24:6,7,11
  26:15 53:24
household 165:19
  240:3
housing 74:22,23
  75:3 88:25 119:15
  119:19 121:15
  133:18 153:22,24
  154:8 160:14,17,25
  161:15 172:6 187:9
  188:2,3 189:8,10
  193:3 194:12
  196:13,15 212:22
  214:8 229:19 230:2
  238:8
housings 74:15
huge 32:13,16 168:2
  251:22
Human 180:23
hundred 124:23,25
hundred-page
  250:22

hurt 59:19
hypothesis 94:24
  112:11,15 186:8
HOPKINS 2:2

## I

idea 4:8 27:22 56:4
  220:2
identify 133:2 242:9
identifying 21:3
  22:19
idler 58:21
ignite 9:23 77:17
  189:20,21 190:7
  193:22 206:24
  209:10 213:25
  236:2 238:24
ignited 187:13,16,17
  187:20 189:24,25
  192:17 197:4
  206:22 211:23
  214:3,6,10,14,16
  230:5,23,25 231:11
  239:21 243:21
igniting 190:14
  211:19
ignition 78:5 79:7
  80:2,15 82:11
  111:19 121:22
  186:12 190:9
  192:25 193:10
  194:7,21,23 195:2,9
  195:10,11 196:5,12
  208:20 209:9
  211:16,18 215:20
  220:25 230:25
  236:8,20 237:14
  241:9,14
ignore 180:24 242:15
II 2:6
immediately 14:9
impact 28:5 29:5,6
  32:11,13 55:2 61:13
  73:20 144:25
  176:10 178:24
  201:6
impacts 146:5
impear 153:22
importance 167:18
important 19:7 21:21
  27:6,12 29:3 52:10
  52:11,14,21 54:20
  54:23,23 55:13
  58:24 60:17 61:9

66:21 121:20 225:9
  227:17
importing 251:6
impossible 18:10
improper 87:15
  221:5
improperly 80:13
  82:20 87:13 180:14
improve 243:7
improvement 243:8
improves 177:4
inability 173:6
inappropriate 54:14
  83:5
inappropriately
  80:17
incident 21:9
include 18:7 25:17
  48:18 53:9,12,17
  73:11 146:21
  194:16 248:6
included 42:22 132:9
  175:6 186:15
  226:12
includes 38:10 132:3
  142:13
including 46:7
  183:14 246:17
incorporated 243:5
incorrect 169:11
incorrectly 83:22,23
increase 59:6,18 78:2
  78:4,25 80:6,14
  82:22 83:25 160:24
  244:23
increased 12:8 82:4,8
  179:3,4 210:12
increases 160:5
increasing 71:15
independent 13:19
  13:21,24
indepth 51:18
individual 36:24 48:8
  98:10 145:14 148:2
  148:19,23 151:3
individually 129:15
industries 182:13
industry 94:7 106:23
  164:25 181:23
  182:12 220:24
  242:4
Infinity 245:8
influence 114:13
info 127:10

inform 66:14
information 17:4,9
  17:11,12,22 18:3,5
  20:22,23 21:8,21
  22:17 34:2 44:24
  48:15 49:2,5 95:7
  95:15,19 96:3,10
  97:10,14 99:14
  102:5 132:8 155:20
  165:5,21 168:19
  173:18 175:18
  198:8,11 222:2
  225:8 231:8 234:20
  235:10 251:22
ingested 196:6
inhibitors 154:20
initial 22:7 51:8
  192:3,4 215:12
  223:4
input 93:10 164:23
inquire 53:20,23
insert 93:10 188:2
  208:18
inserted 187:8,11,22
  187:25 188:7,17
  193:9
inside 25:10 28:19
  30:10 62:6 82:23
  84:2 85:4 128:6,10
  128:15 131:4,20
  176:7 192:16
  212:14 236:21
inspected 92:12
  93:19
inspecting 182:13
inspection 20:3 61:15
  63:12,17 159:13
  181:16 182:11
  227:15,16 228:7,10
  230:13 231:13
  232:20
inspections 21:14
  37:21 234:4
install 83:22
installation 27:17
  80:18 82:24 84:15
  87:15 90:18 176:17
  225:14
installations 66:23
installed 27:19 52:15
  52:25,25 67:6 69:3
  69:15 70:6,7,9,14
  71:2,8,10 78:13,17
  80:13 81:20 82:21

87:13 89:10,21,21
  91:7 164:20 176:14
  177:17 180:6,9,14
  204:18 207:6,10
  217:13 225:13
installer 34:10 79:4
  80:20,21
installs 91:3,4
instance 41:8 48:18
  53:10 58:15 75:20
  75:22 93:17 99:21
  138:21 143:2
  207:14 244:15
instances 32:9 33:24
  63:16 64:13 80:7
  146:25 229:9
instructed 232:22
instructions 5:6
  55:20 89:6 176:17
  180:10,24 183:3
instrument 137:13
  139:24
insurance 1:1 7:9
  8:18,25 9:13 10:8
  10:10 48:18
insured 20:24
insureds 50:16
insurer 15:15 16:4,6
  16:9
intact 228:4
intake 72:16,18
  161:12
intending 67:17
intention 48:20
intentional 52:8
  174:18
interacted 86:10
interaction 13:8,12
interchanged 245:9
interest 228:4 234:17
interested 29:15 53:6
  55:21 56:7 143:17
  156:4 254:14
interior 24:4 25:18
  25:20,23 26:4 189:5
interjected 207:3
intermittent 57:10
internal 74:23 94:10
  95:3 96:18 99:13
  100:21 158:21
  227:25
interruption 254:15
intervals 123:25
interview 23:3,4,6

33:20 46:8,10 49:22
  51:22,24 234:18,19
interviewed 57:5
interviewee 36:9
interviewing 35:19
  46:3 49:20
interviews 22:21 34:7
  34:8 35:20,22,25
  36:7 96:11
introduce 192:12
  193:23
introduced 4:15
  189:9 192:18,21
  193:16
inundate 51:5
investigate 14:10
  167:3
investigated 19:11
  43:10 57:16 91:15
investigating 102:4
  249:13,17
investigation 3:14
  11:10 16:22 17:23
  32:12 42:16 45:16
  46:6,15 48:14 49:10
  51:9 54:25 57:15
  94:23 95:10 106:16
  109:3,9 112:12
  212:19 249:12
investigations 48:10
  49:17 50:7 65:15
  85:11 88:24
investigative 13:19
investigator 7:12
  13:21 15:6,16 16:7
  16:10 19:14 40:16
  45:4 48:23 49:14
  93:3 221:17
investigators 168:18
invited 233:7
invoice 97:20
invoices 248:19,21
involve 8:21 42:18
  97:8,9 111:6 119:3
involved 17:16 38:9
  39:4,19 41:23 54:24
  63:23 91:18,19
  92:12 96:14 98:24
  102:25 111:17
  114:18 116:10,14
  116:18,20 117:8,17
  117:19,23 120:19
  121:7 130:6 131:23
  144:14 145:6 162:5

163:21 166:19
169:25 175:24
182:17 183:2
196:18 224:10,15
231:21 237:25
**involvement** 117:5
**involves** 38:20
**involving** 40:11
41:12 58:20 60:7
105:17 117:23
118:18 120:4
149:14 184:9
**in-depth** 140:17
**in-house** 97:12
**irregardless** 89:2
**issue** 44:12 59:4
62:12 66:14 69:7,18
69:24,25 70:6 84:10
84:13,16 202:22
207:4 236:4
**issues** 58:25 88:9
159:10
**item** 71:23 112:6
138:22
**items** 49:6 56:20
152:9 227:17 228:4
234:17 248:12,14

## J

**J** 2:2
**Jack** 86:15 172:25
173:5,10 177:10
**jammed** 56:20,20
**Jan** 104:15
**Jen** 37:16
**Jessie** 105:4
**job** 14:3 103:21,24
183:11,12
**John** 104:19 157:4
**joint** 221:22 251:21
**jointly** 159:7
**joking** 184:7
**Jones** 102:22,23
103:4,6
**JR** 1:8 3:3 4:9 253:3
253:22 254:4,9
**jumps** 202:16

## K

**Kannally** 104:15
105:15,17
**keep** 5:16 10:11 44:7
44:11,15 47:18
50:24 53:15 97:24

204:22
**keeping** 5:19
**Kentucky** 245:18
**kept** 58:12
**key** 27:8
**kick** 161:6
**kind** 17:4 22:7 36:21
52:16 56:6 60:2
71:6 94:22 95:13
99:3 105:7 113:6
115:14 142:14
217:23 225:24
227:2
**kinds** 182:15
**King** 163:21
**kinked** 28:14,21
71:20 87:17
**kinking** 69:14 71:13
**kinks** 29:4
**kitchen** 97:3
**knew** 214:10
**know** 5:6 10:15 19:12
29:4 31:10,18 38:21
39:6 41:14 44:16
47:11 48:5 52:14
53:3 60:24 61:4,5,6
61:10 62:19 67:12
77:18,20 78:14 79:4
82:2 85:8 86:17
87:7 90:4 96:5
99:10 101:17,25
105:3,6,10 106:8
108:13 116:13
117:18 121:10
124:21 127:15
132:17 133:2
134:14 136:5 142:5
148:5 154:13,14,15
155:9,9,25 156:7
157:25 161:16
163:8 165:3,20,23
173:9 174:18 175:4
175:23 176:13,14
177:7,25 178:8,11
179:15,17,19 185:6
185:10 192:12
195:22 196:7 198:2
198:24 199:14
200:13,23 201:2
205:11,17 209:3
211:23 218:12
219:20 220:5,6
221:11,20,25
222:11 223:21

224:15,24 225:2
231:19,20 232:19
233:3,16 234:4
237:18,22 238:13
248:24 249:19
250:18 251:8
**knowledge** 12:7
85:12 105:23 106:4
106:6,9,13,25 107:5
123:8,9,13 132:7
168:14 185:15
224:21 233:9,12
242:8 254:12
**known** 154:11 193:4
217:15 230:24
240:7
**knows** 249:20
**K-a-n-n-a-l-l-y**
104:15

## L

**lab** 97:6 104:9 129:24
172:25
**label** 79:17 203:10
**labeled** 125:25
**laboratory** 12:21
13:14,16 65:15
104:22
**lack** 34:2
**laid** 120:3 170:10
225:12
**large** 144:15,18
166:25
**larger** 189:15
**laundry** 166:8,10
**law** 2:1 184:24
**lawn** 9:17
**lawnmower** 9:17
10:9
**lawyer** 7:15
**layout** 29:2
**lead** 82:21 169:23
**leads** 83:10
**leakage** 73:11 235:7
**leakages** 72:16
**learn** 144:9,24
145:10,18 175:18
224:4
**learned** 144:14,17
**learning** 12:18
215:12
**leave** 17:2
**leaves** 238:12,17
**left** 218:12

**legal** 1:22 184:24
**length** 25:24 27:6
164:16
**lengths** 28:12
**letter** 249:6,7,11,18
**let's** 6:17 14:20 32:3
32:8 68:12 88:17
102:21 112:20
115:5 135:9 141:14
186:23 197:18
199:20,24 237:17
238:12
**level** 40:16 126:7
**LG** 43:2,24 44:21
83:12
**library** 130:9
**licensed** 242:18
**lieu** 215:17
**life** 99:24 100:2
106:14 167:4
192:23 241:17,20
**lifetime** 171:5
**light** 64:8 94:22
228:21
**liked** 232:11
**limit** 25:7 113:5
115:16,17 117:13
117:14 152:16
153:8
**limited** 17:18
**line** 102:6 205:7
244:18 253:9
**lines** 58:22 62:12
75:24 97:21 109:10
**lingo** 115:2
**link** 27:23,25
**lint** 25:13,14 28:19
28:23 29:7,10,14,17
29:18,18,21,23 30:8
30:12,18 53:9 59:12
62:6,10 72:9 73:7
73:14,15,20 74:5
75:7,7,10,10,11
76:10,14,19,21 77:7
77:10,16 78:5,25
79:7,11 80:2,6,14
80:25,25 81:18 82:5
82:11,17,22 83:10
83:25 84:19 85:4
86:7 87:4,22,25
88:3,9,12,16,24
89:6,11,17,20,24,25
90:20 119:18
144:11,13 145:2,8

