**A** | FDID: 64040* | State: WI* | Incident Date: MM 01 DD 21 YYYY 2011* | Station: 01 | Incident Number: 11-0000056* | Exposure: 000* | ☐ Delete ☐ Change ☐ No Activity | NFIRS-1 Basic

**B Location***
- ☒ Street address
- ☐ Intersection
- ☐ In front of
- ☐ Rear of
- ☐ Adjacent to
- ☐ Directions

Number/Milepost: 250 | Prefix: S | Street or Highway: Edwards | Street Type: BLVD | Suffix: S
Apt./Suite/Room: | City: Lake Geneva | State: WI | Zip Code: 53147
Census Tract: [ ]-[ ]

**C Incident Type***
111 | Building fire

**E1 Date & Times** (Midnight is 0000)
- Alarm*: 01 / 21 / 2011 07:48:00
- ☒ Arrival*: 01 / 21 / 2011 07:55:00
- ☐ Controlled:
- ☒ Last Unit Cleared: 01 / 21 / 2011 09:37:00

**E2 Shift & Alarms**
Shift or Platoon: G | Alarms: [ ] | District: 001

**E3 Special Studies**
Special Study ID#: [ ] | Special Study Value: [ ]

**D Aid Given or Received***
1. ☐ Mutual aid received
2. ☐ Automatic aid recv.
3. ☐ Mutual aid given
4. ☐ Automatic aid given
5. ☐ Other aid given
N. ☒ None

Their FDID: [ ] | Their State: [ ] | Their Incident Number: [ ]

**F Actions Taken***
Primary Action Taken (1): 11 Extinguishment by fire
Additional Action Taken (2): [ ]
Additional Action Taken (3): [ ]

**G1 Resources***
☒ Check this box and skip this section if an Apparatus or Personnel form is used
| | Apparatus | Personnel |
| Suppression | 0006 | 0014 |
| EMS | | |
| Other | | |
☐ Check box if resource counts include aid received resources

**G2 Estimated Dollar Losses & Values**
LOSSES:
- Property: $ ___ , 000 , 000 ☐ None
- Contents: $ ___ , 000 , 000 ☐
PRE-INCIDENT VALUE:
- Property: $ ___ , 000 , 000 ☐
- Contents: $ ___ , 000 , 000 ☐

**Completed Modules**
- ☒ Fire-2
- ☒ Structure-3
- ☐ Civil Fire Cas.-4
- ☐ Fire Serv. Cas.-5
- ☐ EMS-6
- ☐ HazMat-7
- ☐ Wildland Fire-8
- ☒ Apparatus-9
- ☒ Personnel-10
- ☐ Arson-11

**H1 Casualties** ☐ None
| | Deaths | Injuries |
| Fire Service | | |
| Civilian | | |

**H2 Detector** (Required for Confined Fires)
1. ☐ Detector alerted occupants
2. ☐ Detector did not alert them
U. ☐ Unknown

**H3 Hazardous Materials Release**
N. ☐ None
1. ☐ Natural Gas: slow leak, no evacuation or HazMat actions
2. ☐ Propane gas: <21 lb. tank (as in home BBQ grill)
3. ☐ Gasoline: vehicle fuel tank or portable container
4. ☐ Kerosene: fuel burning equipment or portable storage
5. ☐ Diesel fuel/fuel oil: vehicle fuel tank or portable
6. ☐ Household solvents: home/office spill, cleanup only
7. ☐ Motor oil: from engine or portable container
8. ☐ Paint: from paint cans totaling < 55 gallons
0. ☐ Other: Special HazMat actions required or spill > 55gal. Please complete the HazMat form

**I Mixed Use Property**
- NN ☐ Not Mixed
- 10 ☐ Assembly use
- 20 ☐ Education use
- 33 ☐ Medical use
- 40 ☐ Residential use
- 51 ☐ Row of stores
- 53 ☐ Enclosed mall
- 58 ☐ Bus. & Residential
- 59 ☐ Office use
- 60 ☐ Industrial use
- 63 ☐ Military use
- 65 ☐ Farm use
- 00 ☐ Other mixed use