145:18 146:5,12,16
146:19 147:10,14
147:17 148:6,10,13
148:15 149:5,6,7,14
149:20 150:9,12,16
150:20 151:12,14
151:20,25 152:4,7
154:3,4,7,7 161:23
161:25 162:2,15,23
163:15,17 165:23
165:25 167:15,21
168:2,5,6 169:16
170:6,11,14,16,22
170:24 171:11,18
171:24 172:4,16,20
172:21 173:9
176:11,16,20,21
177:2,13,14,18
178:4,18,24,25
179:4,8,14,22
186:12 187:3,5,7,11
187:13,14,16,18
187:23 188:3,4,12
188:17 189:10,11
189:11,14,14,19,21
190:19,24 191:4,6,8
191:25 192:5,5,12
192:16,17,21,22,25
193:2,4,10,17,22
194:7,21,23 195:2,9
195:10,11 196:5,5
196:12,14,20,24,24
196:25 204:16,19
205:3,9,14,15,17,18
205:20,20 206:3,4,6
206:18,22,23
207:11,11,12,16,24
208:6,16,20 209:8,9
209:20,24 210:9,12
210:16 211:2,11,16
211:17 212:5,8,14
213:7,11,14,15,16
213:18,20,20,22,24
213:25 214:3,4
215:8,14,19,20
217:15,24 218:25
226:20,23 227:5
228:6,9,12,20,23
229:6,10,14,17,17
229:21,22,25 230:5
230:8,9,17,18,23
231:4,10 234:25
235:2,18,20,22
236:2,10,13,14,18

236:18,21,24,24
237:12 238:3,8,11
238:17,18,25 239:5
239:8,12,18,20,25
243:18 245:15
**linty** 191:23 212:10
**liquid** 72:3
**list** 6:12 8:4 44:2
62:21 92:23 114:24
172:3 185:16,20
203:5 246:20,21
247:17,18 248:13
**listed** 7:3 147:23
219:11 247:2 248:8
250:25 253:8
**listening** 22:20
**lists** 219:16 223:5
**literally** 90:9
**litigation** 31:23 67:15
**little** 13:10 20:2
68:23 91:13 132:16
182:4 193:14
211:13 215:6
229:21
**LLC** 2:5
**load** 23:21 56:14
73:16 76:2 124:12
124:12,14,20
144:15,18 165:9,10
165:13 167:9
187:18 190:10
197:6 209:14
211:19 215:13,14
215:15,15,18 217:6
217:6,22 218:6,18
229:12 231:4
234:14 236:3
238:24
**loaded** 76:5
**loading** 35:16,17
**loads** 122:25 124:17
136:11 137:7 146:7
146:12 165:17,20
167:24 235:7
**local** 107:12
**localized** 200:21
211:9 212:21
**locate** 130:23 197:25
**located** 88:21 182:8
188:11
**location** 121:10 135:3
159:20 191:20
230:13
**locations** 30:13

121:17 133:19
134:22,25 139:21
141:16 212:4
229:16 238:5
**log** 6:21 7:4 38:15
**logged** 222:18
**logger** 123:22
**loggers** 132:23
**logistical** 20:9
**logistics** 192:10
**long** 31:18 36:22
46:16 47:11 52:13
121:25 124:15
206:16 215:17
217:11
**longer** 58:24
**longest** 125:6
**long-term** 124:16
**look** 19:13 33:2 36:19
38:23 42:2,2 43:6,7
48:7 60:18 64:7
67:19 86:18 87:18
87:25 97:13 119:11
124:18 125:3,5,7
132:17 135:2
138:21 142:10
148:24 151:3 155:9
158:17 159:11
162:25 166:23
167:2 169:17 170:8
171:11 175:21
195:24 199:20
201:16 202:25
203:5,10 216:15
222:6,7 223:17
225:11 245:6 246:5
247:16 250:6
**looked** 21:11 134:17
136:15
**looking** 6:22 22:8,20
33:9 39:7,12 47:8
47:14,22 65:14,20
65:23 66:5 85:9
96:16 99:12 118:13
120:4 130:11 131:2
131:15 139:25
140:16 142:22
150:4 151:24
169:22 170:9
199:23 208:10
212:11,16 232:3
247:8
**looks** 103:16 228:15
229:7

**loss** 17:14,15,16
20:22 21:2 222:9
223:2,5,8
**lost** 63:15 80:9
**lot** 32:17 37:11 116:6
162:4 169:24
249:22 250:23
**lots** 119:22 144:16
215:25
**loud** 57:11
**Lovelace** 222:5
**lower** 243:19
**lowest** 138:22
**Lowe's** 31:5 67:15
**lubricants** 221:9,10
**lunch** 122:18
**luncheon** 135:10

## M

**M** 1:11 2:6 254:8,18
**Mabe** 82:13 168:4
**machine** 111:11
161:22
**MAGNA** 1:22
**mail** 37:3
**main** 46:13 47:25
54:9 74:4,20,24
83:11 113:9,18
115:18 126:23
147:25 158:18
**maintain** 20:16
**maintained** 53:7
78:18 89:10 90:21
90:22 177:18
178:13 179:14
180:7 205:14 206:9
207:6 233:10,12
**maintenance** 53:12
89:22 198:11
205:12 239:25
**maintenanced**
179:18
**major** 73:17 229:24
**majority** 40:10
136:13,15 141:19
150:14 153:3
189:13 210:8 236:9
248:16
**maker** 111:10
**making** 14:17 58:21
200:17 202:6,7
213:22 244:25
**malfunction** 7:20,25
**mandated** 69:9

**manipulate** 71:20
**manipulated** 60:23
78:24 80:13
**manual** 17:24 20:14
**manually** 27:3
137:14 188:2
**manufactured** 28:25
182:10 203:17
240:23 243:6,10
244:21
**manufacturer** 27:8,9
27:11 77:20,22
157:13
**manufacturers** 42:21
42:24 43:3 55:16
69:9 77:15 78:12
82:3,10,16 83:24
84:2,11,14,17,20,22
86:24 87:2 116:7
117:7 152:21
180:10,15,16
240:21 242:3,21
244:2
**manufacturer's**
55:20 89:6 157:10
164:23 203:10
**manufacturing** 181:8
183:17
**mapping** 22:22 109:6
**March** 47:13,16 48:4
**mark** 45:19 68:12
125:19
**marked** 6:16,18 32:5
45:16,21,23 68:14
70:23 103:15
125:21,22 126:2
128:11 246:8,19
247:16
**market** 1:23 242:22
**marketplace** 54:18
55:10 69:13 78:13
80:18 153:9
**marks** 229:5
**marry** 90:13
**Martin** 8:4
**Massachusetts** 1:12
1:14 7:8 182:9
254:3,9
**Matec** 181:14 182:8
**material** 33:11 34:6
54:15,17,20 55:2
76:4 91:3,6 144:4
222:7 247:6,12
249:24

**materials** 33:7,16
54:11 77:2 165:14
247:23 250:22
**matter** 4:20 7:24
11:11 17:7 18:11
49:3 92:13 96:20
175:13 184:25
206:4 213:9 223:15
241:17 254:14
**maximum** 124:13
**MayTag** 43:2,4,17,21
44:5,21 83:12 153:7
240:22
**McLAUGHLIN** 1:11
254:8,18
**mean** 10:6,21 11:20
15:20 18:2,8 22:16
22:19 23:23 30:7
32:13,24 34:17,22
38:22 39:7,8 43:8
48:25 49:8 52:18
71:19 72:9,23 73:19
74:8 75:18 77:13
84:24 86:4,5 90:9
90:10 94:5 95:10
99:21 108:6 113:17
114:11 116:18
123:10 132:2 142:8
142:9 144:16
146:23 152:24
160:5 163:20
170:21 176:21
179:14 188:11
191:25 212:7 215:9
224:19 227:15
229:9 232:5 249:17
**meaning** 96:7
**means** 25:18 66:6
78:16
**meant** 77:18 79:14,19
81:8 130:3 249:20
254:15
**measure** 26:6,16,24
27:4 219:24
**measurement** 140:14
145:17
**measurements** 24:18
26:18 33:15 143:12
143:12,18
**measuring** 26:9
**mechanical** 104:21
105:8 107:14
108:11 157:8
159:18 182:18,20

194:13 200:24
mechanically 65:17
Media 2:7
medium 189:9
melted 33:19
memorialize 35:21
    97:15
memorialized 157:21
    158:3
memorializing 98:18
memory 116:17
    171:12 202:20
mention 120:17
mentioned 110:19
    157:7 232:9 245:17
Merrimack 8:3
met 98:15
metal 54:6 69:12
    226:2,6 229:6
    243:13
metal-on-metal
    56:19
meter 140:13 201:15
method 95:12
methodologies 12:16
methods 12:15,19
    19:13 24:24 163:23
Michael 1:8 2:2 3:3
    4:9 67:16 253:3,22
    254:4,9
microwave 7:11,18
    7:20,21
Mike 4:5,17 5:23
    6:19 10:15 41:17
    45:14 54:3 68:15
    70:12,22 79:13 92:6
    108:14 112:25
    126:6 127:21
    130:22 134:10
    141:9 145:16
    155:16 156:12,14
    158:11,17,20 163:4
    163:14 174:9,11
    176:10 182:2
    185:17 188:16
    195:9 197:15
    200:10 203:6,8
    204:3 207:3,20
    222:6 224:3 228:19
    247:11,18 250:5
    252:4,5,10,14
Mike's 207:22
mill 183:11,11
milling 182:22

mind 57:22 58:16
    86:14
mine 12:22 14:19
    246:9 250:13
minimum 50:12
    66:17,21 164:19
minor 228:22 229:9
    229:20 235:2 246:6
minus 217:8
minute 83:13 119:25
minutes 217:9 237:5
misplaced 156:9
misrepresented
    209:4
missed 122:7 155:21
missing 65:21 247:20
misspoke 177:10
mistake 174:21
misunderstood 42:9
    120:24 149:11
    192:3 223:6
misuse 180:25
misused 180:18
mixed 203:13
mock-up 216:13
mode 185:25 186:10
    194:6,10 195:13
model 118:2 119:3
    124:14 137:23,24
    137:25 210:13
    212:24
models 212:23 243:6
    243:10
modes 112:4 113:11
modification 131:16
    165:3 218:8,16
modifications 143:13
    200:18
modified 123:4
    131:19 220:4
modify 243:14
modifying 143:22
    244:14
moment 171:13
momentary 57:9
Monadnock 109:15
    109:17 181:22
Monastra 222:22
    223:12 224:8,9
    232:22 249:19
monetary 210:22
money 162:10,11
    210:23,25
monitor 137:8

monitors 161:3
month 223:22 227:10
    233:11
months 105:11
    224:10,14 227:8
monumental 166:21
morning 104:9
mother 58:9,11
motor 58:21
mounted 133:6,8,9
    133:11 160:16
moved 15:17 62:11
    69:15 228:3
movement 25:8
    62:17
moving 5:16 9:25
    100:10
muffler 9:22
multiple 8:9 47:5
    99:10 118:11 122:5
    124:16 136:19
    137:6 141:15,19
    161:18 166:12
    167:23 197:24
    250:23
Multiples 136:20
Mutual 1:1 7:9,14,16
M-a-t-e-c 182:8

## N

n 2:7 3:1 4:2 101:5
    136:2,2,2 171:24
name 4:14 15:13 90:6
    105:3,5 108:18
    157:7 172:4 182:7
names 6:8 86:12,13
    86:17,19 185:16
narrow 41:18
naturally 190:24
    192:22 204:16
    205:4
nature 11:2 15:5 16:8
    67:4 110:24
navigate 132:12
near 35:9 40:24
    104:24 133:10,23
    150:10,22 167:15
    170:6,17 172:21
    177:15 188:18
    205:23 207:25
    208:8 239:13
necessarily 30:6,12
    52:7 59:11 62:7
    89:4 100:2 110:13