**J Property Use*** Structures
- 131 ☐ Church, place of worship
- 161 ☐ Restaurant or cafeteria
- 162 ☐ Bar/Tavern or nightclub
- 213 ☐ Elementary school or kindergarten
- 215 ☐ High school or junior high
- 241 ☐ College, adult education
- 311 ☐ Care facility for the aged
- 331 ☐ Hospital
- 341 ☐ Clinic, clinic type infirmary
- 342 ☐ Doctor/dentist office
- 361 ☐ Prison or jail, not juvenile
- 419 ☐ 1- or 2-family dwelling
- 429 ☒ Multi-family dwelling
- 439 ☐ Rooming/boarding house
- 449 ☐ Commercial hotel or motel
- 459 ☐ Residential, board and care
- 464 ☐ Dormitory/barracks
- 519 ☐ Food and beverage sales
- 539 ☐ Household goods, sales, repairs
- 579 ☐ Motor vehicle/boat sales/repair
- 571 ☐ Gas or service station
- 599 ☐ Business office
- 615 ☐ Electric generating plant
- 629 ☐ Laboratory/science lab
- 700 ☐ Manufacturing plant
- 819 ☐ Livestock/poultry storage (barn)
- 882 ☐ Non-residential parking garage
- 891 ☐ Warehouse

Outside
- 124 ☐ Playground or park
- 655 ☐ Crops or orchard
- 669 ☐ Forest (timberland)
- 807 ☐ Outdoor storage area
- 919 ☐ Dump or sanitary landfill
- 931 ☐ Open land or field
- 936 ☐ Vacant lot
- 938 ☐ Graded/care for plot of land
- 946 ☐ Lake, river, stream
- 951 ☐ Railroad right of way
- 960 ☐ Other street
- 961 ☐ Highway/divided highway
- 962 ☐ Residential street/driveway
- 981 ☐ Construction site
- 984 ☐ Industrial plant yard

(Lookup and enter a Property Use code only if you have NOT checked a Property Use box)
Property Use: 429 Multifamily dwelling

NFIRS-1 Revision 03/11/99

### K1 Person/Entity Involved

Local Option

Business name (if applicable): 
Area Code: 262 - Phone Number: 812-9139

Mr.,Ms., Mrs.: MS
First Name: Lisa
MI: 
Last Name: Aaron
Suffix: 

Number: 
Prefix: 
Street or Highway: 
Street Type: 
Suffix: 

Post Office Box: 
Apt./Suite/Room: 
City: Lake Geneva

State: WI
Zip Code: 53147 -

☐ More people involved? Check this box and attach Supplemental Forms (NFIRS-1S) as necessary

### K2 Owner

☐ Same as person involved? Then check this box and skip the rest of this section

Local Option

Business Name (if Applicable): 
Area Code: - Phone Number: 

☐ Check this box if same address as incident location. Then skip the three duplicate address lines.

Mr.,Ms., Mrs.: 
First Name: 
MI: 
Last Name: 
Suffix: 

Number: 
Prefix: 
Street or Highway: 
Street Type: 
Suffix: 

Post Office Box: 
Apt./Suite/Room: 
City: 

State: 
Zip Code: -

### L Remarks

Local Option

Called to the above address for smoke in unit 116. Upon arrival of E-1 crew went to unit 116 on second floor and found moderate smoke conditions in that unit. LGPD on-scene and evacuated all other units in the structure. C-1 arrived on-scene and assumed command. Reported nothing showing on all sides or roof. C-1 approached unit 115 the unit below the apartment that the smoke was found in and noticed smoke odor from that unit. E-1 crew advised to force unit 115 door. Maintenance showed up at that time and opened unit 115 where E-1 crew encountered heavy black smoke and moderate heat conditions. Crew entered with P-can and found fire in dryer of combination washer/ dryer unit. Truck-1 on-scene and ordered to assist E-1 to pull an attack line to unit 115 door and  complete primary and secondary survey. Fire in dryer extinguished with P-can. Fire had  extended out of utility closet into hallway and living room area. Ceilings pulled in hallway and living room as well as utility closet to extinguish smoldering structural members. Primary and secondary search all clear. Runners and tarps put in fire unit for salvage of property. All units in apartment building checked for CO and all units required ventilation prior to allowing tenants to return.

Fire extinguished at 0829 hours.
Overhaul completed by 0850.
Investigation started 0850 and completed by 1030 hours.

Brent Connelly  Fire Chief 1/21/11  1113 hours.