161:10 165:11
    175:11 205:8
    208:20 227:22
    242:17
necessary 24:20
    193:21
need 10:12 11:18
    20:12 41:18 68:20
    68:21 76:14 93:11
    105:19 120:11
    150:5,25 161:22
    162:8 165:4 189:18
    222:7
needed 201:10
needs 34:20
NEFCO 104:4
    106:22 113:21
neither 172:15
    254:13
never 63:8 93:5 181:8
    184:10 192:7
    209:21 233:3,4
    235:21
new 8:18,25 10:8
    17:6 20:15 33:7
    53:2 91:25 92:19
    103:14,22 104:4,22
    108:23 244:18
NFPA 95:12
Nicolson 2:5,6 3:4,21
    4:3,5,13,14 32:3,7
    39:22 40:2 42:10
    45:13,19,22 67:25
    68:3,12 70:20
    112:20,22 127:18
    127:20 130:19,21
    134:7 135:9 141:7
    151:6 155:13,15
    156:12,17,19
    158:16 163:6,10,13
    174:25 175:10
    188:13,15 195:7,8
    252:4,9,13
nicolson@nicolson...
    2:8
nine-panel 190:16
noise 56:23 57:7,13
    57:22 58:5,22
noises 56:2,6,8,9,11
    56:21 57:18,24 60:6
non-alternative
    130:6
non-cooperative
    36:25

non-fire 114:10
normal 29:16 97:23
    113:2 114:4,7,8,25
    115:4 136:10 137:3
    142:6 165:12
    179:21 180:12
    198:15 201:22
    202:2 236:12
normally 89:4,21
    90:21 112:2 160:22
    171:16 177:17
    179:9 180:5,6 191:9
    196:25 201:11
    207:6,10 229:3,4
NORTH 1:5
Northborough 182:8
Nos 32:5
Notarial 254:16
Notary 1:11 254:8,19
notation 137:18
    222:21
note 35:18,19 137:17
    203:4
noted 203:7
notes 22:25 23:3,5
    35:24 36:8,9 65:25
    80:5 119:11 130:14
    140:16 142:3,11
    151:5 158:5,10
    199:13 216:4 219:8
    223:25 232:4
notice 27:18 216:16
    251:19
noting 128:20
November 127:2
    128:5 131:5 148:3
    186:20 189:3
    196:23 222:15
    223:8 224:11
November/Decemb...
    141:21,24 147:25
NPA 34:15
number 8:18 21:4,5
    40:22 41:5 56:18
    67:13 99:24 102:2
    140:21 171:21
    194:3 237:19 240:9
    245:7
numbers 43:7,19
    142:25 165:4 200:8
numerous 96:24
    118:2,10,18 145:6
    221:3

**O**

**O** 4:2 136:2,2,2
**object** 31:24 162:11
**objection** 11:16,16
  50:9 54:16 174:7
  179:24 180:19
  204:22,24 207:3,22
  239:14
**objects** 69:16 235:12
**obtained** 109:8
  149:19
**obvious** 226:23
  227:20
**obviously** 15:24
  65:22 129:20
  200:21 208:25
  209:25 233:18
**occasion** 105:15
**occasions** 96:24
**occur** 69:14 112:4
  215:14
**occurred** 8:23 60:21
  63:24 192:22
**occurring** 190:24
**occurs** 27:23 100:3
  168:21 177:2 179:9
  241:11
**October** 203:17
**odors** 56:2,6,8
**offer** 102:4
**offered** 41:17,21
  43:13 44:14,16
  67:21 101:12
  105:14
**offering** 83:14
**offers** 70:18
**office** 2:2 44:18,24
  97:5 99:5 174:20
  184:24 185:3
  251:13
**offices** 1:13 2:1
**officially** 8:12
**off-balance** 56:14
**Oh** 13:24 132:5
**okay** 5:12,18 10:12
  10:13 19:21 34:11
  35:18 46:16 58:23
  60:10 67:24 68:8,24
  71:22 78:19 80:4
  81:25 90:13 92:22
  100:20 118:7 142:4
  142:16 143:22
  144:22 159:3 165:7

193:20 197:16
  208:10 215:5 248:6
**old** 203:8 234:23
**older** 48:6
**OMC** 233:24
**once** 25:20 142:24
  211:23 224:22
  235:25 244:5
**ones** 31:15 39:9 57:21
  113:9,10 123:10
  148:5,18 193:16
  230:16 237:24
  252:3
**one-shot** 160:18
**ongoing** 11:20 99:2,4
**on-the-job** 12:10
**open** 42:24 128:10
  130:15 138:19
  159:25 161:4
  199:21 219:9
**opened** 17:6 65:6
  126:7 196:17
**opening** 64:18 71:7
  229:18
**opens** 159:18,24
**operate** 11:22 114:12
  114:13 122:25
**operated** 90:21,22
  198:20
**operates** 112:2
  122:24
**operating** 32:15 89:5
  118:3 121:23
  136:10 137:3 142:6
  201:10 202:4
**operation** 28:17 58:2
  59:8 113:2 114:4,7
  114:9,25 115:4
  133:22 143:20
  179:21 198:16
  202:11
**operational** 125:18
  115:5,6,21 116:16
  117:6,22 160:13,23
  176:4 200:5 205:12
**operationally** 143:14
**operational-type**
  152:11
**operations** 61:20
  62:15 230:15
**opine** 40:6 230:21
**opined** 40:11 44:21
**opinion** 7:17,19,24
  9:9 15:13 29:8,9

43:14 69:19 70:17
  71:17 78:9,23 80:9
  80:11 81:8,10 83:14
  83:16 84:4 85:14,15
  87:21 89:11 90:17
  102:9 154:17 162:8
  169:6 174:2 177:25
  178:19 179:25
  180:20 197:22
  205:3,22 206:6
  207:16 208:4
  209:21 227:22
  238:19,20 241:23
  242:13,14 247:25
**opinions** 4:21 8:15
  9:11 11:11,12 14:18
  15:12 31:12,15,20
  40:23 41:16,22
  44:16 65:10 66:13
  67:21,23 68:11,16
  68:16 90:14 91:10
  94:14 96:2 101:5,5
  101:12,20 102:5
  103:10 105:13
  123:14 144:10,25
  150:14 158:13,25
  167:2,13 174:16
  175:15 212:20
  213:6 221:6 225:10
  240:15 252:8
**opportunity** 5:11
  168:22 226:7
**opposed** 17:19 80:16
  99:6 103:9
**order** 199:4 201:9
  208:12
**ordered** 157:15
**organize** 21:12
**origin** 7:12,25 8:2,9
  8:14 10:24 11:7,8
  13:6 14:11 15:8
  16:21 22:12 39:17
  40:12,15,23 41:6,22
  43:14 48:22 49:10
  49:13 91:25 92:19
  103:14,23 104:5,6
  109:14,18 110:6,16
  221:16
**original** 35:10 42:10
  46:24 47:4,19 50:20
  60:20 63:13 64:7,17
  66:8 191:4 212:12
  217:4 225:5 230:12
**originally** 74:9

132:18 202:10
**originated** 7:19 8:24
  45:3
**origins** 41:12 181:19
**outcomes** 146:9
**outline** 47:23 142:22
**outlined** 252:8
**output** 161:12 219:25
**outside** 15:11 102:9
  102:16,20 103:8
  106:18 223:15,21
  227:9 233:11
**oven** 7:11 111:9
**overall** 52:20 55:14
**overloaded** 76:7
  235:7
**overlooked** 94:17
  132:13
**overpacked** 75:19
**overprotective** 35:6
**oversee** 15:7 35:15
**oversight** 52:5
**owner** 9:2 53:7
**o'clock** 133:13,13,14
  133:14 160:16
  189:8 197:20

**P**

**P** 4:2
**package** 25:5,5 35:3
  244:17 245:5 247:4
  248:23
**packaged** 244:12,25
**packaging** 34:25 35:6
**page** 3:9 47:15 53:18
  55:5,25 59:22 60:14
  62:18 63:6 71:23
  247:3 253:9
**pages** 46:16,18
  236:10,15 239:3
**Paiano** 222:4 223:20
**pains** 253:18
**pair** 159:18
**Palmer** 110:5
**pan** 89:12 90:2,10
  200:11,13,20 211:6
  212:5 228:24 238:5
  238:15
**panel** 119:20,20
**panels** 109:25
**paragraph** 31:20
  67:17,18,19,20
  68:24 69:6,21,22,24
  69:25 70:4,22 71:7

71:12 79:15 90:15
  91:2 249:11
**parenthesis** 54:4
  69:10,11
**Parsons** 15:25 31:2
  31:13,21 46:21
  50:15,19 67:14,21
  70:17 71:25 77:18
  78:21 79:19 80:12
  93:17 103:2 157:4
  170:3 231:18
  250:14 251:19
**part** 14:6 36:13 52:6
  55:15 61:19 74:16
  90:6 91:21 97:22
  98:12 108:22 109:3
  112:12 116:25
  119:19 121:6 129:3
  138:7 139:17
  140:13 148:7
  149:10 150:4
  157:16 158:25
  159:3 163:5 164:24
  166:25 174:21
  178:21 179:2
  180:22 183:6,12
  187:22 194:15
  196:19 200:25
  212:18 238:10
  245:6,7 249:22
**participant** 231:25
**particular** 15:15,22
  16:7 22:2 56:9,10
  64:4 74:12 83:10
  84:20 85:3 86:23
  95:8 96:19 97:9,16
  101:7,11,13 105:21
  106:12,13 111:16
  112:5 118:16 120:5
  120:9,14 122:20
  129:8 139:23
  158:14 159:5,23
  168:3 169:19 176:6
  197:23 202:8
  207:14 210:12
  211:22 213:4,10
  217:7 227:17,18
  229:16 231:7 235:8
  236:25 241:2,7,14
  241:15 242:5
  248:23
**particularly** 16:4
  83:4 84:11 129:22
**parties** 27:20 159:13

159:14 184:6
254:13
**parting** 159:25
**parts** 51:8 65:13
157:14 182:22
183:11,11
**party** 20:24
**patent** 183:24 184:3
184:5
**path** 32:20 74:4,16
**paths** 33:5
**patient** 184:17
**patiently** 209:15
**Patricia** 1:11 254:8
254:18
**pattern** 197:23 198:2
198:3 200:22 201:5
201:25 202:9
211:10
**patterns** 197:8
**pause** 195:21
**PC** 2:1
**peer** 94:2,5,7,8,10,20
94:20 95:3,21 96:2
96:18,23 97:16 98:3
98:6,9,12,18,21
99:7,10,13,23 100:4
100:10,18,21,22
101:7,11,19 102:10
102:24 103:3,8
**peers** 95:4,20,25
**penalties** 253:18
**pencil** 189:15,16
**PENN** 1:22
**Pennsylvania** 1:4,23
2:3,7
**people** 15:22 22:6,21
27:18 48:21 50:24
57:5 81:7 86:21
180:24,25
**percent** 38:7,12,16
38:19,20 39:3,15,20
40:5,10,21 41:2,4
41:10 42:7,8,14,17
42:20,23 43:12,15
43:21,23,25 44:4,5
92:11 117:2 140:18
140:21,24 144:5,6,6
144:21 165:2
**percentage** 39:12,15
40:22 41:5,11 144:4
**percentages** 37:24
43:19
**Percentagewise** 43:8

**performance** 58:25
59:4 138:10
**performed** 145:22
**perimeter** 133:15
**period** 14:12 106:13
156:23 193:21
194:3
**periodically** 165:18
**periods** 122:6
**perjury** 253:19
**permits** 89:24
**person** 40:13 51:2
82:7 91:2 93:18
98:11 104:22
116:21 225:5 232:5
**personal** 58:2 147:5
**personally** 19:9,12
58:4 77:19 78:14
103:3 117:17
222:12
**personnel** 60:14
**perspective** 20:7
**pertained** 143:5
**pertinent** 17:15
120:16 234:13
**PHD** 172:7
**PHILADELPHIA**
1:23
**Phoenix** 9:13 10:10
**photo** 189:6 200:3,7
200:8 208:11
228:14,16 229:20
**photograph** 23:7
25:24 150:3 171:15
171:21,23 172:3,7
208:25 214:24
**photographic** 62:18
150:12 199:12
216:18
**photographically**
34:23 132:22
**photographing** 232:3
**photographs** 18:21
21:12 22:9 24:19
33:15 62:20 65:24
86:8 93:11 96:4,12
96:12 132:24 133:4
134:2 137:16 143:5
147:19 148:17,21
148:25 149:2,4
150:19 151:10
155:5,18,22 157:21
158:10,22 171:6,8
171:12 172:8,11