### L Authorization

Officer in charge ID: 08
Signature: Connelly, Brent T
Position or rank: FC
Assignment: 
Month: 01  Day: 21  Year: 2011

☒ Check box if same as Officer in charge.
Member making report ID: 08
Signature: Connelly, Brent T
Position or rank: FC
Assignment: 
Month: 01  Day: 21  Year: 2011

Lake Geneva Fire

64040   01/21/2011   11-0000056

| FDID | State | MM Incident Date DD | YYYY | Station | Incident Number | Exposure | |
|---|---|---|---|---|---|---|---|
| 64040 | WI | 1  21 | 2011 | 01 | 11-0000056 | 000 | Complete Narrative |

**Narrative:**

Called to the above address for smoke in unit 116. Upon arrival of E-1 crew went to unit 116 on second floor and found moderate smoke conditions in that unit. LGPD on-scene and evacuated all other units in the structure. C-1 arrived on-scene and assumed command. Reported nothing showing on all sides or roof. C-1 approached unit 115 the unit below the apartment that the smoke was found in and noticed smoke odor from that unit. E-1 crew advised to force unit 115 door. Maintenance showed up at that time and opened unit 115 where E-1 crew encountered heavy black smoke and moderate heat conditions. Crew entered with P-can and found fire in dryer of combination washer/ dryer unit. Truck-1 on-scene and ordered to assist E-1 to pull an attack line to unit 115 door and complete primary and secondary survey. Fire in dryer extinguished with P-can. Fire had extended out of utility closet into hallway and living room area. Ceilings pulled in hallway and living room as well as utility closet to extinguish smoldering structural members. Primary and secondary search all clear. Runners and tarps put in fire unit for salvage of property. All units in apartment building checked for CO and all units required ventilation prior to allowing tenants to return.

Fire extinguished at 0829 hours.
Overhaul completed by 0850.
Investigation started 0850 and completed by 1030 hours.

Brent Connelly   Fire Chief 1/21/11   1113 hours.

**A** | FDID: 64040 | State: WI | Incident Date: MM 01 DD 21 YYYY 2011 | Station: 01 | Incident Number: 11-0000056 | Exposure: 000 | ☐ Delete ☐ Change ☐ No Activity | NFIRS-2 Fire

## B Property Details

**B1** 0008 ☐ Not Residential
Estimated Number of residential living units in building of origin whether or not all units became involved

**B2** 001 ☐ Buildings not involved
Number of buildings involved

**B3** ☐ None ☐ Less than one acre
Area burned (outside fires)

## C On-Site Materials or Products ☐ None
Complete if there were any significant amounts of commercial, industrial, energy or agricultural products or materials on the property, whether or not they became involved

Enter up to three codes. Check one or more boxes for each code entered.

On site material (1):
1 ☐ Bulk storage or warehouse
2 ☐ Processing or manufacturing
3 ☐ Packaged goods for sale
4 ☐ Repair or service

On site material (2):
1 ☐ Bulk storage or warehouse
2 ☐ Processing or manufacturing
3 ☐ Packaged goods for sale
4 ☐ Repair or service

On site material (3):
1 ☐ Bulk storage or warehouse
2 ☐ Processing or manufacturing
3 ☐ Packaged goods for sale
4 ☐ Repair or service

## D Ignition

**D1** 60 | Equipment or service
Area of fire origin *

**D2** UU | Undetermined
Heat source *

**D3** UU | Undetermined
Item first ignited * 1 ☐ Check Box if fire spread was confined to object of origin

**D4** UU | Undetermined
Type of material first ignited. Required only if item first ignited code is 00 or <70

## E1 Cause of Ignition
☐ Check box if this is an exposure report. Skip to section G

1 ☐ Intentional
2 ☐ Unintentional
3 ☐ Failure of equipment or heat source
4 ☐ Act of nature
5 ☐ Cause under investigation
U ☒ Cause undetermined after investigation

## E2 Factors Contributing To Ignition

UU | Undetermined   ☒ None
Factor Contributing To Ignition (1)

Factor Contributing To Ignition (2)

## E3 Human Factors Contributing To Ignition
Check all applicable boxes

1 ☐ Asleep    ☒ None
2 ☐ Possibly impaired by alcohol or drugs
3 ☐ Unattended person
4 ☐ Possibly mental disabled
5 ☐ Physically Disabled
6 ☐ Multiple persons involved
7 ☐ Age was a factor

Estimated age of person involved: ____

1 ☐ Male    2 ☐ Female

## F1 Equipment Involved In Ignition
☐ None If Equipment was not involved, Skip to Section G

Equipment Involved: ____
Brand: ____
Model: ____
Serial #: ____
Year: ____

## F2 Equipment Power
Equipment Power Source: ____

## F3 Equipment Portability
1 ☐ Portable
2 ☐ Stationary

Portable equipment normally can be moved by one person, is designed to be used in multiple locations, and requires no tools to install.