174:4,23 175:11,14
186:14 188:20
194:25 199:21
201:9 203:13,24
204:2,11 209:4
216:12,15,22 225:6
225:9,18,20,22,25
226:10,15,16,19
228:11 229:5 232:7
233:18 244:6
246:17 251:6
**photos** 127:2 128:5
148:10,12 151:10
174:8 175:4,7 189:4
197:13,13 199:18
202:18,25 203:15
204:6 211:4 216:5,9
226:18 228:15
**physical** 32:18
144:19 162:6
167:19 169:16
170:4,16 176:25
186:7 209:25
210:19 226:14
240:7
**physically** 155:25
**pick** 107:4 148:25
**picked** 38:14 107:2
140:21
**picture** 199:23
214:11
**piece** 62:16 66:21
69:23 90:8 101:8
141:3 188:3,4 192:5
192:17 193:9
206:18,22
**pieces** 27:8
**pipe** 54:13 144:3
226:4
**place** 46:24 81:14
87:20 106:12
119:10 121:16
156:10 212:3
213:15 240:18
245:12
**placed** 27:18 119:8
133:23 134:13,23
137:10,11 139:20
214:7
**placement** 119:25
137:12 189:7
**places** 59:13 179:9
**placing** 121:7
**plaintiff** 2:4 7:13 9:3

9:18,19 17:12
**Plaintiffs** 1:2
**plan** 220:7
**plastic** 153:19,25
154:15,19 187:19
187:20 190:14
194:13 197:8
209:13 213:23
221:8 237:14
**plastics** 154:12,17
**platform** 141:20
**please** 11:3 39:23
64:21 68:6,13,22
149:18 222:6
**plethora** 53:5
**plugged** 126:6
**plugging** 201:13
202:6
**plus** 86:25 217:8
**point** 5:7 31:14 37:14
47:17 63:2 67:11
70:13 77:9 100:8,9
106:12 148:12,18
156:5 162:19
165:16 168:16,20
206:14 208:19,21
209:6 212:20
222:10,13 224:3
225:7,19 229:10
234:18 247:13
**pointing** 127:16
**points** 8:9,14 125:8
217:14 240:10
**policy** 9:2 17:11
**poorly** 241:15
**popped** 227:3
**portion** 46:8 60:22
69:6 144:12 233:22
251:6
**position** 12:22 14:3
24:18 26:15 27:5
60:20 76:4 88:19
133:13,13,14,14
160:17 189:8
197:20 205:5
**positioned** 77:3
**positions** 10:24 12:3
133:10
**possibility** 132:11
177:4
**possible** 18:5 24:7
25:2 26:8,11 27:25
29:13 45:8,9 48:16
49:2 50:25 51:25

66:16 181:2
**post** 63:13 228:9,25
229:22 230:4
**post-fire** 64:17,25
65:10 66:8 227:13
229:11
**potential** 22:13 38:24
40:17 72:22 111:19
112:6,10,11,18
113:14 140:23
176:23 178:6
202:22 211:9
221:12 231:6
236:18,19 241:9
242:10
**potentially** 38:9
39:18 40:3 56:4
58:20 59:14 60:7,9
60:12 61:20 62:13
81:18,21 124:24
125:3 172:24
238:23
**power** 23:18
**practical** 210:21
**practice** 36:6 100:3
**prefer** 23:16
**preferable** 21:19
**preference** 21:20
**preferred** 19:9,15,17
**preheat** 215:18
**preheated** 215:15
**preheating** 215:13
**preparation** 93:6,9
**prepare** 92:25 93:4,5
**preponderance** 168:2
**prerequisite** 76:20
**presence** 159:9
**present** 12:5 37:23
41:18 159:13,14
176:7 196:14
205:24 206:3
207:24 225:2 228:2
228:5 231:16,19
232:15,19,24
**presentation** 97:10
**presented** 17:5
**preservation** 34:16
63:7
**preserve** 25:3 34:13
34:25 35:9
**preserved** 33:25
210:18 233:17
**pretty** 14:4 22:5
36:23 38:4 69:20

106:5 107:7 110:15
111:23 146:13
148:20 149:3
220:23 238:2 248:4
prevalent 82:12
prevent 55:11 181:4
previous 13:4 66:2
233:19 239:16
previously 12:16
13:11 64:8,14 67:6
159:6 227:19
pre-fire 197:13
199:20 200:7
203:15
primarily 36:5 47:24
88:11,19 95:11
117:14
primary 238:19
principle 243:14
principles 19:13
22:24 49:9 191:17
prior 4:16 5:23 6:3,4
7:6 12:22 14:3
47:16 48:4 56:2
64:23 65:23 92:2,13
110:21 117:20
181:21 184:19
198:9,15,16,22
199:8 200:17
222:23 224:5
probability 78:2,5
193:24
probably 38:6 40:8
42:13,15,20 43:23
43:25 50:4 78:6
91:18 92:18 94:6
107:23 113:18
114:10 115:18
117:2 118:22
123:10 144:16
148:10 150:11
155:10 185:18
203:14 212:10
214:23 224:2,7
225:15,16 230:14
230:15 231:23
234:11,12,15 235:9
245:7 248:15
problem 56:5,15,24
57:14 65:22 83:23
174:24 191:14
202:20
problematic 84:21,23
problems 56:10

84:12 169:12
procedure 1:10 17:24
20:14,19 22:4,5
97:22 101:6 121:5
142:8 143:7
procedures 17:25
78:15 129:15
proceed 190:12
process 14:14 34:20
95:21,24 96:7 97:12
98:9 99:2,4,7,13
183:6 184:5 190:25
190:25 192:23
200:25 215:12
231:23
processing 22:15
produce 37:14
122:15 155:22
158:24 175:7,8
185:18,21 189:18
207:11
produced 49:2 57:18
89:19 121:19
123:11 125:13,23
155:12 162:18
174:6,17,22 181:16
201:14 212:23
237:21 248:13,24
produces 202:7
product 8:16 17:13
61:12 101:24 111:5
111:7,16 112:2,9
113:3 145:24 146:8
176:13 180:25
183:7 243:22
production 99:15
165:22 182:19
236:24
products 111:6,20,22
114:10,11 180:18
180:21 183:5
224:16 236:4
professional 57:17
80:21
professionals 86:5
program 107:21
108:17,23 210:24
programs 77:23
176:3
project 251:21
projects 251:23
promotes 239:12
prone 79:7
pronounce 108:19

proofreading 94:17
propagate 190:4
propagating 190:12
propagation 196:16
proper 63:6 70:15
89:9,22 164:19
180:13 192:9
properly 61:25 70:6
70:7,9,14 71:2,9
81:20 89:5,21 90:22
156:9 164:19
176:14 180:6,9
198:22 201:18
properties 241:20
property 66:24
proposed 138:7
235:21
proposing 242:6
protect 25:5
protected 229:6,24
238:10,12
protection 69:13
71:13
protocol 34:12 97:23
118:15,17 120:2
122:8,10,12,14,15
142:12 157:23,24
157:25 158:2,5
162:20,22,23,25
163:16,17,20,22,24
164:2,4,5,8 166:2
166:13,20 169:12
171:2 199:19
220:11 232:13
protocols 165:24
prototypes 182:23
prove 112:14 123:14
186:8 201:12
208:20 218:15
proven 187:4
provide 7:24 27:17
37:13 102:5 158:9
240:15
provided 17:10 20:4
66:2 69:12 127:24
171:15 222:3,4
247:12,15 248:18
Providence 2:7
provides 212:14
Providing 93:10
proximity 85:6 88:4
88:12,17 89:7,13,18
169:17 170:12,24
172:2 177:3 187:23

188:18 193:18
196:14 206:7,19
207:17 214:9
236:22 241:12
Public 1:11 254:8,19
pull 134:4 215:20
pulled 187:15
purchased 175:25
198:6 200:15
purpose 142:5 143:6
151:14 192:24
197:5 216:19
218:10,15
pursuant 1:9
push 188:9 189:16
190:6
pushed 188:9
put 117:15 150:24
191:25 201:15
203:4 213:22 214:8
215:7 223:15
245:24
putting 220:15
PVC 54:13
p.m 252:15

Q

QCC 107:19
qualification 206:25
207:8 246:10
qualifications 11:19
qualified 11:14 184:8
207:2,7 240:14
241:25
qualify 241:22
qualities 166:10
quality 166:15
quantify 38:22 39:6
39:14
quantities 85:6
quantity 30:13
question 5:8,9,15
17:3 18:22 19:25
32:24 37:18 39:2,23
39:24 40:3 41:3
42:9,11,12 44:19,23
49:25 53:18 54:2
55:5,8 56:3 59:22
60:4,5 64:21,22
65:3 67:15 68:4,5,7
68:21 70:12 89:23
95:17 97:8,12
105:22 111:23
116:8,15 117:6

120:14 127:22
134:9,11,17 144:8
149:12 163:14
178:14,16 188:16
189:22 190:18
191:3 192:4 193:13
199:17 206:5 207:2
207:5,19,22 208:15
218:13,14 222:8
239:3,10 247:3,22
254:15
questioning 205:7
questionnaire 36:22
37:2,2,3,6,10 45:25
46:2,7 51:2,6
168:12,17
questions 18:19
31:25 46:12,13
47:20 48:2 49:21,24
50:3,6,8,10,16,22
50:23 51:8,10,14,15
51:16,18,21 52:2,4
53:5,15,16 60:13
67:13 105:16
120:11 167:5
168:22 195:12
197:11 204:2
quick 223:17
quickly 197:14
Quincy 7:8,14,16
Quinsigamond
107:19
quite 31:18
quote-unquote
201:11

R

R 4:2 136:2 254:2
Rabone 231:17
radiant 214:17
rads 193:11
rain 38:4
raised 159:9
ramification 161:9
ran 53:23 142:14,14
198:20 219:21
220:5
range 39:20 91:22
92:6 112:7
rapid 59:25 60:2
rate 228:22
rating 154:12,13,25
241:2
raw 128:16

**reach** 133:22 215:19
**reacting** 76:25
**read** 4:5 31:8,17
  39:22,24 42:10,12
  45:6 64:20,22 68:5
  68:7,8,18 69:5,21
  69:23 86:6,10 99:16
  154:16 178:14,15
  178:16 180:3
  218:13,14 249:13
  253:4
**reading** 103:14
  126:23 128:21
  140:12
**real** 107:2 197:14
  223:17
**realistic** 40:7
**realize** 48:13 91:5
  92:6 150:5 248:7
**realized** 95:18 244:23
**really** 38:21 47:18
  59:19 116:17
  129:19 142:8 165:5
  213:13
**real-life** 147:4 165:13
  180:11 191:2
  213:18
**real-world** 167:23
  169:14 176:7
  191:10
**reanalysis** 195:25
**rear** 1:14 57:4 89:7
  90:3 160:19,20
  171:17,19 187:6,15
  187:17 212:25
  214:7,7 220:15
  231:3 238:7 241:13
**rearrange** 132:12
**reason** 59:21 62:16
  64:25 69:8 88:6,7
  88:12 142:14 174:4
  174:16 175:4
  195:21 201:3 213:5
  232:16 236:9
  245:22 251:21
**reasonable** 23:20
  140:23 224:2
  230:22 231:9 237:9
**reasonably** 24:24
**reasons** 52:22 56:18
  88:8 122:20 166:20
  172:17 210:14
  215:7 235:14
**recall** 9:24 42:25