## G Fire Suppression Factors
Enter up to three codes.  ☐ None

Fire suppression factor (1): ____
Fire suppression factor (2): ____
Fire suppression factor (3): ____

## H1 Mobile Property Involved
☐ None
1 ☐ Not involved in ignition, but burned
2 ☐ Involved in ignition, but did not burn
3 ☐ Involved in ignition and burned

## H2 Mobile Property Type & Make
Mobile property type: ____
Mobile property make: ____
Mobile property model: ____
Year: ____
License Plate Number: ____  State: ____  VIN Number: ____

## Local Use
☐ Pre-Fire Plan Available
Some of the information presented in this report may be based upon reports from other Agencies
☐ Arson report attached
☐ Police report attached
☐ Coroner report attached
☐ Other reports attached

NFIRS-2 Revision 01/19/99

Lake Geneva Fire    64040    01/21/2011    11-0000056

## NFIRS-3 Structure Fire

### I1 Structure Type *
If fire was in enclosed building or a portable/mobile structure complete the rest of this form

1. [X] Enclosed Building
2. [ ] Portable/mobile structure
3. [ ] Open structure
4. [ ] Air supported structure
5. [ ] Tent
6. [ ] Open platform (e.g. piers)
7. [ ] Underground structure (work areas)
8. [ ] Connective structure (e.g. fences)
0. [ ] Other type of structure

### I2 Building Status *

1. [ ] Under construction
2. [X] Occupied & operating
3. [ ] Idle, not routinely used
4. [ ] Under major renovation
5. [ ] Vacant and secured
6. [ ] Vacant and unsecured
7. [ ] Being demolished
0. [ ] Other
U. [ ] Undetermined

### I3 Building Height
Count the ROOF as part of the highest story

|_|_|0|0|2| Total number of stories at or above grade

|_|_|_| Total number of stories below grade

### I4 Main Floor Size*

|_|_|_|,|_|0|0|4|,|_|8|0|0| Total square feet

OR

|_|_|_|,|_|0|8|0| BY |_|_|_|,|_|0|6|0|
Length in feet     Width in feet

### J1 Fire Origin *

|_|0|0|1|  [ ] Below Grade
Story of fire origin

### J2 Fire Spread *

1. [ ] Confined to object of origin
2. [X] Confined to room of origin
3. [ ] Confined to floor of origin
4. [ ] Confined to building of origin
5. [ ] Beyond building of origin

### J3 Number of Stories Damaged By Flame
Count the ROOF as part of the highest story

|_|0|0|1| Number of stories w/ minor damage (1 to 24% flame damage)

|_|_|_| Number of stories w/ significant damage (25 to 49% flame damage)

|_|_|_| Number of stories w/ heavy damage (50 to 74% flame damage)

|_|_|_| Number of stories w/ extreme damage (75 to 100% flame damage)

### K Material Contributing Most To Flame Spread

[ ] Check if no flame spread OR same as material first ignited OR unable to determine — Skip To Section L

K1 |_|_|_| Item contributing most to flame spread

K2 |_|_| |_|_|_|_|_|
Type of material contributing most of flame spread.  Required only if item contributing code is 00 or 70

### L1 Presence of Detectors *
(In area of the fire)

N. [ ] None Present — Skip to section M
1. [X] Present
U. [ ] Undetermined

### L2 Detector Type

1. [X] Smoke
2. [ ] Heat
3. [ ] Combination smoke - heat
4. [ ] Sprinkler, water flow detection
5. [ ] More than 1 type present
0. [ ] Other _____
U. [ ] Undetermined

### L3 Detector Power Supply

1. [ ] Battery only
2. [ ] Hardwire only
3. [ ] Plug in
4. [X] Hardwire with battery
5. [ ] Plug in with battery
6. [ ] Mechanical
7. [ ] Multple detectors & power supplies
0. [ ] Other _____
U. [ ] Undetermined

### L4 Detector Operation

1. [ ] Fire too small to activate
2. [X] Operated (Complete Section L5)
3. [ ] Failed to Operate (Complete Section L6)
U. [ ] Undetermined

### L5 Detector Effectiveness
Required if detector operated

1. [ ] Alerted Occupants, occupants responded
2. [ ] Occupants failed to respond
3. [ ] There were no occupants
4. [ ] Failed to alert occupants
U. [X] Undetermined

### L6 Detector Failure Reason
Required if detector failed to operate

1. [ ] Power failure, shutoff or disconnect
2. [ ] Improper installation or placement
3. [ ] Defective
4. [ ] Lack of maintenance, includes cleaning
5. [ ] Battery missing or disconnected
6. [ ] Battery discharged or dead
0. [ ] Other _____
U. [ ] Undetermined