47:21 57:20 103:12
125:4 132:18
133:25 156:23
173:8 198:25
201:19 224:25
233:8
**recap** 155:16
**received** 200:14
222:18 226:9
246:16
**receptacle** 23:19
233:21 234:8
**recess** 45:12 112:21
135:10 195:6
243:24
**recollection** 33:21
147:14 155:2 215:2
**recommendation**
180:15 232:25
**recommended** 69:10
**reconditioning** 198:7
200:16
**reconstruct** 32:20
33:5,6
**reconstructing** 24:21
**record** 32:3,4 36:4,7
44:14 67:25 68:2
70:18,19 97:15
127:18,19,21,22
130:18,20,23 134:6
135:5 137:14 141:7
141:8 151:6,7
155:13,14,17
156:17,18 163:11
163:12 174:25
175:2 188:13,14,23
188:25 216:16
246:13 253:7
254:11
**recorded** 23:6 36:2,6
39:25 42:12 64:22
68:7 97:19 123:19
123:21 124:7
125:10 129:21
136:14,23 178:16
218:14 219:13
254:10
**recording** 201:12
**records** 43:7 44:11
123:23 125:4
215:10
**recreate** 167:10
186:6 190:23
191:11

**recreation** 113:15
186:5 195:19 196:2
**RECROSS** 3:2
**REDIRECT** 3:2
**reduce** 73:25 241:5
242:12
**reduction** 140:25
**refer** 6:10,11 10:12
12:19 20:25 130:14
134:2 160:18
164:18
**reference** 6:22 44:8
133:3
**referenced** 153:11
**referred** 58:14
**referring** 12:20 30:4
43:16 44:3 55:8
58:17 59:10 74:13
116:9 119:16
122:16 129:24
137:4 238:14
**reflect** 19:21
**reflecting** 128:16
**refresh** 171:12
**regard** 4:19 7:17,25
9:9 20:13 21:13,23
24:13 25:16 29:12
29:25 31:21 35:18
41:16 44:11 56:22
58:13,16 70:13 75:4
76:12 83:19 84:5
85:14 87:21 90:15
90:20 104:13
105:13,25 107:5
108:20 113:20,21
114:4 116:15 127:6
129:6 135:5 138:8
144:9,11 145:2
152:17 162:15
186:10 188:16
194:23 220:19
**regarding** 21:3,9
31:5 51:18 55:17
70:3 93:2 106:18
114:3 131:10,22
136:22 138:5,20
219:13 222:23
247:4
**regardless** 91:15
178:19 206:8
**regards** 27:16 28:2
35:20 44:13 57:24
59:3 60:6 65:23
71:18 73:18 74:18

84:10 86:11 87:3
91:11 100:15
108:21 109:21
139:14 141:9,13
143:13 146:9
149:20 150:15
151:25 152:24
153:11,15 155:3
164:12 172:10
173:13 194:8,19
236:23 241:23
**regular** 160:21
**reiterate** 151:13
**relate** 52:24 82:4
147:19 148:22
**related** 11:9 23:18,22
38:7 53:22 57:23
59:2,21 60:9 79:5
103:25 104:5 105:8
105:18 109:9
110:13,17 111:3
146:24 180:13
181:18 254:13
**relates** 82:25 121:22
146:5 236:25
**relating** 106:16
**relation** 79:10,11
80:24 83:6 123:6
176:17 181:10
188:10 198:19
212:17 219:16
**relationship** 16:9
175:16
**relative** 108:24
131:24
**relatively** 17:17
156:24 239:8
**relevance** 52:9
211:21
**relevant** 230:16
**relied** 166:25 174:15
175:15 248:9
**relocating** 241:8
**rely** 15:9 61:14
129:19,22 151:11
152:8 158:12 168:7
173:24 178:10
179:8,20 227:14
247:24
**remainder** 43:17
204:6
**remaining** 41:11
64:10 228:25
229:23 240:8

**remains** 33:11,16
82:23 170:14
**remarkable** 192:11
**remember** 8:13 119:6
136:24 203:8
225:18 238:6 246:8
**remembering** 119:21
**removal** 24:23 34:19
**remove** 24:25 26:23
61:17 67:2 232:16
241:9
**removed** 25:22 26:7
26:25 27:4 62:4
65:19 144:4 230:10
234:15
**removing** 220:14
244:24
**repaired** 20:11
**repairs** 200:17
**repeat** 19:25
**repeatability** 163:23
**repeatable** 161:22
**repeated** 160:2
**rephrase** 5:12
**replaced** 67:8 165:18
244:11
**replacement** 213:7
**report** 3:11 15:13
44:15 70:11 78:8
86:10,17 93:9,13,16
93:21 94:18 97:20
99:16 102:10 133:3
163:5,7 164:18
174:8,11 193:7
221:25 225:23
226:17 236:10,16
236:23,25 240:17
245:17,18,25 246:3
246:14 248:8
250:10,19,22,24
251:12,19 252:8
**Reporter** 1:13 3:19
39:24 42:12 64:22
68:7 178:16 218:14
254:8
**reports** 44:11 45:6
86:6,18 93:2,4,5,7
95:2 226:24 239:4
251:16
**represent** 254:15
**representation**
165:12 199:12
201:20
**representative**

213:17 227:13
**represented** 7:13
  8:25
**reproduce** 173:7
  213:21
**request** 16:6 18:11,13
  19:3,6,22 156:5
  158:9 175:11
  232:24 247:21
**requested** 18:12
  35:23 174:19
**requesting** 18:23
**requests** 36:5
**require** 23:15 106:8
  116:3
**required** 50:22
  176:18
**requirement** 99:20
**requirements** 27:7
  55:17
**research** 85:22 245:7
**resets** 149:24
**resettable** 157:17
  160:15 161:2,3
**residential** 8:10 38:5
**resources** 161:21
  162:10 194:2
**respect** 252:7
**response** 247:22
**responses** 5:19
**responsibilities** 12:4
  12:6 13:17 14:10
  103:21 104:10
**responsibility** 13:19
  14:17 103:24
  242:17
**responsible** 98:11
  234:14
**rest** 193:10 247:4
**restrict** 72:25 76:24
**restricted** 72:2,6,7,14
  72:16,18 73:6 75:6
  76:15,16,17 77:11
  161:8,9,10,11 171:8
  171:10,17 172:10
  178:23
**restricting** 76:23
**restriction** 137:6
  140:18,24 143:23
  143:23 144:20
  164:18 171:4 178:2
  178:3,6 208:5
**restrictions** 78:2,4
  123:2 136:11 137:7

**result** 7:20 149:10
  166:3 202:9 230:3
**results** 142:15 143:8
  143:9 160:24
  216:25 218:23
  220:12
**retain** 7:15 49:13
**retained** 3:19,21 7:14
  63:25 184:20
**retention** 96:19 249:6
  249:7
**retrospect** 14:5
**reuse** 81:19
**reveals** 249:12
**review** 14:14 17:19
  36:9 40:8 42:7
  65:25 94:2,5,8,8,10
  94:20 95:3,21 96:2
  96:12,18 97:12,16
  98:9,12,18,21 99:7
  99:10,13,14 100:4
  100:11,19,21,22
  101:7,19 102:10,16
  102:24 155:19
  170:20 251:9
**reviewed** 96:24 99:23
  103:4,9 162:17,20
**reviewing** 94:21,25
  98:3,6 101:11
  163:19 226:24
  251:7
**revisions** 47:6 48:6
  93:14
**rewriting** 71:24 78:8
**right** 5:17 6:10 14:8
  22:2 30:5 46:17
  47:7 54:14 55:19
  62:25 70:21 73:5
  84:17 99:18 104:11
  107:12 113:3
  127:16,21 131:25
  142:4,22 143:2
  163:19 177:16
  179:2 188:21
  193:18 195:21
  198:20 203:16
  204:12,25 206:16
  206:20 223:24
  231:14,14 232:16
  238:13
**right-hand** 134:21
**rigid** 54:6 71:3,21
  144:2 226:2,4

**rigidly** 70:9
**risk** 79:10 81:2 82:4
  82:8
**risks** 177:5
**Road** 1:14 2:7
**ROBERT** 2:1
**robotics** 108:11
**role** 14:13
**Ron** 15:25 16:7 31:2
  46:21 62:19 67:14
  93:17,19 126:4
  157:4 173:11 229:4
  231:18 251:19,23
**Ronco** 126:21 131:24
  131:25 138:6,19,19
  141:18 184:2
  215:21,23,25 216:7
  216:11 217:10,12
  219:2,5,7,10 220:7
  242:20,24,25 243:3
  243:25 244:5 245:3
  245:4,14,14
**Ron's** 90:15 246:9,9
  250:16 251:11
**room** 96:25 97:5
  126:5
**Rose** 2:6
**rotated** 201:15
**rotation** 56:15
**rough** 42:6
**roughly** 189:15
  228:16
**rubbing** 56:20,21
**rule** 38:23,23,24 96:8
  201:4 230:4
**ruled** 39:4,9 237:5,6
**Rules** 1:10
**run** 5:5 34:5 54:22
  121:25 124:5,11,16
  161:17 192:7
  193:20 219:7
  235:12 252:14
**running** 28:3,7
  187:11 193:8 194:2
  202:6 220:7
**runs** 246:6

---
**S**

**S** 4:2 136:2,2,2
**safe** 194:4 241:16
**safely** 236:6 238:21
**safety** 79:25 138:9
  157:18 160:15,19
  161:2,4 180:22

181:3 199:3 200:6
201:16 241:20
242:16
**samples** 23:21
**Sanderson** 86:15
  173:6 177:11,12
**Sanderson's** 172:25
**sat** 223:21 227:9
**saw** 229:2
**saying** 79:9 83:17,18
  83:21 87:14 180:11
  239:17,19 248:8
**says** 31:18 37:11
  53:18 69:6 77:25
  138:22 199:25
**scan** 143:8 197:14
  199:22 200:2
**scanning** 53:14
**scenario** 29:25 50:14
  80:3 82:11 87:20
  111:5 112:19
  208:21 213:10
  230:25 236:20
  241:10,14
**scenarios** 112:14
  121:23 234:10
**scene** 17:20 18:7,9,13
  18:17,18,19,20,21
  18:22 19:2,4,6,12
  19:17,22 20:4,10
  21:16,19,22,24 22:3
  22:7,9,10,15,25
  23:14 24:15 32:11
  32:23 33:2,3,14,25
  34:12 35:10,19,21
  37:20 48:14 63:10
  63:18 96:4 104:3
  225:6,8,11,18
  230:11,12 233:24
**scenes** 60:6 85:11
**Schantz** 1:2 4:19
  44:14,15,17 125:25
  163:10 173:24
  175:13 213:8 221:2
  221:15,17 222:4
  223:15 225:15
  226:25 227:5
  234:18,19 239:7,15
  239:23 246:18
  248:22 251:2,12
**scheduled** 233:5
  246:7
**school** 106:17 108:21
**science** 92:2 108:2

110:5
**scientific** 95:12
  163:23
**scope** 41:19 79:23
**Scott** 102:22,23 103:4
**screen** 53:9 55:6,7
  73:15 74:6 75:7,10
  88:9 126:3 138:22
  143:2 146:12 154:3
  154:4,7 179:15
  187:7 189:14 191:8
  199:5 213:12,14,15
  213:21 235:20
  236:13 238:8
**screens** 55:18
**screws** 61:17
**seal** 73:24,24 74:15
  74:21,22 75:2 88:9
  254:16
**seals** 73:13,18,18,19
  73:22 74:12,14,14
  74:20,25 75:5,7
  235:8
**searched** 134:11
**searching** 33:15
**season** 8:23
**second** 72:17 100:10
  113:11 126:16
  160:14 172:3,4
  249:11
**secondary** 237:3
**second-per-second**
  124:8
**section** 49:22 66:17
  66:19 71:5,6,23
  77:15,25 78:10
  141:18 142:24
  144:2 243:19
**sections** 226:4
**secure** 66:15 67:3
**secured** 234:16
**Security** 109:16
  181:22
**see** 15:11 16:4 18:17
  19:22 21:16,19 22:7
  32:14,15 33:11 45:3
  49:21 52:5 53:18
  61:14 63:11,13,14
  63:16 71:15 88:24
  94:14 101:5 102:6
  102:21 110:5
  111:25 112:3,5,9,18
  114:12,12 118:3,4
  119:12 121:18