### M1 Presence of Automatic Extinguishment System *

N. [X] None Present
1. [ ] Present — Complete rest of Section M

### M2 Type of Automatic Extinguishment System *
Required if fire was within designed range of AES

1. [ ] Wet pipe sprinkler
2. [ ] Dry pipe sprinkler
3. [ ] Other sprinkler system
4. [ ] Dry chemical system
5. [ ] Foam system
6. [ ] Halogen type system
7. [ ] Carbon dioxide ($CO_2$) system
0. [ ] Other special hazard system
U. [ ] Undetermined

### M3 Automatic Extinguishment System Operation
Required if fire was within designed range

1. [ ] Operated & effective (Go to M4)
2. [ ] Operated & not effective (M4)
3. [ ] Fire too small to activate
4. [ ] Failed to operate (Go to M5)
0. [ ] Other
U. [ ] Undetermined

### M4 Number of Sprinkler Heads Operating
Required if system operated

|_|_|_| Number of sprinkler heads operating

### M5 Automatic Extinguishment System Failure Reason
Required if system failed

1. [ ] System shut off
2. [ ] Not enough agent discharged
3. [ ] Agent discharged but did not reach fire
4. [ ] Wrong type of system
5. [ ] Fire not in area protected
6. [ ] System components damaged
7. [ ] Lack of maintenance
8. [ ] Manual Intervention
0. [ ] Other _____
U. [ ] Undetermined

NFIRS-3 Revision 01/19/99

**A** NFIRS - 9 Apparatus or Resources

| FDID | State | Incident Date (MM/DD/YYYY) | Station | Incident Number | Exposure | Delete/Change |
|---|---|---|---|---|---|---|
| 64040 | WI | 1 / 21 / 2011 | 01 | 11-0000056 | 000 | |

**B** Apparatus or Resource

| # | ID | Type | Dispatch | Arrival | Clear | Sent | Number of People | Use | Actions Taken |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2801 | 92 | 1/21/2011 07:48 | 1/21/2011 07:55 | 1/21/2011 09:37 | X | 1 | X Suppression | |
| 2 | 2802 | 92 | 1/21/2011 07:48 | 1/21/2011 07:55 | 1/21/2011 09:37 | X | 1 | X Suppression | |
| 3 | 2820 | 11 | 1/21/2011 07:48 | 1/21/2011 07:55 | 1/21/2011 09:37 | X | 3 | X Suppression | |
| 4 | 2850 | 12 | 1/21/2011 07:48 | 1/21/2011 07:55 | 1/21/2011 09:37 | X | 4 | X Suppression | |
| 5 | 2861 | 71 | 1/21/2011 07:48 | 1/21/2011 07:55 | 1/21/2011 09:37 | X | 3 | X Suppression | |
| 6 | 2890 | 75 | 1/21/2011 07:48 | 1/21/2011 07:55 | 1/21/2011 09:37 | X | 2 | X Suppression | |

### Type of Apparatus or Resources

**Ground Fire Suppression**
- 11 Engine
- 12 Truck or aerial
- 13 Quint
- 14 Tanker & pumper combination
- 16 Brush truck
- 17 ARF (Aircraft Rescue and Firefighting)
- 10 Ground fire suppression, other

**Heavy Ground Equipment**
- 21 Dozer or plow
- 22 Tractor
- 24 Tanker or tender
- 20 Heavy equipment, other

**Aircraft**
- 41 Aircraft: fixed wing tanker
- 42 Helitanker
- 43 Helicopter
- 40 Aircraft, other

**Marine Equipment**
- 51 Fire boat with pump
- 52 Boat, no pump
- 50 Marine apparatus, other

**Support Equipment**
- 61 Breathing apparatus support
- 62 Light and air unit
- 60 Support apparatus, other

**Medical & Rescue**
- 71 Rescue unit
- 72 Urban Search & rescue unit
- 73 High angle rescue unit
- 75 BLS unit
- 76 ALS unit
- 70 Medical and rescue unit, other

**Other**
- 91 Mobile command post
- 92 Chief officer car
- 93 HazMat unit
- 94 Type 1 hand crew
- 95 Type 2 hand crew
- 99 Privately owned vehicle
- 00 Other apparatus/resource

- NN None
- UU Undetermined

More Apparatus? Use Additional Sheets

NFIRS-9 Revision 11/17/98

Lake Geneva Fire                      64040   01/21/2011   11-0000056