131:6,20 136:9
138:25 143:19
147:17 149:25
151:10 155:19
158:7 163:20 165:5
173:21 197:15,18
199:9 200:2,10,11
201:5 202:14,25
211:4 212:5 213:2
217:10 225:6,11
226:15,22 227:23
229:8,23 234:24
235:5 238:3,10
247:17,19 249:6
252:9
seeing 65:9 168:2
225:18 252:2
seen 16:2 18:20,20
54:10 146:18 163:8
173:3 190:17
197:24 212:9
226:16 228:20
233:19 237:22
sees 15:14
Segwaying 141:3
selected 45:5
selection 165:8
seminars 106:15
109:8
semirigid 54:5 70:10
71:3,21
sense 52:12 94:18
99:17
senses 94:9
sentence 77:19
separate 139:18
141:22 217:14,17
247:21
September 126:14
186:19 203:19
series 30:20,22 60:13
203:23 204:7
service 82:7 176:5
serviced 179:17
SERVICES 1:22
set 8:8 95:19,24
96:15 97:22 101:6
112:13 131:9 133:5
140:16 142:13
148:21 164:3
186:25 189:5
196:13,21 198:17
211:20 236:15
254:10,16

setting 60:19 147:9
192:18
setup 126:16,17
127:11 142:3,11
149:23 189:4
199:13,25 202:12
203:14,22 216:4
seven 1:22 174:10
severely 66:25
share 67:22 95:19
shared 120:10
sharp 71:15
sheet 54:6 223:5
243:13 249:25
sheets 166:17
shield 212:25 243:11
ship 8:22
shipping 122:23
shooting 109:24
shop 108:21 183:14
short 231:2 235:11
235:12
shortcut 134:5
shorter 47:19
Shorthand 1:13
254:8
shortly 205:15
shot 111:24
shove 204:18 208:13
209:17
shoved 190:19
shoving 189:19
show 6:17 32:2 86:8
133:21 148:13
151:12 159:21
160:3 170:21
178:17 188:20
199:7 204:7 205:8
211:2,22 213:11,13
213:14,14 214:11
214:13 220:3
228:14 229:4 250:4
showed 196:15
211:24
showing 150:8,20
246:18
shown 177:14 216:12
shows 58:25 170:22
171:17,18 172:4,21
173:3,6 189:5,6
205:25 208:25
214:24
shrink 35:7
shut 201:18

shy 105:11
side 134:21 161:13
sign 4:6 36:17,18
59:6
signature 249:16
Signed 253:18
significant 92:6
229:25 230:16
238:17 239:5
significantly 41:9
177:4 241:4
signoff 36:10
signs 226:23
similar 60:2 101:2
136:12 138:12
139:16,20,22 144:5
153:3 196:21
217:23 218:2
226:25 243:16,17
simple 21:8 50:25
97:11 122:13
153:18
simplified 78:23
simulate 164:15
165:19 167:6 188:4
194:4 196:20 218:4
simulated 187:3
196:11,25 209:17
single 99:22 240:4,5
singled 239:16
single-family 8:10
singling 239:15
sit 86:14,20 169:6
sitting 96:25
situation 23:5,12
28:11 34:24 90:24
240:2,2
situational 57:5,12
87:18 113:6
situations 30:24 79:2
81:13,22 90:19
93:22 97:19 102:12
102:14 116:2
167:23 205:6
234:11 241:4
six 46:16,17,18
118:22 120:7,18,25
129:9 130:2,3
174:10 207:21
size 76:4 136:11
137:7 189:16
244:24
skill 254:12
slightly 164:7 189:15

191:16 243:7
251:18
small 187:11 192:17
193:9,25 206:22
212:7 230:18
Smith 102:10
smolder 190:10
soft 57:11
softener 169:4
sold 54:18 55:9 80:17
sole 14:10 72:4
179:10
solely 36:11 103:4
145:20
solid 62:16
somebody 245:24
somewhat 116:20
soon 95:17
sorry 9:6 42:9 79:13
84:9 108:13,17
116:5 120:24 122:7
126:17 178:15
203:15 213:12
223:5
sort 251:9
sound 57:10
sounds 99:5 223:23
source 77:17 79:12
81:2 85:7 88:5,13
88:17,20,20 89:2,8
121:13 150:10,22
167:15 168:5
169:18 170:7,17,25
172:2,22 177:3,15
178:18 179:23
187:24 192:13
193:17,19,23
205:23 206:8,20
207:18,25 208:8
211:18 220:25
236:22 239:13,21
sources 111:20
176:22 231:7
space 27:2 204:19
spaced 108:13
speak 14:25 53:6
105:19,20 124:3
speaking 4:16 17:10
23:25 24:14 30:2
35:23 45:24 58:4
67:12 70:3 128:2
171:7 212:15 232:9
special 35:3
specialty 182:19

specific 9:11 11:3,18
13:9 19:23 21:6
22:23,23 28:24
30:13 31:14,25
34:12 35:8 42:16
44:8 50:22 51:15,16
51:17 73:23 75:4
80:19 82:19 84:4
86:16 95:5,8 96:8
99:12 100:14,16,17
100:17 101:22,23
103:11 107:9
116:20 120:11
123:7,10 125:7
127:12 139:25
149:4 150:16
151:10,21 152:6
173:3,8 175:21
183:7 196:5 197:25
199:15 200:2
201:12 203:25
206:21 213:6,19
215:8 217:22 228:4
229:24 243:15
244:14 251:7,9,11
252:2
specifically 13:3 19:5
23:24 25:13 27:16
33:7 42:24,25 49:8
57:15,20 58:6 59:3
65:20 68:17 75:25
79:6 82:2,25 83:6
86:6,11 90:4 91:18
96:21 97:24 106:6
116:9 118:4 133:4
133:25 139:25
147:12 148:18
152:14,23 155:11
164:12 165:21
166:2,9 173:8
198:18 205:8
208:19 211:14
213:9 214:7 225:13
225:14 226:2,22
236:8 238:6,18
250:21 251:4,25
specifics 21:2 23:15
39:12 51:5 79:5
116:18 198:25
speculate 234:2
spelling 246:24
spend 98:3 210:25
spending 215:17
spent 92:20

**spoilation** 159:10
**spoke** 20:15 100:23
  129:9 149:21
**spontaneous** 245:20
  245:23
**spread** 16:11 196:16
  197:9 208:22
  209:10 211:24
  237:2,3,15
**spreads** 186:9 193:11
**spreadsheet** 137:17
**spreadsheets** 128:15
**square** 236:14 239:10
**squealed** 58:10
**squealing** 56:11,17
  56:23 57:6,9,13,24
  58:5,17,19
**staff** 104:14 105:13
**staged** 211:17 216:18
**stages** 211:25 215:12
**staging** 192:15
**standard** 36:15,22
  60:5 97:23 140:17
  164:14,17 165:9
  226:6 232:13
**standardized** 96:7
  97:25 164:4,25
**standards** 164:21
  248:3,3
**standard-type**
  153:13
**standpoint** 176:20
**stands** 83:14 170:20
**Stanphyl** 1:14
**start** 10:6 17:6 57:9
  60:13 120:15 127:9
  141:14 186:24
**started** 13:18,25 16:2
  80:4 168:10 220:9
**starting** 62:25 119:5
**stated** 249:15
**statement** 23:6 41:15
  69:19 81:7,9 103:18
  143:16 202:23
  235:16
**statements** 68:25
  78:21 235:4
**states** 1:2 249:12
**stating** 209:15
**statistical** 44:9
**statistics** 41:25 42:3
  44:13
**stay** 127:13 207:12
**stayed** 12:3,4

**steel** 226:3
**step** 84:18 87:23
  137:20 243:9 244:5
**steps** 66:3
**Sticking** 95:3
**stipulations** 4:3
**Stoddard** 1:8 3:3 4:9
  4:14 6:18 45:20,23
  47:8 50:8 68:13
  70:24 103:16 126:2
  127:24 173:15
  246:2,8,19,20
  247:16 248:18
  249:3 252:5,10
  253:3,22 254:4,9
**stone** 164:3
**stop** 5:11,14 72:17
  142:21 151:23
**stopped** 112:23
**storage** 8:23 25:7
  35:12
**store** 198:7 200:16
**STREET** 1:23
**stress** 167:18
**strictly** 40:15 43:20
**strikes** 161:25
**strongly** 69:10
**structural** 38:5,7,10
  38:17 40:21
**structure** 24:3
**study** 107:20 245:20
**studying** 105:7
**stuff** 132:21 144:16
  211:8 223:25
  248:10 251:8
**stuffed** 204:7 209:5
  211:5
**Stutman** 2:1 185:3
**style** 169:19 244:25
  245:5
**Sub** 77:14
**subfolders** 126:22
**subject** 62:17 165:13
  167:9 176:22
  180:12 206:11
**subjected** 166:5
  167:25
**Subsection** 71:24
  78:10
**subsequent** 7:21
  248:25
**substantial** 210:16
**substantially** 139:15
  210:11

**sufficient** 29:24
  222:11 230:21
**suggest** 242:10
**suggested** 169:25
**suggesting** 180:7
**suit** 185:9
**suitable** 227:14
**Suite** 2:2,7
**summarized** 79:22
  79:24 107:7
**summary** 85:12
  131:4,14 142:15,16
  143:9 147:23 240:9
  240:17
**Superior** 8:3
**supervised** 14:13
**supervision** 182:18
  192:9
**supplement** 174:23
**supplementation**
  93:15
**supply** 49:11 233:22
**support** 66:3 144:25
  171:6 172:9,22
  174:15 177:20
  178:11 179:8,20
**supports** 170:23
  176:15 177:21
**supposed** 48:9
**sure** 4:4 5:6,20 26:13
  26:14 36:19 37:14
  37:19 46:20 47:18
  58:18 83:16,18 90:7
  94:13 99:17 104:23
  105:9 130:18
  138:15 149:13
  155:22,24 158:23
  163:2 183:8 197:17
  198:20,21 199:2
  201:14,17 202:7,7
  206:25 207:8,21
  208:24 209:7
  213:22 214:23
  222:10,17 223:18
  226:11 246:22
  249:2,18 250:20
**surface** 9:22
**surrounding** 237:4
**survey** 22:7
**surveys** 78:15
**switch** 157:10 159:5
  159:23 161:4
**switches** 115:16
  117:15

**sworn** 4:10
**symptom** 59:7
**system** 24:10,23
  26:19 34:21 66:23
  66:24 67:3 83:8
  109:16 126:10
  132:23 158:21
  181:2 227:24
**systematic** 22:5
  95:13
**systems** 106:19

---
**T**
---

**T** 136:2 254:2,2
**table** 32:8 68:4 97:2
**tackle** 122:18
**take** 9:6 14:20 22:25
  23:3,17,21 24:18
  31:19 35:24 36:8
  41:19 47:4 62:25
  66:21 67:17 68:22
  68:23 79:14 84:18
  88:17 95:5 108:9
  109:21 112:20
  114:24 134:25
  162:25 171:13
  173:15 202:12
  223:6 234:12 243:5
  247:16
**taken** 1:9,10 4:25
  23:16 25:21 36:10
  62:10 116:25
  122:23 140:12
  167:22 170:15
  227:10 232:11
  233:13 234:20
  244:9 253:5
**takes** 206:21
**talk** 71:12 72:17 74:7
  86:7 94:12 96:9
  100:25 102:17
  120:6,13 137:20
  142:23 180:5
  237:18
**talked** 98:14 104:9
  146:13 152:10
  176:9 196:3 247:14
  247:20 248:12
**talking** 13:2 30:18
  39:10 43:9,11 57:2
  59:10 66:22 70:22
  72:18 76:17 86:22
  87:7,11 95:23
  111:14,16 119:9

120:22 125:12
  127:6 129:25 132:4
  138:16 139:11
  141:10 146:25
  147:4,22 154:2
  196:7 197:15 243:2
  247:23
**talks** 239:4
**tape** 35:7
**task** 11:6 12:23
  166:21
**TC1** 134:22
**TC8** 134:22
**team** 13:13 14:6,16
**tear** 165:15 166:6
**technicians** 231:18
**technologies** 92:2
  110:5 240:20
**technology** 107:14
  108:5
**telephone** 222:21
**tell** 23:23 25:18 29:6
  31:15 41:19 44:20
  51:20 59:4 60:21
  65:16 67:20 73:19
  80:4 92:9 95:6,6
  98:22 100:20 106:7
  107:18 114:21
  115:10 117:24
  118:9 119:7 124:18
  127:5 130:16 136:3
  136:7 142:19 146:4
  147:21 150:25
  155:3 156:22
  158:17 177:9
  186:10,23 191:15
  200:4 207:20 222:6
  222:8 226:2
**telling** 29:3 107:8
  112:23 178:9
**tells** 131:15 147:16
  250:15
**temperature** 114:23
  115:11 117:10,24
  118:20,24 119:6
  120:4,7,19 121:20
  123:17,24 124:6
  125:6,11 127:7,12
  127:25 128:16,17
  128:24,25 129:4,7
  129:10,25 130:7
  131:3,8,10 132:4,5
  132:20 135:6
  136:16 137:21

139:11 140:4,6,8,12
141:3 152:15 153:4
159:19,22 160:5,8
160:18,21,25
219:25
temperatures 118:4,5
118:14,18 120:5
121:18 133:21
161:14
ten 128:11 129:14,16
234:23 239:9,24
241:18
tenants 33:20
tendencies 142:6
tendency 101:23
tenets 242:16
ten-year-old 234:22
235:3,18 236:11
239:7
terabyte 130:23
term 10:24 21:2 90:4
99:9
terms 178:11 224:4
232:2 248:9
test 12:15 77:22
112:9 116:20,21,22
116:23 117:20
118:15,16 119:5,21
120:2,9 124:6 125:6
125:7 126:17
127:10,11 128:7
129:10,15,24
130:14 131:4,14
132:9 134:11,18
136:18,20 137:22
138:20,20 139:25
140:5 141:9,18,25
142:2,8,16,20,23,25
142:25 143:6,7
144:24 146:15
147:15,16,23 148:4
148:13 149:4,5
150:18 151:11,20
152:21 153:17,18
153:21 155:4,23
156:7 157:23 158:2
158:5,10 161:16
162:23 163:16,17
167:11 171:16
173:19 174:22
183:5,8 186:5 189:4
189:13,19 190:11
190:11,15 192:10
192:24 195:9,24

196:3,4,4,10,13,17
197:11 198:5,15,16
198:21,23 199:9,19
201:10 202:3 203:9
203:18 204:20
208:11,12,13,17,19
208:21 209:12,19
210:12,24 211:14
213:25 214:6,14,19
216:2,4,10 218:10
218:25 219:12,16
219:17,22 239:17
244:8
tested 130:24 131:7
137:2 146:16 149:7
149:14 157:11
161:23 183:21
191:10 192:7 199:8
200:3,4 201:7 244:7
245:14
testified 4:11 30:15
227:2
testify 224:22 240:4
testifying 252:5
testimony 4:20 6:11
6:24 7:22 71:18
80:5 83:21 222:3
253:5,7 254:10,11
254:11
testing 57:19 58:14
78:14 85:10,19
91:12 101:3 102:17
103:25 109:20,22
110:7,8,9,10,14,18
110:20,24 111:2,15
111:18,19,21,25
112:2,3,5,8,24
113:3,7,13,18,22,25
114:5,9,14,17,21,22
114:23,25 115:5,6
115:11,11,12,13,15
115:16,20,21,24
116:2,6,9,13,16,19
116:24 117:6,10,15
117:16,18,18,22
118:17,20,21,25
119:6 120:4,7,12
122:3,21,22 123:3,6
123:13 124:2,16,22
125:12,17 126:13
126:25 127:7,10,25
128:5,18,20,24
129:2,4,5,7,10,18
129:20 130:2,5,11

131:5,10 132:15
134:12 136:3,6,9,18
137:13,19,21,22
139:10,12,13,14,17
139:23 140:9
141:13,15,17,21
143:3,4,6 144:12
145:10,20,22 146:3
146:18,20 147:9,12
147:13,17,20,25
148:9,14,16,22,24
149:8,11,21 150:6
150:16,20 151:4,14
151:15,16,17,17
152:2,3,7,11,15,15
152:17,25 153:3,5,7
153:8,10,16 155:3,5
155:6 156:2,11,20
157:2,6,21 161:20
162:3,9,12,14 164:7
164:10 166:3 169:8
170:19,21 172:13
172:17,21 173:10
176:10 177:7,13,14
177:19 183:15,22
185:22,24,25 186:3
186:10,14,20,21,22
189:3 193:16 194:6
194:7,10,11,14
195:3,10,11,13,16
195:20 196:9,22
197:6,25 198:18
209:6,7 210:15
211:9,22 215:9,10
216:11,14,22,25
217:3,10,10,20,25
218:15,20,21,23
220:9,19 237:25
249:22 251:23,24
testings 117:25
tests 12:19 118:2,9,18
118:23 119:22
120:19 121:4 122:2
122:8,13,19 124:11
128:11 129:10,12
129:14 130:2,3
131:9,22 136:19
138:24,25 140:2,15
142:9 148:2,21
149:25 151:18,21
151:22,24 155:10
161:24 186:23
189:6 190:19,22
196:6 199:11

Test18 134:19
text 119:22
Thank 203:6 252:13
Thanks 209:15
theories 94:15 236:8
theory 150:9 160:7,7
160:9 162:2 170:23
171:7 172:9,22
176:15 177:20
178:11,21 179:8,21
194:11,15 204:16
207:8,20 209:16
218:2 235:17
236:11,14 239:11
thereabouts 239:4
THEREOF 254:16
thermal 160:12
thermocouple 125:8
127:25 128:8 129:8
129:15 133:6,7
134:16 136:12
140:11
thermocouples 119:8
120:2 121:7,16
123:16 133:9,11,23
134:12,23 139:21
198:17
thermostat 159:16,17
160:13,23 200:5
232:10
thermostats 159:12
198:21 199:8
thing 24:16 26:23
75:15,16 89:17
100:3 110:16 129:8
142:13 156:3
164:25 165:8
191:23 211:14
225:12 232:17
244:7
things 20:15 22:20
28:12 29:4 30:20,22
44:10 45:7 52:16
53:4 60:18 62:3
68:10 73:13 77:4
95:14 96:16 103:17
109:4,6 131:20
169:25 179:25
182:15,23 205:9
210:25 211:10,13
212:16 232:2 243:2
246:17
think 30:3 50:5 67:10
68:4 70:24 73:8

75:18 79:17,23 80:8
83:14 86:16 87:9
90:5 93:22 101:2
102:19 104:7 107:7
111:15,15 113:15
116:13 120:8,16
122:7 126:22
133:11 134:8
149:17 153:23
158:20 170:23
172:14 173:10
176:9 180:16 182:4
194:22 195:17
197:22 199:18
200:19 214:24
218:12 224:9
225:14 226:24
233:23 237:5 238:2
241:25 247:19
thinking 60:10
third 113:13 160:17
thoroughly 24:17
thought 58:16 87:14
120:22 254:15
three 5:4,23 6:23
74:24 91:22 113:2,6
113:8,9 131:6,10
136:23 137:12
160:12 179:25
three-quarters
107:23 108:16
249:5
thrown 61:19
ties 104:7
time 14:12 15:18 37:4
39:16 45:2 53:19
58:10,23,23 59:6
60:21 61:7 68:22
69:15 91:24 96:19
98:2,5,9 99:2 100:4
102:23 118:24
122:6 136:14 140:3
140:22 149:12
156:23 160:2
162:11 168:20,21
170:3 179:3 181:24
182:5 193:21 194:4
202:2 205:18
210:24 212:21
215:17 216:14
217:5,21 218:6,11
219:15,22 221:11
228:25 233:13,14
234:14 237:20

250:12,14,24
251:10,11
timer 60:19,19
times 5:3,4 18:8
32:17 98:15 99:24
118:19 189:18
190:17 210:5
220:18 224:23
time-consuming
45:10 149:3
title 105:9 142:25
toaster 111:9
today 4:19 169:7
177:9 195:12
236:17
today's 162:19 175:8
Todd 157:12
told 124:11 152:14
178:4,22,25 237:6,8
251:16
Tom 225:3 226:17,24
tons 155:20,20
top 44:7 86:21
115:19 140:18
153:23 154:4,15
185:6 200:10,24
214:7 233:23
246:20 250:3
total 148:3 219:15
247:23
towels 187:18 199:25
202:8,13 203:22
214:19 215:18
217:7,22 218:3
219:14,14
track 97:24 169:21
tractor 9:17
trade-in 176:2
train 182:13
trained 11:14
training 11:20 12:7
12:11 85:17 106:10
106:15 240:13
241:22 242:8
transcribed 254:11
transcript 253:4
254:14
transfer 206:23
transient 67:4
transition 67:4 69:3
74:22 216:9
transport 25:6 35:14
35:15 62:15 230:12
transported 35:11

trap 119:14,16,18
121:14 153:24
154:2,7,8 187:6,19
213:16 237:13
238:7
trapped 190:13
Travelers 172:24
Tree 2:6
trend 101:23
trial 6:21 175:12
184:9,10 252:6,11
tried 132:11 193:20
193:24
tries 190:6
trouble 79:13 109:23
true 42:13 253:6
254:11
try 18:4 25:7 33:6
35:9 48:12,15 50:24
52:22 120:16
149:12 186:6 194:4
trying 52:12 53:15
79:20 86:16 90:13
104:8 112:16
116:17 145:15
150:24 192:10
213:2 224:25
225:16
tube 74:24 75:3 187:8
187:25 188:8,11
189:7,17,20 190:7
191:24 217:19
228:17
tumbling 77:3
turn 60:16 187:20
turning 201:13
221:15
two 8:14 28:20 99:8
126:9 131:12,18
136:24 164:16
182:2,3 185:23
212:18 217:8 226:4
226:5 230:24 231:6
238:23 242:25
247:10
two-year 107:24
type 8:15 24:19 28:25
37:24 54:3,7 55:7
56:15,23 57:6 73:11
73:24 74:14,15
76:16 77:2 80:24
88:3 91:6 93:10,12
93:13 100:17
104:16,20 111:4,6

111:21 114:6,6,14
125:9 130:12,17,24
140:8 143:3 152:19
152:24 166:9 167:7
178:2 186:5 218:2
243:16
types 54:9 91:8
105:16 108:9 113:2
113:6,18 115:25
116:2 143:13
165:14 166:8
182:13 185:24
typical 54:15,17
165:19
Typically 17:4 29:21
36:18
typing 251:5

_____

U

UL 248:3
ultimate 9:12 11:12
170:2 236:6
ultimately 12:6 14:17
15:12 79:2 91:2
169:13 170:4
176:18 190:11
244:20 245:2
ultrasonic 181:16
182:11
unaltered 138:11
191:5
unburned 147:7
166:23 173:13,16
173:25 174:5,14
175:5,14,24 177:23
178:10,17 179:7
210:10 212:6
237:17 239:19
unclear 5:9
undamaged 114:11
147:6 196:20
underlined 63:9
understand 4:22 5:8
5:10,13 10:14 26:14
70:13 80:22 81:8
82:7 83:17,18,20
89:9 90:7,16 95:23
104:13 112:25
114:5 116:4 120:18
143:11 164:14
180:23 206:5
207:18 231:6
understanding 51:4
54:22 79:13 106:5

understood 5:16
19:23 21:18 130:2
138:15 149:17
175:17 239:2
undetermined 9:8,12
39:11 63:20
unit 153:13 235:8
UNITED 1:2
units 175:25
University 108:23
245:18
unmodified 139:15
193:12 218:7,18
220:4
unsafe 192:9
unusual 201:5,24
updated 50:20
168:15
upper 160:20
usage 122:25 164:14
167:4,22 169:15
175:19 180:13
198:9 205:5 239:6
use 24:19 36:14 37:5
48:11,21 49:16
51:18 52:20 53:6
54:10 55:17 58:2
83:5,21 84:6 88:22
102:21 107:15
115:2 117:14
141:17 146:8,11
153:9 160:9,11
165:19 166:17
168:8,18 171:5
175:12 176:24
178:20 180:21
187:7 191:7 197:2
202:10,20 205:15
210:14 211:2,16,17
214:22 220:11
239:24 240:5 242:2
242:2
useful 24:20 225:16
user 34:10 46:11 49:4
53:2,7 79:3 80:22
179:13,17
users 167:17 168:10
uses 164:4
usual 4:3 58:24
161:14
usually 67:7 97:11,13
98:7 110:13 124:7
199:2
utilized 145:23

Uxbridge 1:14

_____

V

V 1:4 254:6
value 210:17
VANESSA 1:2
variable 206:11
variables 162:5
165:22 166:12,14
166:18 167:12,16
167:21 169:10,24
206:12,13
variance 116:23
variation 242:25
243:3
variations 167:19
176:8
various 12:15 28:12
106:20 109:8 118:2
139:7 140:15
169:21,22
vary 145:8
varying 122:20 160:3
170:7
vast 210:8 248:15
vehicle 111:12
vehicles 35:15
velocity 73:25
vent 29:13 30:16,21
30:22 53:19 54:3,11
54:18 55:7,23 66:17
66:19 80:21 81:14
81:19,20 91:3,3,4,7
191:12 227:6
228:17
vented 29:22 32:14
89:5 176:13 178:12
ventilation 66:16
83:8
venting 28:5,9,21
31:6,21 32:10,21,22
32:25 33:3,22 34:5
71:3 84:12,12,15
86:23,25 87:5,8,9
87:10,13,15,16 88:5
90:17 176:10,12
178:2,8,23,23 179:3
225:21,22,24 226:8
vents 29:5 33:9 67:3
69:8,12 70:5,25
72:19 79:4 81:4,11
81:12 82:15,19 83:3
83:6,7,22 84:6,7,10
87:11,12 123:2

**verbal** 5:20
**verbally** 96:13
**verbiage** 95:2
**verify** 96:16 134:2
**version** 46:24 47:5,9
  47:16,20 48:3 50:21
**versions** 47:19
**versus** 9:13 82:9
  121:11
**vertical** 217:18
  243:21
**video** 23:9 128:6
  187:3,12 190:15,16
  195:2
**videos** 127:3
**view** 18:9 19:12
**viewed** 212:2
**viewing** 131:19
  186:25
**vinyl** 54:4
**visible** 25:23 205:16
**visit** 18:7
**visual** 24:19 226:3
**Vitae** 3:10
**volt** 216:20
**volumeter** 137:9

**W**

**wall** 24:4 26:21
  160:20
**want** 4:5 13:15 16:25
  18:17 20:25 26:13
  42:3 61:4,5 63:11
  63:12,14 68:20
  69:21 77:13 83:16
  90:4,7 97:13 105:5
  105:20 106:7
  109:23 115:9
  116:13 121:18
  135:6 142:5,10
  148:23 152:22
  188:22 225:4 246:5
**wanted** 143:19
  208:23 210:18,19
  211:16,17 222:25
**wanting** 27:11
**wants** 27:10
**warn** 181:5
**warnings** 183:3
**warrants** 23:12
**washed** 167:7
**washing** 111:11
**Washington** 2:3
**wasn't** 33:25 41:13

67:17 80:9 93:19
117:17 155:11
158:25 174:16,18
209:19 210:15
213:19 218:25
232:14,19 233:5,7
**Watch** 126:4
**water** 166:10,14,15
  166:16,16,16
  168:24 209:17
**way** 5:10 15:8 22:10
  28:22 30:12 35:3
  36:10 41:4 44:23
  61:11,13 62:5 76:25
  79:11 103:21
  109:14 117:16
  118:25 127:14
  129:20 142:13
  170:10 179:18
  180:7 190:12
  191:22 192:15
  199:11 202:11
  220:7 221:14 228:3
  230:20 236:5 249:6
**wear** 165:14 166:6,8
**weigh** 213:20
**weighed** 217:22
  218:2
**weight** 213:21 218:4
**weights** 219:13,14
**weird** 57:21
**went** 26:21 33:10
  80:8 127:22 134:10
  227:16
**weren't** 39:4 117:19
  174:5 203:2 211:19
  221:16 224:14
**wet** 214:20 215:14
**we'll** 64:7 91:12
  117:4 127:13
  188:22
**we're** 4:19 17:8 24:9
  43:11 47:22 52:12
  66:4 73:4 83:7
  91:10 115:7 118:13
  124:2 125:12 127:6
  131:14 140:6
  141:10 146:2 147:4
  149:3,5 150:4
  151:24 170:9
  208:10 212:16
  213:2,9 240:18,19
  240:25 247:24
  249:21,21 252:2

**we've** 4:15 6:18 45:23
  46:16 70:23 94:13
  103:15 114:22,22
  115:25 118:2,11
  123:2 125:22 126:2
  129:19 146:18
  152:6 155:10,25
  184:4 192:7,11,18
  194:22 210:4 212:8
  216:9 239:6 243:17
  244:8,9,9,11 247:14
**whatsoever** 122:24
  198:12
**wheel** 58:21
**wheels** 182:14
**Whirlpool** 43:2,17,22
  44:5,21 83:12 153:6
  240:22
**White** 215:5
**wide** 39:20 112:7
**William** 222:5
**Williams** 86:16
**willing** 102:4
**window** 61:19
**windows** 131:19
  187:2
**wings** 182:14
**winter** 223:22
**wires** 216:18
**wiring** 106:24 109:5
  216:19 233:22
  234:8
**witness** 3:2 64:20
  151:9 158:14 163:8
  175:3 229:5 254:9
  254:12,16
**witnesses** 33:21
**witnessing** 212:3
**wondering** 211:10
**Wonderlee** 95:25,20
**word** 83:4 158:23
  169:22 180:3,3
  212:10 219:11
  237:7
**worded** 5:10 78:7
**wording** 77:19 90:25
**words** 204:23
**wordsmithing** 93:14
**work** 9:18 11:2,22
  12:21,24,25 13:7,22
  14:2 15:10 16:21
  19:8 37:24 38:7,20
  40:21 53:20,23
  57:23 63:22 64:3

66:16 67:6 91:17
95:13 100:24
101:18 103:3,5
106:14,20 109:15
110:6,25 111:2
126:4 159:16 160:8
168:16 170:3
181:20 182:3
222:16,17 248:22
251:4,14
**worked** 6:4 7:14 14:4
  14:12,14 91:15
  102:15 106:23
  181:11,14 182:4,20
  183:9,16 184:23
**working** 6:2 7:23
  11:23 13:13 17:6,11
  17:13 22:10 62:19
  92:20 104:4 181:21
  182:22 184:19
  185:2 199:4
**workload** 13:9 38:2
**works** 14:16 251:13
**world** 106:21 107:2
**wouldn't** 48:5 78:11
  92:8 102:8 113:5
  114:8 115:4 132:2
  132:16 151:22
  155:8 200:4 248:6
**wrap** 35:7
**wrapped** 195:17
**Wright** 1:13 5:24 6:3
  6:4,5 10:3,4,15,18
  10:22 11:5,13,21
  12:11 14:21 16:11
  16:18 20:16 31:3
  34:11 35:5,12 65:5
  67:21 85:25 91:16
  91:24 92:10,14,22
  92:25 94:12 95:5,20
  95:25 99:20 100:25
  101:11 103:8,18,23
  103:25 104:11,13
  106:21 110:19
  112:25 114:2
  116:12 123:7 129:3
  149:13 151:19
  152:3 172:16
  174:13 177:8
  183:22 185:23
  222:13,14 223:10
**write** 93:20 249:18
  251:16
**writes** 15:12

**writing** 183:2 249:20
**written** 17:25 93:2
  96:8 99:17 122:12
  122:14 157:24
  158:2,9,23 199:15
  199:18
**wrong** 102:8 149:19
**wrote** 79:19
**Www.MagnaLS.com**
  1:24

**X**

**X** 3:1 82:8

**Y**

**Y** 82:9
**yeah** 7:5 14:8 20:20
  26:2 34:15 41:15
  105:15 110:9 117:9
  124:13,24 126:22
  228:22 232:5
**year** 41:19,19 156:25
  182:4
**years** 58:8 92:20
  129:20 182:2,3
  205:17 208:16
  234:23 239:9,24
  241:18

**Z**

**zero** 137:6

**0**

**08** 127:2
**09** 139:8

**1**

**1** 3:10 6:16,18 103:16
  138:25 160:16
  197:19 246:8,13
  254:9
**1,000** 161:19
**1/12** 250:6
**1/14** 250:7
**1/27/09** 139:6
**1:08-CV-2171** 1:5
  254:7
**10** 38:12,16 42:7,8,14
  42:17,22 43:12
**10,000** 161:19
**100** 144:6
**11/11** 250:6
**11/12/06** 223:3 249:9
**11/20/08** 128:7,13,21

130:12 131:7
  139:12
**12** 133:12 143:3
  197:19 222:15
  223:8
**12th** 224:11
**12-07-09** 172:7
**12/14/09** 250:4
**12/16/09** 139:7
**12/28/08** 140:9
**12/7** 171:23
**12/8/09** 138:23
**120** 216:19
**125** 1:14 3:17
**14** 71:23 171:23
  202:13,14 253:5
  254:5,10
**14th** 1:15
**140** 174:13 237:17
**14000** 2:7
**144** 210:6 237:20,23
  237:23 239:19
**1635** 1:23
**17** 172:7
**18** 128:11 139:2
  223:11 224:10,14
  227:8
**18th** 224:12
**19034** 2:3
**19063** 2:7
**19103** 1:23
**1992** 245:18

**2**

**2** 3:11 8:3 32:5 53:18
  54:2 55:5 160:16
  172:7 246:2 254:11
**20** 41:9 42:14,17,22
  43:12
**200** 125:2
**2001** 181:24
**2002** 203:17
**2003** 181:24
**2006** 10:19 11:13,21
  12:5 13:18 37:20,23
  41:17 46:23 47:2
  222:15 223:8
**2007** 196:10,10
  203:19
**2008** 126:14 128:5
  141:21 186:19
  196:23 223:11,13
  231:13
**2010** 1:15 47:13,16

48:4 171:23 253:6
  253:20 254:5,10,16
**2012** 254:20
**21** 78:20 79:15,17,22
  79:24 90:15
**230** 197:13,18 200:8
**231** 197:18 200:9
**232** 197:14
**24th** 254:16
**25** 140:18,21,24
  144:5
**27** 128:11
**279** 200:9
**280** 228:16,16
**292** 228:17

**3**

**3** 3:12 8:18 55:25
  92:5 126:21 131:24
  133:13 138:6,19,19
  141:18 184:2
  203:16 215:21,23
  215:25 217:10,12
  219:2,7,10 242:20
  242:24,25 243:3
  245:14 246:19,20
  248:18 249:3
  254:13
**3/8s** 188:7
**30** 39:19 40:25
  144:21 189:4 196:4
**300** 2:2 91:22
**32** 3:11,12,13
**343** 202:16
**347** 203:22,24 204:3
**349** 208:11
**355** 203:24
**359** 211:4 214:13
**362** 211:4 214:13
  229:19
**363** 213:11
**367** 213:11
**369** 229:20

**4**

**4** 3:4,13 9:13 32:6
  59:22 60:14 126:21
  131:25 184:2
  215:21 216:7,11
  219:5 220:7 242:20
  245:3,4,14 254:14
  254:20
**4th** 223:13
**4-inch** 144:2 226:6

**43** 148:3 190:11,15
  196:4
**45** 3:15

**5**

**5** 3:14 45:20,21,23
  47:8 50:8 62:18
  71:23
**5,000** 161:19
**5:04** 252:15
**50** 39:20 40:25 144:5
**500** 91:22,22 92:5
**501** 2:2
**57** 189:6

**6**

**6** 3:10,16 53:18 54:2
  55:5,25 59:22 60:14
  62:18 68:13,14
  70:24 133:13
**6050** 2:7
**610.891.0300** 2:8
**68** 3:16

**7**

**7** 3:17,20 125:21
  126:2 127:24
  173:15 247:16
**7.0** 245:8
**75** 144:5
**79** 236:10,15 239:3

**8**

**8** 143:3
**8th** 1:23 231:13
**80** 42:20,20 43:15
  92:11
**80s** 244:22
**85** 165:2
**888.579.1144** 2:3

**9**

**9** 68:24 69:6 70:22
  71:6 133:14 189:8
**9/14** 196:10,10
**9/14/07** 126:17,18
**9:22** 1:15
**90** 38:6,19,20 39:3,15
  40:5,10,21 41:4
  226:5
**90-degree** 144:2
  164:16
**90-minutes** 124:12
**99** 117:2